UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:  3/6/2020

ALLSTATE INSURANCE COMPANY, ALLSTATE
FIRE AND CASUALTY INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY,
ALLSTATE NORTHBROOK INDEMNITY
COMPANY, ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY, and
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY,

Civil Action No.:
20-cv-01108-VEC

**NOTICE OF MOTION TO
REMAND**

Plaintiffs,

-against-

MEDAID RADIOLOGY, LLC,
COLUMBUS IMAGING CENTER, LLC,
REUVEN ALON-ALYOFF a/k/a ROB ALON,

Defendants.

------------------------------------------------------------------X

## NOTICE OF MOTION TO REMAND TO STATE COURT

**PLEASE TAKE NOTICE**, that upon the Memorandum of Law in Support of Plaintiffs,

ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE

COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE NORTHBROOK

INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE

COMPANY, and ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY's,

Motion to Remand to State Court and the Declaration of Vincent F. Gerbino, Esq., and the exhibits

thereto, Plaintiffs, ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND

CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE

NORTHBROOK INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY

INSURANCE COMPANY, and ALLSTATE VEHICLE AND PROPERTY INSURANCE

COMPANY, through their undersigned counsel, moves this Court for an Order pursuant to 28

U.S.C. §1447(c) remanding this action to the Supreme Court of the State of New York, County of New York on the ground that Defendants, MEDAID RADIOLOGY, LLC, COLUMBUS IMAGING CENTER, LLC and REUVEN ALON-ALYOFF a/k/a ROB ALON, failed to comply with 28 U.S.C. § 1446 and submitted an untimely and defective Notice of Removal, and for an extension of Plaintiffs' time to respond to Defendants' counterclaim to thirty (30) days after a decision is rendered on Plaintiffs' motion to remand to state court.

Dated: Melville, New York
      March 4, 2020

                     **BRUNO, GERBINO, SORIANO & AITKEN, LLP**

                     By: _____
                             VINCENT P. GERBINO (VG 0555)
                             *Attorneys for Plaintiffs*
                             445 Broad Hollow Road, Suite 420
                             Melville, New York 11747
                             (631) 390-0010
                             (631) 393-5497 - *facsimile*
                             VGerbino@bgslaw-ny.com
                             BGS&A File No.: MRAD24-3000

TO:   **THE RUSSELL FRIEDMAN LAW GROUP LLP**
       *Attorneys for Defendants Medaid Radiology, LLC,*
       *Columbus Imaging Center, LLC, and*
       *Reuven Alon-Alyoff a/k/a Rob Alon*
       3000 Marcus Avenue, Suite 2E03
       Lake Success, New York 11042
       (516) 355-9696
       (516) 726-8428 – *facsimile*

> Defendants must respond by **March 20, 2020** indicating why the Court should not remand this case to state court.

      SO ORDERED.

                  3/6/2020

      HON. VALERIE CAPRONI
      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, ALLSTATE
FIRE AND CASUALTY INSURANCE COMPANY,                    Civil Action No.:
ALLSTATE INDEMNITY COMPANY,                             20-cv-01108-VEC
ALLSTATE NORTHBROOK INDEMNITY
COMPANY, ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY, and
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY,

                                   Plaintiffs,

              -against-

MEDAID RADIOLOGY, LLC,
COLUMBUS IMAGING CENTER, LLC,
REUVEN ALON-ALYOFF a/k/a ROB ALON,

                                   Defendants.
-----------------------------------------------------------------------X

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND TO STATE COURT

              BRUNO, GERBINO, SORIANO & AITKEN, LLP
              *Attorneys for Plaintiffs*
              445 Broad Hollow Road, Suite 420
              Melville, New York 11747

## TABLE OF CONTENTS

TABLE OF AUTHORITIES…………………………………………………………………iii

INTRODUCTION………………………………………………………………….......1

FACTS………………………………………………………………………....…..1

ARGUMENT……………………………………………………………………....3

    I.      THIS ACTION MUST BE REMANDED TO STATE COURT PURSUANT
          TO 28 U.S.C. §1447(c)…………………………………………………..3

          A.  STANDARD OF REVIEW………………………………………………3

          B.  DEFENDANTS' NOTICE OF REMOVAL IS UNTIMELY PURSUANT
              TO 28 U.S.C. §1446(b)(1)……………………………………………..4

CONCLUSION………………………………………………………………………...6

**TABLE OF AUTHORITIES**

FEDERAL CASES

Bellido-Sullivan v. AIG, Inc., 123 F. Supp. 2d 161, 163 (S.D.N.Y. 2000)............................3

Berrios v. Our Lady of Mercy Med. Ctr.,
       99 Civ. 21, 1999 U.S. Dist. LEXIS 1733 at *5 (S.D.N.Y. Feb 19, 1999)...........4

Botelho v. The Presbyterian Hospital in the City of New York,
       961 F. Supp. 75 (S.D.N.Y. 1997)........................................................................3

Burns v. Standard Life Ins. Co.,
       135 F. Supp. 904, 906 (Dist. Ct. for the Dist. Of Del. 1955)..........................4

Evans v. Sroka., 20001 U.S. Dist. LEXIS 15466 (S.D.N.Y. 2001)......................................5

Hodges v. Demchuck, 866 F. Supp. 730, 732 (S.D.N.Y. 1994).........................................3

Hua Xao Yang. v. ELRAC, Inc.,
       03 Civ. 9224, 2004 U.S. Dist. LEXIS 1668 (S.D.N.Y. February 3, 2004)...........5

LaFarge Coppee v. Venexolana De Cemento, S.A.C.A., C.A.,
       31 F.3d 70, 72 (2d Cir. 1994)...........................................................................4

Mastec Latin Am. V. Inepar S/A Industries E. Construcoes,
       03 Civ. 9892, 2004 U.S. Dist. LEXIS 13132 (S.D.N.Y. July 13, 2004)..............5

Mermelstein v. Maki, 830 F. Supp. 180 (S.D.N.Y. 1993)...............................................3

Pan Atlantic Group, Inc. v. Republic Ins. Co., 878 F. Supp. 630 (S.D.N.Y. 1995).................3

Payne v. Overhead Door Corp., 172 F. Supp. 2d 475, 477 (S.D.N.Y. 2001).......................4

R.G. Barry Corp. v. Mushroom Makers, Inc., 612 F.2d 651, 655 (2nd Cir. 1979)....................3

Sbarro, Inc. v. Karykous, 05 Civ. 2311, 2005 WL 154148 at *2 (E.D.N.Y. June 29, 2005).......5

Somlyo v. Lu-Rob Enter., 932 F.2d 1043, 1045 (2d Cir. 1991)........................................5

Transport Indemnity Co. v. Financial Trust Co.,
       339 F. Supp 405, 407 (dist. Ct. for the Central Dist. of Cal. 1972)..................4

Whitaker v. American Telecasting, Inc., 261 F.3d 196, 201(2nd Cir. 2000)..........................3

## FEDERAL STATUTES

28 U.S.C. §1446(b)…………………………………………………………………………..4

28 U.S.C. §1447(c)………………………………………………………………………1,3

## INTRODUCTION

Pursuant to 28 U.S.C. §1447(c), Plaintiffs, ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE NORTHBROOK INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, and ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, submit this memorandum of law in support of their motion to remand this action to the Supreme Court of the State of New York, County of New York. Plaintiffs' motion should be granted because the removal notice filed by Defendants, MEDAID RADIOLOGY, LLC, COLUMBUS IMAGING CENTER, LLC and REUVEN ALON-ALYOFF a/k/a ROB ALON, is untimely and defective. Plaintiffs petition the Court for a remand of the action to Supreme Court of the State of New York, County of New York, for an extension of Plaintiffs' time to respond to Defendants' counterclaim to thirty (30) days after a decision is rendered on Plaintiffs' motion to remand to state court, together with such other and further relief as this Court may deem just and proper.

## FACTS

The above-captioned suit was commenced on or about September 11, 2019, by the filing of a Summons and Verified Complaint in the Supreme Court of the State of New York, County of New York, under index number 655225/2019. A true copy of the Summons and Verified Complaint is attached hereto as **Exhibit "A"**.

There are no federal questions arising from Plaintiffs' claims. The nature of this action is for restitution in the amount of approximately ninety-nine thousand sixty dollars and sixty-three cents ($99,060.63) for No-Fault reimbursements that the Defendants have obtained from Plaintiffs by submitting, and causing to be submitted, numerous charges for Magnetic Resonance Imaging

1

(MRI), Computerized Tomography (CT) and X-Ray services (hereinafter the "No-Fault services")

for which the Defendants are not legally entitled to receive and for declaratory relief against the

Defendants as follows:

      i.     That Plaintiffs are not obligated to provide any coverage, reimbursements, or pay any monies, sums, or funds to any of the Defendants named herein for any and all No-Fault services for which claims/bills have been submitted by Columbus Imaging Center, LLC and Medaid Radiology, LLC, to Plaintiffs;

     ii.     That Columbus Imaging Center, LLC and Medaid Radiology, LLC lack standing to seek or receive No-Fault reimbursements as the services billed are rendered by independent contractors; and

    iii.     That Medaid Radiology, LLC lacks standing to seek or receive No-Fault reimbursements as the entity is in violation of N.J.S.A. 26:2H-1, et seq., N.J.A.C. 8:43E and 11 NYCRR 65-3.16(a)(12).

Defendant, Columbus Imaging Center, LLC (hereinafter "Columbus"), was served with a

copy of the Summons and Verified Complaint and Notice of Commencement of Action Subject to

Mandatory Electronic Filing on September 27, 2019.   Defendant Columbus failed to timely

Answer or otherwise appear in the matter prior to removal to Federal Court.   A copy of the

Affidavit of Service upon Defendant Columbus is attached hereto as **Exhibit "B"**.

Defendant, Medaid Radiology, LLC (hereinafter "Medaid"), was served with a copy of the

Summons and Verified Complaint and Notice of Commencement of Action Subject to Mandatory

Electronic Filing on September 27, 2019.  Defendant Medaid failed to timely Answer or otherwise

appear in the matter prior to removal to Federal Court.   A copy of the Affidavit of Service upon

Defendant Medaid is attached hereto as **Exhibit "C"**.

Defendant, Reuven Alon-Alyoff a/k/a Rob Alon (hereinafter "Alon"), was served with a

copy of the Summons and Verified Complaint and Notice of Commencement of Action Subject to

Mandatory Electronic Filing on September 30, 2019.  Defendant Alon failed to timely Answer or

otherwise appear in the matter prior to removal to Federal Court. A copy of the Affidavit of Service upon Defendant Alon is attached hereto as **Exhibit "D"**.

On or about February 7, 2020, or one hundred and thirty (130) days (Defendant Alon) and one hundred and thirty-three (133) days (Defendants Columbus and Medaid) following the date of service of the Summons and Complaint, Defendants served their purported Notice of Removal upon the Plaintiffs. A copy of Defendants' Notice of Removal is annexed hereto as **Exhibit "E"**.

## ARGUMENT

**I.    THIS ACTION MUST BE REMANDED TO STATE COURT PURSUANT TO 28 U.S.C. §1447 (C)**

### A. STANDARD OF REVIEW

It is well-settled that, on motion to remand, the burden does not lie with the party seeking remand. Instead, the party who is in favor of removal bears the burden of demonstrating that the removal was proper. The Courts have held that it is the burden of the removing party "to establish its right to a federal forum by 'competent proof.'" R.G. Barry Corp. v. Mushroom Makers, Inc., 612 F.2d 651, 655 (2nd Cir. 1979). "As a preliminary matter, on a motion to remand, the party seeking to sustain the removal, not the party seeking remand, bears the burden of demonstrating that removal was proper." Bellido-Sullivan v. AIG, Inc., 123 F. Supp. 2d 161, 163 (S.D.N.Y. 2000). *See also,* Pan Atlantic Group, Inc. v. Republic Ins. Co., 878 F. Supp. 630 (S.D.N.Y. 1995); Botelho v. The Presbyterian Hospital in the City of New York, 961 F. Supp. 75 (S.D.N.Y. 1997); Hodges v. Demchuck, 866 F. Supp. 730, 732 (S.D.N.Y. 1994). "Unless that burden is met, the case must be remanded back to state court. At this stage, therefore, the party seeking remand is presumed to be entitled to it unless the removing party can demonstrate otherwise." Bellido-Sullivan v. AIG, Inc., 123 F. Supp. 2d 161, 163 (S.D.N.Y. 2000). *See also,* Mermelstein v. Maki, 830 F. Supp. 180 (S.D.N.Y. 1993).

It is well settled that "the removal statute, like other jurisdictional statutes, is to be strictly construed." Whitaker v. American Telecasting, Inc., 261 F.3d 196, 201(2nd Cir. 2000). The courts have also held that "[E]ven though a defect in removal procedure is not jurisdictional, the removal statute, especially with reference to diversity jurisdiction cases, must be strictly construed. Any doubts as to removability should be resolved in favor of remand." Payne v. Overhead Door Corp., 172 F. Supp. 2d 475, 477 (S.D.N.Y. 2001). Further, "Subsection 1447(c) authorizes a remand on the basis of any defect in removal procedure." LaFarge Coppee v. Venexolana De Cemento, S.A.C.A., C.A., 31 F.3d 70, 72 (2d Cir. 1994). *See also,* Berrios v. Our Lady of Mercy Med. Ctr., 99 Civ. 21, 1999 U.S. Dist. LEXIS 1733 at *5 (S.D.N.Y. Feb 19, 1999).

B.    DEFENDANTS' NOTICE OF REMOVAL IS UNTIMELY
       PURSUANT TO 28 U.S.C. §1446

Here, the Notice of Removal was not filed in accordance with the thirty (30) day requirement as enunciated in 28 U.S.C. 1446(b), which mandates that the "notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by defendant...of the initial pleading setting forth the claim for relief upon which such action or proceeding is based..." Here, the Notice of Removal was filed well after the thirty (30) day limitation had expired. Accordingly, remand to the State Court is necessary.

Even where the parties stipulate to extend the time for removal, such a stipulation will not expand the statutory time allowed for removal.  In Burns v. Standard Life Ins. Co., 135 F. Supp. 904, 906 (Dist. Ct. for the Dist. Of Del. 1955), the Court stated that the Federal Statute "provides a definite period for removal which is statutory duration and not subject to waiver by stipulation of the parties." Moreover, the courts have also held that "the thirty-day period may not be enlarged by act of the Federal Court, by act of the State Court or by mere consent of the Plaintiff to extend

4

the time for removal." <u>Transport Indemnity Co. v. Financial Trust Co.</u>, 339 F. Supp 405, 407 (dist.

Ct. for the Central Dist. of Cal. 1972).

In <u>Evans v. Sroka.</u>, 20001 U.S. Dist. LEXIS 15466 (S.D.N.Y. 2001), the Southern District

held that stipulations extending the time for a defendant to answer will not be construed as

extending removal. The <u>Evans</u> Court stated:

> In view of the stringency of the deadlines established for removal, and the
> repeated admonition of the courts that doubts as to removability are to be
> construed against removal, the federal courts have consistently held that
> stipulations of this type will not be construed as extending the time for
> removal.

The requirement that the Notice of Removal must be filed within thrity (30) days "is strictly

construed and mandatorily enforced." <u>Sbarro, Inc. v. Karykous</u>, 05 Civ. 2311, 2005 WL 154148

at *2 (E.D.N.Y. June 29, 2005), *quoting,* <u>Evans v. Sroka</u>, 01 Civ. 5806, 2001 WL 1160586 at *3

(S.D.N.Y. October 2, 2001) (internal quotation marks omitted). "[A]bsent a finding of waiver or

estoppel, courts rigorously enforce the statute's thirty-day filing.' Id., *quoting*, <u>Somlyo v. Lu-Rob</u>

<u>Enter.</u>, 932 F.2d 1043, 1045 (2d Cir. 1991) (internal quotation marks omitted). This is true even

when the Notice of Removal has been filed on the thirty-first day, or one (1) day late. *See*, <u>Mastec</u>

<u>Latin Am. V. Inepar S/A Industries E. Construcoes</u>, 03 Civ. 9892, 2004 U.S. Dist. LEXIS 13132

(S.D.N.Y. July 13, 2004), <u>Hua Xao Yang. v. ELRAC, Inc.</u>, 03 Civ. 9224, 2004 U.S. Dist. LEXIS

1668 (S.D.N.Y. February 3, 2004).

In this matter, Defendants Columbus and Medaid were served with Plaintiffs' Summons

and Complaint on September 27, 2019, and Defendant Alon was served with same on September

30, 2019. There can be no dispute that the Notice of Removal, filed with the Court on February

7, 2020, over one hundred and thirty (130) days (Defendant Alon) and one hundred and thirty-

three (133) days (Defendants Columbus and Medaid) following the date of service of the Summons and Complaint, is untimely.

The thirty (30) day limitation within which a Defendant may file a Notice of Removal is measured from the time the first defendant is served with the Summons and Complaint. Here, Defendants request that this Court ignore the fact that the Defendants have failed to remove this case within thirty (30) days of Defendants' receipt of the Summons and Complaint. Instead, Defendants cannot claim that the time within which to remove this action was extended pursuant to the parties' stipulation of January 20, 2020. It is noteworthy that, at the time Stipulation was executed. the statutory time within which the Defendants were required to serve their responsive pleadings in the state action and the time within which the Defendants were required to remove this action had already expired. In fact, the Defendants were required to remove the case on or before October 27, 2019.

Measured from September 27, 2019, when Defendants Columbus and Medaid were first served with Plaintiffs' Summons and Complaint, one hundred and thirty-three (133) days elapsed before Defendants' filing of their Notice of Removal. Defendants' Notice of Removal is defective on its face insofar as it was filed over thirty (30) days after the Defendants were served with a copy of Plaintiffs' Summons and Complaint. Accordingly, the Notice of Removal is untimely and a remand to State Court is mandated.

## CONCLUSION

Here, it is respectfully submitted that the Notice of Removal is untimely as it was removed well beyond the thirty (30) day period allowed by statute. Instead, the instant action was removed one hundred and thirty-three (133) days after service of the Summons and Complaint upon Defendants, Columbus and Medaid, and one hundred thirty (130) days after service of the

6

Summons and Complaint upon Defendant, Alon.  Despite the suggestion of Defendants' counsel

that the parties' stipulation for the acceptance of a late answer restarts the timeframe for which the

Defendants may seek a removal, the time within which to remove a state action is strictly construed

despite any agreement to extend the statutory time limit.  Plaintiffs respectfully request that this

action be remanded to the Supreme Court of the State of New York, County of New York, and the

Plaintiffs be granted an extension of time to respond to Defendants' counterclaim to thirty (30)

days after a decision is rendered on Plaintiffs' motion to remand to state court.

Dated: Melville, New York
       March 4, 2020

_____
VINCENT F. GERBINO (VG 0555)
*Attorneys for Plaintiffs*
445 Broad Hollow Road, Suite 420
Melville, New York 11747
(631) 390-0010
(631) 393-5497 - *facsimile*
VGerbino@bgslaw-ny.com
BGS&A File No.: MRAD24-3000

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, ALLSTATE
FIRE AND CASUALTY INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY,
ALLSTATE NORTHBROOK INDEMNITY
COMPANY, ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY, and
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY,

Civil Action No.:
20-cv-01108-VEC

**DECLARATION OF**
**VINCENT F. GERBINO**

                                        Plaintiffs,

        -against-

MEDAID RADIOLOGY, LLC,
COLUMBUS IMAGING CENTER, LLC,
REUVEN ALON-ALYOFF a/k/a ROB ALON,

                                        Defendants.
-------------------------------------------------------------------X

## DECLARATION OF VINCENT F. GERBINO

        VINCENT F. GERBINO, pursuant to 28 U.S.C. § 1746, hereby declares, under penalty of

perjury as follows:

        1.        I am a partner with the law firm of Bruno, Gerbino, Soriano & Aitken, LLP,

attorneys for Plaintiffs, ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND

CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE

NORTHBROOK INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY

INSURANCE COMPANY, and ALLSTATE VEHICLE AND PROPERTY INSURANCE

COMPANY (collectively "Plaintiffs" or "Allstate").  I have personal knowledge of the facts set

forth herein and would testify to them in a court of law if required to do so.

        2.        I respectfully submit this declaration in support of Plaintiffs' motion which seeks

an Order pursuant to 28 U.S.C. § 1447(c) remanding this action to the Supreme Court of the State

of New York, County of New York on the ground that Defendants, MEDAID RADIOLOGY, LLC, COLUMBUS IMAGING CENTER, LLC and REUVEN ALON-ALYOFF a/k/a ROB ALON, failed to comply with 28 U.S.C. § 1446 and submitted an untimely and defective Notice of Removal, and for an extension of Plaintiffs' time to respond to Defendants' counterclaim to thirty (30) days after a decision is rendered on Plaintiffs' motion to remand to state court.

3.     Annexed hereto as **Exhibit "A"** is a true copy of Allstate's Civil Complaint in this action.

4.     Annexed hereto as **Exhibit "B"** is a true copy of the Affidavit of Service upon Defendant Columbus.

5.     Annexed hereto as **Exhibit "C"** is a true copy of the Affidavit of Service upon Defendant Medaid.

6.     Annexed hereto as **Exhibit "D"** is a true copy of the Affidavit of Service upon Defendant Alon.

7.     Annexed hereto as **Exhibit "E"** is a true copy of the Defendants' Notice of Removal.

8.     Annexed hereto as **Exhibit "F"** is a true copy of the Defendants' Answer with Counterclaims.

9.     I declare under penalty of perjury that the foregoing is true and correct.  Excuted at Melville, New York on the 4th day of March, 2020.

_____
VINCENT F. GERBINO (VG 0555)

*EXHIBIT "A"*

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM

NYSCEF DOC. NO. 1

INDEX NO. 655225/2019

RECEIVED NYSCEF: 09/11/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, ALLSTATE
FIRE AND CASUALTY INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY,
ALLSTATE NORTHBROOK INDEMNITY
COMPANY, ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY, and
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY,

Index No.:

Date Purchased:

**SUMMONS**

Plaintiffs designate New York
County as the place of trial.

Plaintiffs,

-against-

MEDAID RADIOLOGY, LLC,
COLUMBUS IMAGING CENTER, LLC,
REUVEN ALON-ALYOFF a/k/a ROB ALON,

The basis of venue designated
is: **Plaintiffs' place of
business - CPLR 503(c)**

Defendants.
----------------------------------------------------------------X

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANTS:**

**YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve
a copy of your Answer, or, if the Complaint is not served with this Summons, to serve a Notice of
Appearance, on Plaintiffs' attorney(s) within 20 days after the service of this Summons, exclusive
of the day of service; or within 30 days after the service is complete if this Summons is not
personally delivered to you within the State of New York; and in case of your failure to appear or
answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Melville, New York
September 10, 2019

Yours, etc.,
**BRUNO, GERBINO & SORIANO, LLP**

By: _____
VINCENT P. GERBINO
*Attorneys for Plaintiffs*
445 Broad Hollow Road, Suite 420
Melville, New York 11747
(631) 390-0010
(631) 393-5497 - *facsimile*
BG&S File No.: MRAD24-3000, BGS-CIC24-3000

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM

NYSCEF DOC. NO. 1

INDEX NO. 655225/2019

RECEIVED NYSCEF: 09/11/2019

**TO:**  **COLUMBUS IMAGING CENTER**
481 North 13th Street
Newark, New Jersey 07107

**MEDAID RADIOLOGY, LLC**
481 North 13th Street
Newark, New Jersey 07107

**REUVEN ALON-ALYOFF a/k/a ROB ALON**
78 Oak Trail Road
Hillsdale, New Jersey 07642

2

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM

NYSCEF DOC. NO. 2

INDEX NO. 655225/2019

RECEIVED NYSCEF: 09/11/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, ALLSTATE
FIRE AND CASUALTY INSURANCE COMPANY,            Index No.:
ALLSTATE INDEMNITY COMPANY,
ALLSTATE NORTHBROOK INDEMNITY
COMPANY, ALLSTATE PROPERTY AND                  **VERIFIED COMPLAINT**
CASUALTY INSURANCE COMPANY, and
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY,

                                    Plaintiffs,

             -against-

COLUMBUS IMAGING CENTER, LLC,
MEDAID RADIOLOGY, LLC, and
REUVEN ALON-ALYOFF a/k/a ROB ALON,

                                    Defendants.
----------------------------------------------------------------------X
**TO THE ABOVE-NAMED DEFENDANTS:**

## COMPLAINT

Plaintiffs, ALLSTATE INSURANCE COMPANY, and any and all of its subsidiaries and

affiliates, including, but not limited to, ALLSTATE FIRE AND CASUALTY INSURANCE

COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE NORTHBROOK

INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE

COMPANY, and ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

(hereinafter collectively referred to as "ALLSTATE" or "Plaintiffs"), by their attorneys, BRUNO,

GERBINO & SORIANO, LLP, as and for their Complaint against the Defendants, hereby allege as

follow upon information and belief:

**FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM**
NYSCEF DOC. NO. 2

INDEX NO. 655225/2019
RECEIVED NYSCEF: 09/11/2019

## INTRODUCTION

1.     This action seeks to recover restitution in the amount of approximately ninety-nine thousand sixty dollars and sixty-three cents ($99,060.63) for No-Fault reimbursements that the Defendants have obtained from Plaintiffs by submitting, and causing to be submitted, numerous charges for Magnetic Resonance Imaging (MRI), Computerized Tomography (CT) and X-Ray services (hereinafter the "No-Fault services") for which the Defendants are not legally entitled to receive.  In addition, Plaintiffs seek a declaratory judgment that Columbus Imaging Center, LLC (hereinafter referred to as "Columbus") and Medaid Radiology, LLC (hereinafter referred to as "Medaid") have no legal right to keep or receive payments from the Plaintiffs for No-Fault services which are performed by independent contractors who perform reads of radiological tests performed onsite.  Plaintiffs also seek a declaration that Medaid is an unlicensed limited liability company, and due to their noncompliance with New Jersey state's licensing statutes and regulations and New York's No-Fault regulation, are not entitled to collect payment for services allegedly performed under Medaid.

2.     The Defendants engaged in a systematic scheme to defraud Plaintiffs by submitting bills for reimbursement of No-Fault related services allegedly rendered to individuals who were reportedly involved in automobile incidents.

3.     The Defendants are not entitled to seek, keep or receive No-Fault reimbursements from Plaintiffs and Plaintiffs are not obligated to pay reimbursements for any No-Fault related matters pertaining to Columbus or Medaid as the No-Fault services were rendered by independent contractors.  In addition, Medaid is not eligible to receive No-Fault reimbursements due to its failure to comply with New Jersey state licensure requirements.

4.     Plaintiffs seek a declaratory judgment as to the following:

- 2 -

**FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM**
NYSCEF DOC. NO. 2

INDEX NO. 655225/2019
RECEIVED NYSCEF: 09/11/2019

a)  That Plaintiffs are not obligated to provide any coverage, reimbursements, or pay any monies, sums, or funds to any of the Defendants named herein for any and all No-Fault services for which claims/bills have been submitted by Columbus and Medaid to Plaintiffs;

b)  That Columbus and Medaid lack standing to seek or receive No-Fault reimbursements as the services billed are rendered by independent contractors; and

c)  That Medaid lacks standing to seek or receive No-Fault reimbursements as the entity is in violation of N.J.S.A. 26:2H-1, et seq., N.J.A.C. 8:43E and 11 NYCRR 65-3.16(a)(12).

5.  Plaintiffs seek a judgment over and against the Defendants for the recovery of monies, sums, and funds paid by Plaintiffs to the Defendants by virtue of the Defendants' use of independent contractors and Defendant Medaid's failure to maintain licensure. There are still thousands of dollars in claims which were submitted to Plaintiffs by Columbus and Medaid that have not yet been brought to suit or arbitrated. In total, Columbus and Medaid have submitted in excess of three hundred sixty-one thousand five hundred twenty-nine dollars and forty-two cents ($361,529.42) in claims to the Plaintiffs. The charts annexed hereto as **Exhibits "A" and "B"** represent the contested claims submitted to date from Columbus and Medaid respectively.

6.  The Defendants' business dealings are in violation of New York Law and public policy as the Defendants have retained the services of independent contractors to perform professional services for which Columbus and Medaid have submitted billing to the Plaintiffs.

7.  Moreover, Defendant Medaid is operating without a license which is a violation of both New Jersey and New York state law.

8.  In total, Plaintiffs seek judgment over and against the Defendants for the recovery of monies, sums and funds paid by the Plaintiffs to the Defendants in an approximate amount of ninety-nine thousand sixty dollars and sixty-three cents ($99,060.63) by virtue of the Defendants'

-3-

**FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM**
NYSCEF DOC. NO. 2

INDEX NO. 655225/2019
RECEIVED NYSCEF: 09/11/2019

improper use of independent contractors and the submission of claims for healthcare services performed by independent contractors to the Plaintiffs for reimbursement, and Defendant Medaid's lack of licensure. In addition, the Plaintiffs seek a judicial determination that they do not have to honor, pay or reimburse the Defendants for any pending claims.

## I. THE PARTIES

### A. The Plaintiffs

9. ALLSTATE INSURANCE COMPANY is a foreign corporation organized and existing under the laws of the State of Illinois, is a citizen of the State of Illinois, and is duly authorized to engage in, and conduct the business of, insurance companies in New York.

10. ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY is a foreign corporation organized and existing under the laws of the State of Illinois, is a citizen of the State of Illinois, and duly authorized to engage in, and conduct the business of, insurance companies in New York.

11. ALLSTATE INDEMNITY COMPANY is a foreign corporation organized and existing under the laws of the State of Illinois, is a citizen of the State of Illinois, and is duly authorized to engage in, and conduct the business of, insurance companies in New York.

12. ALLSTATE NORTHBROOK INDEMNITY COMPANY is a foreign corporation organized and existing under the laws of the State of Illinois, is a citizen of the State of Illinois, and is duly authorized to engage in, and conduct the business of, insurance companies in New York.

13. ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY is a foreign corporation organized and existing under the laws of the State of Illinois, is a citizen of the State of Illinois, and is duly authorized to engage in, and conduct the business of, insurance

- 4 -

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM
NYSCEF DOC. NO. 2

INDEX NO. 655225/2019

RECEIVED NYSCEF: 09/11/2019

companies in New York.

14.     ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY is a foreign corporation organized and existing under the laws of the State of Illinois, is a citizen of the State of Illinois, and is duly authorized to engage in, and conduct the business of, insurance companies in New York.

### B.     The Corporate Healthcare Provider Defendants

15.     Upon information and belief, Columbus Imaging Center, LLC is a New Jersey limited liability company with its principal place of business located at 481 North 13th Street, Newark, New Jersey 07107.

16.     Upon information and belief, Medaid Radiology, LLC is an unlicensed New Jersey limited liability company with its principal place of business located at 481 North 13th Street, Newark, New Jersey 07107.

### C.     The Layperson Defendant

17.     Upon information and belief, Reuven Alon-Alyoff a/k/a Rob Alon (hereinafter referred to as "Alon") is a layperson and not a licensed medical professional.  Alon retains complete ownership and control of Columbus and Medaid.

## II.     JURISDICTION AND VENUE

18.     Venue is appropriate in New York County pursuant to Section 503(c) of the New York Civil Practice Law and Rules as the Plaintiffs maintain a place of business in said county.

## III.     ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

### A.     An Overview of the No-Fault Laws

19.     Plaintiffs underwrite automobile insurance in the State of New York.

20.     New York's No-Fault laws are designed to ensure that injured victims of motor

-5-

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM INDEX NO. 655225/2019
NYSCEF DOC. NO. 2 RECEIVED NYSCEF: 09/11/2019

vehicle accidents have an efficient mechanism to pay for and receive the healthcare services that they need. Under New York's Comprehensive Motor Vehicle Reparations Act (N.Y. Ins. Law Section 5101, *et seq.*) and the No-Fault Regulation (11 NYCRR 65, *et seq.*) automobile insurers are required to provide personal injury protection benefits ("No-Fault benefits") to their insureds.

21. No-Fault benefits include up to $50,000.00 per insured for necessary expenses that are incurred for healthcare goods and services. An insured can assign his/her rights to the provider(s) of healthcare services in exchange for those services. Pursuant to a duly executed assignment, a healthcare provider may submit claims directly to an insurance company and receive payment for necessary medical services rendered by submitting a claim form.

22. Pursuant to the No-Fault Regulation, a professional corporation is not eligible to bill for or collect No-Fault benefits for services rendered by independent contractors and healthcare providers in possession of a direct assignment of benefits are entitled to bill and collect No-Fault benefits. There is both a statutory and regulatory prohibition against payment(s) of No-Fault benefits to anyone other than the patient or his or her healthcare provider.

23. For a healthcare provider to be eligible to bill and to collect charges from an insurer for healthcare services pursuant to Insurance Law Section 5102(a), it must be the actual provider of the service. Under the Insurance Law and No-Fault Regulation, a professional service corporation is not eligible to bill for services, or to collect for those services from an insurer, where the services were rendered by persons who are not employees of the professional corporation.

**B.** **No-Fault Providers are not Entitled to No-Fault Reimbursements For Services Performed by Independent Contractors**

24. 11 NYCRR §65-3.11(a) states:

> An insurer shall pay benefits for any element of loss, other than death benefits, directly to the applicant or, when appropriate, to the applicant's parent or legal guardian or to any person legally

- 6 -

**FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM**  INDEX NO. 655225/2019
NYSCEF DOC. NO. 2                                              RECEIVED NYSCEF: 09/11/2019

responsible for necessities, or, upon assignment by the applicant or any of the aforementioned persons, shall pay benefits directly to providers of health care services as covered under section five thousand one hundred two (a)(1) of this article, or to the applicant's employer for loss of earnings from work as authorized under section five thousand one hundred two (a)(2) of this article. Death benefits shall be paid to the estate of the eligible injured person.

25.   The courts have interpreted 11 NYCRR §65-3.11(a) to prohibit a billing provider from recovering assigned first-party No-Fault benefits where the medical services were performed by an independent contractor. *See:* A.M Medical Services, P. C. v. Progressive Casualty Ins. Co., 953 N.Y.S.2d 219 (App. Div. 2d Dep't 2012); Health & Endurance Medical, P. C. v. Liberty Mutual Ins. Co., 19 Misc. 3d 137(A), N.Y. Slip Op. 50864(U) (App. Term 2d & 11th Dists. Apr. 14, 2008); East Coast Acupuncture, P.C. v. New York Cent. Mutual Ins., 18 Misc.3d 139(A), N.Y. Slip Op. 50344(U) (App. Term 2d & 11th Dists. Feb. 21, 2008); V.S. Medical Services P. C. v. Allstate Ins. Co., 14 Misc.3d 130(A), N.Y. Slip Op. 50016(U), (App. Term 2d & 11th Dists. Jan. 2, 2007); Health and Endurance Medical P. C. v. State Farm Mutual Auto Ins. Co., 12 Misc.3d 134(A), N.Y. Slip Op. 5119 l(U) (App. Term 2d & 11th Dists. June 22, 2006); A.B. Medical Services PLLC v. Liberty Mutual Ins. Co., 9 Misc.3d 36, (App. Term 2d & 11th Dists. 2005); Rockaway Boulevard Medical P.C. v. Progressive Ins., 9 Misc.3d 52 (App. Term 2d & 11th Dists. 2005).

26.   The Corporate Healthcare Provider Defendants have repeatedly submitted claim forms (No-Fault bills) for reimbursement of healthcare services that were rendered by independent contractors or non-employees of the professional corporation or PLLC.  Since the individuals who are providing healthcare services are independent contractors the Corporate Healthcare Provider Defendants are/were not entitled to receive No-Fault reimbursements.

**C.    Licensure**

-7-

**FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM**
NYSCEF DOC. NO. 2

INDEX NO. 655225/2019
RECEIVED NYSCEF: 09/11/2019

27.     Pursuant to New York's No-Fault Regulation and the cases interpreting same, a healthcare service corporation is not eligible to bill for or collect No-Fault benefits if it is not properly licensed.

28.     The applicable portion of the Regulation, found at 11 NYCRR 65-3.16(a)(12), states, in relevant part, as follows:

> A provider of health care services is not eligible for reimbursement under section 5102(a)(1) of the Insurance Law if the provider fails to meet any applicable New York State or local licensing requirement necessary to perform such service in New York **or meet any applicable licensing requirement necessary to perform such service in any other state in which such service is performed** (emphasis added).

29.     In addition, under New Jersey law a medical provider is eligible for reimbursement under Personal Injury Protection (PIP) coverage only if the provider complies with all significant qualifying requirements including New Jersey law and the Administrative Code. Allstate v. Orthopedic Evaluations, Inc., 300 N.J. Super. 510, 516 (App. Div. 1997).

30.     New Jersey statutes and administrative code provisions applicable to the license of an MRI facility are N.J.S.A. 26:2H-1 through 26:2H-12 (Health Care Facilities Planning Act), N.J.A.C. Ch. 43A 8:43A-1.1 through 8:43A-33.4 (Standards for Licensure of Ambulatory Care Facilities) and N.J.A.C. Ch. 43E 8:43E-1.1 to 10.11 (General Licensure Procedures and Enforcement of Licensure Regulations).

31.     Under N.J.S.A. 26:2H-2, a healthcare facility is defined as a:

> ...facility or institution, whether public or private, that is **engaged principally in providing services for health maintenance organizations, diagnosis, or treatment of human disease, pain, injury, deformity, or physical condition**, including, but not limited to, a general hospital, special hospital, mental hospital, public health center, **diagnostic center**, treatment center, rehabilitation center,

-8-

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM
NYSCEF DOC. NO. 2

INDEX NO. 655225/2019
RECEIVED NYSCEF: 09/11/2019

> extended care facility, skilled nursing home, nursing home, intermediate care facility, tuberculosis hospital, chronic disease hospital, maternity hospital, outpatient clinic, dispensary, home health care agency, residential health care facility, dementia care home, and bioanalytical laboratory (except as specifically excluded hereunder), or central services facility serving one or more such institutions but excluding institutions that provide healing solely by prayer and excluding such bioanalytical laboratories as are independently owned and operated, and are not owned, operated, managed, or controlled, in whole or in part, directly or indirectly by any one or more health care facilities, and the predominant source of business of which is not by contract with health care facilities within the State of New Jersey and which solicit or accept specimens and operate predominantly in interstate commerce (emphasis added).

32.     N.J.A.C. Ch. 43A 8:43A-1.1 further defines a health care facility to be one that provides ambulatory care services which include magnetic resonance imaging and computerized tomography, services which are provided by Medaid.

33.     Magnetic resonance imaging and computerized tomography are services which require a license issued from New Jersey's Department of Health. *See,* N.J.A.C. Ch. 43A 8:43A-2.2(b) and 8:43A-2.3(a).

34.     New Jersey's Department of Health issues licenses and regulates healthcare facilities. New Jersey's administrative code sets forth mandatory requirements pertaining to a facility's licensing, inspections, surveys, document and/or data submissions, personnel licensure, certification or authorization, training, service plans, retention of a medical administrator, as well as other general requirements. *See,* N.J.A.C. Ch. 43A 8:43A-1.1 through 8:43A-33.4. It also imposes additional requirements upon a facility that provides computer tomography, magnetic resonance imaging and radiological services. *See,* Ch. 43A N.J.A.C. 8:43A-25.1.

35.     The legislative intent of these administrative codes is to "...protect the health and

- 9 -

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM
NYSCEF DOC. NO. 2

INDEX NO. 655225/2019
RECEIVED NYSCEF: 09/11/2019

safety of patients who receive ambulatory care services by establishing minimum rules and standards of care with which an ambulatory care facility must comply in order to be licensed to operate in New Jersey." *See,* Ch. 43A N.J.A.C. 8:43A-1.2.

36.     Under N.J.S.A. 26:2H-12(a):

> **No health care service or health care facility shall be operated unless it shall: (1) possess a valid license issued pursuant to this act, which license shall specify the kind of kinds of health care services the facility is authorized to provide;** (2) establish and maintain a uniform system of cost accounting approved by the commissioner; (3) establish and maintain a uniform system of reports and audits meeting the requirements of the commissioner; (4) prepare and review annually a long range plan for the provision of health care services; (5) establish and maintain a centralized, coordinated system of discharge planning which assures every patient a planned program of continuing care and which meets the requirements of the commissioner which requirements shall, where feasible, equal or exceed those standards and regulations established by the federal government for all federally-funded health care facilities but shall not require any person who is not in receipt of State or federal assistance to be discharged against his will (emphasis added).

37.     Failure to adhere to the foregoing may be deemed a violation punishable by either a "... 1. Civil monetary penalty; 2. Curtailment of admissions; 3. Appointment of a receiver or temporary manager; 4. Provisional license; 5. Suspension of a license; 6. Revocation of a license; 7. Order to Cease and Desist operation of an unlicensed health care facility; and 8. Other remedies for violations of statutes as provided by State or Federal law, or as authorized by Federal survey, certification, and enforcement regulations and agreements. *See* N.J.C.A. Ch. 43E 8:43E-3.1. A health care facility that operates without a license is specifically subject to a fine of $1,000 per day from the date of initiation of services. *See,* N.J.C.A. Ch. 43E 8:43E-3.4(a)(1). However, "[t]he Department may increase the penalties in (a) above up to the statutory maximum per violation per day in consideration of the economic benefit realized by the facility for noncompliance." *See,*

- 10 -

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM
NYSCEF DOC. NO. 2

INDEX NO. 655225/2019
RECEIVED NYSCEF: 09/11/2019

N.J.C.A. Ch. 43E 8:43E-3.4(c).

38.   In the interest of protecting patients, both New York and New Jersey limit reimbursement of No-Fault services to healthcare providers that are properly licensed. An out-of-state healthcare provider, such as Medaid, must maintain its New Jersey license in order to receive reimbursement under New York and New Jersey No-Fault law. However, as discussed below, Defendant Medaid has permitted its license to expire and is currently not in compliance with New Jersey law.

### D.   The Results of Allstate's Investigation

39.   Allstate investigated the claims of various individuals who allegedly received diagnostic services at Columbus at the facility's premises located at 481 North 13 Street, Newark, New Jersey.

40.   As part of its investigation into the operations of Columbus, Allstate conducted the Examination Under Oath (EUO) of Columbus on May 16, 2014. For its Examination Under Oath, Columbus produced Alon, who is the president and owner of Columbus.

41.   Alon's testimony provided insight into the daily operations of Columbus, particularly its use of independent contractors. A summary of Alon's testimony is as follows:

    a) Alon testified that Dr. Allen Rothpearl is Columbus' "medical director" who also does reads and that he replaced the first medical director, Dr. Gary Kronfeld, who stepped down after a few months due to a conflict of interest with the company with whom Dr. Kronfeld was employed;[1]

    b) Alon has an employment contract with Dr. Rothpearl through Dr. Rothpearl's company, Complete Radiology Reading (CRR) Services, to have diagnostic scans read as an independent contractor and payment is made per read;[2]

---

[1] See EUO Transcript of Reuven Alon-Alyoff, page 23, line 3 to page 24, line 6.
[2] See EUO Transcript of Reuven Alon-Alyoff, page 59, line 18 to page 60, line 15.

- 11 -

**FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM**

NYSCEF DOC. NO. 2

INDEX NO. 655225/2019

RECEIVED NYSCEF: 09/11/2019

c) Dr. Rothpearl does not have a presence in the facility but works remotely from his office in Long Island where he electronically receives films/scans, dictates and then directs all further communication by phone or through email; [3]

d) Dr. Rothpearl is solely responsible for reads except for when he is on vacation, and in those few instances, he retains radiologists to cover during his absence;[4]

e) Alon testified that he retained a company owned by Dr. Lapas, a New Jersey radiologist, to be present for scans with contrast; [5]

f) Dr. Boyle, an employee of Dr. Rothpearl, also performs reads; [6]

g) Dr. Damien, an employee of Dr. Lapas, also occasionally reads for Columbus; [7] and

h) There are no other companies or doctors retained by Alon to read MRIs, CT scans or X-Rays. [8]

42.     Billing submitted by Columbus which was received by Allstate subsequently after the Plaintiffs began an investigation into Columbus' use of independent contractors were denied on this basis, as well as other reasons.

43.     Allstate continued to receive bills from Columbus until October of 2018 for services rendered in August of 2018.

44.     Thereafter, billing by Columbus ceased and Medaid began to submit billing for the same purported services. The services billed by Medaid began in November of 2018, and many of the bills submitted indicated that the treating provider was an independent contractor. An example of such billing is annexed hereto as **Exhibit "C"**.

45.     Thus, it appears that the business operations of Columbus merely shifted to a newly

---

[3] See EUO Transcript of Reuven Alon-Alyoff, page 61, line 8 to page 62, line 13.
[4] See EUO Transcript of Reuven Alon-Alyoff, page 63, lines 6 through 22.
[5] See EUO Transcript of Reuven Alon-Alyoff, page 64, line 9 to page 65, line 24.
[6] See EUO Transcript of Reuven Alon-Alyoff, page 65, lines 12 through 18.
[7] See EUO Transcript of Reuven Alon-Alyoff, page 66, line 25 to page 67, line 6.
[8] See EUO Transcript of Reuven Alon-Alyoff, page 67, lines 7 through 14.

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM

NYSCEF DOC. NO. 2

INDEX NO. 655225/2019

RECEIVED NYSCEF: 09/11/2019

named entity, Medaid.  However, despite the change in name, all of the same characteristics once possessed by Columbus have been adopted by Medaid. Namely, Medaid operates from the same location, retains the same staff, equipment and manner of operation.

46.      Furthermore, Medaid does not disguise their use of independent contractors as the Defendant indicates on their billing that the services provided are rendered by independent contractors.

47.      Neither Columbus nor Medaid are eligible to receive reimbursement for No-Fault services rendered by independent contractors.

48.      Additionally, Medaid lack standing to receive No-Fault reimbursements as the company is operating in violation of New Jersey state law.

49.      As part of its investigation, the Plaintiffs discovered that Medaid allowed its license to expire.  According to New Jersey's Department of Health, Defendant Alon initially obtained a license for Medaid on December 1, 2010 to operate as an ambulatory care facility; however, as of November 30, 2018, that license has since expired.

**IV.    JUSTIFIABLE RELIANCE**

50.      Plaintiffs reasonably believed that Columbus was submitting bills for No-Fault services to which they were legally entitled to reimbursement.  Evidence to the contrary was not discoverable until after patterns developed over the course of years.

51.      During the course of Plaintiffs' investigation, Columbus ceased to operate and shifted operations under a new corporate entity, Medaid.

52.      Plaintiffs were required, under statutory obligations, to promptly and fairly process bills for No-Fault services within 30 days of receipt of same.

53.      The facially valid documents and bills submitted to Plaintiffs in support of the claim

- 13 -

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM INDEX NO. 655225/2019
NYSCEF DOC. NO. 2                                                    RECEIVED NYSCEF: 09/11/2019

for No-Fault services were justifiably relied upon by Plaintiffs in issuing payment to Columbus.

54.     Once it was discovered that Columbus and Medaid were utilizing independent contractors, the Plaintiffs began to deny claims based on their use of independent contractors to perform the No-Fault services.

55.     However, before denying claims based on the foregoing, the Plaintiffs paid Columbus and Medaid reimbursements that they were not legally entitled to receive and/or retain.

56.     Plaintiffs reasonably believed that the money they were reimbursing Columbus and Medaid for medical services rendered by Columbus and Medaid.

57.     Evidence that the Columbus and Medaid operated in violation of the law was not discoverable until after patterns developed over the course of years of activity.

58.     In addition, the Plaintiffs only recently learned that Medaid is operating without a license.

## V.     CLAIMS FOR RELIEF

### AS AND FOR PLAINTIFFS' FIRST CAUSE OF ACTION
### AS AGAINST ALL DEFENDANTS
### (Unjust Enrichment/Restitution)

59.     Plaintiffs repeat, reiterate and reallege the allegations set forth in paragraphs numbered 1 to 58 of this Complaint with the same force and effect as if set forth fully herein, and the Defendants are jointly and severally liable for the acts and omissions set forth in the aforementioned paragraphs.

60.     By reason of their wrongdoing, Defendants have been unjustly enriched at the expense of Plaintiffs, in that Defendants received monies, funds and sums from Plaintiffs that are the result of Defendants' unlawful and illegal conduct.

61.     That as a result of Defendants' actions, Defendants received payments from

- 14 -

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM

NYSCEF DOC. NO. 2

INDEX NO. 655225/2019

RECEIVED NYSCEF: 09/11/2019

Plaintiffs that they were not entitled to receive and which they are not entitled to keep.

62.      That by reason of the above, the Defendants have unjustly realized payments from Plaintiffs in an approximate amount of ninety-nine thousand sixty dollars and sixty-three cents ($99,060.63).

## AS AND FOR PLAINTIFFS' SECOND CAUSE OF ACTION
## AS AGAINST ALL DEFENDANTS
## (Declaratory Judgment – Independent Contractors)

63.      Plaintiffs repeat, reiterate and reallege the allegations set forth in paragraphs numbered 1 to 62 of this Complaint with the same force and effect as if set forth fully herein, and the Defendants are jointly and severally liable for the acts and omissions set forth in the aforementioned paragraphs.

64.      The Defendants do not have standing to submit or recover No-Fault benefits under New York State law due to their use of independent contractors who have performed the services for which they seek No-Fault reimbursement.

65.      In view of the unlawful use of independent contractors in violation of 11 NYCRR §65-3.11(a), Columbus and Medaid do not have standing to submit or recover No-Fault benefits for services performed by independent contractors.

66.      Plaintiffs seek a judicial determination that Columbus and Medaid are not entitled to reimbursement of pending charges or retention of any monies, sums or funds issued by the Plaintiffs for bills for No-Fault services which were submitted by the Defendants rather than the independent contractors who performed the services.

## AS AND FOR PLAINTIFFS' THIRD CAUSE OF ACTION
## AS AGAINST DEFENDANT MEDAID
## (Declaratory Judgment – Lack of Licensure)

67.      Plaintiffs repeat, reiterate and reallege the allegations set forth in paragraphs numbered 1 to 66 of this Complaint with the same force and effect as if set forth fully herein, and

- 15 -

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM

NYSCEF DOC. NO. 2

INDEX NO. 655225/2019

RECEIVED NYSCEF: 09/11/2019

the Defendant Medaid is jointly and severally liable for the acts and omissions set forth in the aforementioned paragraphs.

68.    The Defendant does not have standing to submit or recover No-Fault benefits under 11 NYCRR 65-3.16(a)(12) due to its failure to maintain its corporate license with New Jersey's Department of Health.

69.    In view of the Defendant's expired license which is unlawful under 11 NYCRR 65-3.16(a)(12), as well as N.J.S.A. 26:2H-1 through 26:2H-12 and N.J.A.C. Ch. 43A 8:43A-1.1 through 8:43A-33.4, Medaid does not have standing to submit or recover No-Fault benefits for services performed subsequently after the expiration of its license.

70.    Plaintiffs seek a judicial determination that Medaid is not entitled to reimbursement or retention of any monies, sums or funds issued by the Plaintiffs for dates of service beginning November 30, 2018, and for any charges that which Medaid may submit in the future.

**WHEREFORE**, Plaintiffs demand judgment against the Defendants, jointly and severally, as follows:

(1)    On the First Cause of Action, a declaratory judgment that the Defendants were unjustly enriched and an award of damages and judgment in favor of Plaintiffs over and against the Defendants representing restitution in an approximate amount of ninety-nine thousand sixty dollars and sixty-three cents ($99,060.63);

(2)    On the Second Cause of Action, a declaratory judgment that the Defendants utilized independent contractors and are not entitled to seek, receive or retain No-Fault reimbursements, and that Plaintiffs are entitled to a judgment over and against the Defendants for such conduct involving the use of independent contractors;

(3)    On the Third Cause of Action, a declaratory judgment that Defendant Medaid's corporate license is inactive and it is not entitled to seek, receive or retain No-Fault reimbursements for services rendered on November 30, 2018 and thereafter, and that Plaintiffs are entitled to a judgment over and against the Defendant;

- 16 -

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM
NYSCEF DOC. NO. 2

INDEX NO. 655225/2019
RECEIVED NYSCEF: 09/11/2019

(4)    Such other and further relief that this Court deems just, proper and equitable.

Dated: Melville, New York
September 10, 2019

Yours, etc.,
**BRUNO, GERBINO & SORIANO, LLP**

By: _____
        VINCENT F. GERBINO
*Attorneys for Plaintiffs*
445 Broad Hollow Road, Suite 420
Melville, New York 11747
(631) 390-0010
(631) 393-5497 - *facsimile*
BG&S File No.: MRAD24-3000

- 17 -

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM

NYSCEF DOC. NO. 2

INDEX NO. 655225/2019

RECEIVED NYSCEF: 09/11/2019

## VERIFICATION

STATE OF NEW YORK )
                         ) ss:
COUNTY OF SUFFOLK )

VINCENT F. GERBINO, being duly sworn, deposes and says:

I am an attorney duly admitted to practice law in the Courts of the State of New York and I am a partner of the Law Offices of Bruno, Gerbino & Soriano, LLP, attorneys for the Plaintiff herein, an insurance corporation duly licensed by the State of New York.

I have read the foregoing complaint and know the contents thereof, and the same is true to my own knowledge except as to the matters therein stated to be alleged upon information and belief, and that as to those matters, I believe it to be true.

I further state that the reason this verification is made by me and not by the Plaintiff is because said Plaintiff is a corporation and I am an attorney designated by said corporation for the purpose of initiating this proceeding.

_____
VINCENT F. GERBINO

## ACKNOWLEDGMENT

STATE OF NEW YORK )
                         ) ss:
COUNTY OF SUFFOLK )

On this 10th day of September, 2019, before me personally appeared VINCENT F. GERBINO, to me known and known to me to be the individual described in and who executed the foregoing complaint, and he duly acknowledged that he executed the same.

_____
NOTARY PUBLIC

KIMBERLY A. SCHEER
Notary Public, State of New York
No. 01SC6118627
Qualified in Suffolk County
Commission Expires Dec 22, 2020

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM

NYSCEF DOC. NO. 3

INDEX NO. 655225/2019

RECEIVED NYSCEF: 09/11/2019

# EXHIBIT "A"

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM       INDEX NO. 655225/2019

NYSCEF DOC. NO. Allstate Insurance Company, et al. v Medaid Radiology, LLC, et al. Exhibit "A" RECEIVED NYSCEF: 09/11/2019

Claims submitted by
COLUMBUS IMAGING CENTER LLC

| Billing Event | Claim Number | Document Mailed | Date Received | Charged/Billed | Allowed |
|---|---|---|---|---|---|
| 1 | 508741501 | Bill | 10/16/2018 | $414.19 | $0.00 |
| 2 | 508741501 | Bill | 10/16/2018 | $1,275.54 | $0.00 |
| 3 | 513097229 | Bill | 10/12/2018 | $828.96 | $0.00 |
| 4 | 513097229 | Bill | 10/12/2018 | $901.45 | $0.00 |
| 5 | 501827844 | Bill | 10/9/2018 | $1,837.68 | $0.00 |
| 6 | 513097229 | Bill | 10/8/2018 | $936.23 | $0.00 |
| 7 | 508799664 | Bill | 10/1/2018 | $936.23 | $0.00 |
| 8 | 508799664 | Bill | 10/1/2018 | $55.78 | $0.00 |
| 9 | 505626283 | Bill | 9/28/2018 | $1,837.68 | $0.00 |
| 10 | 506399509 | Bill | 9/25/2018 | $1,837.68 | $0.00 |
| 11 | 508795126 | Bill | 9/21/2018 | $1,837.68 | $0.00 |
| 12 | 507801306 | Bill | 9/13/2018 | $844.02 | $0.00 |
| 13 | 508559028 | Bill | 9/10/2018 | $1,837.68 | $0.00 |
| 14 | 506399509 | Bill | 9/4/2018 | $828.31 | $0.00 |
| 15 | 506399509 | Bill | 9/4/2018 | $936.23 | $0.00 |
| 16 | 507137628 | Bill | 9/4/2018 | $844.02 | $0.00 |
| 17 | 507137628 | Bill | 9/4/2018 | $1,837.68 | $0.00 |
| 18 | 502150568 | Bill | 9/3/2018 | $1,275.54 | $0.00 |
| 19 | 508063476 | Bill | 8/27/2018 | $850.17 | $0.00 |
| 20 | 508179454 | Bill | 8/27/2018 | $850.17 | $0.00 |
| 21 | 508559028 | Bill | 8/27/2018 | $1,837.68 | $0.00 |
| 22 | 507396223 | Bill | 8/27/2018 | $1,837.68 | $0.00 |
| 23 | 507396223 | Bill | 8/27/2018 | $844.02 | $0.00 |
| 24 | 482028768 | Bill | 8/16/2018 | $844.02 | $0.00 |
| 25 | 505239236 | Bill | 8/16/2018 | $1,243.73 | $0.00 |
| 26 | 507801306 | Bill | 8/14/2018 | $1,703.42 | $0.00 |
| 27 | 503729832 | Bill | 8/14/2018 | $1,656.62 | $0.00 |
| 28 | 507488996 | Bill | 8/14/2018 | $1,837.68 | $0.00 |
| 29 | 505329656 | Bill | 8/14/2018 | $54.71 | $0.00 |
| 30 | 505239236 | Bill | 8/14/2018 | $801.97 | $0.00 |
| 31 | 505239236 | Bill | 8/14/2018 | $1,275.54 | $0.00 |
| 32 | 505239236 | Bill | 8/14/2018 | $1,837.68 | $0.00 |
| 33 | 505329656 | Bill | 8/14/2018 | $1,242.57 | $0.00 |
| 34 | 505329656 | Bill | 8/14/2018 | $850.17 | $0.00 |
| 35 | 510712920 | Bill | 8/14/2018 | $1,837.68 | $1,837.68 |
| 36 | 505245621 | Bill | 8/13/2018 | $1,837.68 | $0.00 |
| 37 | 505245621 | Bill | 8/13/2018 | $1,738.20 | $0.00 |
| 38 | 505245621 | Bill | 8/13/2018 | $828.31 | $0.00 |
| 39 | 505245621 | Bill | 8/13/2018 | $828.31 | $0.00 |
| 40 | 505245621 | Bill | 8/13/2018 | $801.97 | $0.00 |
| 41 | 503729832 | Bill | 8/7/2018 | $1,837.68 | $0.00 |
| 42 | 503729832 | Bill | 8/7/2018 | $1,656.62 | $0.00 |
| 43 | 503729832 | Bill | 8/7/2018 | $1,837.68 | $0.00 |
| 44 | 503726101 | Bill | 7/30/2018 | $828.31 | $0.00 |
| 45 | 503726101 | Bill | 7/30/2018 | $1,837.68 | $0.00 |

INDEX NO. 655225/2019

NYSCEF DOC. NO. Allstate Insurance Company, et al. v Medaid Radiology, LLC, et al. Exhibit "A" - Claims submitted by RECEIVED NYSCEF: 09/11/2019
COLUMBUS IMAGING CENTER LLC

| 46 | 501721914 | Bill | 7/30/2018 | $1,837.68 | $0.00 |
|----|-----------|------|-----------|-----------|-------|
| 47 | 453866923 | Bill | 7/27/2018 | $548.61 | $0.00 |
| 48 | 453866923 | Bill | 7/27/2018 | $269.22 | $0.00 |
| 49 | 453866923 | Bill | 7/27/2018 | $553.36 | $0.00 |
| 50 | 500953203 | Bill | 7/24/2018 | $878.11 | $0.00 |
| 51 | 501847750 | Bill | 7/24/2018 | $801.97 | $0.00 |
| 52 | 500953203 | Bill | 7/24/2018 | $425.37 | $0.00 |
| 53 | 500953203 | Bill | 7/24/2018 | $936.23 | $0.00 |
| 54 | 501847750 | Bill | 7/24/2018 | $1,837.68 | $0.00 |
| 55 | 501315352 | Bill | 7/24/2018 | $1,837.68 | $0.00 |
| 56 | 501847750 | Bill | 7/24/2018 | $1,837.68 | $0.00 |
| 57 | 501847750 | Bill | 7/24/2018 | $801.97 | $0.00 |
| 58 | 497651224 | Bill | 7/17/2018 | $801.97 | $0.00 |
| 59 | 497651224 | Bill | 7/17/2018 | $828.31 | $0.00 |
| 60 | 504039116 | Bill | 7/17/2018 | $1,656.62 | $0.00 |
| 61 | 504039116 | Bill | 7/17/2018 | $1,837.68 | $0.00 |
| 62 | 497651224 | Bill | 7/17/2018 | $1,837.68 | $0.00 |
| 63 | 497789727 | Bill | 7/10/2018 | $828.31 | $538.40 |
| 64 | 497789727 | Bill | 7/10/2018 | $1,837.68 | $1,194.49 |
| 65 | 498766954 | Bill | 6/18/2018 | $936.23 | $0.00 |
| 66 | 498766954 | Bill | 6/18/2018 | $828.31 | $0.00 |
| 67 | 498766954 | Bill | 6/18/2018 | $1,837.68 | $0.00 |
| 68 | 498766954 | Bill | 6/18/2018 | $1,837.68 | $0.00 |
| 69 | 500896815 | Bill | 6/15/2018 | $1,837.68 | $1,194.49 |
| 70 | 500896815 | Bill | 6/15/2018 | $801.97 | $521.28 |
| 71 | 497659268 | Bill | 5/30/2018 | $1,837.68 | $0.00 |
| 72 | 497659268 | Bill | 5/30/2018 | $844.02 | $0.00 |
| 73 | 494949522 | Bill | 5/15/2018 | $1,837.68 | $0.00 |
| 74 | 496677741 | Bill | 5/15/2018 | $844.02 | $844.02 |
| 75 | 494949522 | Bill | 5/15/2018 | $801.97 | $0.00 |
| 76 | 492808423 | Bill | 5/14/2018 | $1,837.68 | $0.00 |
| 77 | 492808423 | Bill | 5/14/2018 | $425.37 | $276.49 |
| 78 | 490493301 | Bill | 5/1/2018 | $828.31 | $0.00 |
| 79 | 490493301 | Bill | 5/1/2018 | $1,837.68 | $0.00 |
| 80 | 492732714 | Bill | 4/17/2018 | $1,688.04 | $0.00 |
| 81 | 492732714 | Bill | 4/17/2018 | $1,837.68 | $0.00 |
| 82 | 494395808 | Bill | 4/11/2018 | $1,837.68 | $0.00 |
| 83 | 494395808 | Bill | 4/11/2018 | $828.31 | $0.00 |
| 84 | 489814896 | Bill | 4/9/2018 | $1,837.68 | $1,837.68 |
| 85 | 489814896 | Bill | 4/9/2018 | $1,672.33 | $1,672.33 |
| 86 | 489814896 | Bill | 4/9/2018 | $801.97 | $521.28 |
| 87 | 472866011 | Bill | 4/4/2018 | $828.31 | $0.00 |
| 88 | 481403830 | Bill | 4/4/2018 | $850.17 | $850.17 |
| 89 | 472866011 | Bill | 4/4/2018 | $1,837.68 | $0.00 |
| 90 | 472866011 | Bill | 4/4/2018 | $801.97 | $0.00 |
| 91 | 490063104 | Bill | 3/28/2018 | $850.17 | $850.17 |
| 92 | 487261471 | Bill | 3/21/2018 | $801.97 | $801.97 |

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM   INDEX NO. 655225/2019

NYSCEF DOC. NO. 3   RECEIVED NYSCEF: 09/11/2019

Allstate Insurance Company, et al. v Medaid Radiology, LLC, et al. Exhibit "A" Claims Submitted by
COLUMBUS IMAGING CENTER LLC

| 93 | 487261471 | Bill | 3/21/2018 | $1,837.68 | $1,837.68 |
|----|-----------|------|-----------|-----------|-----------|
| 94 | 488548868 | Bill | 3/21/2018 | $1,837.68 | $1,194.49 |
| 95 | 488548868 | Bill | 3/21/2018 | $1,672.33 | $1,087.01 |
| 96 | 487261471 | Bill | 3/21/2018 | $801.97 | $801.97 |
| 97 | 487261471 | Bill | 3/21/2018 | $1,837.68 | $1,837.68 |
| 98 | 489641307 | Bill | 3/15/2018 | $1,672.33 | $1,087.01 |
| 99 | 489641307 | Bill | 3/15/2018 | $1,837.68 | $1,194.49 |
| 100 | 482028768 | Bill | 3/13/2018 | $1,656.62 | $1,656.62 |
| 101 | 482028768 | Bill | 3/13/2018 | $861.62 | $861.62 |
| 102 | 486433246 | Bill | 3/12/2018 | $1,837.68 | $1,837.68 |
| 103 | 486433246 | Bill | 3/12/2018 | $801.97 | $801.97 |
| 104 | 486433246 | Bill | 3/12/2018 | $1,672.33 | $1,672.33 |
| 105 | 487564718 | Bill | 3/9/2018 | $901.45 | $0.00 |
| 106 | 487564718 | Bill | 3/9/2018 | $828.31 | $0.00 |
| 107 | 487188682 | Bill | 3/5/2018 | $828.31 | $0.00 |
| 108 | 482858776 | Bill | 2/27/2018 | $1,703.42 | $0.00 |
| 109 | 482858776 | Bill | 2/27/2018 | $936.23 | $0.00 |
| 110 | 484854443 | Bill | 2/20/2018 | $1,688.04 | $548.61 |
| 111 | 484854443 | Bill | 2/19/2018 | $1,275.54 | $0.00 |
| 112 | 482708096 | Bill | 2/19/2018 | $936.23 | $936.23 |
| 113 | 482708096 | Bill | 2/19/2018 | $424.21 | $424.21 |
| 114 | 482708096 | Bill | 2/19/2018 | $901.45 | $901.45 |
| 115 | 484200894 | Bill | 2/12/2018 | $1,837.68 | $1,781.18 |
| 116 | 482338274 | Bill | 2/5/2018 | $901.45 | $0.00 |
| 117 | 482028768 | Bill | 2/5/2018 | $1,837.68 | $0.00 |
| 118 | 482028768 | Bill | 2/5/2018 | $801.97 | $0.00 |
| 119 | 482028768 | Bill | 2/5/2018 | $1,656.62 | $0.00 |
| 120 | 482338274 | Bill | 2/5/2018 | $844.02 | $0.00 |
| 121 | 479284374 | Bill | 2/5/2018 | $844.02 | $0.00 |
| 122 | 476944780 | Bill | 2/2/2018 | $1,837.68 | $0.00 |
| 123 | 476944780 | Bill | 2/2/2018 | $1,837.68 | $0.00 |
| 124 | 476944780 | Bill | 2/2/2018 | $828.31 | $0.00 |
| 125 | 480712462 | Bill | 2/2/2018 | $1,837.68 | $0.00 |
| 126 | 476944780 | Bill | 2/2/2018 | $828.31 | $0.00 |
| 127 | 480564103 | Bill | 1/29/2018 | $850.17 | $638.07 |
| 128 | 483442398 | Bill | 1/29/2018 | $828.31 | $0.00 |
| 129 | 483442398 | Bill | 1/29/2018 | $1,837.68 | $0.00 |
| 130 | 480564103 | Bill | 1/29/2018 | $414.19 | $414.19 |
| 131 | 474962388 | Bill | 1/23/2018 | $47.01 | $0.00 |
| 132 | 474962388 | Bill | 1/23/2018 | $1,688.04 | $0.00 |
| 133 | 474386232 | Bill | 1/18/2018 | $425.96 | $0.00 |
| 134 | 474386232 | Bill | 1/18/2018 | $414.19 | $0.00 |
| 135 | 482338274 | Bill | 1/16/2018 | $1,672.33 | $1,672.33 |
| 136 | 482338274 | Bill | 1/15/2018 | $901.45 | $0.00 |
| | | | TOTAL: | $168,105.45 | $36,127.27 |

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM

NYSCEF DOC. NO. 4

INDEX NO. 655225/2019

RECEIVED NYSCEF: 09/11/2019

# EXHIBIT "B"

Allstate Insurance Company, et al. v Medaid Radiology, LLC, et al. Exhibit "B " - Claims submitted by
MEDAID RADIOLOGY LLC

| Billing Event | Claim Number | Document Mailed | Date Received | Charged/Billed | Allowed |
|---|---|---|---|---|---|
| 1 | 537114746 | Bill | 9/6/2019 | $801.97 | $801.97 |
| 2 | 552408972 | Bill | 9/3/2019 | $171.64 | $171.64 |
| 3 | 552408972 | Bill | 9/3/2019 | $2,639.65 | $2,145.77 |
| 4 | 546883646 | Bill | 8/19/2019 | $1,656.62 | $1,487.31 |
| 5 | 546883646 | Bill | 8/19/2019 | $1,738.20 | $1,241.84 |
| 6 | 546552381 | Bill | 8/5/2019 | $1,656.62 | $1,487.31 |
| 7 | 546252107 | Bill | 8/5/2019 | $844.02 | $0.00 |
| 8 | 546252107 | Bill | 8/5/2019 | $1,837.68 | $0.00 |
| 9 | 547039651 | Bill | 8/5/2019 | $1,243.08 | $1,193.32 |
| 10 | 546552381 | Bill | 8/5/2019 | $936.23 | $879.73 |
| 11 | 547039651 | Bill | 8/5/2019 | $1,275.54 | $1,275.54 |
| 12 | 546252107 | Bill | 8/5/2019 | $828.31 | $0.00 |
| 13 | 546252107 | Bill | 8/5/2019 | $1,837.68 | $0.00 |
| 14 | 547594969 | Bill | 8/2/2019 | $1,672.33 | $0.00 |
| 15 | 547594969 | Bill | 8/2/2019 | $1,837.68 | $0.00 |
| 16 | 545756819 | Bill | 7/25/2019 | $1,837.68 | $1,561.25 |
| 17 | 545756819 | Bill | 7/25/2019 | $2,639.65 | $2,145.77 |
| 18 | 545756819 | Bill | 7/25/2019 | $828.31 | $828.31 |
| 19 | 538835711 | Bill | 7/22/2019 | $828.31 | $0.00 |
| 20 | 543540990 | Bill | 7/19/2019 | $1,738.20 | $1,241.84 |
| 21 | 545949034 | Bill | 7/19/2019 | $828.31 | $828.31 |
| 22 | 545949034 | Bill | 7/19/2019 | $850.17 | $850.17 |
| 23 | 543540990 | Bill | 7/19/2019 | $1,656.62 | $1,487.31 |
| 24 | 545949034 | Bill | 7/19/2019 | $1,837.68 | $1,561.25 |
| 25 | 545949034 | Bill | 7/19/2019 | $844.02 | $844.02 |
| 26 | 542952940 | Bill | 7/15/2019 | $1,656.62 | $1,487.31 |
| 27 | 544223852 | Bill | 7/8/2019 | $2,104.50 | $0.00 |
| 28 | 544223852 | Bill | 7/8/2019 | $1,365.07 | $0.00 |
| 29 | 544802499 | Bill | 7/5/2019 | $1,837.68 | $0.00 |
| 30 | 542417928 | Bill | 7/5/2019 | $1,672.33 | $1,503.02 |
| 31 | 544802499 | Bill | 7/5/2019 | $1,656.62 | $0.00 |
| 32 | 540497939 | Bill | 7/1/2019 | $1,656.62 | $1,487.31 |
| 33 | 540497939 | Bill | 7/1/2019 | $878.11 | $834.20 |
| 34 | 542952940 | Bill | 7/1/2019 | $2,639.65 | $2,145.77 |
| 35 | 542965942 | Bill | 6/27/2019 | $1,837.68 | $1,561.25 |
| 36 | 542965942 | Bill | 6/27/2019 | $1,672.33 | $1,487.31 |
| 37 | 540497939 | Bill | 6/24/2019 | $2,639.65 | $2,145.77 |
| 38 | 514464221 | Bill | 6/19/2019 | $828.31 | $828.31 |
| 39 | 541966321 | Bill | 6/19/2019 | $828.31 | $0.00 |
| 40 | 514464221 | Bill | 6/19/2019 | $801.97 | $801.97 |
| 41 | 537266512 | Bill | 6/18/2019 | $414.19 | $0.00 |
| 42 | 537266512 | Bill | 6/18/2019 | $1,275.54 | $0.00 |
| 43 | 542417928 | Bill | 5/31/2019 | $414.77 | $0.00 |
| 44 | 542417928 | Bill | 5/23/2019 | $1,064.30 | $0.00 |
| 45 | 542417928 | Bill | 5/23/2019 | $1,837.68 | $0.00 |

Allstate Insurance Company, et al. v Medaid Radiology, LLC, et al. Exhibit "B " Claims submitted by
MEDAID RADIOLOGY LLC

| 46 | 542417928 | Bill | 5/23/2019 | $850.17 | $0.00 |
|---|---|---|---|---|---|
| 47 | 542417928 | Bill | 5/23/2019 | $1,837.68 | $0.00 |
| 48 | 542417928 | Bill | 5/23/2019 | $828.31 | $0.00 |
| 49 | 542417928 | Bill | 5/23/2019 | $1,837.68 | $0.00 |
| 50 | 538835711 | Bill | 5/21/2019 | $2,639.65 | $0.00 |
| 51 | 539482851 | Bill | 5/20/2019 | $1,837.68 | $0.00 |
| 52 | 539482851 | Bill | 5/20/2019 | $844.02 | $0.00 |
| 53 | 539482851 | Bill | 5/20/2019 | $1,837.68 | $0.00 |
| 54 | 539482851 | Bill | 5/20/2019 | $2,639.65 | $0.00 |
| 55 | 535516140 | Bill | 5/14/2019 | $1,837.68 | $0.00 |
| 56 | 538112806 | Bill | 5/13/2019 | $1,264.36 | $0.00 |
| 57 | 531080620 | Bill | 5/13/2019 | $849.58 | $0.00 |
| 58 | 536275829 | Bill | 5/13/2019 | $1,703.42 | $0.00 |
| 59 | 537114746 | Bill | 5/10/2019 | $1,837.68 | $0.00 |
| 60 | 534635677 | Bill | 5/9/2019 | $936.23 | $0.00 |
| 61 | 535613624 | Bill | 5/2/2019 | $1,837.68 | $0.00 |
| 62 | 533795778 | Bill | 4/30/2019 | $1,837.68 | $1,837.68 |
| 63 | 535518906 | Bill | 4/29/2019 | $1,837.68 | $0.00 |
| 64 | 535518906 | Bill | 4/16/2019 | $1,688.04 | $0.00 |
| 65 | 526577812 | Bill | 4/16/2019 | $1,837.68 | $1,561.25 |
| 66 | 534635677 | Bill | 4/15/2019 | $414.19 | $0.00 |
| 67 | 534635677 | Bill | 4/15/2019 | $1,275.54 | $0.00 |
| 68 | 535120307 | Bill | 4/15/2019 | $879.74 | $0.00 |
| 69 | 535120307 | Bill | 4/15/2019 | $2,639.65 | $0.00 |
| 70 | 532628856 | Bill | 4/9/2019 | $828.31 | $0.00 |
| 71 | 535870802 | Bill | 4/9/2019 | $1,837.68 | $0.00 |
| 72 | 532628856 | Bill | 4/9/2019 | $1,837.68 | $0.00 |
| 73 | 534635677 | Bill | 4/8/2019 | $901.45 | $0.00 |
| 74 | 534635677 | Bill | 4/8/2019 | $2,532.06 | $0.00 |
| 75 | 533772919 | Bill | 3/29/2019 | $1,837.68 | $0.00 |
| 76 | 533772919 | Bill | 3/29/2019 | $1,688.04 | $0.00 |
| 77 | 533773065 | Bill | 3/28/2019 | $828.31 | $0.00 |
| 78 | 533773065 | Bill | 3/28/2019 | $1,738.20 | $0.00 |
| 79 | 533773065 | Bill | 3/28/2019 | $1,837.68 | $0.00 |
| 80 | 533643128 | Bill | 3/21/2019 | $828.31 | $0.00 |
| 81 | 533643128 | Bill | 3/21/2019 | $1,738.20 | $0.00 |
| 82 | 532669249 | Bill | 3/21/2019 | $901.45 | $0.00 |
| 83 | 531884005 | Bill | 3/18/2019 | $850.17 | $0.00 |
| 84 | 531884005 | Bill | 3/18/2019 | $1,243.73 | $0.00 |
| 85 | 531080620 | Bill | 2/28/2019 | $1,275.54 | $0.00 |
| 86 | 528674658 | Bill | 2/26/2019 | $1,837.68 | $0.00 |
| 87 | 527972004 | Bill | 2/12/2019 | $1,837.68 | $0.00 |
| 88 | 505626283 | Bill | 2/12/2019 | $828.31 | $828.31 |
| 89 | 527972004 | Bill | 2/12/2019 | $2,533.95 | $0.00 |
| 90 | 519337372 | Bill | 2/12/2019 | $1,837.68 | $0.00 |
| 91 | 528993553 | Bill | 2/8/2019 | $2,639.65 | $0.00 |
| 92 | 528993553 | Bill | 2/8/2019 | $1,703.42 | $0.00 |

Allstate Insurance Company, et al. v Medaid Radiology, LLC, et al. Exhibit "B " - Claims submitted by
MEDAID RADIOLOGY LLC

| 93 | 528993553 | Bill | 2/8/2019 | $828.31 | $0.00 |
|---|---|---|---|---|---|
| 94 | 528993553 | Bill | 2/8/2019 | $1,723.76 | $0.00 |
| 95 | 527263123 | Bill | 1/29/2019 | $1,837.68 | $0.00 |
| 96 | 527263123 | Bill | 1/29/2019 | $844.02 | $0.00 |
| 97 | 527736052 | Bill | 1/28/2019 | $850.17 | $850.17 |
| 98 | 525222436 | Bill | 1/28/2019 | $1,672.33 | $0.00 |
| 99 | 525884631 | Bill | 1/24/2019 | $1,275.54 | $1,275.54 |
| 100 | 525884631 | Bill | 1/24/2019 | $414.77 | $414.77 |
| 101 | 524535812 | Bill | 1/21/2019 | $936.23 | $670.35 |
| 102 | 524535812 | Bill | 1/21/2019 | $901.45 | $901.45 |
| 103 | 524213626 | Bill | 1/17/2019 | $829.54 | $779.78 |
| 104 | 524213626 | Bill | 1/15/2019 | $426.03 | $426.03 |
| 105 | 524213626 | Bill | 1/15/2019 | $850.17 | $850.17 |
| 106 | 525884631 | Bill | 1/14/2019 | $2,639.65 | $0.00 |
| 107 | 526834882 | Bill | 1/14/2019 | $414.19 | $414.19 |
| 108 | 526834882 | Bill | 1/14/2019 | $850.17 | $850.17 |
| 109 | 525222436 | Bill | 1/14/2019 | $1,688.04 | $0.00 |
| 110 | 520734369 | Bill | 1/7/2019 | $828.31 | $828.31 |
| 111 | 522620103 | Bill | 12/31/2018 | $850.17 | $850.17 |
| 112 | 525222436 | Bill | 12/26/2018 | $828.31 | $0.00 |
| 113 | 525222436 | Bill | 12/26/2018 | $1,837.68 | $0.00 |
| 114 | 520734369 | Bill | 12/26/2018 | $901.45 | $901.45 |
| 115 | 518279641 | Bill | 12/17/2018 | $850.17 | $0.00 |
| 116 | 520734369 | Bill | 12/17/2018 | $1,738.20 | $1,241.84 |
| 117 | 515684868 | Bill | 12/10/2018 | $1,837.68 | $0.00 |
| 118 | 515684868 | Bill | 12/10/2018 | $1,837.68 | $0.00 |
| 119 | 518329727 | Bill | 12/3/2018 | $901.45 | $901.45 |
| 120 | 519802507 | Bill | 12/3/2018 | $1,837.68 | $0.00 |
| 121 | 519802507 | Bill | 12/3/2018 | $828.31 | $0.00 |
| 122 | 518329727 | Bill | 12/3/2018 | $1,688.04 | $1,688.04 |
| 123 | 522696748 | Bill | 11/26/2018 | $1,837.68 | $0.00 |
| 124 | 516142908 | Bill | 11/26/2018 | $851.33 | $851.33 |
| 125 | 516142908 | Bill | 11/26/2018 | $56.34 | $56.34 |
| 126 | 518435789 | Bill | 11/5/2018 | $2,639.65 | $2,145.77 |
| 127 | 518435789 | Bill | 11/5/2018 | $1,275.54 | $0.00 |
| 128 | 516395737 | Bill | 11/5/2018 | $1,738.20 | $0.00 |
| 129 | 515862068 | Bill | 11/5/2018 | $1,672.33 | $0.00 |
| 130 | 508741501 | Bill | 11/1/2018 | $1,275.54 | $1,275.54 |
| 131 | 510548365 | Bill | 10/29/2018 | $901.45 | $0.00 |
| 132 | 509968086 | Bill | 10/29/2018 | $828.31 | $828.31 |
| 133 | 509968086 | Bill | 10/29/2018 | $850.17 | $850.17 |
| 134 | 510548365 | Bill | 10/29/2018 | $1,672.33 | $0.00 |
| 135 | 509968086 | Bill | 10/29/2018 | $850.17 | $850.17 |
| 136 | 511833295 | Bill | 10/25/2018 | $1,275.54 | $1,275.54 |
| 137 | 511833295 | Bill | 10/25/2018 | $414.19 | $414.19 |
| 138 | 515862068 | Bill | 10/22/2018 | $1,837.68 | $0.00 |
| | | | TOTAL: | $193,423.97 | $62,933.36 |

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM

NYSCEF DOC. NO. 5

INDEX NO. 655225/2019

RECEIVED NYSCEF: 09/11/2019

# EXHIBIT "C"

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM

NYSCEF DOC. NO. 5

INDEX NO. 655225/2019

RECEIVED NYSCEF: 09/11/2019

**NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW**
**VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE**
(This form is not for verification of hospital treatment )

| INSURED: | INSURANCE CARRIER: |
|---|---|
| | ALLSTATE INS (NY)<br>P.O. BOX 2874<br>CLINTON, IA, 52733 |

| DATE | POLICYHOLDER | POLICY NUMBER | DATE OF ACCIDENT | CLAIM NUMBER |
|---|---|---|---|---|
| 11/21/2018 | | | 09/21/2018 | 0522696748 |

PROVIDER:
Medaid Radiology LLC (201)549-9998
PO BOX 829971
Philadelphia PA 19182

KINDLY COMPLETE AND SUBMIT THIS FORM AS SOON AS POSSIBLE. **PLEASE NOTE, THIS COMPLETED FORM MUST BE SUBMITTED TO THE INSURER AS SOON AS REASONABLY POSSIBLE BUT NO LATER THAN 45 DAYS OR 160 DAYS AFTER THE TREATMENT DATE, DEPENDING UPON THE POLICY ENDORSEMENT IN EFFECT AT THE TIME OF THE ACCIDENT.** IF YOU ARE UNSURE OF THE APPLICABLE TIME REQUIREMENT, KINDLY CONTACT THE CLAIMS REPRESENTATIVE TO DETERMINE WHICH DEADLINE IS APPLICABLE TO THIS CLAIM

IF YOU HAVE PREVIOUSLY SUBMITTED AN EARLIER REPORT ON THIS ACCIDENT, YOU NEED ONLY NOTE ANY CHANGES FROM THE INFORMATION PREVIOUSLY FURNISHED AND ADDITIONAL CHARGES.

1. PATIENT'S NAME AND ADDRESS

2. DATE OF BIRTH   3. SEX ☐ Male ☑ Female   4. OCCUPATION (IF KNOWN)

5. DIAGNOSIS AND CONCURRENT CONDITIONS
M54.2, M54.5

6. WHEN DID SYMPTOMS FIRST APPEAR?   DATE: 09/21/2018

7. WHEN DID PATIENT FIRST CONSULT YOU FOR THIS CONDITION?   DATE: _____

8. HAS PATIENT EVER HAD SAME OR SIMILAR CONDITION?
YES ☐   NO ☑   IF YES, state when and describe:

9. IS CONDITION SOLELY A RESULT OF THIS AUTOMOBILE ACCIDENT?
YES ☑   NO ☐   IF "NO", explain:

10. IS CONDITION DUE TO INJURY ARISING OUT OF PATIENT'S EMPLOYMENT?
YES ☐   NO ☑

11. WILL INJURY RESULT IN SIGNIFICANT DISFIGUREMENT OR PERMANENT DISABILITY?
YES ☐   NO ☐   NOT DETERMINABLE AT THIS TIME ☑
IF "YES", describe:

12. PATIENT WAS DISABLED (UNABLE TO WORK)
FROM: _____   THROUGH: _____

13. IF STILL DISABLED THE PATIENT SHOULD BE ABLE TO RETURN TO WORK ON:
_____ (DATE)

CONTINUE ON PAGE 2

NYS FORM NF-3 (Rev 1/2004)
Page 1 of 3

201811260012075
201811268057630004

MM 11262018
Received Date 11262018

**FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM**

NYSCEF DOC. NO. 5

INDEX NO. 655225/2019

RECEIVED NYSCEF: 09/11/2019

**VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE**
PAGE 2

14. WILL THE PATIENT REQUIRE REHABILITATION AND/OR OCCUPATIONAL THERAPY AS A RESULT OF THE INJURIES SUSTAINED IN THIS ACCIDENT?

YES ☑   NO ☐                         IF YES, describe your recommendation below:

15. REPORT OF SERVICES RENDERED – ATTACH ADDITIONAL SHEETS IF NECESSARY

| DATE OF SERVICE | PLACE OF SERVICE INCLUDING ZIP CODE | DESCRIPTION OF TREATMENT OR HEALTH SERVICE RENDERED | FEE SCHEDULE TREATMENT CODE | CHARGES |
|---|---|---|---|---|
| 10/11/18 | 481 N 13th St Newark NJ 07107 | MRI CERVICAL SPINE W/O DYE | 72141 | 936.23 |
| 10/11/18 | 481 N 13th St Newark NJ 07107 | MRI LUMBAR SPINE W/O DYE | 72148 | 901.45 |
| | | | | |
| | | TOTAL CHARGES TO DATES | | $ 1,837.68 |

16. IF TREATING PROVIDER IS DIFFERENT THAN BILLING PROVIDER COMPLETE THE FOLLOWING:

| TREATING PROVIDER'S NAME | TITLE | LICENSE OR CERTIFICATION NO. | BUSINESS RELATIONSHIP CHECK APPLICABLE BOX | | |
|---|---|---|---|---|---|
| | | | EMPLOYEE | INDEPENDENT CONTRACTOR | OTHER (SPECIFY) |
| REDDY, VANGALA | MD | 25MA09866600 | ☐ | ☑ | |

17. IF THE PROVIDER OF SERVICE IS A PROFESSIONAL SERVICE CORPORATION OR DOING BUSINESS UNDER AN ASSUMED NAME (DBA), LIST THE OWNER AND PROFESSIONAL LICENSING CREDENTIALS OF ALL OWNERS (Provide an additional attachment if necessary).

Medaid Radiology LLC , LIC# 24404

18. IS PATIENT STILL UNDER YOUR CARE FOR THIS CONDITION?          YES ☑   NO ☐

19. ESTIMATED DURATION OF FUTURE TREATMENT

UNDETERMINED

**PATIENT:** Your health provider may agree to accept payment for health services performed directly from your insurer (Authorization to Pay Benefits) so that you are not required to make payment to the health provider at the time of service. Such agreement is optional on the part of the health provider and must be signed by both patient and health provider. You may use the optional authorization language provided below, by checking off the designated spot in item 20 of this form.

20. _____ (IF YOU HAVE CHOSEN TO AUTHORIZE THE DIRECT PAYMENT OF BENEFITS BY CHECKING THIS OPTION, YOU MAY NOT ALSO ENTER INTO AN ASSIGNMENT OF BENEFITS CONTAINED IN #21)

AUTHORIZATION TO PAY BENEFITS:

I AUTHORIZE PAYMENT OF HEALTH BENEFITS TO THE UNDERSIGNED HEALTH CARE PROVIDER OR SUPPLIER OF SERVICES DESCRIBED BELOW. I RETAIN ALL RIGHTS, PRIVILEGES AND REMEDIES TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO-FAULT PROVISION) OF THE INSURANCE LAW.

PRINT NAME_____   SIGNED_____

PATIENT                                                    PATIENT                    DATE

CONTINUE ON PAGE 3

NYS FORM NF-3 (Rev 1/2004)
Page 2 of 3

201811260012075
201811268057630004

MM 11262018
Received Date 11262018

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM
NYSCEF DOC. NO. 5

INDEX NO. 655225/2019

RECEIVED NYSCEF: 09/11/2019

**VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE**
**PAGE 3**

PATIENT: Your health provider may agree to have you assign your right to No-Fault benefits from your insurer directly to your health provider (Assignment of Benefits). If you and your health provider agree to an assignment of benefits, you must both sign the agreement contained in # 21 or the prescribed NF-AOB form or its equivalent. The language contained in the assignment of benefits is mandatory and may not be altered or avoided by any other language added to this agreement or other written agreement.

21. **X**     (IF YOU HAVE CHOSEN TO ASSIGN YOUR BENEFITS TO THE HEALTH PROVIDER BY CHECKING THIS OPTION, YOU MAY NOT ALSO ENTER INTO AN AUTHORIZATION TO PAY BENEFITS CONTAINED IN ITEM #20 ABOVE)

ASSIGNMENT OF NO-FAULT BENEFITS:
I HEREBY ASSIGN TO THE HEALTH CARE PROVIDER INDICATED BELOW ALL RIGHTS, PRIVILEGES AND REMEDIES TO PAYMENT FOR HEALTH CARE SERVICES PROVIDED BY THE ASSIGNEE TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO-FAULT STATUTE) OF THE INSURANCE LAW. THE ASSIGNEE HEREBY CERTIFIES THAT THEY HAVE NOT RECEIVED ANY PAYMENT FROM OR ON BEHALF OF THE ASSIGNOR AND SHALL NOT PURSUE PAYMENT DIRECTLY FROM THE ASSIGNOR FOR SERVICES PROVIDED BY SAID ASSIGNEE FOR INJURIES SUSTAINED DUE TO THE MOTOR VEHICLE ACCIDENT, NOTWITHSTANDING ANY OTHER AGREEMENT TO THE CONTRARY. THIS AGREEMENT MAY BE REVOKED BY THE ASSIGNEE WHEN BENEFITS ARE NOT PAYABLE BASED UPON THE ASSIGNOR'S LACK OF COVERAGE AND/OR VIOLATION OF A POLICY CONDITION DUE TO THE ACTIONS OR CONDUCT OF THE ASSIGNOR

| PRINT NAME ▆▆▆▆ | SIGNED | SIGNATURE ON FILE |
| PATIENT (Assignor) | | PATIENT |
| PRINT NAME MEDAID RADIOLOGY LLC | SIGNED | SIGNATURE ON FILE |
| PROVIDER OF HEALTH CARE SERVICE (Assignee) | | PROVIDER OF HEALTH CARE SERVICE |

HAS AN ORIGINAL AUTHORIZATION OR ASSIGNMENT PREVIOUSLY BEEN EXECUTED?     ✔ YES ☐ NO

IS THE ORIGINAL SIGNATURE OF THE PARTIES ON FILE?     ✔ YES ☐ NO

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

| DATE | PROVIDER'S SIGNATURE | IRS/TIN IDENTIFICATION NO. | WCB RATING CODE IF NONE, SPECIALTY |
|------|---------------------|---------------------------|-----------------------------------|
| 11/21/2018 | Roeven Alon, Owner | 83-1738297 | R-DRA |

*LANGUAGE TO BE FILLED IN BY INSURER OR SELF-INSURER.
NYS FORM NF-3 (Rev 1/2004)
Page 3 of 3

201811260012075
201811268057630004

MM 11262018
Received Date 11262018

**FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM**
NYSCEF DOC. NO. 2

INDEX NO. 655225/2019
RECEIVED NYSCEF: 09/11/2019

Index No.:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

ALLSTATE INSURANCE COMPANY, et al.,

Plaintiff(s),

-against-

MEDAID RADIOLOGY, LLC, et al.,

Defendant(s)

# *SUMMONS AND VERIFIED COMPLAINT*

BRUNO, GERBINO & SORIANO, LLP
Attorney(s) for Plaintiffs
445 Broad Hollow Road – Suite 420
Melville, New York 11747
(631) 390-0010
70 Hilltop Road
Ramsey, New Jersey 07446
(201) 995-1394

BGS@BGSLAW-NY.COM

File No.: MRAD24-3000

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, to the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of this document, or the contentions contained therein, are not frivolous.*

Dated: ___September 10, 2019___

Signature _____
Print Signer's Name ___Vincent F. Gerbino___

**Service of a copy of the within** _____ **is hereby admitted.**

**Dated,**

Attorney(s) for _____

**Sir: Please take notice**
☐ *NOTICE OF ENTRY*
that the within is a (certified) true copy of a
duly entered in the office of the Clerk of the within named Court on
☐ *NOTICE OF SETTLEMENT*
that an order
settlement to the HON.
on the _____ day of _____ at _____ m.

of which the within is a true copy will be presented for
one of the Judges of the within named Court, at

*EXHIBIT "B"*



```
4 7 0 0 8 1
```

SUPREME COURT OF THE STATE OF NEW YORK,
COUNTY OF NEW YORK

**Index / case #: 655225/2019**

ALLSTATE INSURANCE COMPANY, ET AL
                                     Plaintiff

**AFFIDAVIT OF SERVICE**

COLUMBUS IMAGING CENTER, LLC, ET AL
                                     Defendant

_____

Morris County, State of: New Jersey    Joel Sanchez         being sworn,
says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: New Jersey

On 9/27/19 at 10:30 am/pm at: 481 NORTH 13TH STREET NEWARK NJ 07107

Deponent served the within: NOTICE OF ELECTRONIC FILING
SUMMONS & VERIFIED COMPLAINT

On which were set forth the Index No., herein, and date of filing

On: COLUMBUS IMAGING CENTER, LLC
    (herein after called the recipient) therein named.

| | | |
|---|---|---|
| ☐ | **Individual** | By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein |
| ☐ | **Suitable Age person** | By delivering thereat a true copy of each to;_____ a person of suitable age and discretion.Said premises is recipients [ ] Actual Place of Residence [ ] Actual Place of Business within the State. |
| ☐ | **Affixing to Door** | By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____ |
| ☒ | **Corporation or Partnership** | By delivering thereat a true copy of each to: Yackelin Abreu · 973-481-7770 personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be managing agent thereof. |
| ☐ | **Mailing** | Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [ ] Actual Place of Business at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicateon the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant. |

| | | | | |
|---|---|---|---|---|
| ☒ | **Description** | [ ] Male [☒] White skin | [ ] Black hair [ ] 14-20 Yrs [ ] Under 5' | [ ] Under 100 Lbs |
| | | [☒] Female [ ] Black skin | [☒] Brown hair [☒] 21-35 Yrs [ ] 5'0"-5'3" | [ ] 100-130 Lbs |
| | | [ ] Yellow skin | [ ] Gray hair [ ] 36-50 Yrs [☒] 5'4"-5'6" | [☒] 131-160 Lbs |
| | | [ ] Brown skin | [ ] Blonde hair [ ] 51-65 Yrs [ ] 5'9"-6'0" | [ ] 161-200 Lbs |
| | | [ ] Red skin | [ ] Red hair [ ] Over 65 Yrs [ ] Over 6' | [ ] Over 200 Lbs |
| | | Other Identifying Features _____ | | |

| | | |
|---|---|---|
| ☐ | **Military Service** | I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. |
| ☐ | Subpoena Fee Tendered in the amount of _____ |
| ☐ | |

Sworn to before me on 7th Oct 2019

_(signature)_

**PAOLA G. SANCHEZ**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 4/28/2020**

_(signature)_ Joel Sanchez
(Print name below signature)
Joel Sanchez

File No.   P903419

Work Order No.   470081

*EXHIBIT "C"*



4 7 0 0 8 3

SUPREME COURT OF THE STATE OF NEW YORK,
COUNTY OF NEW YORK                                      Index / case #: 655225/2019

ALLSTATE INSURANCE COMPANY, ET AL
    Plaintiff                                          **AFFIDAVIT OF SERVICE**

COLUMBUS IMAGING CENTER, LLC, ET AL
    Defendant

**Morris** County, State of: **New Jersey**   **Joel Sanchez**   being sworn,
says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: **New Jersey**

On **9/27/19** at **10:30** am/pm at: **481 NORTH 13TH STREET NEWARK NJ 07107**

**Deponent served the within:** NOTICE OF ELECTRONIC FILING
SUMMONS & VERIFIED COMPLAINT

On which were set forth the Index No., herein, and date of filing

**On: MEDAID RADIOLOGY, LLC**
    (herein after called the recipient) therein named.

| | | |
|---|---|---|
| ☐ | **Individual** | By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein |
| ☐ | **Suitable Age person** | By delivering thereat a true copy of each to:_____ a person of suitable age and discretion.Said premises is recipients [ ] Actual Place of Residence [ ] Actual Place of Business within the State. |
| ☐ | **Affixing to Door** | By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____ |
| ☒ | **Corporation or Partnership** | By delivering thereat a true copy of each to: **Yackelin Abreu - 973-481-7770** personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be **Managing agent** thereof. |
| ☐ | **Mailing** | Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [ ] Actual Place of Business at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicateon the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant. |

| | | |
|---|---|---|
| ☒ | **Description** | [ ] Male   ☒ White skin    [ ] Black hair   [ ] 14-20 Yrs   [ ] Under 5'   [ ] Under 100 Lbs |
| | | ☒ Female   [ ] Black skin   ☒ Brown hair   ☒ 21-35 Yrs   [ ] 5'0"-5'3"   [ ] 100-130 Lbs |
| | |     [ ] Yellow skin   [ ] Gray hair   [ ] 36-50 Yrs   ☒ 5'4"-5'8"   ☒ 131-160 Lbs |
| | |     [ ] Brown skin   [ ] Blonde hair   [ ] 51-65 Yrs   [ ] 5'9"-6'0"   [ ] 161-200 Lbs |
| | |     [ ] Red skin   [ ] Red hair   [ ] Over 65 Yrs   [ ] Over 6'   [ ] Over 200 Lbs |
| | | **Other Identifying Features** |

| | | |
|---|---|---|
| ☐ | **Military Service** | I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. |
| ☐ | **Subpoena Fee Tendered in the amount of**_____ |
| ☐ | |

Sworn to before me on **7th Oct 2019**

**Paola Sanchez**
PAOLA G. SANCHEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 4/28/2020

(Print name below signature)
**Joel Sanchez**

**File No.** P903419             **Work Order No.** 470083

*EXHIBIT "D"*



470084

SUPREME COURT OF THE STATE OF NEW YORK,
COUNTY OF NEW YORK

ALLSTATE INSURANCE COMPANY, ET AL
    Plaintiff

COLUMBUS IMAGING CENTER, LLC, ET AL
    Defendant

**Index / case #: 655225/2019**

**AFFIDAVIT OF SERVICE**

_Morris_ County, State of _New Jersey_ _Thomas Bunting_ **being sworn,**
says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: _New Jersey_

On _9/30/19_ at _11:30_ (am)/pm at: _78 OAK TRAIL ROAD HILLSDALE NJ 07642_

**Deponent served the within:** NOTICE OF ELECTRONIC FILING
SUMMONS & VERIFIED COMPLAINT

**On which were set forth the Index No., herein, and date of filing**

**On: REUVEN ALON-ALYOFF A/K/A ROB ALON**
**(herein after called the recipient) therein named.**

| | | |
|---|---|---|
| ☐ | Individual | By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein |
| ☒ | Suitable Age person | By delivering thereat a true copy of each to: _Anna Alon_ a person of suitable age and discretion.Said premises is recipients [X] Actual Place of Residence [ ] Actual Place of Business within the State. |
| ☐ | Affixing to Door | By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____ |
| ☐ | Corporation or Partnership | By delivering thereat a true copy of each to: _____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _____ thereof. |
| ☒ | Mailing | Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [X] Actual Place of Residence [ ] Actual Place of Business at _78 Oak Trail Road Hillsdale NJ 07642_ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicateon the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant. |

| | | | | | |
|---|---|---|---|---|---|
| ☒ Description | [ ] Male | [X] White skin | [ ] Black hair | [ ] 14-20 Yrs | [ ] Under 5' | [ ] Under 100 Lbs |
| | [X] Female | [ ] Black skin | [ ] Brown hair | [ ] 21-35 Yrs | [ ] 5'0"-5'3" | [ ] 100-130 Lbs |
| | | [ ] Yellow skin | [ ] Gray hair | [X] 36-50 Yrs | [X] 5'4"-5'8" | [X] 131-160 Lbs |
| | | [ ] Brown skin | [X] Blonde hair | [ ] 51-65 Yrs | [ ] 5'9"-6'0" | [ ] 161-200 Lbs |
| | | [ ] Red skin | [ ] Red hair | [ ] Over 65 Yrs | [ ] Over 6' | [ ] Over 200 Lbs |

Other identifying Features

| | | |
|---|---|---|
| ☐ | Military Service | I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. |
| ☐ | Subpoena Fee Tendered in the amount of _____ | |
| ☐ | | |

Sworn to before me on _10/9/19_

_Thomas Bunting_
(Print name below signature)

_Thomas Bunting_

MIRANDA R. PLATT
NOTARY PUBLIC OF NEW JERSEY
Comm. # 50053305
My Commission Expires 01/23/2022

File No.   P903419

Work Order No.   470084

1 of 1

# EXHIBIT "E"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, ALLSTATE
FIRE AND CASUALTY INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY,
ALLSTATE NORTHBROOK INDEMNITY
COMPANY, ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY, and
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY,

Index No.: 655225/2019

**NOTICE**

                    Plaintiffs,

      -against-

MEDAID RADIOLOGY, LLC,
COLUMBUS IMAGING CENTER, LLC,
REUVEN ALON-ALYOFF a/k/a ROB ALON,

                  Defendants.
------------------------------------------------------------------------X

### NOTICE OF FILING OF NOTICE OF REMOVAL

TO:    CLERK OF THE SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF
NEW YORK:

      Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants file herewith a true copy of the

Notice of Removal previously filed in the United States District Court for the Southern District

of New York under Docket No.: 20-CV-01108.

Dated: Lake Success, New York
       February 7, 2020

                       Respectfully submitted,
                       **THE RUSSELL FRIEDMAN LAW GROUP LLP**
                       *Attorneys for Defendants Medaid Radiology, LLC,*
                       *Columbus Imaging Center, LLC, and*
                       *Reuven Alon-Alyoff a/k/a Rob Alon*

          By:    */s/ Christopher M. Arzberger*
                Christopher M. Arzberger

3000 Marcus Avenue, Suite 2E03
Lake Success, New York 11042
Tel:     (516)355-9696
Fax:     (516)726-8428
Email: carzberger@rfriedmanlaw.com

To:

Vincent F. Gerbino, Esq.
BRUNO, GERBINO & SORIANO, LLP
*Attorneys for Allstate*
445 Broad Hollow Road, Suite 420
Melville, New York 11747

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, ALLSTATE
FIRE AND CASUALTY INSURANCE COMPANY,                        Docket No.:
ALLSTATE INDEMNITY COMPANY,
ALLSTATE NORTHBROOK INDEMNITY
COMPANY, ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY, and
ALLSTATE VEHICLE AND PROPERTY                               **NOTICE OF**
INSURANCE COMPANY,                                         **REMOVAL**

                              Plaintiffs,

              -against-

MEDAID RADIOLOGY, LLC,
COLUMBUS IMAGING CENTER, LLC,
REUVEN ALON-ALYOFF a/k/a ROB ALON,

                              Defendants.
------------------------------------------------------------------------X

        Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants MEDAID RADIOLOGY, LLC

("Medaid"), COLUMBUS IMAGING CENTER, LLC ("Columbus"), and REUVEN ALON-

ALYOFF a/k/a ROB ALON ("Alon") (collectively, referred to as "Defendants"), by and through

their attorneys, The Russell Friedman Law Group LLP, jointly and collectively file this Notice of

Removal for the above-captioned case, removing this case from the Supreme Court of the State of

New York, County of New York (Index Number 655225/2019) to the United States District Court,

Southern District of New York. Defendants respectfully represent and state as follows:

        1.      On September 11, 2019, Plaintiffs ALLSTATE INSURANCE COMPANY,

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY

COMPANY, ALLSTATE NORTHBROOK INDEMNITY COMPANY, ALLSTATE

PROPERTY AND CASUALTY INSURANCE COMPANY, and ALLSTATE VEHICLE AND

PROPERTY INSURANCE COMPANY (collectively, referred to as "Allstate" or "Plaintiffs")

commenced this action by filing a Verified Complaint in the Supreme Court of the State of New York, County of New York, Index Number 655225/2019, captioned *ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE NORTHBROOK INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, and ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY v. MEDAID RADIOLOGY, LLC, COLUMBUS IMAGING CENTER, LLC, and REUVEN ALON-ALYOFF a/k/a ROB ALON* ("Verified Complaint"). A copy of the Verified Complaint is annexed hereto as **Exhibit A**.

2. On January 20, 2020, Allstate's attorneys, Bruno, Gerbino & Soriano, LLP, entered into a Stipulation with your affirmant's law firm, wherein the attorneys for the respective parties agreed that "Defendants' time to answer, move, and/or otherwise respond with respect to the Complaint in the above-entitled action is hereby extended up to and including February 10, 2020" (¶1, Exhibit B). A copy of the Stipulation is annexed hereto as **Exhibit B**.

## STANDARD FOR REMOVAL

3. Defendants file this Notice of Removal pursuant to 28 U.S.C. § 1441(a), which provides that "any civil action brough in a State court of which the district courts of the United States have original jurisdiction, may be removed," and pursuant to 28 U.S.C. § 1446(b), which provides that notice of removal "shall be filed within thirty days after the receipt by the defendant, *through service or otherwise,* of a copy of the initial pleading" (Id. *Emphasis Added).*

4. Defendants are filing this Notice of Removal in compliance with 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446, and in accordance with the stipulation entered into between Allstate and Defendants. See **Exhibit B**.

CA/D227277/FL2917

## DIVERSITY OF CITIZENSHIP

5.      There exists complete diversity of citizenship between Allstate and Defendant within the meaning of 28 U.S.C. § 1332(a), which provides, in pertinent part, that "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states."

6.      Plaintiff ALLSTATE INSURANCE COMPANY is an Illinois corporation with its principal place of business in Illinois, located at 2775 Sanders Road, Northbrook, Illinois 60062-6127. Thus, for purposes of 28 U.S.C. § 1332, Plaintiff ALLSTATE INSURANCE COMPANY is a citizen of the state of Illinois.  A copy of Allstate's Combined Annual Statement listing its state of domicile is annexed hereto as **Exhibit C**.

7.      Plaintiff ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY is an Illinois corporation with its principal place of business in Illinois, located at 2775 Sanders Road, Northbrook, Illinois 60062-6127.  Thus, for purposes of 28 U.S.C. § 1332, Plaintiff ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY is a citizen of the state of Illinois.  A copy of Allstate's Combined Annual Statement listing its state of domicile is annexed hereto as **Exhibit C**.

8.      Plaintiff ALLSTATE INDEMNITY COMPANY is an Illinois corporation with its principal place of business in Illinois, located at 2775 Sanders Road, Northbrook, Illinois 60062-6127. Thus, for purposes of 28 U.S.C. § 1332, Plaintiff ALLSTATE INDEMNITY COMPANY is a citizen of the state of Illinois.  A copy of Allstate's Combined Annual Statement listing its state of domicile is annexed hereto as **Exhibit C**.

9.      Plaintiff ALLSTATE NORTHBROOK INDEMNITY COMPANY is an Illinois corporation with its principal place of business in Illinois, located at 2775 Sanders Road,

CA/D227277/FL2917

Northbrook, Illinois 60062-6127. Thus, for purposes of 28 U.S.C. § 1332, Plaintiff ALLSTATE NORTHBROOK INDEMNITY COMPANY is a citizen of the state of Illinois. A copy of Allstate's Combined Annual Statement listing its state of domicile is annexed hereto as **Exhibit C**.

10.    Plaintiff ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY is an Illinois corporation with its principal place of business in Illinois, located at 2775 Sanders Road, Northbrook, Illinois 60062-6127. Thus, for purposes of 28 U.S.C. § 1332, Plaintiff ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY is a citizen of the state of Illinois. A copy of Allstate's Combined Annual Statement listing its state of domicile is annexed hereto as **Exhibit C**.

11.    Plaintiff ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY is an Illinois corporation with its principal place of business in Illinois, located at 2775 Sanders Road, Northbrook, Illinois 60062-6127. Thus, for purposes of 28 U.S.C. § 1332, Plaintiff ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY is a citizen of the state of Illinois. A copy of Allstate's Combined Annual Statement listing its state of domicile is annexed hereto as **Exhibit C**.

12.    Defendant Medaid is a New Jersey corporation with its principal place of business in New Jersey, located at 481 North 13th Street, Newark, New Jersey 07107. Thus, for purposes of 28 U.S.C. § 1332, Medaid is a citizen of the state of New Jersey.

13.    Defendant Columbus is a New Jersey corporation with its principal place of business in New Jersey, located at 481 North 13th Street, Newark, New Jersey 07107. Thus, for purposes of 28 U.S.C. § 1332, Columbus is a citizen of the state of New Jersey.

14.     Defendant Alon is a citizen of the State of New Jersey with a domicile located at 78 Oak Trail Road, Hillsdale, New Jersey 07642, and therefore meets the requirements pursuant to 28 U.S.C. § 1332.

15.     The Verified Complaint alleged that Allstate "seeks to recover restitution in the amount of approximately ninety-nine thousand sixty dollars and sixty-three cents ($99,060.63) for No-Fault reimbursements that the Defendants have obtained from [Allstate]..." (¶1, Exhibit A). Thus, the amount in controversy in this action exceeds $75,000.00, exclusive of interest and costs, as per the requirements of 28 U.S.C. § 1332(a).

16.     Venue is proper in this Court pursuant to 28 U.S.C. § 1441(b)(2), because there is diversity of citizenship between the parties.

17.     Contemporaneous with the filing of this Notice of Removal, Defendants have given written notice to Allstate and have filed a copy of this Notice of Removal with the Clerk of the Supreme Court of the State of New York, County of New York, as well as a Notice of Filing the Notice for Removal.

18.     By filing this Notice of Removal, Defendants do not waive any rights or defenses, including defenses related to subject matter jurisdiction, and expressly reserve all rights and defenses that they may have with respect to Allstate's Action. Defendants jointly file this Notice of Removal.

## CONCLUSION

19.     There exists complete diversity of citizenship between Allstate and Defendants. Plaintiffs, collectively, are comprised of corporations incorporated and domiciled in the state of Illinois. Defendants, collectively, are domiciled in the State of New Jersey. As explained in detail above, the allegation in the Verified Complaint demonstrate that Allstate seeks damages in excess

of $75,000.00 and, therefore, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.;

20.     This court has statutory and subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, and this action is one which may be removed to federal district court by Defendants pursuant to 28 U.S.C. §§ 1441 and 1446, because the amount in controversy, on information and belief, in accordance with the Verified Complaint (See **Exhibit A**), and as set forth above, exceeds $75,000.00, exclusive of interest and costs, and because complete diversity of citizenship exists among Plaintiffs and Defendants.

21.     Attached hereto as **Exhibit D** is the proposed Order for Removal to the United States District Court, Southern District of New York.

### **PRAYER FOR RELIEF**

WHEREFORE, Defendants hereby give notice that this action is removed to the United State District Court, Southern District of New York.

Dated: Lake Success, New York
        February 7, 2020

Respectfully submitted,
**THE RUSSELL FRIEDMAN LAW GROUP LLP**
*Attorneys for Defendants Medaid Radiology, LLC,*
*Columbus Imaging Center, LLC, and*
*Reuven Alon-Alyoff a/k/a Rob Alon*

By:     */s/ Christopher M. Arzberger*
        Christopher M. Arzberger
        3000 Marcus Avenue, Suite 2E03
        Lake Success, New York 11042
        Tel:    (516)355-9696
        Fax:    (516)726-8428
        Email: carzberger@rfriedmanlaw.com

6                                               CA/D227277/FL2917

To:

Vincent F. Gerbino, Esq.
BRUNO, GERBINO & SORIANO, LLP
*Attorneys for Allstate*
445 Broad Hollow Road, Suite 420
Melville, New York 11747

7

# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, ALLSTATE
FIRE AND CASUALTY INSURANCE COMPANY,        Index No.:
ALLSTATE INDEMNITY COMPANY,
ALLSTATE NORTHBROOK INDEMNITY
COMPANY, ALLSTATE PROPERTY AND              **VERIFIED COMPLAINT**
CASUALTY INSURANCE COMPANY, and
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY,

                              Plaintiffs,

              -against-

COLUMBUS IMAGING CENTER, LLC,
MEDAID RADIOLOGY, LLC, and
REUVEN ALON-ALYOFF a/k/a ROB ALON,

                              Defendants.
-----------------------------------------------------------------X
**TO THE ABOVE-NAMED DEFENDANTS:**

## COMPLAINT

Plaintiffs, ALLSTATE INSURANCE COMPANY, and any and all of its subsidiaries and

affiliates, including, but not limited to, ALLSTATE FIRE AND CASUALTY INSURANCE

COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE NORTHBROOK

INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE

COMPANY, and ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

(hereinafter collectively referred to as "ALLSTATE" or "Plaintiffs"), by their attorneys, BRUNO,

GERBINO & SORIANO, LLP, as and for their Complaint against the Defendants, hereby allege as

follow upon information and belief:

Case 1:20-cv-01108-VEC Document 9-7 Filed 03/05/20 Page 13 of 147

## INTRODUCTION

1.     This action seeks to recover restitution in the amount of approximately ninety-nine thousand sixty dollars and sixty-three cents ($99,060.63) for No-Fault reimbursements that the Defendants have obtained from Plaintiffs by submitting, and causing to be submitted, numerous charges for Magnetic Resonance Imaging (MRI), Computerized Tomography (CT) and X-Ray services (hereinafter the "No-Fault services") for which the Defendants are not legally entitled to receive. In addition, Plaintiffs seek a declaratory judgment that Columbus Imaging Center, LLC (hereinafter referred to as "Columbus") and Medaid Radiology, LLC (hereinafter referred to as "Medaid") have no legal right to keep or receive payments from the Plaintiffs for No-Fault services which are performed by independent contractors who perform reads of radiological tests performed onsite. Plaintiffs also seek a declaration that Medaid is an unlicensed limited liability company, and due to their noncompliance with New Jersey state's licensing statutes and regulations and New York's No-Fault regulation, are not entitled to collect payment for services allegedly performed under Medaid.

2.     The Defendants engaged in a systematic scheme to defraud Plaintiffs by submitting bills for reimbursement of No-Fault related services allegedly rendered to individuals who were reportedly involved in automobile incidents.

3.     The Defendants are not entitled to seek, keep or receive No-Fault reimbursements from Plaintiffs and Plaintiffs are not obligated to pay reimbursements for any No-Fault related matters pertaining to Columbus or Medaid as the No-Fault services were rendered by independent contractors. In addition, Medaid is not eligible to receive No-Fault reimbursements due to its failure to comply with New Jersey state licensure requirements.

4.     Plaintiffs seek a declaratory judgment as to the following:

- 2 -

a) That Plaintiffs are not obligated to provide any coverage, reimbursements, or pay any monies, sums, or funds to any of the Defendants named herein for any and all No-Fault services for which claims/bills have been submitted by Columbus and Medaid to Plaintiffs;

b) That Columbus and Medaid lack standing to seek or receive No-Fault reimbursements as the services billed are rendered by independent contractors; and

c) That Medaid lacks standing to seek or receive No-Fault reimbursements as the entity is in violation of N.J.S.A. 26:2H-1, et seq., N.J.A.C. 8:43E and 11 NYCRR 65-3.16(a)(12).

5.     Plaintiffs seek a judgment over and against the Defendants for the recovery of monies, sums, and funds paid by Plaintiffs to the Defendants by virtue of the Defendants' use of independent contractors and Defendant Medaid's failure to maintain licensure. There are still thousands of dollars in claims which were submitted to Plaintiffs by Columbus and Medaid that have not yet been brought to suit or arbitrated. In total, Columbus and Medaid have submitted in excess of three hundred sixty-one thousand five hundred twenty-nine dollars and forty-two cents ($361,529.42) in claims to the Plaintiffs. The charts annexed hereto as **Exhibits "A" and "B"** represent the contested claims submitted to date from Columbus and Medaid respectively.

6.     The Defendants' business dealings are in violation of New York Law and public policy as the Defendants have retained the services of independent contractors to perform professional services for which Columbus and Medaid have submitted billing to the Plaintiffs.

7.     Moreover, Defendant Medaid is operating without a license which is a violation of both New Jersey and New York state law.

8.     In total, Plaintiffs seek judgment over and against the Defendants for the recovery of monies, sums and funds paid by the Plaintiffs to the Defendants in an approximate amount of ninety-nine thousand sixty dollars and sixty-three cents ($99,060.63) by virtue of the Defendants'

- 3 -

Case 1:20-cv-01108-VEC Document 9-7 Filed 03/05/20 Page 15 of 147

improper use of independent contractors and the submission of claims for healthcare services performed by independent contractors to the Plaintiffs for reimbursement, and Defendant Medaid's lack of licensure. In addition, the Plaintiffs seek a judicial determination that they do not have to honor, pay or reimburse the Defendants for any pending claims.

## I.     THE PARTIES

### A.     The Plaintiffs

9.     ALLSTATE INSURANCE COMPANY is a foreign corporation organized and existing under the laws of the State of Illinois, is a citizen of the State of Illinois, and is duly authorized to engage in, and conduct the business of, insurance companies in New York.

10.     ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY is a foreign corporation organized and existing under the laws of the State of Illinois, is a citizen of the State of Illinois, and duly authorized to engage in, and conduct the business of, insurance companies in New York.

11.     ALLSTATE INDEMNITY COMPANY is a foreign corporation organized and existing under the laws of the State of Illinois, is a citizen of the State of Illinois, and is duly authorized to engage in, and conduct the business of, insurance companies in New York.

12.     ALLSTATE NORTHBROOK INDEMNITY COMPANY is a foreign corporation organized and existing under the laws of the State of Illinois, is a citizen of the State of Illinois, and is duly authorized to engage in, and conduct the business of, insurance companies in New York.

13.     ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY is a foreign corporation organized and existing under the laws of the State of Illinois, is a citizen of the State of Illinois, and is duly authorized to engage in, and conduct the business of, insurance

- 4 -

companies in New York.

14.   ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY is a foreign corporation organized and existing under the laws of the State of Illinois, is a citizen of the State of Illinois, and is duly authorized to engage in, and conduct the business of, insurance companies in New York.

## B.   The Corporate Healthcare Provider Defendants

15.   Upon information and belief, Columbus Imaging Center, LLC is a New Jersey limited liability company with its principal place of business located at 481 North 13th Street, Newark, New Jersey 07107.

16.   Upon information and belief, Medaid Radiology, LLC is an unlicensed New Jersey limited liability company with its principal place of business located at 481 North 13th Street, Newark, New Jersey 07107.

## C.   The Layperson Defendant

17.   Upon information and belief, Reuven Alon-Alyoff a/k/a Rob Alon (hereinafter referred to as "Alon") is a layperson and not a licensed medical professional.  Alon retains complete ownership and control of Columbus and Medaid.

## II.   JURISDICTION AND VENUE

18.   Venue is appropriate in New York County pursuant to Section 503(c) of the New York Civil Practice Law and Rules as the Plaintiffs maintain a place of business in said county.

## III.   ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

### A.   An Overview of the No-Fault Laws

19.   Plaintiffs underwrite automobile insurance in the State of New York.

20.   New York's No-Fault laws are designed to ensure that injured victims of motor

- 5 -

vehicle accidents have an efficient mechanism to pay for and receive the healthcare services that they need. Under New York's Comprehensive Motor Vehicle Reparations Act (N.Y. Ins. Law Section 5101, *et seq*.) and the No-Fault Regulation (11 NYCRR 65, *et seq*.) automobile insurers are required to provide personal injury protection benefits ("No-Fault benefits") to their insureds.

21.     No-Fault benefits include up to $50,000.00 per insured for necessary expenses that are incurred for healthcare goods and services. An insured can assign his/her rights to the provider(s) of healthcare services in exchange for those services. Pursuant to a duly executed assignment, a healthcare provider may submit claims directly to an insurance company and receive payment for necessary medical services rendered by submitting a claim form.

22.     Pursuant to the No-Fault Regulation, a professional corporation is not eligible to bill for or collect No-Fault benefits for services rendered by independent contractors and healthcare providers in possession of a direct assignment of benefits are entitled to bill and collect No-Fault benefits. There is both a statutory and regulatory prohibition against payment(s) of No-Fault benefits to anyone other than the patient or his or her healthcare provider.

23.     For a healthcare provider to be eligible to bill and to collect charges from an insurer for healthcare services pursuant to Insurance Law Section 5102(a), it must be the actual provider of the service. Under the Insurance Law and No-Fault Regulation, a professional service corporation is not eligible to bill for services, or to collect for those services from an insurer, where the services were rendered by persons who are not employees of the professional corporation.

**B.      No-Fault Providers are not Entitled to No-Fault Reimbursements For Services Performed by Independent Contractors**

24.     11 NYCRR §65-3.11(a) states:

> An insurer shall pay benefits for any element of loss, other than death benefits, directly to the applicant or, when appropriate, to the applicant's parent or legal guardian or to any person legally

- 6 -

responsible for necessities, or, upon assignment by the applicant or any of the aforementioned persons, shall pay benefits directly to providers of health care services as covered under section five thousand one hundred two (a)(1) of this article, or to the applicant's employer for loss of earnings from work as authorized under section five thousand one hundred two (a)(2) of this article. Death benefits shall be paid to the estate of the eligible injured person.

25.    The courts have interpreted 11 NYCRR §65-3.11(a) to prohibit a billing provider from recovering assigned first-party No-Fault benefits where the medical services were performed by an independent contractor. *See:* A.M Medical Services, P. C. v. Progressive Casualty Ins. Co., 953 N.Y.S.2d 219 (App. Div. 2d Dep't 2012); Health & Endurance Medical, P. C. v. Liberty Mutual Ins. Co., 19 Misc. 3d 137(A), N.Y. Slip Op. 50864(U) (App. Term 2d & 11th Dists. Apr. 14, 2008); East Coast Acupuncture, P.C. v. New York Cent. Mutual Ins., 18 Misc.3d 139(A), N.Y. Slip Op. 50344(U) (App. Term 2d & 11th Dists. Feb. 21, 2008); V.S. Medical Services P. C. v. Allstate Ins. Co., 14 Misc.3d 130(A), N.Y. Slip Op. 50016(U), (App. Term 2d & 11th Dists. Jan. 2, 2007); Health and Endurance Medical P. C. v. State Farm Mutual Auto Ins. Co., 12 Misc.3d 134(A), N.Y. Slip Op. 5119 l(U) (App. Term 2d & 11th Dists. June 22, 2006); A.B. Medical Services PLLC v. Liberty Mutual Ins. Co., 9 Misc.3d 36, (App. Term 2d & 11th Dists. 2005); Rockaway Boulevard Medical P.C. v. Progressive Ins., 9 Misc.3d 52 (App. Term 2d & 11th Dists. 2005).

26.    The Corporate Healthcare Provider Defendants have repeatedly submitted claim forms (No-Fault bills) for reimbursement of healthcare services that were rendered by independent contractors or non-employees of the professional corporation or PLLC. Since the individuals who are providing healthcare services are independent contractors the Corporate Healthcare Provider Defendants are/were not entitled to receive No-Fault reimbursements.

C.    **Licensure**

- 7 -

27.     Pursuant to New York's No-Fault Regulation and the cases interpreting same, a healthcare service corporation is not eligible to bill for or collect No-Fault benefits if it is not properly licensed.

28.     The applicable portion of the Regulation, found at 11 NYCRR 65-3.16(a)(12), states, in relevant part, as follows:

> A provider of health care services is not eligible for reimbursement under section 5102(a)(1) of the Insurance Law if the provider fails to meet any applicable New York State or local licensing requirement necessary to perform such service in New York **or meet any applicable licensing requirement necessary to perform such service in any other state in which such service is performed** (emphasis added).

29.     In addition, under New Jersey law a medical provider is eligible for reimbursement under Personal Injury Protection (PIP) coverage only if the provider complies with all significant qualifying requirements including New Jersey law and the Administrative Code. Allstate v. Orthopedic Evaluations, Inc., 300 N.J. Super. 510, 516 (App. Div. 1997).

30.     New Jersey statutes and administrative code provisions applicable to the license of an MRI facility are N.J.S.A. 26:2H-1 through 26:2H-12 (Health Care Facilities Planning Act), N.J.A.C. Ch. 43A 8:43A-1.1 through 8:43A-33.4 (Standards for Licensure of Ambulatory Care Facilities) and N.J.A.C. Ch. 43E 8:43E-1.1 to 10.11 (General Licensure Procedures and Enforcement of Licensure Regulations).

31.     Under N.J.S.A. 26:2H-2, a healthcare facility is defined as a:

> …facility or institution, whether public or private, that is **engaged principally in providing services for health maintenance organizations, diagnosis, or treatment of human disease, pain, injury, deformity, or physical condition**, including, but not limited to, a general hospital, special hospital, mental hospital, public health center, **diagnostic center**, treatment center, rehabilitation center,

- 8 -

Case 1:20-cv-01108-VEC Document 9-7 Filed 03/05/20 Page 20 of 147

extended care facility, skilled nursing home, nursing home, intermediate care facility, tuberculosis hospital, chronic disease hospital, maternity hospital, outpatient clinic, dispensary, home health care agency, residential health care facility, dementia care home, and bioanalytical laboratory (except as specifically excluded hereunder), or central services facility serving one or more such institutions but excluding institutions that provide healing solely by prayer and excluding such bioanalytical laboratories as are independently owned and operated, and are not owned, operated, managed, or controlled, in whole or in part, directly or indirectly by any one or more health care facilities, and the predominant source of business of which is not by contract with health care facilities within the State of New Jersey and which solicit or accept specimens and operate predominantly in interstate commerce (emphasis added).

32.     N.J.A.C. Ch. 43A 8:43A-1.1 further defines a health care facility to be one that provides ambulatory care services which include magnetic resonance imaging and computerized tomography, services which are provided by Medaid.

33.     Magnetic resonance imaging and computerized tomography are services which require a license issued from New Jersey's Department of Health. *See,* N.J.A.C. Ch. 43A 8:43A-2.2(b) and 8:43A-2.3(a).

34.     New Jersey's Department of Health issues licenses and regulates healthcare facilities. New Jersey's administrative code sets forth mandatory requirements pertaining to a facility's licensing, inspections, surveys, document and/or data submissions, personnel licensure, certification or authorization, training, service plans, retention of a medical administrator, as well as other general requirements. *See,* N.J.A.C. Ch. 43A 8:43A-1.1 through 8:43A-33.4. It also imposes additional requirements upon a facility that provides computer tomography, magnetic resonance imaging and radiological services. *See,* Ch. 43A N.J.A.C. 8:43A-25.1.

35.     The legislative intent of these administrative codes is to "…protect the health and

- 9 -

Case 1:20-cv-01108-VEC Document 9-7 Filed 03/05/20 Page 21 of 147

safety of patients who receive ambulatory care services by establishing minimum rules and standards of care with which an ambulatory care facility must comply in order to be licensed to operate in New Jersey." *See,* Ch. 43A N.J.A.C. 8:43A-1.2.

36. Under N.J.S.A. 26:2H-12(a):

> **No health care service or health care facility shall be operated unless it shall: (1) possess a valid license issued pursuant to this act, which license shall specify the kind of kinds of health care services the facility is authorized to provide**; (2) establish and maintain a uniform system of cost accounting approved by the commissioner; (3) establish and maintain a uniform system of reports and audits meeting the requirements of the commissioner; (4) prepare and review annually a long range plan for the provision of health care services; (5) establish and maintain a centralized, coordinated system of discharge planning which assures every patient a planned program of continuing care and which meets the requirements of the commissioner which requirements shall, where feasible, equal or exceed those standards and regulations established by the federal government for all federally-funded health care facilities but shall not require any person who is not in receipt of State or federal assistance to be discharged against his will (emphasis added).

37. Failure to adhere to the foregoing may be deemed a violation punishable by either a "... 1. Civil monetary penalty; 2. Curtailment of admissions; 3. Appointment of a receiver or temporary manager; 4. Provisional license; 5. Suspension of a license; 6. Revocation of a license; 7. Order to Cease and Desist operation of an unlicensed health care facility; and 8. Other remedies for violations of statutes as provided by State or Federal law, or as authorized by Federal survey, certification, and enforcement regulations and agreements. *See* N.J.C.A. Ch. 43E 8:43E-3.1. A health care facility that operates without a license is specifically subject to a fine of $1,000 per day from the date of initiation of services. *See,* N.J.C.A. Ch. 43E 8:43E-3.4(a)(1). However, "[t]he Department may increase the penalties in (a) above up to the statutory maximum per violation per day in consideration of the economic benefit realized by the facility for noncompliance." *See,*

- 10 -

NYSCEF DOC. NO. 2
INDEX NO. 655225/2019

RECEIVED NYSCEF: 09/11/2019

N.J.C.A. Ch. 43E 8:43E-3.4(c).

38.     In the interest of protecting patients, both New York and New Jersey limit reimbursement of No-Fault services to healthcare providers that are properly licensed. An out-of-state healthcare provider, such as Medaid, must maintain its New Jersey license in order to receive reimbursement under New York and New Jersey No-Fault law. However, as discussed below, Defendant Medaid has permitted its license to expire and is currently not in compliance with New Jersey law.

### D.     The Results of Allstate's Investigation

39.     Allstate investigated the claims of various individuals who allegedly received diagnostic services at Columbus at the facility's premises located at 481 North 13 Street, Newark, New Jersey.

40.     As part of its investigation into the operations of Columbus, Allstate conducted the Examination Under Oath (EUO) of Columbus on May 16, 2014. For its Examination Under Oath, Columbus produced Alon, who is the president and owner of Columbus.

41.     Alon's testimony provided insight into the daily operations of Columbus, particularly its use of independent contractors. A summary of Alon's testimony is as follows:

   a) Alon testified that Dr. Allen Rothpearl is Columbus' "medical director" who also does reads and that he replaced the first medical director, Dr. Gary Kronfeld, who stepped down after a few months due to a conflict of interest with the company with whom Dr. Kronfeld was employed;[1]

   b) Alon has an employment contract with Dr. Rothpearl through Dr. Rothpearl's company, Complete Radiology Reading (CRR) Services, to have diagnostic scans read as an independent contractor and payment is made per read;[2]

---

[1] See EUO Transcript of Reuven Alon-Alyoff, page 23, line 3 to page 24, line 6.
[2] See EUO Transcript of Reuven Alon-Alyoff, page 59, line 18 to page 60, line 15.

c) Dr. Rothpearl does not have a presence in the facility but works remotely from his office in Long Island where he electronically receives films/scans, dictates and then directs all further communication by phone or through email; [3]

d) Dr. Rothpearl is solely responsible for reads except for when he is on vacation, and in those few instances, he retains radiologists to cover during his absence;[4]

e) Alon testified that he retained a company owned by Dr. Lapas, a New Jersey radiologist, to be present for scans with contrast; [5]

f) Dr. Boyle, an employee of Dr. Rothpearl, also performs reads; [6]

g) Dr. Damien, an employee of Dr. Lapas, also occasionally reads for Columbus; [7] and

h) There are no other companies or doctors retained by Alon to read MRIs, CT scans or X-Rays. [8]

42.    Billing submitted by Columbus which was received by Allstate subsequently after the Plaintiffs began an investigation into Columbus' use of independent contractors were denied on this basis, as well as other reasons.

43.    Allstate continued to receive bills from Columbus until October of 2018 for services rendered in August of 2018.

44.    Thereafter, billing by Columbus ceased and Medaid began to submit billing for the same purported services. The services billed by Medaid began in November of 2018, and many of the bills submitted indicated that the treating provider was an independent contractor. An example of such billing is annexed hereto as **Exhibit "C"**.

45.    Thus, it appears that the business operations of Columbus merely shifted to a newly

---

[3] See EUO Transcript of Reuven Alon-Alyoff, page 61, line 8 to page 62, line 13.
[4] See EUO Transcript of Reuven Alon-Alyoff, page 63, lines 6 through 22.
[5] See EUO Transcript of Reuven Alon-Alyoff, page 64, line 9 to page 65, line 24.
[6] See EUO Transcript of Reuven Alon-Alyoff, page 65, lines 12 through 18.
[7] See EUO Transcript of Reuven Alon-Alyoff, page 66, line 25 to page 67, line 6.
[8] See EUO Transcript of Reuven Alon-Alyoff, page 67, lines 7 through 14.

- 12 -

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM INDEX NO. 655225/2019
NYSCEF DOC. NO. 2                                                    RECEIVED NYSCEF: 09/11/2019

named entity, Medaid. However, despite the change in name, all of the same characteristics once possessed by Columbus have been adopted by Medaid. Namely, Medaid operates from the same location, retains the same staff, equipment and manner of operation.

46.    Furthermore, Medaid does not disguise their use of independent contractors as the Defendant indicates on their billing that the services provided are rendered by independent contractors.

47.    Neither Columbus nor Medaid are eligible to receive reimbursement for No-Fault services rendered by independent contractors.

48.    Additionally, Medaid lack standing to receive No-Fault reimbursements as the company is operating in violation of New Jersey state law.

49.    As part of its investigation, the Plaintiffs discovered that Medaid allowed its license to expire. According to New Jersey's Department of Health, Defendant Alon initially obtained a license for Medaid on December 1, 2010 to operate as an ambulatory care facility; however, as of November 30, 2018, that license has since expired.

## IV.    JUSTIFIABLE RELIANCE

50.    Plaintiffs reasonably believed that Columbus was submitting bills for No-Fault services to which they were legally entitled to reimbursement. Evidence to the contrary was not discoverable until after patterns developed over the course of years.

51.    During the course of Plaintiffs' investigation, Columbus ceased to operate and shifted operations under a new corporate entity, Medaid.

52.    Plaintiffs were required, under statutory obligations, to promptly and fairly process bills for No-Fault services within 30 days of receipt of same.

53.    The facially valid documents and bills submitted to Plaintiffs in support of the claim

- 13 -

Case 1:20-cv-01108-VEC   Document 9-7   Filed 03/05/20   Page 25 of 147

for No-Fault services were justifiably relied upon by Plaintiffs in issuing payment to Columbus.

54.     Once it was discovered that Columbus and Medaid were utilizing independent contractors, the Plaintiffs began to deny claims based on their use of independent contractors to perform the No-Fault services.

55.     However, before denying claims based on the foregoing, the Plaintiffs paid Columbus and Medaid reimbursements that they were not legally entitled to receive and/or retain.

56.     Plaintiffs reasonably believed that the money they were reimbursing Columbus and Medaid for medical services rendered by Columbus and Medaid.

57.     Evidence that the Columbus and Medaid operated in violation of the law was not discoverable until after patterns developed over the course of years of activity.

58.     In addition, the Plaintiffs only recently learned that Medaid is operating without a license.

## V.     CLAIMS FOR RELIEF

### AS AND FOR PLAINTIFFS' FIRST CAUSE OF ACTION
### AS AGAINST ALL DEFENDANTS
### (Unjust Enrichment/Restitution)

59.     Plaintiffs repeat, reiterate and reallege the allegations set forth in paragraphs numbered 1 to 58 of this Complaint with the same force and effect as if set forth fully herein, and the Defendants are jointly and severally liable for the acts and omissions set forth in the aforementioned paragraphs.

60.     By reason of their wrongdoing, Defendants have been unjustly enriched at the expense of Plaintiffs, in that Defendants received monies, funds and sums from Plaintiffs that are the result of Defendants' unlawful and illegal conduct.

61.     That as a result of Defendants' actions, Defendants received payments from

- 14 -

Plaintiffs that they were not entitled to receive and which they are not entitled to keep.

62.      That by reason of the above, the Defendants have unjustly realized payments from Plaintiffs in an approximate amount of ninety-nine thousand sixty dollars and sixty-three cents ($99,060.63).

### AS AND FOR PLAINTIFFS' SECOND CAUSE OF ACTION
### AS AGAINST ALL DEFENDANTS
### (Declaratory Judgment – Independent Contractors)

63.      Plaintiffs repeat, reiterate and reallege the allegations set forth in paragraphs numbered 1 to 62 of this Complaint with the same force and effect as if set forth fully herein, and the Defendants are jointly and severally liable for the acts and omissions set forth in the aforementioned paragraphs.

64.      The Defendants do not have standing to submit or recover No-Fault benefits under New York State law due to their use of independent contractors who have performed the services for which they seek No-Fault reimbursement.

65.      In view of the unlawful use of independent contractors in violation of 11 NYCRR §65-3.11(a), Columbus and Medaid do not have standing to submit or recover No-Fault benefits for services performed by independent contractors.

66.      Plaintiffs seek a judicial determination that Columbus and Medaid are not entitled to reimbursement of pending charges or retention of any monies, sums or funds issued by the Plaintiffs for bills for No-Fault services which were submitted by the Defendants rather than the independent contractors who performed the services.

### AS AND FOR PLAINTIFFS' THIRD CAUSE OF ACTION
### AS AGAINST DEFENDANT MEDAID
### (Declaratory Judgment – Lack of Licensure)

67.      Plaintiffs repeat, reiterate and reallege the allegations set forth in paragraphs numbered 1 to 66 of this Complaint with the same force and effect as if set forth fully herein, and

- 15 -

the Defendant Medaid is jointly and severally liable for the acts and omissions set forth in the aforementioned paragraphs.

68. The Defendant does not have standing to submit or recover No-Fault benefits under 11 NYCRR 65-3.16(a)(12) due to its failure to maintain its corporate license with New Jersey's Department of Health.

69. In view of the Defendant's expired license which is unlawful under 11 NYCRR 65-3.16(a)(12), as well as N.J.S.A. 26:2H-1 through 26:2H-12 and N.J.A.C. Ch. 43A 8:43A-1.1 through 8:43A-33.4, Medaid does not have standing to submit or recover No-Fault benefits for services performed subsequently after the expiration of its license.

70. Plaintiffs seek a judicial determination that Medaid is not entitled to reimbursement or retention of any monies, sums or funds issued by the Plaintiffs for dates of service beginning November 30, 2018, and for any charges that which Medaid may submit in the future.

**WHEREFORE**, Plaintiffs demand judgment against the Defendants, jointly and severally, as follows:

(1) On the First Cause of Action, a declaratory judgment that the Defendants were unjustly enriched and an award of damages and judgment in favor of Plaintiffs over and against the Defendants representing restitution in an approximate amount of ninety-nine thousand sixty dollars and sixty-three cents ($99,060.63);

(2) On the Second Cause of Action, a declaratory judgment that the Defendants utilized independent contractors and are not entitled to seek, receive or retain No-Fault reimbursements, and that Plaintiffs are entitled to a judgment over and against the Defendants for such conduct involving the use of independent contractors;

(3) On the Third Cause of Action, a declaratory judgment that Defendant Medaid's corporate license is inactive and it is not entitled to seek, receive or retain No-Fault reimbursements for services rendered on November 30, 2018 and thereafter, and that Plaintiffs are entitled to a judgment over and against the Defendant;

- 16 -

(4)     Such other and further relief that this Court deems just, proper and
equitable.

Dated: Melville, New York
       September 10, 2019

Yours, etc.,
**BRUNO, GERBINO & SORIANO, LLP**

By: _____
        VINCENT F. GERBINO
*Attorneys for Plaintiffs*
445 Broad Hollow Road, Suite 420
Melville, New York 11747
(631) 390-0010
(631) 393-5497 - *facsimile*
BG&S File No.: MRAD24-3000

- 17 -

Case 1:20-cv-01108-VEC   Document 9-7   Filed 03/05/20   Page 29 of 147

**VERIFICATION**

STATE OF NEW YORK    )
                             ) ss:
COUNTY OF SUFFOLK    )

       VINCENT F. GERBINO, being duly sworn, deposes and says:

       I am an attorney duly admitted to practice law in the Courts of the State of New York and I am a partner of the Law Offices of Bruno, Gerbino & Soriano, LLP, attorneys for the Plaintiff herein, an insurance corporation duly licensed by the State of New York.

       I have read the foregoing complaint and know the contents thereof, and the same is true to my own knowledge except as to the matters therein stated to be alleged upon information and belief, and that as to those matters, I believe it to be true.

       I further state that the reason this verification is made by me and not by the Plaintiff is because said Plaintiff is a corporation and I am an attorney designated by said corporation for the purpose of initiating this proceeding.

                                               VINCENT F. GERBINO

**ACKNOWLEDGMENT**

STATE OF NEW YORK    )
                             ) ss:
COUNTY OF SUFFOLK    )

      On this 10th day of September, 2019, before me personally appeared VINCENT F. GERBINO, to me known and known to me to be the individual described in and who executed the foregoing complaint, and he duly acknowledged that he executed the same.

                                              NOTARY PUBLIC

                                              KIMBERLY A. SCHEER
                                  Notary Public, State of New York
                                  No. 01SC6118627
                                  Qualified in Suffolk County
                                  Commission Expires Dec 22, 2020

Index No.:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

ALLSTATE INSURANCE COMPANY, et al.,

Plaintiff (s),

-against-

MEDAID RADIOLOGY, LLC, et al.,

Defendant(s)

# *SUMMONS AND VERIFIED COMPLAINT*

BRUNO, GERBINO & SORIANO, LLP
Attorney(s) for Plaintiffs
445 Broad Hollow Road – Suite 420
Melville, New York 11747
(631) 390-0010
70 Hilltop Road
Ramsey, New Jersey 07446
(201) 995-1394

BGS@BGSLAW-NY.COM

File No.: MRAD24-3000

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, to the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of this document, or the contentions contained therein, are not frivolous.*

Dated: __September 10, 2019__        Signature_____
                                      Print Signer's Name __Vincent F. Gerbino__

**Service of a copy of the within**                              is hereby admitted.

**Dated,**

                                      _____
                                      **Attorney(s) for**

**Sir:  Please take notice**
☐ *NOTICE OF ENTRY*
that the within is a (certified) true copy of a
duly entered in the office of the Clerk of the within named Court on
☐ *NOTICE OF SETTLEMENT*
that an order                                    of which the within is a true copy will be presented for
settlement to the HON.                           one of the Judges of the within named Court, at
on the            day of            at            m.

Case 1:20-cv-01108-VEC Document 9-7 Filed 03/05/20 Page 31 of 147
NYSCEF DOC. NO. 3

INDEX NO. 655225/2019

RECEIVED NYSCEF: 09/11/2019

# EXHIBIT "A"

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM
INDEX NO. 655225/2019
NYSCEF DOC. NO. 3
RECEIVED NYSCEF: 09/11/2019

Allstate Insurance Company, et al. v Medaid Radiology, LLC, et al. Exhibit "A" Claims submitted by

COLUMBUS IMAGING CENTER LLC

| Billing Event | Claim Number | Document Mailed | Date Received | Charged/Billed | Allowed |
|---|---|---|---|---|---|
| 1 | 508741501 | Bill | 10/16/2018 | $414.19 | $0.00 |
| 2 | 508741501 | Bill | 10/16/2018 | $1,275.54 | $0.00 |
| 3 | 513097229 | Bill | 10/12/2018 | $828.96 | $0.00 |
| 4 | 513097229 | Bill | 10/12/2018 | $901.45 | $0.00 |
| 5 | 501827844 | Bill | 10/9/2018 | $1,837.68 | $0.00 |
| 6 | 513097229 | Bill | 10/8/2018 | $936.23 | $0.00 |
| 7 | 508799664 | Bill | 10/1/2018 | $936.23 | $0.00 |
| 8 | 508799664 | Bill | 10/1/2018 | $55.78 | $0.00 |
| 9 | 505626283 | Bill | 9/28/2018 | $1,837.68 | $0.00 |
| 10 | 506399509 | Bill | 9/25/2018 | $1,837.68 | $0.00 |
| 11 | 508795126 | Bill | 9/21/2018 | $1,837.68 | $0.00 |
| 12 | 507801306 | Bill | 9/13/2018 | $844.02 | $0.00 |
| 13 | 508559028 | Bill | 9/10/2018 | $1,837.68 | $0.00 |
| 14 | 506399509 | Bill | 9/4/2018 | $828.31 | $0.00 |
| 15 | 506399509 | Bill | 9/4/2018 | $936.23 | $0.00 |
| 16 | 507137628 | Bill | 9/4/2018 | $844.02 | $0.00 |
| 17 | 507137628 | Bill | 9/4/2018 | $1,837.68 | $0.00 |
| 18 | 502150568 | Bill | 9/3/2018 | $1,275.54 | $0.00 |
| 19 | 508063476 | Bill | 8/27/2018 | $850.17 | $0.00 |
| 20 | 508179454 | Bill | 8/27/2018 | $850.17 | $0.00 |
| 21 | 508559028 | Bill | 8/27/2018 | $1,837.68 | $0.00 |
| 22 | 507396223 | Bill | 8/27/2018 | $1,837.68 | $0.00 |
| 23 | 507396223 | Bill | 8/27/2018 | $844.02 | $0.00 |
| 24 | 482028768 | Bill | 8/16/2018 | $844.02 | $0.00 |
| 25 | 505239236 | Bill | 8/16/2018 | $1,243.73 | $0.00 |
| 26 | 507801306 | Bill | 8/14/2018 | $1,703.42 | $0.00 |
| 27 | 503729832 | Bill | 8/14/2018 | $1,656.62 | $0.00 |
| 28 | 507488996 | Bill | 8/14/2018 | $1,837.68 | $0.00 |
| 29 | 505329656 | Bill | 8/14/2018 | $54.71 | $0.00 |
| 30 | 505239236 | Bill | 8/14/2018 | $801.97 | $0.00 |
| 31 | 505239236 | Bill | 8/14/2018 | $1,275.54 | $0.00 |
| 32 | 505239236 | Bill | 8/14/2018 | $1,837.68 | $0.00 |
| 33 | 505329656 | Bill | 8/14/2018 | $1,242.57 | $0.00 |
| 34 | 505329656 | Bill | 8/14/2018 | $850.17 | $0.00 |
| 35 | 510712920 | Bill | 8/14/2018 | $1,837.68 | $1,837.68 |
| 36 | 505245621 | Bill | 8/13/2018 | $1,837.68 | $0.00 |
| 37 | 505245621 | Bill | 8/13/2018 | $1,738.20 | $0.00 |
| 38 | 505245621 | Bill | 8/13/2018 | $828.31 | $0.00 |
| 39 | 505245621 | Bill | 8/13/2018 | $828.31 | $0.00 |
| 40 | 505245621 | Bill | 8/13/2018 | $801.97 | $0.00 |
| 41 | 503729832 | Bill | 8/7/2018 | $1,837.68 | $0.00 |
| 42 | 503729832 | Bill | 8/7/2018 | $1,656.62 | $0.00 |
| 43 | 503729832 | Bill | 8/7/2018 | $1,837.68 | $0.00 |
| 44 | 503726101 | Bill | 7/30/2018 | $828.31 | $0.00 |
| 45 | 503726101 | Bill | 7/30/2018 | $1,837.68 | $0.00 |

Allstate Insurance Company, et al. v Medaid Radiology, LLC, et al. Exhibit "A" Claims submitted by

COLUMBUS IMAGING CENTER LLC

| 46 | 501721914 | Bill | 7/30/2018 | $1,837.68 | $0.00 |
|----|-----------|------|-----------|-----------|-------|
| 47 | 453866923 | Bill | 7/27/2018 | $548.61 | $0.00 |
| 48 | 453866923 | Bill | 7/27/2018 | $269.22 | $0.00 |
| 49 | 453866923 | Bill | 7/27/2018 | $553.36 | $0.00 |
| 50 | 500953203 | Bill | 7/24/2018 | $878.11 | $0.00 |
| 51 | 501847750 | Bill | 7/24/2018 | $801.97 | $0.00 |
| 52 | 500953203 | Bill | 7/24/2018 | $425.37 | $0.00 |
| 53 | 500953203 | Bill | 7/24/2018 | $936.23 | $0.00 |
| 54 | 501847750 | Bill | 7/24/2018 | $1,837.68 | $0.00 |
| 55 | 501315352 | Bill | 7/24/2018 | $1,837.68 | $0.00 |
| 56 | 501847750 | Bill | 7/24/2018 | $1,837.68 | $0.00 |
| 57 | 501847750 | Bill | 7/24/2018 | $801.97 | $0.00 |
| 58 | 497651224 | Bill | 7/17/2018 | $801.97 | $0.00 |
| 59 | 497651224 | Bill | 7/17/2018 | $828.31 | $0.00 |
| 60 | 504039116 | Bill | 7/17/2018 | $1,656.62 | $0.00 |
| 61 | 504039116 | Bill | 7/17/2018 | $1,837.68 | $0.00 |
| 62 | 497651224 | Bill | 7/17/2018 | $1,837.68 | $0.00 |
| 63 | 497789727 | Bill | 7/10/2018 | $828.31 | $538.40 |
| 64 | 497789727 | Bill | 7/10/2018 | $1,837.68 | $1,194.49 |
| 65 | 498766954 | Bill | 6/18/2018 | $936.23 | $0.00 |
| 66 | 498766954 | Bill | 6/18/2018 | $828.31 | $0.00 |
| 67 | 498766954 | Bill | 6/18/2018 | $1,837.68 | $0.00 |
| 68 | 498766954 | Bill | 6/18/2018 | $1,837.68 | $0.00 |
| 69 | 500896815 | Bill | 6/15/2018 | $1,837.68 | $1,194.49 |
| 70 | 500896815 | Bill | 6/15/2018 | $801.97 | $521.28 |
| 71 | 497659268 | Bill | 5/30/2018 | $1,837.68 | $0.00 |
| 72 | 497659268 | Bill | 5/30/2018 | $844.02 | $0.00 |
| 73 | 494949522 | Bill | 5/15/2018 | $1,837.68 | $0.00 |
| 74 | 496677741 | Bill | 5/15/2018 | $844.02 | $844.02 |
| 75 | 494949522 | Bill | 5/15/2018 | $801.97 | $0.00 |
| 76 | 492808423 | Bill | 5/14/2018 | $1,837.68 | $0.00 |
| 77 | 492808423 | Bill | 5/14/2018 | $425.37 | $276.49 |
| 78 | 490493301 | Bill | 5/1/2018 | $828.31 | $0.00 |
| 79 | 490493301 | Bill | 5/1/2018 | $1,837.68 | $0.00 |
| 80 | 492732714 | Bill | 4/17/2018 | $1,688.04 | $0.00 |
| 81 | 492732714 | Bill | 4/17/2018 | $1,837.68 | $0.00 |
| 82 | 494395808 | Bill | 4/11/2018 | $1,837.68 | $0.00 |
| 83 | 494395808 | Bill | 4/11/2018 | $828.31 | $0.00 |
| 84 | 489814896 | Bill | 4/9/2018 | $1,837.68 | $1,837.68 |
| 85 | 489814896 | Bill | 4/9/2018 | $1,672.33 | $1,672.33 |
| 86 | 489814896 | Bill | 4/9/2018 | $801.97 | $521.28 |
| 87 | 472866011 | Bill | 4/4/2018 | $828.31 | $0.00 |
| 88 | 481403830 | Bill | 4/4/2018 | $850.17 | $850.17 |
| 89 | 472866011 | Bill | 4/4/2018 | $1,837.68 | $0.00 |
| 90 | 472866011 | Bill | 4/4/2018 | $801.97 | $0.00 |
| 91 | 490063104 | Bill | 3/28/2018 | $850.17 | $850.17 |
| 92 | 487261471 | Bill | 3/21/2018 | $801.97 | $801.97 |

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM   INDEX NO. 655225/2019
NYSCEF DOC. NO. 3                                                    RECEIVED NYSCEF: 09/11/2019

Allstate Insurance Company, et al. v Medaid Radiology, LLC, et al. Exhibit "A" - Claims submitted by

COLUMBUS IMAGING CENTER LLC

| 93 | 487261471 | Bill | 3/21/2018 | $1,837.68 | $1,837.68 |
| 94 | 488548868 | Bill | 3/21/2018 | $1,837.68 | $1,194.49 |
| 95 | 488548868 | Bill | 3/21/2018 | $1,672.33 | $1,087.01 |
| 96 | 487261471 | Bill | 3/21/2018 | $801.97 | $801.97 |
| 97 | 487261471 | Bill | 3/21/2018 | $1,837.68 | $1,837.68 |
| 98 | 489641307 | Bill | 3/15/2018 | $1,672.33 | $1,087.01 |
| 99 | 489641307 | Bill | 3/15/2018 | $1,837.68 | $1,194.49 |
| 100 | 482028768 | Bill | 3/13/2018 | $1,656.62 | $1,656.62 |
| 101 | 482028768 | Bill | 3/13/2018 | $861.62 | $861.62 |
| 102 | 486433246 | Bill | 3/12/2018 | $1,837.68 | $1,837.68 |
| 103 | 486433246 | Bill | 3/12/2018 | $801.97 | $801.97 |
| 104 | 486433246 | Bill | 3/12/2018 | $1,672.33 | $1,672.33 |
| 105 | 487564718 | Bill | 3/9/2018 | $901.45 | $0.00 |
| 106 | 487564718 | Bill | 3/9/2018 | $828.31 | $0.00 |
| 107 | 487188682 | Bill | 3/5/2018 | $828.31 | $0.00 |
| 108 | 482858776 | Bill | 2/27/2018 | $1,703.42 | $0.00 |
| 109 | 482858776 | Bill | 2/27/2018 | $936.23 | $0.00 |
| 110 | 484854443 | Bill | 2/20/2018 | $1,688.04 | $548.61 |
| 111 | 484854443 | Bill | 2/19/2018 | $1,275.54 | $0.00 |
| 112 | 482708096 | Bill | 2/19/2018 | $936.23 | $936.23 |
| 113 | 482708096 | Bill | 2/19/2018 | $424.21 | $424.21 |
| 114 | 482708096 | Bill | 2/19/2018 | $901.45 | $901.45 |
| 115 | 484200894 | Bill | 2/12/2018 | $1,837.68 | $1,781.18 |
| 116 | 482338274 | Bill | 2/5/2018 | $901.45 | $0.00 |
| 117 | 482028768 | Bill | 2/5/2018 | $1,837.68 | $0.00 |
| 118 | 482028768 | Bill | 2/5/2018 | $801.97 | $0.00 |
| 119 | 482028768 | Bill | 2/5/2018 | $1,656.62 | $0.00 |
| 120 | 482338274 | Bill | 2/5/2018 | $844.02 | $0.00 |
| 121 | 479284374 | Bill | 2/5/2018 | $844.02 | $0.00 |
| 122 | 476944780 | Bill | 2/2/2018 | $1,837.68 | $0.00 |
| 123 | 476944780 | Bill | 2/2/2018 | $1,837.68 | $0.00 |
| 124 | 476944780 | Bill | 2/2/2018 | $828.31 | $0.00 |
| 125 | 480712462 | Bill | 2/2/2018 | $1,837.68 | $0.00 |
| 126 | 476944780 | Bill | 2/2/2018 | $828.31 | $0.00 |
| 127 | 480564103 | Bill | 1/29/2018 | $850.17 | $638.07 |
| 128 | 483442398 | Bill | 1/29/2018 | $828.31 | $0.00 |
| 129 | 483442398 | Bill | 1/29/2018 | $1,837.68 | $0.00 |
| 130 | 480564103 | Bill | 1/29/2018 | $414.19 | $414.19 |
| 131 | 474962388 | Bill | 1/23/2018 | $47.01 | $0.00 |
| 132 | 474962388 | Bill | 1/23/2018 | $1,688.04 | $0.00 |
| 133 | 474386232 | Bill | 1/18/2018 | $425.96 | $0.00 |
| 134 | 474386232 | Bill | 1/18/2018 | $414.19 | $0.00 |
| 135 | 482338274 | Bill | 1/16/2018 | $1,672.33 | $1,672.33 |
| 136 | 482338274 | Bill | 1/15/2018 | $901.45 | $0.00 |
| | | | TOTAL: | $168,105.45 | $36,127.27 |

Case 1:20-cv-01108-VEC Document 9-7 Filed 03/05/20 Page 35 of 147

NYSCEF DOC. NO. 4

RECEIVED NYSCEF: 09/11/2019

# EXHIBIT "B"

Allstate Insurance Company, et al. v Medaid Radiology, LLC, et al. Exhibit "B " - Claims submitted by
MEDAID RADIOLOGY LLC

| Billing Event | Claim Number | Document Mailed | Date Received | Charged/Billed | Allowed |
|---|---|---|---|---|---|
| 1 | 537114746 | Bill | 9/6/2019 | $801.97 | $801.97 |
| 2 | 552408972 | Bill | 9/3/2019 | $171.64 | $171.64 |
| 3 | 552408972 | Bill | 9/3/2019 | $2,639.65 | $2,145.77 |
| 4 | 546883646 | Bill | 8/19/2019 | $1,656.62 | $1,487.31 |
| 5 | 546883646 | Bill | 8/19/2019 | $1,738.20 | $1,241.84 |
| 6 | 546552381 | Bill | 8/5/2019 | $1,656.62 | $1,487.31 |
| 7 | 546252107 | Bill | 8/5/2019 | $844.02 | $0.00 |
| 8 | 546252107 | Bill | 8/5/2019 | $1,837.68 | $0.00 |
| 9 | 547039651 | Bill | 8/5/2019 | $1,243.08 | $1,193.32 |
| 10 | 546552381 | Bill | 8/5/2019 | $936.23 | $879.73 |
| 11 | 547039651 | Bill | 8/5/2019 | $1,275.54 | $1,275.54 |
| 12 | 546252107 | Bill | 8/5/2019 | $828.31 | $0.00 |
| 13 | 546252107 | Bill | 8/5/2019 | $1,837.68 | $0.00 |
| 14 | 547594969 | Bill | 8/2/2019 | $1,672.33 | $0.00 |
| 15 | 547594969 | Bill | 8/2/2019 | $1,837.68 | $0.00 |
| 16 | 545756819 | Bill | 7/25/2019 | $1,837.68 | $1,561.25 |
| 17 | 545756819 | Bill | 7/25/2019 | $2,639.65 | $2,145.77 |
| 18 | 545756819 | Bill | 7/25/2019 | $828.31 | $828.31 |
| 19 | 538835711 | Bill | 7/22/2019 | $828.31 | $0.00 |
| 20 | 543540990 | Bill | 7/19/2019 | $1,738.20 | $1,241.84 |
| 21 | 545949034 | Bill | 7/19/2019 | $828.31 | $828.31 |
| 22 | 545949034 | Bill | 7/19/2019 | $850.17 | $850.17 |
| 23 | 543540990 | Bill | 7/19/2019 | $1,656.62 | $1,487.31 |
| 24 | 545949034 | Bill | 7/19/2019 | $1,837.68 | $1,561.25 |
| 25 | 545949034 | Bill | 7/19/2019 | $844.02 | $844.02 |
| 26 | 542952940 | Bill | 7/15/2019 | $1,656.62 | $1,487.31 |
| 27 | 544223852 | Bill | 7/8/2019 | $2,104.50 | $0.00 |
| 28 | 544223852 | Bill | 7/8/2019 | $1,365.07 | $0.00 |
| 29 | 544802499 | Bill | 7/5/2019 | $1,837.68 | $0.00 |
| 30 | 542417928 | Bill | 7/5/2019 | $1,672.33 | $1,503.02 |
| 31 | 544802499 | Bill | 7/5/2019 | $1,656.62 | $0.00 |
| 32 | 540497939 | Bill | 7/1/2019 | $1,656.62 | $1,487.31 |
| 33 | 540497939 | Bill | 7/1/2019 | $878.11 | $834.20 |
| 34 | 542952940 | Bill | 7/1/2019 | $2,639.65 | $2,145.77 |
| 35 | 542965942 | Bill | 6/27/2019 | $1,837.68 | $1,561.25 |
| 36 | 542965942 | Bill | 6/27/2019 | $1,672.33 | $1,487.31 |
| 37 | 540497939 | Bill | 6/24/2019 | $2,639.65 | $2,145.77 |
| 38 | 514464221 | Bill | 6/19/2019 | $828.31 | $828.31 |
| 39 | 541966321 | Bill | 6/19/2019 | $828.31 | $0.00 |
| 40 | 514464221 | Bill | 6/19/2019 | $801.97 | $801.97 |
| 41 | 537266512 | Bill | 6/18/2019 | $414.19 | $0.00 |
| 42 | 537266512 | Bill | 6/18/2019 | $1,275.54 | $0.00 |
| 43 | 542417928 | Bill | 5/31/2019 | $414.77 | $0.00 |
| 44 | 542417928 | Bill | 5/23/2019 | $1,064.30 | $0.00 |
| 45 | 542417928 | Bill | 5/23/2019 | $1,837.68 | $0.00 |

Allstate Insurance Company, et al. v Medaid Radiology, LLC, et al. Exhibit "B" Claims Submitted by

MEDAID RADIOLOGY LLC

| 46 | 542417928 | Bill | 5/23/2019 | $850.17 | $0.00 |
|----|-----------|------|-----------|---------|-------|
| 47 | 542417928 | Bill | 5/23/2019 | $1,837.68 | $0.00 |
| 48 | 542417928 | Bill | 5/23/2019 | $828.31 | $0.00 |
| 49 | 542417928 | Bill | 5/23/2019 | $1,837.68 | $0.00 |
| 50 | 538835711 | Bill | 5/21/2019 | $2,639.65 | $0.00 |
| 51 | 539482851 | Bill | 5/20/2019 | $1,837.68 | $0.00 |
| 52 | 539482851 | Bill | 5/20/2019 | $844.02 | $0.00 |
| 53 | 539482851 | Bill | 5/20/2019 | $1,837.68 | $0.00 |
| 54 | 539482851 | Bill | 5/20/2019 | $2,639.65 | $0.00 |
| 55 | 535516140 | Bill | 5/14/2019 | $1,837.68 | $0.00 |
| 56 | 538112806 | Bill | 5/13/2019 | $1,264.36 | $0.00 |
| 57 | 531080620 | Bill | 5/13/2019 | $849.58 | $0.00 |
| 58 | 536275829 | Bill | 5/13/2019 | $1,703.42 | $0.00 |
| 59 | 537114746 | Bill | 5/10/2019 | $1,837.68 | $0.00 |
| 60 | 534635677 | Bill | 5/9/2019 | $936.23 | $0.00 |
| 61 | 535613624 | Bill | 5/2/2019 | $1,837.68 | $0.00 |
| 62 | 533795778 | Bill | 4/30/2019 | $1,837.68 | $1,837.68 |
| 63 | 535518906 | Bill | 4/29/2019 | $1,837.68 | $0.00 |
| 64 | 535518906 | Bill | 4/16/2019 | $1,688.04 | $0.00 |
| 65 | 526577812 | Bill | 4/16/2019 | $1,837.68 | $1,561.25 |
| 66 | 534635677 | Bill | 4/15/2019 | $414.19 | $0.00 |
| 67 | 534635677 | Bill | 4/15/2019 | $1,275.54 | $0.00 |
| 68 | 535120307 | Bill | 4/15/2019 | $879.74 | $0.00 |
| 69 | 535120307 | Bill | 4/15/2019 | $2,639.65 | $0.00 |
| 70 | 532628856 | Bill | 4/9/2019 | $828.31 | $0.00 |
| 71 | 535870802 | Bill | 4/9/2019 | $1,837.68 | $0.00 |
| 72 | 532628856 | Bill | 4/9/2019 | $1,837.68 | $0.00 |
| 73 | 534635677 | Bill | 4/8/2019 | $901.45 | $0.00 |
| 74 | 534635677 | Bill | 4/8/2019 | $2,532.06 | $0.00 |
| 75 | 533772919 | Bill | 3/29/2019 | $1,837.68 | $0.00 |
| 76 | 533772919 | Bill | 3/29/2019 | $1,688.04 | $0.00 |
| 77 | 533773065 | Bill | 3/28/2019 | $828.31 | $0.00 |
| 78 | 533773065 | Bill | 3/28/2019 | $1,738.20 | $0.00 |
| 79 | 533773065 | Bill | 3/28/2019 | $1,837.68 | $0.00 |
| 80 | 533643128 | Bill | 3/21/2019 | $828.31 | $0.00 |
| 81 | 533643128 | Bill | 3/21/2019 | $1,738.20 | $0.00 |
| 82 | 532669249 | Bill | 3/21/2019 | $901.45 | $0.00 |
| 83 | 531884005 | Bill | 3/18/2019 | $850.17 | $0.00 |
| 84 | 531884005 | Bill | 3/18/2019 | $1,243.73 | $0.00 |
| 85 | 531080620 | Bill | 2/28/2019 | $1,275.54 | $0.00 |
| 86 | 528674658 | Bill | 2/26/2019 | $1,837.68 | $0.00 |
| 87 | 527972004 | Bill | 2/12/2019 | $1,837.68 | $0.00 |
| 88 | 505626283 | Bill | 2/12/2019 | $828.31 | $828.31 |
| 89 | 527972004 | Bill | 2/12/2019 | $2,533.95 | $0.00 |
| 90 | 519337372 | Bill | 2/12/2019 | $1,837.68 | $0.00 |
| 91 | 528993553 | Bill | 2/8/2019 | $2,639.65 | $0.00 |
| 92 | 528993553 | Bill | 2/8/2019 | $1,703.42 | $0.00 |

Allstate Insurance Company, et al. v Medaid Radiology, LLC, et al. Exhibit "B " - Claims submitted by

MEDAID RADIOLOGY LLC

| 93 | 528993553 | Bill | 2/8/2019 | $828.31 | $0.00 |
|---|---|---|---|---|---|
| 94 | 528993553 | Bill | 2/8/2019 | $1,723.76 | $0.00 |
| 95 | 527263123 | Bill | 1/29/2019 | $1,837.68 | $0.00 |
| 96 | 527263123 | Bill | 1/29/2019 | $844.02 | $0.00 |
| 97 | 527736052 | Bill | 1/28/2019 | $850.17 | $850.17 |
| 98 | 525222436 | Bill | 1/28/2019 | $1,672.33 | $0.00 |
| 99 | 525884631 | Bill | 1/24/2019 | $1,275.54 | $1,275.54 |
| 100 | 525884631 | Bill | 1/24/2019 | $414.77 | $414.77 |
| 101 | 524535812 | Bill | 1/21/2019 | $936.23 | $670.35 |
| 102 | 524535812 | Bill | 1/21/2019 | $901.45 | $901.45 |
| 103 | 524213626 | Bill | 1/17/2019 | $829.54 | $779.78 |
| 104 | 524213626 | Bill | 1/15/2019 | $426.03 | $426.03 |
| 105 | 524213626 | Bill | 1/15/2019 | $850.17 | $850.17 |
| 106 | 525884631 | Bill | 1/14/2019 | $2,639.65 | $0.00 |
| 107 | 526834882 | Bill | 1/14/2019 | $414.19 | $414.19 |
| 108 | 526834882 | Bill | 1/14/2019 | $850.17 | $850.17 |
| 109 | 525222436 | Bill | 1/14/2019 | $1,688.04 | $0.00 |
| 110 | 520734369 | Bill | 1/7/2019 | $828.31 | $828.31 |
| 111 | 522620103 | Bill | 12/31/2018 | $850.17 | $850.17 |
| 112 | 525222436 | Bill | 12/26/2018 | $828.31 | $0.00 |
| 113 | 525222436 | Bill | 12/26/2018 | $1,837.68 | $0.00 |
| 114 | 520734369 | Bill | 12/26/2018 | $901.45 | $901.45 |
| 115 | 518279641 | Bill | 12/17/2018 | $850.17 | $0.00 |
| 116 | 520734369 | Bill | 12/17/2018 | $1,738.20 | $1,241.84 |
| 117 | 515684868 | Bill | 12/10/2018 | $1,837.68 | $0.00 |
| 118 | 515684868 | Bill | 12/10/2018 | $1,837.68 | $0.00 |
| 119 | 518329727 | Bill | 12/3/2018 | $901.45 | $901.45 |
| 120 | 519802507 | Bill | 12/3/2018 | $1,837.68 | $0.00 |
| 121 | 519802507 | Bill | 12/3/2018 | $828.31 | $0.00 |
| 122 | 518329727 | Bill | 12/3/2018 | $1,688.04 | $1,688.04 |
| 123 | 522696748 | Bill | 11/26/2018 | $1,837.68 | $0.00 |
| 124 | 516142908 | Bill | 11/26/2018 | $851.33 | $851.33 |
| 125 | 516142908 | Bill | 11/26/2018 | $56.34 | $56.34 |
| 126 | 518435789 | Bill | 11/5/2018 | $2,639.65 | $2,145.77 |
| 127 | 518435789 | Bill | 11/5/2018 | $1,275.54 | $0.00 |
| 128 | 516395737 | Bill | 11/5/2018 | $1,738.20 | $0.00 |
| 129 | 515862068 | Bill | 11/5/2018 | $1,672.33 | $0.00 |
| 130 | 508741501 | Bill | 11/1/2018 | $1,275.54 | $1,275.54 |
| 131 | 510548365 | Bill | 10/29/2018 | $901.45 | $0.00 |
| 132 | 509968086 | Bill | 10/29/2018 | $828.31 | $828.31 |
| 133 | 509968086 | Bill | 10/29/2018 | $850.17 | $850.17 |
| 134 | 510548365 | Bill | 10/29/2018 | $1,672.33 | $0.00 |
| 135 | 509968086 | Bill | 10/29/2018 | $850.17 | $850.17 |
| 136 | 511833295 | Bill | 10/25/2018 | $1,275.54 | $1,275.54 |
| 137 | 511833295 | Bill | 10/25/2018 | $414.19 | $414.19 |
| 138 | 515862068 | Bill | 10/22/2018 | $1,837.68 | $0.00 |
| | | | TOTAL: | $193,423.97 | $62,933.36 |

# EXHIBIT "C"

NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE
(This form is **not** for verification of hospital treatment )

| INSURED: | | INSURANCE CARRIER: |
| --- | --- | --- |
| | | ALLSTATE INS (NY) |
| | | P.O.BOX 2874 |
| | | CLINTON, IA, 52733 |

| DATE | POLICYHOLDER | POLICY NUMBER | DATE OF ACCIDENT | CLAIM NUMBER |
| --- | --- | --- | --- | --- |
| 11/21/2018 | | | 09/21/2018 | 0522696748 |

PROVIDER:
Medaid Radiology LLC (201)549-9998
PO BOX 829971
Philadelphia PA 19182

KINDLY COMPLETE AND SUBMIT THIS FORM AS SOON AS POSSIBLE. PLEASE NOTE, THIS COMPLETED FORM MUST BE SUBMITTED TO THE INSURER AS SOON AS REASONABLY POSSIBLE BUT NO LATER THAN 45 DAYS OR 180 DAYS AFTER THE TREATMENT DATE, DEPENDING UPON THE POLICY ENDORSEMENT IN EFFECT AT THE TIME OF THE ACCIDENT. IF YOU ARE UNSURE OF THE APPLICABLE TIME REQUIREMENT, KINDLY CONTACT THE CLAIMS REPRESENTATIVE TO DETERMINE WHICH DEADLINE IS APPLICABLE TO THIS CLAIM

IF YOU HAVE PREVIOUSLY SUBMITTED AN EARLIER REPORT ON THIS ACCIDENT, YOU NEED ONLY NOTE ANY CHANGES FROM THE INFORMATION PREVIOUSLY FURNISHED AND ADDITIONAL CHARGES.

1. PATIENT'S NAME AND ADDRESS

2. DATE OF BIRTH  3. SEX  Male ☑Female   4. OCCUPATION (IF KNOWN)

5. DIAGNOSIS AND CONCURRENT CONDITIONS
M54.2,M54.5

6. WHEN DID SYMPTOMS FIRST APPEAR?
DATE:  09/21/2018

7. WHEN DID PATIENT FIRST CONSULT YOU FOR THIS CONDITION?  DATE:

8. HAS PATIENT EVER HAD SAME OR SIMILAR CONDITION?

YES ☐  NO ☑   IF YES, state when and describe:

9. IS CONDITION SOLELY A RESULT OF THIS AUTOMOBILE ACCIDENT?

YES ☑  NO ☐   IF "NO", explain:

10. IS CONDITION DUE TO INJURY ARISING OUT OF PATIENT'S EMPLOYMENT?

YES ☐  NO ☑

11. WILL INJURY RESULT IN SIGNIFICANT DISFIGUREMENT OR PERMANENT DISABILITY?

YES ☐  NO ☐  IF "YES", describe:   NOT DETERMINABLE AT THIS TIME ☑

12. PATIENT WAS DISABLED (UNABLE TO WORK)
FROM: _____  THROUGH: _____

13. IF STILL DISABLED THE PATIENT SHOULD BE ABLE TO RETURN TO WORK ON:
_____
(DATE)

CONTINUE ON PAGE 2

NYS FORM NF-3 (Rev 1/2004)
Page 1 of 3

Case 1:20-cv-01108-VEC Document 9-7 Filed 03/05/20 Page 41 of 147

**VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE**
**PAGE 2**

14. WILL THE PATIENT REQUIRE REHABILITATION AND/OR OCCUPATIONAL THERAPY AS A RESULT OF THE INJURIES SUSTAINED IN THIS ACCIDENT?

YES [ ✔ ]   NO [ ]        IF YES, describe your recommendation below:

15. REPORT OF SERVICES RENDERED -- ATTACH ADDITIONAL SHEETS IF NECESSARY

| DATE OF SERVICE | PLACE OF SERVICE INCLUDING ZIP CODE | DESCRIPTION OF TREATMENT OR HEALTH SERVICE RENDERED | FEE SCHEDULE TREATMENT CODE | CHARGES |
|---|---|---|---|---|
| 10/11/18 | 481 N 13th St Newark NJ 07107 | MRI CERVICAL SPINE W/O DYE | 72141 | 936.23 |
| 10/11/18 | 481 N 13th St Newark NJ 07107 | MRI LUMBAR SPINE W/O DYE | 72148 | 901.45 |
| | | | TOTAL CHARGES TO DATE | $ 1,837.68 |

16. IF TREATING PROVIDER IS DIFFERENT THAN BILLING PROVIDER COMPLETE THE FOLLOWING:

| TREATING PROVIDER'S NAME | TITLE | LICENSE OR CERTIFICATION NO. | BUSINESS RELATIONSHIP CHECK APPLICABLE BOX | | |
|---|---|---|---|---|---|
| | | | EMPLOYEE | INDEPENDENT CONTRACTOR | OTHER (SPECIFY) |
| REDDY, VANGALA | MD | 25MA09866600 | | ✔ | |

17. IF THE PROVIDER OF SERVICE IS A PROFESSIONAL SERVICE CORPORATION OR DOING BUSINESS UNDER AN ASSUMED NAME (DBA), LIST THE OWNER AND PROFESSIONAL LICENSING CREDENTIALS OF ALL OWNERS (Provide an additional attachment if necessary).

Medaid Radiology LLC , LIC# 24404

18. IS PATIENT STILL UNDER YOUR CARE FOR THIS CONDITION?        YES [ ✔ ]   NO [ ]

19. ESTIMATED DURATION OF FUTURE TREATMENT

UNDETERMINED

PATIENT: Your health provider may agree to accept payment for health services performed directly from your insurer (**Authorization to Pay Benefits**) so that you are not required to make payment to the health provider at the time of service. Such agreement is optional on the part of the health provider and must be signed by both patient and health provider. You may use the optional authorization language provided below, by checking off the designated spot in item 20 of this form.

20._____ (IF YOU HAVE CHOSEN TO AUTHORIZE THE DIRECT PAYMENT OF BENEFITS BY CHECKING THIS OPTION, YOU MAY NOT ALSO ENTER INTO AN ASSIGNMENT OF BENEFITS CONTAINED IN #21)
AUTHORIZATION TO PAY BENEFITS:
I AUTHORIZE PAYMENT OF HEALTH BENEFITS TO THE UNDERSIGNED HEALTH CARE PROVIDER OR SUPPLIER OF SERVICES DESCRIBED BELOW. I RETAIN ALL RIGHTS, PRIVILEGES AND REMEDIES TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO-FAULT PROVISION) OF THE INSURANCE LAW.

PRINT NAME _____     SIGNED _____
                        PATIENT                                              PATIENT                    DATE

CONTINUE ON PAGE 3

NYS FORM NF-3 (Rev 1/2004)
Page 2 of 3

201811260012075
201811268057630004

MM 11262018
Received Date 11262018

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM                INDEX NO. 655225/2019

NYSCEF DOC. NO. 5                                                    RECEIVED NYSCEF: 09/11/2019

VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICE
PAGE 3

**PATIENT:** Your health provider may agree to have you assign your right to No-Fault benefits from your insurer directly to your health provider (Assignment of Benefits). If you and your health provider agree to an assignment of benefits, you must both sign the agreement contained in # 21 or the prescribed NF-AOB form or its equivalent. The language contained in the assignment of benefits is mandatory and may not be altered or avoided by any other language added to this agreement or other written agreement.

21. X _____ (IF YOU HAVE CHOSEN TO ASSIGN YOUR BENEFITS TO THE HEALTH PROVIDER BY CHECKING THIS OPTION, YOU MAY NOT ALSO ENTER INTO AN AUTHORIZATION TO PAY BENEFITS CONTAINED IN ITEM #20 ABOVE)

**ASSIGNMENT OF NO-FAULT BENEFITS:**

I HEREBY ASSIGN TO THE HEALTH CARE PROVIDER INDICATED BELOW ALL RIGHTS, PRIVILEGES AND REMEDIES TO PAYMENT FOR HEALTH CARE SERVICES PROVIDED BY THE ASSIGNEE TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO-FAULT STATUTE) OF THE INSURANCE LAW. THE ASSIGNEE HEREBY CERTIFIES THAT THEY HAVE NOT RECEIVED ANY PAYMENT FROM OR ON BEHALF OF THE ASSIGNOR AND SHALL NOT PURSUE PAYMENT DIRECTLY FROM THE ASSIGNOR FOR SERVICES PROVIDED BY SAID ASSIGNEE FOR INJURIES SUSTAINED DUE TO THE MOTOR VEHICLE ACCIDENT, NOTWITHSTANDING ANY OTHER AGREEMENT TO THE CONTRARY. THIS AGREEMENT MAY BE REVOKED BY THE ASSIGNEE WHEN BENEFITS ARE NOT PAYABLE BASED UPON THE ASSIGNOR'S LACK OF COVERAGE AND/OR VIOLATION OF A POLICY CONDITION DUE TO THE ACTIONS OR CONDUCT OF THE ASSIGNOR

| PRINT NAME ▮▮▮▮▮ | SIGNED | SIGNATURE ON FILE |
|---|---|---|
| PATIENT (Assignor) | | PATIENT |
| PRINT NAME MEDAID RADIOLOGY LLC | SIGNED | SIGNATURE ON FILE |
| PROVIDER OF HEALTH CARE SERVICE (Assignee) | | PROVIDER OF HEALTH CARE SERVICE |

HAS AN ORIGINAL AUTHORIZATION OR ASSIGNMENT PREVIOUSLY BEEN EXECUTED?          [✓] YES     [  ] NO

IS THE ORIGINAL SIGNATURE OF THE PARTIES ON FILE?          [✓] YES     [  ] NO

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

| DATE | PROVIDER'S SIGNATURE | IRS/TIN IDENTIFICATION NO. | WCB RATING CODE IF NONE, SPECIALTY |
|---|---|---|---|
| 11/21/2018 | Rouven Alon, Owner | 83-1738297 | R-DRA |

*LANGUAGE TO BE FILLED IN BY INSURER OR SELF-INSURER.
NYS FORM NF-3 (Rev 1/2004)
Page 3 of 3

201811260012075                                   MM 11262018
201811268057630004                         Received Date 11262018

Exhibit B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, ALLSTATE                    Index No.: 655225/2019
FIRE AND CASUALTY INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY, ALLSTATE
NORTHBROOK INDEMNITY COMPANY,
ALLSTATEPROPERTY AND CASUALTY INSURANCE
COMPANY, and ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY,

                                                        **STIPULATION**

                                     Plaintiffs,

          -against-

MEDAID RADIOLOGY, LLC, COLUMBUS IMAGING
CENTER, LLC, and REUVEN ALON-ALYOFF
a/k/a ROB ALON,

                                     Defendants.
-------------------------------------------------------------------------X

   **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

attorneys for all parties, as follows:

1.   Defendants' time to answer, move, and/or otherwise respond with respect to the
     Complaint in the above-entitled action is hereby extended up to and including
     February 10, 2020.

2.   Defendants waive all affirmative defenses based on personal jurisdiction and
     venue.

3.   Facsimile signatures shall be deemed originals for the purposes of this Stipulation
     and this Stipulation may be executed in separate counterparts.

Dated: January 20, 2020

**BRUNO, GERBINO & SORIANO, LLP**                **THE RUSSELL FRIEDMAN LAW GROUP, LLP**
*Attorneys for Plaintiffs*                       *Attorney for Defendants*


By: _____               By: _____
    Vincent P. Gerbino                           Charles Horn
    445 Broad Hollow Road, Suite 420             3000 Marcus Avenue, Suite 2E03
    Melville, New York 11747                     Lake Success, New York 11042
    Tel: 631.390.0010                            Tel: 516.355.9696

# Exhibit C



PROPERTY AND CASUALTY COMPANIES - ASSOCIATION EDITION

# COMBINED ANNUAL STATEMENT

FOR THE YEAR ENDED DECEMBER 31, 2017
OF THE CONDITION AND AFFAIRS OF THE

## ALLSTATE INSURANCE GROUP

and its affiliated property and casualty insurers

NAIC Group Code ____0008____       NAIC Company Code ____00086____

Mail Address ____3075 SANDERS ROAD, SUITE H1E____ , ____NORTHBROOK , IL 60062____
(Street and Number or P.O. Box)          (City or Town, State and Zip Code)

Combined Statement Contact ____ALMA  LOPEZ____ , ____847-402-6704____ , ____alop5@allstate.com____
(Name)          (Area Code) (Telephone Number)          (E-mail Address)

### NAMES OF COMPANIES INCLUDED IN THIS STATEMENT

| Name of Company | NAIC Company Code | State of Domicile |
|---|---|---|
| Allstate Insurance Company | 19232 | ILLINOIS |
| Allstate County Mutual Insurance Company | 29335 | TEXAS |
| Allstate Fire and Casualty Insurance Company | 29688 | ILLINOIS |
| Castle Key Indemnity Company | 10835 | ILLINOIS |
| Castle Key Insurance Company | 30511 | ILLINOIS |
| Allstate Indemnity Company | 19240 | ILLINOIS |
| Allstate New Jersey Insurance Company | 10852 | ILLINOIS |
| Allstate New Jersey Property and Casualty Insurance Company | 12344 | ILLINOIS |
| Allstate Northbrook Indemnity Company | 36455 | ILLINOIS |
| Allstate North American Insurance Company | 11110 | ILLINOIS |
| Allstate Property and Casualty Insurance Company | 17230 | ILLINOIS |
| Allstate Texas Lloyd's | 25530 | TEXAS |
| Allstate Vehicle and Property Insurance Company | 37907 | ILLINOIS |
| Encompass Floridian Indemnity | 11996 | ILLINOIS |
| Encompass Floridian Insurance Company | 11993 | ILLINOIS |
| Encompass Home and Auto Insurance Company | 11252 | ILLINOIS |
| Encompass Indemnity Company | 15130 | ILLINOIS |
| Encompass Independent Insurance Company | 11251 | ILLINOIS |
| Encompass Insurance Company of New Jersey | 11599 | ILLINOIS |
| Encompass Insurance Company of Massachusetts | 12154 | MASSACHUSETTS |
| Encompass Insurance Company | 10358 | ILLINOIS |
| Encompass Insurance Company of America | 10071 | ILLINOIS |
| Encompass Property and Casualty Insurance Company of New Jersey | 12496 | ILLINOIS |
| Encompass Property and Casualty Company | 10072 | ILLINOIS |
| North Light Specialty Insurance Company | 13167 | ILLINOIS |
| Esurance Insurance Company | 25712 | WISCONSIN |
| Esurance Insurance Company of New Jersey | 21741 | WISCONSIN |
| Esurance Property and Casualty Insurance Company | 30210 | WISCONSIN |

a. Is this an original filing? ............. ...  .       Yes [ X ] No [   ]
b. If no,
   1. State the amendment number   ......
   2. Date filed . ...........   ... .................,
   3. Number of pages attached. ..........

NOTE: This annual statement contains combined data for the property and casualty insurance companies listed above, compiled in accordance with the NAIC instructions for the completion of annual statements.

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## ASSETS

| | | Current Year | | Prior Year |
|---|---|---|---|---|
| | | 1 | 2 | 3 Net Admitted Assets (Cols. 1 - 2) | 4 Net Admitted Assets |
| | | Assets | Nonadmitted Assets | | Assets |
| 1. | Bonds (Schedule D) | 31,305,395,152 | | 31,305,395,152 | 28,852,635,636 |
| 2. | Stocks (Schedule D): | | | | |
| | 2.1 Preferred stocks | 105,760,639 | | 105,760,639 | 63,885,604 |
| | 2.2 Common stocks | 7,985,520,262 | 6,284,350 | 7,979,235,912 | 7,101,996,804 |
| 3. | Mortgage loans on real estate (Schedule B): | | | | |
| | 3.1 First liens | 394,213,591 | | 394,213,591 | 280,368,275 |
| | 3.2 Other than first liens | | | | |
| 4. | Real estate (Schedule A): | | | | |
| | 4.1 Properties occupied by the company (less $ encumbrances) | 235,161,950 | | 235,161,950 | 252,633,337 |
| | 4.2 Properties held for the production of income (less $ encumbrances) | 98,794,774 | | 98,794,774 | 93,569,519 |
| | 4.3 Properties held for sale (less $ encumbrances) | | | | |
| 5. | Cash ($ (730,947,061), Schedule E - Part 1), cash equivalents ($ 391,454,638, Schedule E - Part 2) and short-term Investments ($ 422,778,287, Schedule DA) | 83,285,864 | | 83,285,864 | 1,234,704,557 |
| 6. | Contract loans (including $ premium notes) | | | | |
| 7. | Derivatives (Schedule DB) | 17,549,054 | | 17,549,054 | 19,438,210 |
| 8. | Other invested assets (Schedule BA) | 4,305,747,086 | 9,048,952 | 4,296,698,135 | 3,618,791,558 |
| 9. | Receivables for securities | 48,674,398 | | 48,674,398 | 10,128,125 |
| 10. | Securities lending reinvested collateral assets (Schedule DL) | 24,822,317 | | 24,822,317 | 1,431,993 |
| 11. | Aggregate write-ins for invested assets | | | | |
| 12. | Subtotals, cash and invested assets (Lines 1 to 11) | 44,604,925,086 | 15,333,302 | 44,589,591,785 | 41,539,473,621 |
| 13. | Title plants less $ charged off (for Title Insurers only) | | | | |
| 14. | Investment income due and accrued | 255,039,841 | 161 | 255,039,680 | 242,813,893 |
| 15. | Premiums and considerations: | | | | |
| | 15.1 Uncollected premiums and agents' balances in the course of collection | 1,350,228,203 | 46,313,046 | 1,303,915,157 | 1,332,852,925 |
| | 15.2 Deferred premiums and agents' balances and installments booked but deferred and not yet due (including $ earned but unbilled premiums) | 3,565,178,752 | | 3,565,178,752 | 3,468,381,493 |
| | 15.3 Accrued retrospective premiums ($ ) and contracts subject to redetermination ($ ) | | | | |
| 16. | Reinsurance: | | | | |
| | 16.1 Amounts recoverable from reinsurers | 87,866,316 | | 87,866,316 | 56,731,323 |
| | 16.2 Funds held by or deposited with reinsured companies | 98,147 | 379 | 97,768 | 78,446 |
| | 16.3 Other amounts receivable under reinsurance contracts | 15,661,835 | | 15,661,835 | 6,370,260 |
| 17. | Amounts receivable relating to uninsured plans | | | | |
| 18.1 | Current federal and foreign income tax recoverable and interest thereon | | | | |
| 18.2 | Net deferred tax asset | 642,833,203 | 2,774,052 | 640,059,151 | 1,241,987,893 |
| 19. | Guaranty funds receivable or on deposit | | | | |
| 20. | Electronic data processing equipment and software | 342,387,965 | 270,083,461 | 72,304,504 | 70,080,378 |
| 21. | Furniture and equipment, including health care delivery assets ($ ) | 291,136,831 | 291,136,831 | | |
| 22. | Net adjustment in assets and liabilities due to foreign exchange rates | | | | |
| 23. | Receivables from parent, subsidiaries and affiliates | 277,998,116 | 1,287,540 | 276,710,576 | 166,244,023 |
| 24. | Health care ($ ) and other amounts receivable | | | | |
| 25. | Aggregate write-ins for other than invested assets | 317,611,215 | 214,207,457 | 103,403,758 | 89,023,276 |
| 26. | Total assets excluding Separate Accounts, Segregated Accounts and Protected Cell Accounts (Lines 12 to 25) | 51,750,965,511 | 841,136,228 | 50,909,829,283 | 48,244,037,332 |
| 27. | From Separate Accounts, Segregated Accounts and Protected Cell Accounts | | | | |
| 28. | Total (Lines 26 and 27) | 51,750,965,511 | 841,136,228 | 50,909,829,283 | 48,244,037,332 |
| | **DETAILS OF WRITE-INS** | | | | |
| 1199. | Totals (Lines 1101 thru 1103 plus 1198)(Line 11 above) | | | | |
| 2599. | Totals (Lines 2501 thru 2503 plus 2598)(Line 25 above) | 317,611,215 | 214,207,457 | 103,403,758 | 89,023,276 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED
PROPERTY/CASUALTY INSURERS

## LIABILITIES, SURPLUS AND OTHER FUNDS

| | | 1<br>Current Year | 2<br>Prior Year |
|---|---|---|---|
| 1. | Losses (Part 2A, Line 35, Column 8) | 14,443,130,134 | 13,939,815,002 |
| 2. | Reinsurance payable on paid losses and loss adjustment expenses (Schedule F, Part 1, Column 6) | 1,757,675 | 1,216,552 |
| 3. | Loss adjustment expenses (Part 2A, Line 35, Column 9) | 3,928,932,966 | 3,802,179,866 |
| 4. | Commissions payable, contingent commissions and other similar charges | 192,386,303 | 183,889,952 |
| 5. | Other expenses (excluding taxes, licenses and fees) | 1,325,235,974 | 1,015,158,422 |
| 6. | Taxes, licenses and fees (excluding federal and foreign income taxes) | 116,138,424 | 107,884,145 |
| 7.1 | Current federal and foreign income taxes (including $          114,229   on realized capital gains (losses)) | 237,494,614 | 351,133,274 |
| 7.2 | Net deferred tax liability | | |
| 8. | Borrowed money $                          and interest thereon $          32,427 | | |
| 9. | Unearned premiums (Part 1A, Line 38, Column 5) (after deducting unearned premiums for ceded reinsurance of | | |
| | $      206,094,897   and including warranty reserves of $           11,863   and accrued accident and | | |
| | health experience rating refunds including $                          for medical loss ratio rebate per the Public Health | | |
| | Service Act) | 10,608,683,729 | 10,411,190,438 |
| 10. | Advance premium | 283,977,011 | 310,367,582 |
| 11. | Dividends declared and unpaid: | | |
| | 11.1 Stockholders | | |
| | 11.2 Policyholders | | |
| 12. | Ceded reinsurance premiums payable (net of ceding commissions) | 15,038,031 | 23,387,417 |
| 13. | Funds held by company under reinsurance treaties (Schedule F, Part 3, Column 19) | 4,270,030 | 2,373,133 |
| 14. | Amounts withheld or retained by company for account of others | 36,514,005 | 32,566,753 |
| 15. | Remittances and items not allocated | 24,115,021 | 21,410,413 |
| 16. | Provision for reinsurance (including $                          certified) (Schedule F, Part 8) | 30,035,065 | 39,285,477 |
| 17. | Net adjustments in assets and liabilities due to foreign exchange rates | | 10,608 |
| 18. | Drafts outstanding | | |
| 19. | Payable to parent, subsidiaries and affiliates | 293,083,372 | 168,140,164 |
| 20. | Derivatives | 19,082,861 | 5,476,013 |
| 21. | Payable for securities | 155,123,231 | 503,026,559 |
| 22. | Payable for securities lending | 582,689,437 | 578,135,741 |
| 23. | Liability for amounts held under uninsured plans | | |
| 24. | Capital notes $                          and interest thereon $ | | |
| 25. | Aggregate write-ins for liabilities | 426,751,153 | 425,073,127 |
| 26. | Total liabilities excluding protected cell liabilities (Lines 1 through 25) | 32,725,178,966 | 31,901,720,838 |
| 27. | Protected cell liabilities | | |
| 28. | Total liabilities (Lines 26 and 27) | 32,725,178,966 | 31,901,720,838 |
| 29. | Aggregate write-ins for special surplus funds | 32,979,063 | 37,724,657 |
| 30. | Common capital stock | 22,303,300 | 22,303,300 |
| 31. | Preferred capital stock | 500,000 | 500,000 |
| 32. | Aggregate write-ins for other than special surplus funds | 2,000,000 | 2,000,000 |
| 33. | Surplus notes | | |
| 34. | Gross paid in and contributed surplus | 4,062,829,419 | 4,062,829,419 |
| 35. | Unassigned funds (surplus) | 14,044,038,535 | 12,196,959,116 |
| 36. | Less treasury stock, at cost: | | |
| | 36.1                          shares common (value included in Line 30 $                          ) | | |
| | 36.2                          shares preferred (value included in Line 31 $                          ) | | |
| 37. | Surplus as regards policyholders (Lines 29 to 35, less Line 36) (Page 4, Line 39) | 18,164,650,317 | 16,342,316,492 |
| 38. | TOTALS (Page 2, Line 28, Col. 3) | 50,909,829,283 | 48,244,037,331 |
| | DETAILS OF WRITE-INS | | |
| 2599. | Totals (Lines 2501 thru 2503 plus 2598)(Line 25 above) | 426,751,153 | 425,073,127 |
| 2999. | Totals (Lines 2901 thru 2903 plus 2998)(Line 29 above) | 32,979,063 | 37,724,657 |
| 3299. | Totals (Lines 3201 thru 3203 plus 3298)(Line 32 above) | 2,000,000 | 2,000,000 |

3

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

# STATEMENT OF INCOME

| | | 1<br>Current Year | 2<br>Prior Year |
|---|---|---|---|
| | **UNDERWRITING INCOME** | | |
| 1. | Premiums earned (Part 1, Line 35, Column 4) | 30,334,961,716 | 29,680,918,214 |
| | **DEDUCTIONS:** | | |
| 2. | Losses incurred (Part 2, Line 35, Column 7) | 17,479,184,949 | 17,858,814,734 |
| 3. | Loss adjustment expenses incurred (Part 3, Line 25, Column 1) | 3,457,169,300 | 3,392,824,914 |
| 4. | Other underwriting expenses incurred (Part 3, Line 25, Column 2) | 7,861,660,867 | 7,480,642,899 |
| 5. | Aggregate write-ins for underwriting deductions | | |
| 6. | Total underwriting deductions (Lines 2 through 5) | 28,798,015,115 | 28,732,282,548 |
| 7. | Net income of protected cells | | |
| 8. | Net underwriting gain or (loss) (Line 1 minus Line 6 plus Line 7) | 1,536,946,600 | 948,635,666 |
| | **INVESTMENT INCOME** | | |
| 9. | Net investment income earned (Exhibit of Net Investment Income, Line 17) | 1,969,431,474 | 1,122,856,559 |
| 10. | Net realized capital gains or (losses) less capital gains tax of $ 129,474,662 (Exhibit of Capital Gains (Losses) ) | 110,290,973 | (199,100,327) |
| 11. | Net investment gain (loss) (Lines 9 + 10) | 2,079,722,447 | 923,756,232 |
| | **OTHER INCOME** | | |
| 12. | Net gain (loss) from agents' or premium balances charged off (amount recovered $ amount charged off $ 103,174,935 ) | (103,174,935) | (105,955,807) |
| 13. | Finance and service charges not included in premiums | 235,677,432 | 229,664,665 |
| 14. | Aggregate write-ins for miscellaneous income | (3,623,925) | (4,682,822) |
| 15. | Total other income (Lines 12 through 14) | 128,878,573 | 119,026,037 |
| 16. | Net income before dividends to policyholders, after capital gains tax and before all other federal and foreign income taxes (Lines 8 + 11 + 15) | 3,745,547,620 | 1,991,417,935 |
| 17. | Dividends to policyholders | | |
| 18. | Net income, after dividends to policyholders, after capital gains tax and before all other federal and foreign income taxes (Line 16 minus Line 17) | 3,745,547,620 | 1,991,417,935 |
| 19. | Federal and foreign income taxes incurred | 812,647,442 | 556,741,474 |
| 20. | Net income (Line 18 minus Line 19)(to Line 22) | 2,932,900,178 | 1,434,676,461 |
| | **CAPITAL AND SURPLUS ACCOUNT** | | |
| 21. | Surplus as regards policyholders, December 31 prior year (Page 4, Line 39, Column 2) | 16,342,316,491 | 16,062,498,482 |
| 22. | Net income (from Line 20) | 2,932,900,178 | 1,434,676,461 |
| 23. | Net transfers (to) from Protected Cell accounts | | |
| 24. | Change in net unrealized capital gains or (losses) less capital gains tax of $ 36,517,967 | 1,000,426,696 | 557,914,435 |
| 25. | Change in net unrealized foreign exchange capital gain (loss) | 94,169,672 | 9,907,121 |
| 26. | Change in net deferred income tax | (572,535,747) | 19,999,432 |
| 27. | Change in nonadmitted assets (Exhibit of Nonadmitted Assets, Line 28, Col. 3) | 93,540,644 | 77,914,961 |
| 28. | Change in provision for reinsurance (Page 3, Line 16, Column 2 minus Column 1) | 9,250,382 | 3,523,792 |
| 29. | Change in surplus notes | | |
| 30. | Surplus (contributed to) withdrawn from protected cells | | |
| 31. | Cumulative effect of changes in accounting principles | | |
| 32. | Capital changes: | | |
| | 32.1 Paid in | | |
| | 32.2 Transferred from surplus (Stock Dividend) | | |
| | 32.3 Transferred to surplus | | |
| 33. | Surplus adjustments: | | |
| | 33.1 Paid in | | 78,676,808 |
| | 33.2 Transferred to capital (Stock Dividend) | | |
| | 33.3 Transferred from capital | | |
| 34. | Net remittances from or (to) Home Office | | |
| 35. | Dividends to stockholders | (1,612,517,000) | (1,915,297,000) |
| 36. | Change in treasury stock (Page 3, Lines 36.1 and 36.2, Column 2 minus Column 1) | | |
| 37. | Aggregate write-ins for gains and losses in surplus | (2,841,000) | 24,302,000 |
| 38. | Change in surplus as regards policyholders for the year (Lines 22 through 37) | 1,842,333,825 | 289,818,010 |
| 39. | Surplus as regards policyholders, December 31 current year (Line 21 plus Line 38) (Page 3, Line 37) | 18,184,650,317 | 16,342,316,491 |
| | **DETAILS OF WRITE-INS** | | |
| 0599. | Totals (Lines 0501 thru 0503 plus 0598)(Line 5 above) | | |
| 1499. | Totals (Lines 1401 thru 1403 plus 1498)(Line 14 above) | (3,623,925) | (4,682,822) |
| 3799. | Totals (Lines 3701 thru 3703 plus 3798)(Line 37 above) | (2,841,000) | 24,302,000 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

# CASH FLOW

| | | 1 | 2 |
|---|---|---|---|
| | | Current Year | Prior Year |
| | **Cash from Operations** | | |
| 1. | Premiums collected net of reinsurance | 30,415,143,225 | 29,734,755,921 |
| 2. | Net investment income | 2,129,561,526 | 1,319,177,448 |
| 3. | Miscellaneous income | 128,878,574 | 119,026,037 |
| 4. | Total (Lines 1 through 3) | 32,673,583,325 | 31,172,959,407 |
| 5. | Benefit and loss related payments | 16,956,984,811 | 17,069,679,072 |
| 6. | Net transfers to Separate Accounts, Segregated Accounts and Protected Cell Accounts | | |
| 7. | Commissions, expenses paid and aggregate write-ins for deductions | 10,813,399,992 | 10,617,725,500 |
| 8. | Dividends paid to policyholders | | |
| 9. | Federal and foreign income taxes paid (recovered) net of $ ........ 85,638,573    tax on capital gains (losses) | 1,055,760,565 | 452,972,207 |
| 10. | Total (Lines 5 through 9) | 28,826,145,368 | 28,180,376,779 |
| 11. | Net cash from operations (Line 4 minus Line 10) | 3,847,437,957 | 3,012,582,628 |
| | **Cash from Investments** | | |
| 12. | Proceeds from investments sold, matured or repaid: | | |
| | 12.1 Bonds | 21,134,460,833 | 21,779,199,951 |
| | 12.2 Stocks | 4,329,242,448 | 4,205,938,947 |
| | 12.3 Mortgage loans | 8,532,607 | 170,242,532 |
| | 12.4 Real estate | 36,999 | 1,358,389 |
| | 12.5 Other invested assets | 557,296,619 | 487,863,818 |
| | 12.6 Net gains or (losses) on cash, cash equivalents and short-term investments | 19,504 | (955,433) |
| | 12.7 Miscellaneous proceeds | 2,676,281 | 33,037,787 |
| | 12.8 Total investment proceeds (Lines 12.1 to 12.7) | 26,032,256,292 | 26,676,685,991 |
| 13. | Cost of investments acquired (long-term only): | | |
| | 13.1 Bonds | 24,048,676,743 | 21,793,744,511 |
| | 13.2 Stocks | 4,269,509,430 | 4,558,644,669 |
| | 13.3 Mortgage loans | 122,680,000 | 154,863,921 |
| | 13.4 Real estate | 19,320,570 | 32,878,600 |
| | 13.5 Other invested assets | 909,127,037 | 921,319,044 |
| | 13.6 Miscellaneous applications | 56,159,028 | 4,492,250 |
| | 13.7 Total investments acquired (Lines 13.1 to 13.6) | 29,424,542,808 | 27,460,942,995 |
| 14. | Net increase (decrease) in contract loans and premium notes | | |
| 15. | Net cash from investments (Line 12.8 minus Line 13.7 minus Line 14) | (3,392,286,527) | (784,257,004) |
| | **Cash from Financing and Miscellaneous Sources** | | |
| 16. | Cash provided (applied): | | |
| | 16.1 Surplus notes, capital notes | | |
| | 16.2 Capital and paid in surplus, less treasury stock | | 78,676,808 |
| | 16.3 Borrowed funds | | |
| | 16.4 Net deposits on deposit-type contracts and other insurance liabilities | | |
| | 16.5 Dividends to stockholders | 1,612,517,000 | 1,676,068,254 |
| | 16.6 Other cash provided (applied) | 5,946,878 | 290,746,979 |
| 17. | Net cash from financing and miscellaneous sources (Lines 16.1 to 16.4 minus Line 16.5 plus Line 16.6) | (1,606,570,122) | (1,306,644,467) |
| | **RECONCILIATION OF CASH, CASH EQUIVALENTS AND SHORT-TERM INVESTMENTS** | | |
| 18. | Net change in cash, cash equivalents and short-term investments (Line 11, plus Lines 15 and 17) | (1,151,418,692) | 921,681,157 |
| 19. | Cash, cash equivalents and short-term investments: | | |
| | 19.1 Beginning of year | 1,234,704,555 | 313,023,398 |
| | 19.2 End of period (Line 18 plus Line 19.1) | 83,285,864 | 1,234,704,555 |

Note: Supplemental disclosures of cash flow information for non-cash transactions:

| | | | |
|---|---|---|---|
| 20.0001. | Portfolio investments exchanged | 1,118,565,238 | 1,094,534,270 |
| 20.0002. | Change in payable for securities acquired | 447,825,119 | 394,626,493 |
| 20.0003. | Decrease in committment on for income housing investments | 94,667,901 | 9,982,884 |
| 20.0004. | Portfolio bonds exchanged | 79,976,981 | 44,119,169 |
| 20.0005. | Reinvestment of non-cash distributions from other invested assets | 66,564,851 | |
| 20.0006. | Donations | 50,587,871 | 29,120,602 |
| 20.0007. | Change in receivable for securities sold | 22,500,000 | |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

Note: Supplemental disclosures of cash flow information for non-cash transactions:

| | | |
|---|---|---|
| 20.0008. Stock dividends received | 14,514,200 | 26,965,020 |
| 20.0009. Change in receivable from securities sold | 3,969,092 | 60,645,718 |
| 20.0010. Portfolio Investments Exchanged | 1,198,946 | |
| 20.0011. Stock dividends received – a return of capital | 1,117,127 | |
| 20.0012. Change in recievable for securities sold | 342,626 | 461,535 |
| 20.0013. Dividends to parent in the form of non-cash invested assets | | 239,228,746 |
| 20.0014. Exchange traded funds portfolio exchanged | | 157,019,074 |
| 20.0015. Other invested assets sold | | 53,585,788 |
| 20.0016. Transfer of assets/liabilities related to commutation | | 36,147,174 |
| 20.0017. Dividends received on limited partnership | | 8,780,759 |
| 20.0018. Capital contribution to subsidiaries in the form of non-cash invested assets | | 1,954,323 |
| 20.0019. Real estate capital expenditure | | 257,748 |
| 20.0020. Contribution to limited partnership | | 13,479 |
| 20.0021. Accounts Receivable for Long-Term Bonds | | (2,730,000) |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED
PROPERTY/CASUALTY INSURERS

# UNDERWRITING AND INVESTMENT EXHIBIT
PART 1 - PREMIUMS EARNED

| | Line of Business | 1<br>Net Premiums Written per Column 5, Part 1B | 2<br>Unearned Premiums Dec. 31 Prior Year - per Col. 3, Last Year's Part 1 | 3<br>Unearned Premiums Dec. 31 Current Year - per Col. 5 Part 1A | 4<br>Premiums Earned During Year (Cols. 1 + 2 - 3) |
|---|---|---|---|---|---|
| 1. | Fire | 38,195,398 | 17,017,506 | 22,231,524 | 32,981,380 |
| 2. | Allied lines | 2,095,431 | 1,098,219 | 1,062,898 | 2,131,752 |
| 3. | Farmowners multiple peril | | | | |
| 4. | Homeowners multiple peril | 7,676,334,195 | 4,138,156,075 | 4,178,519,411 | 7,635,970,860 |
| 5. | Commercial multiple peril | 629,832,667 | 340,820,687 | 331,299,739 | 639,353,615 |
| 6. | Mortgage guaranty | | | | |
| 8. | Ocean marine | 5,490,329 | 2,454,545 | 2,526,383 | 5,418,511 |
| 9. | Inland marine | 197,311,744 | 99,912,752 | 97,866,031 | 199,358,465 |
| 10. | Financial guaranty | | | | |
| 11.1 | Medical professional liability - occurrence | | | | |
| 11.2 | Medical professional liability - claims-made | | | | |
| 12. | Earthquake | 2,749,922 | 1,573,072 | 1,391,397 | 2,931,596 |
| 13. | Group accident and health | | | | |
| 14. | Credit accident and health (group and individual) | | | | |
| 15. | Other accident and health | | | | |
| 16. | Workers' compensation | 125,350 | 2,050 | 420 | 126,980 |
| 17.1 | Other liability - occurrence | 334,129,387 | 160,305,848 | 170,476,635 | 323,958,599 |
| 17.2 | Other liability - claims-made | | | | |
| 17.3 | Excess workers' compensation | | | | |
| 18.1 | Products liability - occurrence | 662,175 | 374,533 | 289,093 | 747,615 |
| 18.2 | Products liability - claims-made | | | | |
| 19.1, 19.2 | Private passenger auto liability | 12,462,339,391 | 3,217,225,015 | 3,290,332,874 | 12,389,231,532 |
| 19.3, 19.4 | Commercial auto liability | 281,979,734 | 144,185,838 | 142,730,414 | 283,435,158 |
| 21. | Auto physical damage | 8,869,824,263 | 2,282,397,541 | 2,361,500,726 | 8,790,721,096 |
| 22. | Aircraft (all perils) | | | | |
| 23. | Fidelity | 8,542 | 5,965 | 3,946 | 10,561 |
| 24. | Surety | 2,897 | 1,484 | 1,484 | 2,897 |
| 26. | Burglary and theft | | | | |
| 27. | Boiler and machinery | | | | |
| 28. | Credit | | | | |
| 29. | International | | | | |
| 30. | Warranty | 3,660,657 | | 3,083,072 | 577,585 |
| 31. | Reinsurance - nonproportional assumed property | | | | |
| 32. | Reinsurance - nonproportional assumed liability | | | | |
| 33. | Reinsurance - nonproportional assumed financial lines | | | | |
| 34. | Aggregate write-ins for other lines of business | 27,711,906 | 5,659,308 | 5,367,701 | 28,003,514 |
| 35. | TOTALS | 30,532,455,007 | 10,411,190,438 | 10,608,683,729 | 30,334,961,716 |
| | DETAILS OF WRITE-INS | | | | |
| 3499. | Totals (Lines 3401 thru 3403 plus 3498)(Line 34 above) | 27,711,906 | 5,659,308 | 5,367,701 | 28,003,514 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED
PROPERTY/CASUALTY INSURERS

# UNDERWRITING AND INVESTMENT EXHIBIT
PART 1A - RECAPITULATION OF ALL PREMIUMS

| | Line of Business | 1<br>Amount Unearned<br>(Running One Year<br>or Less from Date<br>of Policy) (a) | 2<br>Amount Unearned<br>(Running More Than<br>One Year from<br>Date of Policy) (a) | 3<br>Earned But Unbilled<br>Premium | 4<br>Reserve for Rate<br>Credits and<br>Retrospective<br>Adjustments Based<br>on Experience | 5<br>Total Reserve for<br>Unearned Premiums<br>Cols. 1 + 2 + 3 + 4 |
|---|---|---|---|---|---|---|
| 1. | Fire | 22,231,524 | | | | 22,231,524 |
| 2. | Allied lines | 1,062,898 | | | | 1,062,898 |
| 3. | Farmowners multiple peril | | | | | |
| 4. | Homeowners multiple peril | 4,178,519,411 | | | | 4,178,519,411 |
| 5. | Commercial multiple peril | 331,299,739 | | | | 331,299,739 |
| 6. | Mortgage guaranty | | | | | |
| 8. | Ocean marine | 2,526,363 | | | | 2,526,363 |
| 9. | Inland marine | 97,866,031 | | | | 97,866,031 |
| 10. | Financial guaranty | | | | | |
| 11.1 | Medical professional liability - occurrence | | | | | |
| 11.2 | Medical professional liability - claims-made | | | | | |
| 12. | Earthquake | 1,391,397 | | | | 1,391,397 |
| 13. | Group accident and health | | | | | |
| 14. | Credit accident and health (group and individual) | | | | | |
| 15. | Other accident and health | | | | | |
| 16. | Workers' compensation | 420 | | | | 420 |
| 17.1 | Other liability - occurrence | 170,476,635 | | | | 170,476,635 |
| 17.2 | Other liability - claims-made | | | | | |
| 17.3 | Excess workers' compensation | | | | | |
| 18.1 | Products liability - occurrence | 289,093 | | | | 289,093 |
| 18.2 | Products liability - claims-made | | | | | |
| 19.1, 19.2 | Private passenger auto liability | 3,290,332,874 | | | | 3,290,332,874 |
| 19.3, 19.4 | Commercial auto liability | 142,730,414 | | | | 142,730,414 |
| 21. | Auto physical damage | 2,361,500,728 | | | | 2,361,500,728 |
| 22. | Aircraft (all perils) | | | | | |
| 23. | Fidelity | 3,946 | | | | 3,946 |
| 24. | Surety | 1,484 | | | | 1,484 |
| 26. | Burglary and theft | | | | | |
| 27. | Boiler and machinery | | | | | |
| 28. | Credit | | | | | |
| 29. | International | | | | | |
| 30. | Warranty | 3,083,072 | | | | 3,083,072 |
| 31. | Reinsurance - nonproportional assumed property | | | | | |
| 32. | Reinsurance - nonproportional assumed liability | | | | | |
| 33. | Reinsurance - nonproportional assumed financial lines | | | | | |
| 34. | Aggregate write-ins for other lines of business | 5,367,701 | | | | 5,367,701 |
| 35. | TOTALS | 10,608,683,729 | | | | 10,608,683,729 |
| 36. | Accrued retrospective premiums based on experience | | | | | |
| 37. | Earned but unbilled premiums | | | | | |
| 38. | Balance (Sum of Line 35 through 37) | | | | | 10,608,683,729 |
| | DETAILS OF WRITE-INS | | | | | |
| 3499. | Totals (Lines 3401 thru 3403 plus 3498)(Line 34 above) | 5,367,701 | | | | 5,367,701 |

(a) State here basis of computation used in each case     Monthly pro rata

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

# UNDERWRITING AND INVESTMENT EXHIBIT

PART 1B - PREMIUMS WRITTEN

| | Line of Business | 1<br>Direct Business (a) | Reinsurance Assumed | | Reinsurance Ceded | | 6<br>Net Premiums Written<br>Cols. 1+2+3-4-5 |
|---|---|---|---|---|---|---|---|
| | | | 2<br>From Affiliates | 3<br>From Non-Affiliates | 4<br>To Affiliates | 5<br>To Non-Affiliates | |
| 1. | Fire | 30,143,496 | | 9,019,116 | | 967,214 | 38,195,398 |
| 2. | Allied lines | 263,384,013 | | (31,525) | | 261,256,057 | 2,096,431 |
| 3. | Farmowners multiple peril | | | | | | |
| 4. | Homeowners multiple peril | 7,957,402,620 | | 27,276,251 | | 308,344,676 | 7,676,334,195 |
| 5. | Commercial multiple peril | 643,307,404 | | 1,521,712 | | 14,996,449 | 629,832,667 |
| 6. | Mortgage guaranty | | | | | | |
| 8. | Ocean marine | 5,491,914 | | (291) | | 1,293 | 5,490,329 |
| 9. | Inland marine | 197,329,988 | | 110,518 | | 128,762 | 197,311,744 |
| 10. | Financial guaranty | | | | | | |
| 11.1 | Medical professional liability - occurrence | | | | | | |
| 11.2 | Medical professional liability - claims-made | | | | | | |
| 12. | Earthquake | 2,967,909 | | | | 217,988 | 2,749,922 |
| 13. | Group accident and health | | | | | | |
| 14. | Credit accident and health (group and individual) | | | | | | |
| 15. | Other accident and health | | | | | | |
| 16. | Workers' compensation | 76,537 | | 48,813 | | | 125,350 |
| 17.1 | Other liability - occurrence | 338,432,910 | | | 1,442,293 | 2,861,230 | 334,129,387 |
| 17.2 | Other liability - claims-made | | | | | | |
| 17.3 | Excess workers' compensation | | | | | | |
| 18.1 | Products liability - occurrence | 627,307 | | 34,868 | | | 662,175 |
| 18.2 | Products liability - claims-made | | | | | | |
| 19.1, 19.2 | Private passenger auto liability | 12,619,783,831 | | 9,575,932 | | 167,020,372 | 12,462,339,391 |
| 19.3, 19.4 | Commercial auto liability | 263,295,475 | | 2,510,054 | | 3,765,795 | 261,979,734 |
| 21. | Auto physical damage | 8,896,998,331 | | 10,312,344 | | 37,486,392 | 8,869,824,283 |
| 22. | Aircraft (all perils) | | | | | | |
| 23. | Fidelity | 8,542 | | | | | 8,542 |
| 24. | Surety | 2,885 | | 14 | | 3 | 2,897 |
| 26. | Burglary and theft | | | | | | |
| 27. | Boiler and machinery | 3,999,620 | | | | 3,999,620 | |
| 28. | Credit | 1,939,062 | | | 1,939,062 | | |
| 29. | International | | | | | | |
| 30. | Warranty | 6,268 | | 3,660,657 | | 6,268 | 3,660,657 |
| 31. | Reinsurance - nonproportional assumed property | XXX | | | | | |
| 32. | Reinsurance - nonproportional assumed liability | XXX | | | | | |
| 33. | Reinsurance - nonproportional assumed financial lines | XXX | | | | | |
| 34. | Aggregate write-ins for other lines of business | 27,711,906 | | | | | 27,711,906 |
| 35. | TOTALS | 31,272,840,016 | | 64,038,463 | 3,387,623 | 801,035,852 | 30,532,455,007 |
| | DETAILS OF WRITE-INS | | | | | | |
| 3499. | Totals (Lines 3401 thru 3403 plus 3498)(Line 34 above) | 27,711,906 | | | | | 27,711,906 |

(a) Does the company's direct premiums written include premiums recorded on an installment basis?   Yes [  ]  No [ X ]

If yes:  1. The amount of such installment premiums $

2. Amount at which such installment premiums would have been reported had they been reported on an annualized basis  $

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## UNDERWRITING AND INVESTMENT EXHIBIT

### PART 2 - LOSSES PAID AND INCURRED

| | Line of Business | Losses Paid Less Salvage | | | 4 Net Payments (Cols. 1 + 2 - 3) | 5 Net Losses Unpaid Current Year (Part 2A, Col. 8) | 6 Net Losses Unpaid Prior Year | 7 Losses Incurred Current Year (Cols. 4 + 5 - 6) | 8 Percentage of Losses Incurred (Col. 7, Part 2) to Premiums Earned (Col. 4, Part 1) |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 Direct Business | 2 Reinsurance Assumed | 3 Reinsurance Recovered | | | | | |
| 1. | Fire | 15,455,655 | 970,888 | 1,548 | 15,824,995 | 12,393,861 | 10,423,597 | 17,590,259 | 53.3 |
| 2. | Allied lines | 1,106,306,224 | 5,677 | 1,105,497,164 | 514,738 | 1,112,665 | 1,137,109 | 489,994 | 23.0 |
| 3. | Farmowners multiple peril | | | | | | | | |
| 4. | Homeowners multiple peril | 4,224,713,541 | 11,991,063 | 46,449,859 | 4,190,255,445 | 1,894,926,733 | 1,752,441,405 | 4,332,740,773 | 57.0 |
| 5. | Commercial multiple peril | 367,639,332 | 808,488 | 1,542,632 | 366,905,188 | 271,824,486 | 265,203,555 | 343,326,089 | 93.7 |
| 6. | Mortgage guaranty | | | | | | | | |
| 8. | Ocean marine | 5,527,911 | 13,062 | (1,504) | 5,542,477 | 2,158,302 | 613,787 | 7,084,993 | 130.8 |
| 9. | Inland marine | 78,039,039 | (2,111) | 5,896,065 | 72,190,642 | 18,818,150 | 16,749,930 | 74,229,083 | 37.2 |
| 10. | Financial guaranty | | | | | | | | |
| 11.1 | Medical professional liability - occurrence | | | | | | | | |
| 11.2 | Medical professional liability - claims-made | | | | | | | | |
| 12. | Earthquake | 56,814 | | (574) | 57,388 | 111,384 | 46,533 | 122,219 | |
| 13. | Group accident and health (group and individual) | 1,326,243 | | 438 | 1,324,805 | 1,075,478 | 1,769,210 | 691,073 | 29.6 |
| 14. | Credit accident and health (group and individual) | | | | | | | | |
| 15. | Other accident and health | | | | | | | | |
| 16. | Workers' compensation | 1,994,593 | 3,887,694 | 1,569,241 | 4,333,966 | 67,542,662 | 72,862,835 | (1,047,727) | (825.1) |
| 17.1 | Other liability - occurrence | 204,325,178 | 11,624,124 | 6,421,643 | 209,727,659 | 842,147,310 | 853,159,172 | 198,715,797 | 61.3 |
| 17.2 | Other liability - claims-made | | | | | | | | |
| 17.3 | Excess workers' compensation | | | | | | | | |
| 18.1 | Products liability - occurrence | 68,455,861 | 32,271,459 | 35,108,488 | 64,618,832 | 798,824,535 | 801,783,380 | 61,660,038 | 8,347.6 |
| 18.2 | Products liability - claims-made | | | | | | | | |
| 19.1,19.2 | Private passenger auto liability | 7,163,876,247 | 7,750,068 | 187,130,635 | 6,984,496,420 | 9,814,173,614 | 9,480,267,053 | 7,318,402,981 | 59.1 |
| 19.3,19.4 | Commercial auto liability | 185,277,122 | 1,700,465 | 3,688,878 | 183,267,608 | 408,384,608 | 409,755,969 | 181,916,257 | 64.2 |
| 21. | Auto physical damage | 4,650,375,409 | 6,259,038 | 61,493 | 4,656,302,954 | 285,289,894 | 218,281,823 | 4,323,510,825 | 56.0 |
| 22. | Aircraft (all perils) | | 252,227 | | 252,527 | 2,433,635 | 2,690,257 | 75,904 | |
| 23. | Fidelity | 13,887 | | 70 | 13,787 | 59,599 | 1,007 | 72,389 | 685.4 |
| 24. | Surety | | (1,301) | (53,509) | 16,376 | 67,651 | 67,651 | 52,128 | 1,799.5 |
| 26. | Burglary and theft | 16,576 | | | 16,576 | 1,006 | 1,657 | 16,524 | |
| 27. | Boiler and machinery | 1,492,694 | | 1,692,694 | | 1,096,065 | 1,159,377 | (73,292) | 732,917,500.0 |
| 28. | Credit | 6,193,309 | | 6,193,309 | | | | | |
| 29. | International | | | | | | | | |
| 30. | Warranty | 38,346 | 38,346 | 38,346 | | | | | |
| 31. | Reinsurance - nonproportional assumed property | XXX | 4,384 | 4,384 | 4,384 | 160,902 | 98,716 | 65,576 | |
| 32. | Reinsurance - nonproportional assumed liability | XXX | 176,480 | 176,480 | 176,480 | 2,743,297 | 3,406,242 | (488,242) | |
| 33. | Reinsurance - nonproportional assumed financial lines | XXX | | | | | | | |
| 34. | Aggregate write-ins for other lines of business | 11,217 | 11,217 | 11,217 | 11,217 | 1,667 | 4,243 | 8,641 | 0.0 |
| 35. | TOTALS | 18,289,997,464 | 76,970,348 | 1,402,107,985 | 16,955,849,918 | 14,445,130,133 | 13,919,815,002 | 17,479,164,340 | 57.6 |

DETAILS OF WRITE-INS

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| 3499. | Totals (Lines 3401 thru 3403 plus 3498)(Line 34 above) | 11,217 | 11,217 | 11,217 | 11,217 | 1,667 | 4,243 | 8,642 | |

9

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## UNDERWRITING AND INVESTMENT EXHIBIT
### PART 2A - UNPAID LOSSES AND LOSS ADJUSTMENT EXPENSES

| # | Line of Business | 1 Direct | 2 Reinsurance Assumed | 3 Deduct Reinsurance Recoverable | 4 Net Losses Excl. Incurred But Not Reported (Cols 1+2-3) | 5 Direct | 6 Reinsurance Assumed | 7 Reinsurance Ceded | 8 Net Losses Unpaid (Cols 4+5+6-7) | 9 Net Unpaid Loss Adjustment Expenses |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Fire | 3,854,837 | 1,447,250 | | 5,302,085 | 6,826,874 | 199,395 | 36,594 | 12,389,861 | 3,015,039 |
| 2. | Allied lines | 17,180,288 | 375,214 | 17,129,347 | 426,155 | 71,135,170 | 178,620 | 70,606,280 | 1,112,965 | 16,445,390 |
| 3. | Farmowners multiple peril | | | | | | | | | |
| 4. | Homeowners multiple peril | 899,822,999 | 4,377,376 | 10,065,653 | 894,145,322 | 994,583,891 | 2,839 | 13,605,120 | 1,914,926,733 | 447,160,080 |
| 5. | Commercial multiple peril | 121,456,474 | 304,098 | 141,985 | 121,618,687 | 150,178,154 | 183 | 173,568 | 271,624,466 | 69,518,422 |
| 6. | Mortgage guaranty | | | | | | | | | |
| 8. | Ocean marine | 646,832 | 292,368 | 25 | 939,114 | 1,106,235 | | 25,720 | 2,195,382 | 302,311 |
| 9. | Inland marine | 8,200,225 | 12,105 | 385,021 | 7,827,438 | 11,183,230 | 137,673 | 172,487 | 18,816,150 | 5,666,857 |
| 10. | Financial guaranty | | | | | | | | | |
| 11.1 | Medical professional liability - occurrence | | | | | | | | | |
| 11.2 | Medical professional liability - claims-made | | | | | | | | | |
| 13. | Earthquake | 80,723 | 80,723 | | 80,723 | | 38,020 | 7,370 | 111,384 | 10,346 |
| 14. | Group accident and health | | | | | | | | | |
| 15. | Credit accident and health (group and individual) | 269,291 | | 107 | 269,183 | 806,678 | | 384 (a) | 1,075,478 (a) | 124,442 |
| 16. | Workers' compensation | 30,097,521 | 23,350,022 | 13,247,103 | 40,191,820 | 17,044,032 | 11,420,006 | 1,113,256 | 67,542,602 | 7,360,139 |
| 17.1 | Other liability - occurrence | 185,758,217 | 39,707,467 | 17,094,547 | 208,294,788 | 594,073,419 | 59,600,692 | 20,925,557 | 842,147,310 | 160,929,445 |
| 17.2 | Other liability - claims-made | | | | | | | | | |
| 17.3 | Excess workers' compensation | | | | 361,666,894 | 214,425,366 | 226,096,031 | 103,363,798 | 798,824,535 | 296,438,243 |
| 18.1 | Products liability - occurrence | | | | | | | | | |
| 18.2 | Products liability - claims-made | | | | | | | | | |
| 19.1, 19.2 | Private passenger auto liability | 13,319,074,537 | 9,826,874 | 4,888,500,764 | 8,429,400,647 | 2,289,518,622 | 8,901,889 | 912,747,545 | 9,814,173,614 | 2,902,609,729 |
| 19.3, 19.4 | Commercial auto liability | 322,286,599 | 2,861,271 | 12,659,496 | 312,288,374 | 96,717,463 | 755,292 | 1,377,329 | 408,384,698 | 64,992,363 |
| 21. | Auto physical damage | 510,121,176 | 273,322 | 1,500 | 510,392,998 | (226,533,311) | (169,389) | | 283,289,694 | 95,942,815 |
| 22. | Aircraft (all perils) | | 1,441,352 | | 1,441,352 | | 1,045,343 | 53,560 | 2,433,695 | 99,276 |
| 23. | Fidelity | 58,518 | | | 58,518 | 1,081 | | | 59,599 | 9,779 |
| 24. | Surety | 67,651 | | | 67,651 | 150 | | | 67,651 | 2,723 |
| 26. | Burglary and theft | 856 | | | 856 | 150 | | | 1,006 | 5,613 |
| 27. | Boiler and machinery | 253,696 | | 322,946 | (59,350) | 1,145,017 | | 582 | 1,066,065 | 395,862 |
| 28. | Credit | | | | | | | | | |
| 29. | International | 402,844 | | 402,844 | | 624,656 | | 624,656 | | |
| 30. | Warranty | 1,684 | | 1,684 | | 314 | | 314 | | |
| 31. | Reinsurance - nonproportional assumed property | XXX | 84,685 | | 84,685 | XXX | 76,217 | | 160,922 | 2,401 |
| 32. | Reinsurance - nonproportional assumed liability | XXX | 1,964,240 | | 1,964,240 | XXX | 778,967 | | 2,743,207 | 17,989 |
| 33. | Reinsurance - nonproportional assumed financial lines | XXX | | | | XXX | | | | |
| 34. | Aggregate write-ins for other lines of business | 1,277 | 1,277 | | 1,277 | 380 | | | 1,668 | 530 |
| 35. | TOTALS | 15,909,210,329 | 203,339,982 | 5,176,046,484 | 10,956,593,508 | 4,293,324,870 | 408,357,480 | 1,125,055,723 | 14,443,130,104 | 3,529,632,866 |

**DETAILS OF WRITE-INS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3499. | Totals (Lines 3401 thru 3403 plus 3498)(Line 34 above) | 1,277 | 1,277 | | 1,277 | | | | 1,667 | 530 |

(a) Including $ ................ for present value of life indemnity claims.

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

# UNDERWRITING AND INVESTMENT EXHIBIT
PART 3 - EXPENSES

| | 1 Loss Adjustment Expenses | 2 Other Underwriting Expenses | 3 Investment Expenses | 4 Total |
|---|---|---|---|---|
| 1. Claim adjustment services: | | | | |
| 1.1 Direct | 835,004,867 | | | 835,004,867 |
| 1.2 Reinsurance assumed | 13,438,030 | | | 13,438,030 |
| 1.3 Reinsurance ceded | 5,253,884 | | | 5,253,884 |
| 1.4 Net claim adjustment service (1.1 + 1.2 - 1.3) | 843,188,753 | | | 843,188,753 |
| 2. Commission and brokerage: | | | | |
| 2.1 Direct excluding contingent | | 2,684,306,066 | | 2,684,306,066 |
| 2.2 Reinsurance assumed, excluding contingent | | 7,732,973 | | 7,732,973 |
| 2.3 Reinsurance ceded, excluding contingent | | 42,487,421 | | 42,487,421 |
| 2.4 Contingent - direct | | 901,469,842 | | 901,469,842 |
| 2.5 Contingent - reinsurance assumed | | | | |
| 2.6 Contingent - reinsurance ceded | | | | |
| 2.7 Policy and membership fees | | | | |
| 2.8 Net commission and brokerage (2.1 + 2.2 - 2.3 + 2.4 + 2.5 - 2.6 + 2.7) | | 3,561,021,460 | | 3,561,021,460 |
| 3. Allowances to managers and agents | 9 | 80,025,742 | 70 | 80,025,821 |
| 4. Advertising | 3,425,769 | 713,760,265 | | 717,186,034 |
| 5. Boards, bureaus and associations | 3,970,657 | 17,956,213 | | 21,926,870 |
| 6. Surveys and underwriting reports | 2 | 170,156,923 | 419 | 170,157,344 |
| 7. Audit of assureds' records | | | | |
| 8. Salary and related items: | | | | |
| 8.1 Salaries | 1,310,492,229 | 1,109,295,665 | 57,092,618 | 2,476,880,511 |
| 8.2 Payroll taxes | 95,965,832 | 71,872,394 | 2,696,882 | 170,535,108 |
| 9. Employee relations and welfare | 242,942,183 | 232,979,835 | 7,200,285 | 483,122,302 |
| 10. Insurance | 4,046,290 | 2,216,094 | 58,078 | 6,320,462 |
| 11. Directors' fees | | | | |
| 12. Travel and travel items | 88,723,134 | 50,345,115 | 869,918 | 139,938,167 |
| 13. Rent and rent items | 79,473,390 | 94,342,850 | (917,320) | 172,898,920 |
| 14. Equipment | 10,437,506 | 35,461,795 | 550,708 | 46,450,009 |
| 15. Cost or depreciation of EDP equipment and software | 62,916,119 | 191,018,199 | 2,929,118 | 256,863,435 |
| 16. Printing and stationery | 8,264,902 | 20,216,532 | 2,849,249 | 31,330,682 |
| 17. Postage, telephone and telegraph, exchange and express | 41,243,723 | 127,526,121 | 582,231 | 169,352,075 |
| 18. Legal and auditing | 1,493,465 | 37,623,777 | 4,808,451 | 43,925,693 |
| 19. Totals (Lines 3 to 18) | 1,953,395,210 | 2,954,797,519 | 78,720,704 | 4,986,913,433 |
| 20. Taxes, licenses and fees: | | | | |
| 20.1 State and local insurance taxes deducting guaranty association credits of $      0 | | 715,339,356 | | 715,339,356 |
| 20.2 Insurance department licenses and fees | | 25,900,564 | | 25,900,564 |
| 20.3 Gross guaranty association assessments | | 780,794 | | 780,794 |
| 20.4 All other (excluding federal and foreign income and real estate) | | 33,147,793 | | 33,147,793 |
| 20.5 Total taxes, licenses and fees (20.1 + 20.2 + 20.3 + 20.4) | | 775,168,506 | | 775,168,506 |
| 21. Real estate expenses | | | 32,211,730 | 32,211,730 |
| 22. Real estate taxes | | | 998,500 | 998,500 |
| 23. Reimbursements by uninsured plans | | | | |
| 24. Aggregate write-ins for miscellaneous expenses | 660,585,338 | 570,693,381 | 2,243,510 | 1,233,522,229 |
| 25. Total expenses incurred | 3,457,169,301 | 7,861,680,867 | 114,174,444 | (a) 11,433,024,612 |
| 26. Less unpaid expenses - current year | 3,929,632,856 | 1,546,157,571 | 87,603,129 | 5,563,393,566 |
| 27. Add unpaid expenses - prior year | 3,902,179,868 | 1,216,094,214 | 91,838,305 | 5,109,112,385 |
| 28. Amounts receivable relating to uninsured plans, prior year | | | | |
| 29. Amounts receivable relating to uninsured plans, current year | | | | |
| 30. TOTAL EXPENSES PAID (Lines 25 - 26 + 27 - 28 + 29) | 3,329,716,301 | 7,530,817,510 | 118,409,620 | 10,978,743,431 |
| DETAILS OF WRITE-INS | | | | |
| 2498. Totals (Lines 2401 thru 2403 plus 2498)(Line 24 above) | 660,585,338 | 570,693,381 | 2,243,510 | 1,233,522,229 |

(a) Includes management fees of $ . . . . . . . . . . . . . . . . . to affiliates and $ . . . . . . . . . . . . . . . . to non-affiliates.

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

# EXHIBIT OF NET INVESTMENT INCOME

| | | | 1 Collected During Year | 2 Earned During Year |
|---|---|---|---:|---:|
| 1. | U.S. Government bonds | | 29,710,582 | 33,215,427 |
| 1.1 | Bonds exempt from U.S. tax | (a) | 85,196,918 | 93,028,849 |
| 1.2 | Other bonds (unaffiliated) | (a) | 834,466,708 | 833,161,037 |
| 1.3 | Bonds of affiliates | (a) | | |
| 2.1 | Preferred stocks (unaffiliated) | (b) | 5,287,940 | 5,623,696 |
| 2.11 | Preferred stocks of affiliates | (b) | | |
| 2.2 | Common stocks (unaffiliated) | | 80,700,847 | 84,675,792 |
| 2.21 | Common stocks of affiliates | | 709,900,957 | 709,902,456 |
| 3. | Mortgage loans | (c) | 11,779,237 | 12,104,134 |
| 4. | Real estate | (d) | 74,430,038 | 74,430,038 |
| 5 | Contract loans | | | |
| 6 | Cash, cash equivalents and short-term investments | (e) | 19,579,806 | 16,907,360 |
| 7 | Derivative instruments | (f) | (4,110,410) | (4,056,192) |
| 8. | Other invested assets | | 297,759,851 | 257,214,959 |
| 9. | Aggregate write-ins for investment income | | (3,768,223) | (3,768,223) |
| 10. | Total gross investment income | | 2,141,044,050 | 2,112,439,331 |
| 11. | Investment expenses | | | (g) 113,175,944 |
| 12. | Investment taxes, licenses and fees, excluding federal income taxes | | | (g) 998,500 |
| 13. | Interest expense | | | (h) 206,712 |
| 14. | Depreciation on real estate and other invested assets | | | (i) 28,626,701 |
| 15. | Aggregate write-ins for deductions from investment income | | | |
| 16. | Total deductions (Lines 11 through 15) | | | 143,007,858 |
| 17. | Net investment income (Line 10 minus Line 16) | | | 1,969,431,474 |
| | DETAILS OF WRITE-INS | | | |
| 0999. | Totals (Lines 0901 thru 0903 plus 0998) (Line 9, above) | | (3,768,223) | (3,768,223) |
| 1599. | Totals (Lines 1501 thru 1503 plus 1598) (Line 15, above) | | | |

(a) Includes $ 32,478,089 accrual of discount less $ 149,624,405 amortization of premium and less $ 37,597,467 paid for accrued interest on purchases.

(b) Includes $ accrual of discount less $ 31,636 amortization of premium and less $ paid for accrued dividends on purchases.

(c) Includes $ 2,235 accrual of discount less $ amortization of premium and less $ paid for accrued interest on purchases.

(d) Includes $ 67,975,801 for company's occupancy of its own buildings; and excludes $ interest on encumbrances.

(e) Includes $ 3,282,402 accrual of discount less $ 1,820,805 amortization of premium and less $ 123,270 paid for accrued interest on purchases.

(f) Includes $ 1,267,464 accrual of discount less $ 1,195,980 amortization of premium.

(g) Includes $ investment expenses and $ investment taxes, licenses and fees, excluding federal income taxes, attributable to segregated and Separate Accounts.

(h) Includes $ (14,720) interest on surplus notes and $ interest on capital notes.

(i) Includes $ 28,626,701 depreciation on real estate and $ depreciation on other invested assets.

# EXHIBIT OF CAPITAL GAINS (LOSSES)

| | | 1 Realized Gain (Loss) On Sales or Maturity | 2 Other Realized Adjustments | 3 Total Realized Capital Gain (Loss) (Columns 1 + 2) | 4 Change in Unrealized Capital Gain (Loss) | 5 Change in Unrealized Foreign Exchange Capital Gain (Loss) |
|---|---|---:|---:|---:|---:|---:|
| 1. | U.S. Government bonds | (2,860,531) | | (2,860,531) | | |
| 1.1 | Bonds exempt from U.S. tax | 1,994,400 | (224,942) | 1,769,458 | (354,022) | |
| 1.2 | Other bonds (unaffiliated) | 104,943,714 | (8,397,877) | 96,545,838 | 20,720,314 | 780,402 |
| 1.3 | Bonds of affiliates | | | | | |
| 2.1 | Preferred stocks (unaffiliated) | 776,087 | (633,599) | 142,488 | 10,163,125 | 756,129 |
| 2.11 | Preferred stocks of affiliates | | | | | |
| 2.2 | Common stocks (unaffiliated) | 227,656,892 | (66,135,219) | 161,521,673 | 335,889,815 | 91,624,407 |
| 2.21 | Common stocks of affiliates | | | | 424,873,751 | |
| 3. | Mortgage loans | | | | | |
| 4. | Real estate | 36,989 | | 36,989 | | |
| 5. | Contract loans | | | | | |
| 6. | Cash, cash equivalents and short-term investments | (283,008) | (305) | (283,313) | 299,815 | |
| 7. | Derivative instruments | (6,307,663) | | (6,307,663) | 55,525 | (19,126,023) |
| 8. | Other invested assets | 6,722,306 | (17,559,498) | (10,837,193) | 245,302,359 | 20,064,758 |
| 9. | Aggregate write-ins for capital gains (losses) | 37,292 | | 37,292 | | |
| 10. | Total capital gains (losses) | 332,717,079 | (92,951,441) | 239,765,638 | 1,036,944,682 | 94,109,673 |
| | DETAILS OF WRITE-INS | | | | | |
| 0999. | Totals (Lines 0901 thru 0903 plus 0998) (Line 9, above) | 37,292 | | 37,292 | | |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE F - PART 1

Assumed Reinsurance as of December 31, Current Year ($000 Omitted)

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Reinsurance On | | | | | | | | | |
| ID Number | NAC Com-pany Code | Name of Reinsured | Domiciliary Jurisdiction | Assumed Premium | Paid Losses and Loss Adjustment Expenses | Known Case Losses and LAE | Cols. 6 + 7 | Contingent Commissions Payable | Assumed Premiums Receivable | Unearned Premium | Funds Held By or Deposited With Reinsured Companies | Letters of Credit Posted | Amount of Assets Pledged or Compensating Balances to Secure Letters of Credit | Amount of Assets Pledged or Collateral Held in Trust |
| 0199999 Affiliates - U.S. Intercompany Pooling | | | | | | | | | | | | | | |
| 0299999 Affiliates - U.S. Non-Pool - Captive | | | | | | | | | | | | | | |
| 0399999 Affiliates - U.S. Non-Pool - Other | | | | | | | | | | | | | | |
| 0499999 Total - U.S. Non-Pool | | | | | | | | | | | | | | |
| 0599999 Affiliates - Other (Non-U.S.) - Captive | | | | | | | | | | | | | | |
| 0699999 Affiliates - Other (Non-U.S.) - Other | | | | | | | | | | | | | | |
| 0799999 Total - Other (Non-U.S.) | | | | | | | | | | | | | | |
| 0899999 Total - Affiliates | | | | | | | | | | | | | | |
| 0999998 Other U.S. Unaffiliated Insurers Reinsurance for which the total of Column 8 is less than $100,000 | | | | | | | | | | | | | | |
| 0999999 Total Other U.S. Unaffiliated Insurers | | | | 34,357 | 1,057 | 197,424 | 198,481 | | 4,511 | 18,145 | | | | |
| 1098998 Pools and Associations - Reinsurance for which the total of Column 8 is less than $100,000 - Mandatory Pools | | | | 206 | | 14 | 14 | | | 651 | | | | |
| 1099999 Total Pools, Associations or Other Similar Facilities - Mandatory Pools | | | | 29,662 | | 16,150 | 16,150 | | | 18,867 | | | | |
| 1198998 Pools and Associations - Reinsurance for which the total of Column 8 is less than $100,000 - Voluntary Pools | | | | | | | | | | | | | | |
| 1198999 Total Pools, Associations or Other Similar Facilities - Voluntary Pools | | | | 771 | 771 | 4,569 | 5,300 | | 1 | | | | | |
| 1299999 Total - Pools and Associations | | | | 29,868 | 771 | 20,709 | 21,481 | | 1 | 19,627 | | | | |
| 1398998 Other Non-U.S. Insurers - Reinsurance for which the total of Column 8 is less than $100,000 | | | | | | | | | | | | | | |
| 1399999 Total Other Non-U.S. Insurers | | | | | (31) | 4,651 | 4,600 | | 124 | | 98 | | | |
| 9999999 Totals | | | | 64,938 | 1,796 | 222,185 | 223,982 | | 4,636 | 37,691 | 98 | | | |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE F - PART 2
Premium Portfolio Reinsurance Effected or (Canceled) during Current Year

| 1 ID Number | 2 NAIC Company Code | 3 | 4 e of Contract | 5 Original Premium | 6 Reinsurance Premium |
|---|---|---|---|---|---|
| 0199999 Total Reinsurance Ceded By Portfolio | | | | | |
| 0299999 Total Reinsurance Assumed By Portfolio | | | | | |

NONE

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE F - PART 3

Ceded Reinsurance as of December 31, Current Year ($000 Omitted)

| 1 ID Number | 2 NAIC Company Code | 3 Name of Reinsurer | 4 Domiciliary Jurisdiction | 5 Special Code | 6 Reinsurance Premiums Ceded | Reinsurance Recoverable On | | | | | | | | 15 Columns 7 thru 14 Totals | Reinsurance Payable | | 18 Net Amount Recoverable From Reinsurers Cols. 15 - (16 + 17) | 19 Funds Held By Company Under Reinsurance Treaties |
| | | | | | | 7 Paid Losses | 8 Paid LAE | 9 Known Case Loss Reserves | 10 Known Case LAE Reserves | 11 IBNR Loss Reserves | 12 IBNR LAE Reserves | 13 Unearned Premiums | 14 Contingent Commissions | | 16 Ceded Balances Payable | 17 Other Amounts Due to Reinsurers | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0199999 | | Total Authorized - Affiliates - U.S. Intercompany Pool | | | | | | | | | | | | | | | | |
| 0299999 | | Total Authorized - Affiliates - U.S. Non-Pool - Captive | | | | | | | | | | | | | | | | |
| 0399999 | | Total Authorized - Affiliates - U.S. Non-Pool - Other | | | 3,388 | | | 435 | | 832 | | | | | 1 | | 11,577 | |
| 0499999 | | Total Authorized - Affiliates - U.S. Non-Pool | | | 3,388 | | | 435 | | 832 | | | | | 1 | | 11,577 | |
| 0599999 | | Total Authorized - Affiliates - Other (Non-U.S.) - Captive | | | | | | | | | | | | | | | | |
| 0699999 | | Total Authorized - Affiliates - Other (Non-U.S.) - Other | | | | | | | | | | | | | | | | |
| 0799999 | | Total Authorized - Affiliates - Other (Non-U.S.) | | | | | | | | | | | | | | | | |
| 0899999 | | Total Authorized - Affiliates | | | 3,388 | | | 435 | | 832 | | 10,492 | | 11,577 | 1 | | 11,577 | |
| 0999999 | | Total Authorized - Other U.S. Unaffiliated Insurers (Under $100,000) | | | 326 | | | | | | | | | | | | | |
| 1099999 | | Total Authorized - Other U.S. Unaffiliated Insurers | | | 84,562 | 7,481 | 2,452 | 180,800 | 44,608 | 51,697 | 19,862 | 5,476 | 2,250 | 266,006 | 1,078 | | 286,006 | 30 |
| 1199999 | | Total Authorized - Pools - Mandatory Pools | | | | | | | | | | | | | | | | |
| 1299999 | | Total Authorized - Pools - Voluntary Pools | | | | | | | | | | | | | | | | |
| 1399999 | | Total Authorized - Other Non-U.S. Insurers (Under $100,000) | | | 754 | | | | | | | | | | | | | |
| 1499999 | | Total Authorized - Other Non-U.S. Insurers | | | 100,458 | 4,050 | 339 | 67,148 | 25,341 | 44,545 | 17,558 | 241 | | 153,959 | | | 165,998 | 98 |
| 1599999 | | Total Authorized | | | 865,364 | 66,027 | 4,936 | 5,106,328 | 76,990 | 1,091,675 | 24,995 | 268,030 | 2,250 | 9,599,608 | 14,892 | | 6,591,863 | 029 |
| 1699999 | | Total Unauthorized - Affiliates - U.S. Intercompany Pooling | | | | | | | | | | | | | | | | |
| 1799999 | | Total Unauthorized - Affiliates - U.S. Non-Pool - Captive | | | | | | | | | | | | | | | | |
| 1899999 | | Total Unauthorized - Affiliates - U.S. Non-Pool - Other | | | | | | | | | | | | | | | | |
| 1999999 | | Total Unauthorized - Affiliates - U.S. Non-Pool | | | | | | | | | | | | | | | | |
| 2099999 | | Total Unauthorized - Affiliates - Other (Non-U.S.) - Captive | | | | | | | | | | | | | | | | |
| 2199999 | | Total Unauthorized - Affiliates - Other (Non-U.S.) - Other | | | | | | | | | | | | | | | | |
| 2299999 | | Total Unauthorized - Affiliates - Other (Non-U.S.) | | | | | | | | | | | | | | | | |
| 2399999 | | Total Unauthorized - Affiliates | | | | | | | | | | | | | | | | |
| 2499999 | | Total Unauthorized - Other U.S. Unaffiliated Insurers (Under $100,000) | | | 52 | | | 1,568 | 265 | 680 | 89 | | | 8,534 | | | 8,524 | (26) |
| 2599999 | | Total Unauthorized - Other U.S. Unaffiliated Insurers | | | 278 | 278 | 220 | 388 | 238 | 1,417 | 343 | | | 2,860 | 86 | | 2,967 | 97 |
| 2699999 | | Total Unauthorized - Pools - Mandatory Pools | | | | | | | | | | | | | | | | |
| 2799999 | | Total Unauthorized - Pools - Voluntary Pools | | | | | | | | | | | | | | | | |
| 2899999 | | Total Unauthorized - Other Non-U.S. Insurers (Under $100,000) | | | 541 | | | | | | | | | | | | | |
| 2999999 | | Total Unauthorized - Other Non-U.S. Insurers | | | 161,180 | 8,974 | 1,820 | 48,751 | 16,010 | 31,261 | 7,816 | 30 | | 114,181 | 86 | | 114,065 | 3,762 |
| 3099999 | | Total Unauthorized | | | 161,180 | 15,181 | 1,991 | 50,715 | 16,529 | 33,378 | 7,942 | 33 | | 125,912 | 86 | | 125,236 | 3,742 |
| 3199999 | | Total Certified - Affiliates - U.S. Intercompany Pooling | | | | | | | | | | | | | | | | |
| 3299999 | | Total Certified - Affiliates - U.S. Non-Pool - Captive | | | | | | | | | | | | | | | | |
| 3399999 | | Total Certified - Affiliates - U.S. Non-Pool - Other | | | | | | | | | | | | | | | | |
| 3499999 | | Total Certified - Affiliates - U.S. Non-Pool | | | | | | | | | | | | | | | | |
| 3599999 | | Total Certified - Affiliates - Other (Non-U.S.) - Captive | | | | | | | | | | | | | | | | |
| 3699999 | | Total Certified - Affiliates - Other (Non-U.S.) - Other | | | | | | | | | | | | | | | | |
| 3799999 | | Total Certified - Affiliates - Other (Non-U.S.) | | | | | | | | | | | | | | | | |
| 3899999 | | Total Certified - Affiliates | | | | | | | | | | | | | | | | |
| 3999998 | | Total Certified - Other Non-U.S. Insurers (Under $100,000) | | | | | | | | | | | | | | | | |
| 3999999 | | Total Certified - Other Non-U.S. Insurers | | | | | | | | | | | | | | | | |
| 4099999 | | Total Certified | | | | | | | | | | | | | | | | |
| 4199999 | | Total Authorized, Unauthorized and Certified | | | 804,425 | 81,148 | 6,721 | 5,195,043 | 92,713 | 1,125,053 | 32,922 | 268,065 | 2,250 | 6,722,448 | 15,008 | | 6,092,408 | 4,270 |
| 4199999998 | | Total Protected Cells | | | 804,425 | 81,148 | 6,721 | 5,195,043 | 95,710 | 1,125,053 | 32,922 | 206,965 | 2,250 | 6,722,448 | 15,008 | | 6,707,408 | 4,200 |

Domiciliary Jurisdiction / Special Code entries (col 5): 50.000, 5.000, 5.000, 5.000, 5.000

NOTE: Report the five largest provisional commission rates included in the cedant's reinsurance treaties. The commission rate to be reported (in any contract) with ceded premium in excess of $50,000.

| | Name of Reinsurer | Commission Rate |
|---|---|---|
| 1. | HARTFORD STEAM BOIL. INSPEC & INSURANCE COMPANY | 50.000 |
| 2. | | 5.000 |
| 3. | | 5.000 |
| 4. | | 5.000 |
| 5. | | 5.000 |

8. Report the five largest reinsurance recoverables reported in Column 15 that are unauthorized (based on the total recoverables reported in Column 15), show whether any one reinsurer (based on the total recoverables, Line 99999999, Column 15), and indicate whether the recoverables are due from an affiliated reinsurer.

| | Name of Reinsurer | Total Recoverables | Ceded Premiums | Affiliated |
|---|---|---|---|---|
| 1. | MICHIGAN CATASTROPHIC CLAIM ASSOCIATION | 5,263,787 | 73,392 | Yes [ ] No [ ] |
| 2. | NEW JERSEY UNSATISFIED CLAIM AND JUDGMENT FUND | 463,408 | 8,369 | Yes [ ] No [ ] |
| 3. | NATIONAL FLOOD INSURANCE PROGRAM | 253,190 | 261,225 | Yes [ ] No [ ] |
| 4. | LLOYDS OF LONDON | 149,814 | | Yes [ ] No [ ] |
| 5. | NORTH CAROLINA REINSURANCE FACILITY | 925,768 | 88,000 | Yes [ ] No [ ] |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE F - PART 4

Aging of Ceded Reinsurance as of December 31, Current Year ($000 Omitted)

| 1 ID Number | 2 NAIC Company Code | 3 Name of Reinsurer | 4 Domiciliary Jurisdiction | 5 Current | Reinsurance Recoverable on Paid Losses and Paid Loss Adjustment Expenses | | | | 10 Total Overdue Cols. 6+7+8+9 | 11 Total Due Cols. 5+10 | 12 Percentage Overdue Col. 10/Col. 11 | 13 Percentage More Than 120 Days Overdue Col. 9/Col. 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 6 1 to 29 Days | 7 30 to 90 Days | Overdue 8 91 to 120 Days | 9 Over 120 Days | | | | |
| 0199999 | | Total Authorized - Affiliates - U.S. Intercompany Pool | | | | | | | | | | |
| 0299999 | | Total Authorized - Affiliates - U.S. Non-Pool - Captive | | | | | | | | | | |
| 0399999 | | Total Authorized - Affiliates - U.S. Non-Pool - Other | | | | | | | | | | |
| 0499999 | | Total Authorized - Affiliates - U.S. Non-Pool | | | | | | | | | | |
| 0599999 | | Total Authorized - Affiliates - Other (Non-U.S.) - Captive | | | | | | | | | | |
| 0699999 | | Total Authorized - Affiliates - Other (Non-U.S.) - Other | | | | | | | | | | |
| 0799999 | | Total Authorized - Affiliates - Other (Non-U.S.) | | | | | | | | | | |
| 0899999 | | Total Authorized - Affiliates | | | | | | | | | | |
| 0999999 | | Total Authorized - Other U.S. Unaffiliated Insurers | | 8,621 | 238 | 266 | 54 | 704 | 1,312 | 9,933 | 13.2 | 7.1 |
| 1099999 | | Total Authorized - Pools - Mandatory Pools | | 54,185 | | | | | | 54,185 | | |
| 1199999 | | Total Authorized - Pools - Voluntary Pools | | | | | | | | | | |
| 1299999 | | Total Authorized - Other Non-U.S. Insurers | | 5,757 | 169 | 280 | 49 | 553 | 1,002 | 6,759 | 14.8 | 7.4 |
| 1399999 | | Total Authorized | | 68,543 | 427 | 576 | 103 | 1,208 | 2,314 | 70,857 | 3.3 | 1.7 |
| 1499999 | | Total Unauthorized - Affiliates - U.S. Intercompany Pooling | | | | | | | | | | |
| 1599999 | | Total Unauthorized - Affiliates - U.S. Non-Pool - Captive | | | | | | | | | | |
| 1699999 | | Total Unauthorized - Affiliates - U.S. Non-Pool - Other | | | | | | | | | | |
| 1799999 | | Total Unauthorized - Affiliates - U.S. Non-Pool | | | | | | | | | | |
| 1899999 | | Total Unauthorized - Affiliates - Other (Non-U.S.) - Captive | | | | | | | | | | |
| 1999999 | | Total Unauthorized - Affiliates - Other (Non-U.S.) - Other | | | | | | | | | | |
| 2099999 | | Total Unauthorized - Affiliates - Other (Non-U.S.) | | | | | | | | | | |
| 2199999 | | Total Unauthorized - Affiliates | | 81 | 3 | 19 | 2 | 5,811 | 5,838 | 5,918 | 98.6 | 98.2 |
| 2299999 | | Total Unauthorized - Other U.S. Unaffiliated Insurers | | 24 | 6 | 12 | 20 | 428 | 474 | 498 | 95.2 | 95.9 |
| 2399999 | | Total Unauthorized - Pools - Mandatory Pools | | | | | | | | | | |
| 2499999 | | Total Unauthorized - Pools - Voluntary Pools | | | | | | | | | | |
| 2599999 | | Total Unauthorized - Other Non-U.S. Insurers | | 5,516 | 134 | 371 | 61 | 4,512 | 5,078 | 10,594 | 47.9 | 43.6 |
| 2699999 | | Total Unauthorized | | 5,621 | 147 | 401 | 91 | 10,749 | 11,388 | 17,010 | 67.0 | 63.2 |
| 2799999 | | Total Certified - Affiliates - U.S. Intercompany Pooling | | | | | | | | | | |
| 2899999 | | Total Certified - Affiliates - U.S. Non-Pool - Other | | | | | | | | | | |
| 2999999 | | Total Certified - Affiliates - U.S. Non-Pool | | | | | | | | | | |
| 3099999 | | Total Certified - Affiliates - Other (Non-U.S.) - Captive | | | | | | | | | | |
| 3199999 | | Total Certified - Affiliates - Other (Non-U.S.) - Other | | | | | | | | | | |
| 3299999 | | Total Certified - Affiliates - Other (Non-U.S.) | | | | | | | | | | |
| 3399999 | | Total Certified - Affiliates | | | | | | | | | | |
| 3499999 | | Total Certified - Other U.S. Unaffiliated Insurers | | | | | | | | | | |
| 3599999 | | Total Certified - Pools - Mandatory Pools | | | | | | | | | | |
| 3699999 | | Total Certified - Pools - Voluntary Pools | | | | | | | | | | |
| 3799999 | | Total Certified - Other Non-U.S. Insurers | | | | | | | | | | |
| 3899999 | | Total Certified | | | | | | | | | | |
| 3999999 | | Total Certified | | | | | | | | | | |
| 4099999 | | Totals Authorized and Unauthorized | | 74,164 | 574 | 978 | 194 | 11,568 | 13,703 | 87,868 | 15.6 | 15.6 |
| 4199999 | | Total Protected Cells | | | | | | | | | | |
| 9999999 | | Totals | | 74,164 | 574 | 978 | 194 | 11,568 | 13,703 | 87,868 | 15.6 | 15.6 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE F - PART 5

Provision for Unauthorized Reinsurance as of December 31, Current Year ($000 Omitted)

| 1 ID Number | 2 NAIC Company Code | 3 Name of Reinsurer | 4 Domiciliary Jurisdiction | 5 Special Code | 6 Reinsurance Recoverable all from Schedule F Part 3, Col. 15 | 7 Funds Held By Company Under Reinsurance Treaties | 8 Letters of Credit | 9 Issuing or Confirming Bank Reference Number (a) | 10 Ceded Balances Payable | 11 Miscellaneous Balances Payable | 12 Trust Funds and Other Allowed Offset Items | 13 Total Collateral and Other Allowed (Cols. 7+8+10+11 +12 but not in Excess of Col. 6) | 14 Provision for Unauthorized Reinsurance (Col. 6 Minus Col. 13) | 15 Recoverable on Paid Losses & LAE Expenses Over 90 Days past Due not in Dispute | 16 20% of Amount in Col. 15 | 17 20% of Amount in Dispute Included in Column 6 | 18 Provision for Overdue Reinsurance (Col 16 plus Col. 17) | 19 Total Provision for Reinsurance Ceded to Unauthorized Reinsurers (Col. 14 plus the larger of Col. 18 but not in Excess of Col. 6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0199999 | | Total Affiliates - U.S. Intercompany Pooling | | | | | | XXX | | | | | | | | | | |
| 0299999 | | Affiliates - U.S. Non-Pool - Captive | | | | | | XXX | | | | | | | | | | |
| 0399999 | | Affiliates - U.S. Non-Pool - Other | | | | | | XXX | | | | | | | | | | |
| 0499999 | | Total - U.S. Non-Pool | | | | | | XXX | | | | | | | | | | |
| 0599999 | | Affiliates - Other (Non-U.S.) - Captive | | | | | | XXX | | | | | | | | | | |
| 0699999 | | Affiliates - Other (Non-U.S.) - Other | | | | | | XXX | | | | | | | | | | |
| 0799999 | | Total - Other (Non-U.S.) | | | | | | XXX | | | | | | | | | | |
| 0899999 | | Total Affiliates | | | 7,752 | (29) | 829 | XXX | | | | 254 | 7,489 | 5,846 | 1,183 | | 1,183 | 7,473 |
| 0999999 | | Total Other U.S. Unaffiliated Insurers | | | | | | XXX | | | | | | | | | | |
| 1099999 | | Total Pools and Associations - Mandatory | | | | | | XXX | | | | | | | | | | |
| 1199999 | | Total Pools and Associations - Voluntary | | | | | | XXX | | | | | | | | | | |
| 1299999 | | Total Other Non-U.S. Insurers | | | 1,147 | 19 | 71,014 | XXX | 88 | | | 12 | 1,135 | 463 | 93 | | 93 | 1,194 |
| 1389999 | | Total Affiliates and Others | | | 77,122 | 3,752 | 71,320 | XXX | 88 | | | 58,304 | 18,818 | 4,463 | 893 | | 869 | 18,970 |
| 1499999 | | Total Protected Cells | | | 86,022 | 3,742 | 71,320 | XXX | 88 | | | 58,570 | 27,452 | 10,771 | 2,154 | | 2,154 | 27,660 |
| 9999999 | | Totals | | | 86,022 | 3,742 | 71,320 | | 88 | | | 58,570 | 27,452 | 10,771 | 2,154 | | 2,154 | 27,660 |

1. Amounts in dispute totaling $ .............. 167 are included in Column 5.
2. Amounts in dispute totaling $ .............. 140 are excluded from Column 16.

(a)

| Code | American Bankers Association (ABA) Routing Number | Bank Name |
|---|---|---|
| | | |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE F - PART 6 - SECTION 1

Provision for Reinsurance Ceded to Certified Reinsurers as of December 31, Current Year ($000 Omitted)

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | Collateral Provided | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| ID Number | NAIC Company Code | Name of Reinsurer | Domiciliary Jurisdiction | Certified Reinsurer Rating (1 through 6) | Effective Date of Certified Reinsurer Rating | Percent Collateral Required for Full Credit (0% - 100%) | Net Amount Recoverable from Reinsurers (Sch. F Part 3 Col. 18) | Catastrophe Recoverables Qualifying for Collateral Deferral | Net Recoverables Subject to Collateral Requirements (Col. 8 - Col. 9) | Dollar Amount of Collateral Required (Col 10 x Col 7) | Multiple Beneficiary Trust | Funds Held By Company Under Reinsurance Treaties | Letters of Credit | Issuing or Confirming Bank Reference Number (a) | Other Allowable Collateral | Total Collateral Provided (Col. 12 + 13 + 14 + 16) | Percent of Collateral Provided for Net Recoverables Subject to Collateral Requirements (Col. 17 by Col. 10) | Percent Credit Allowed on Net Recoverables Subject to Collateral Requirements (Col. 17 not to Exceed 100%) | Amount of Credit Allowed for Net Recoverables (Col. 9 + (Col. 10 x Col. 19)) | Provision for Reinsurance Due to Reinsurers with Certified Reinsurance Deficiency (Col. 8 - Col. 20) |
| 0199999 Total Affiliates - U.S. (Intercompany Pooling) | | | | | | | | | | | | | | XXX | | | XXX | XXX | | |
| 0299999 - Affiliates - U.S. Non-Pool - Captive | | | | | | | | | | | | | | XXX | | | XXX | XXX | | |
| 0399999 - Affiliates - U.S. Non-Pool - Other | | | | | | | | | | | | | | XXX | | | XXX | XXX | | |
| 0499999 - Total - U.S. Non-Pool | | | | | | | | | | | | | | XXX | | | XXX | XXX | | |
| 0699999 - Affiliates - Other (Non-U.S.) - Captive | | | | | | | | | | | | | | XXX | | | XXX | XXX | | |
| 0699999 - Affiliates - Other (Non-U.S.) - Other | | | | | | | | | | | | | | XXX | | | XXX | XXX | | |
| 0799999 - Total - Other (Non-U.S.) | | | | | | | | | | | | | | XXX | | | XXX | XXX | | |
| 0899999 - Total - Affiliates | | | | | | | | | | | | | | XXX | | | XXX | XXX | | |
| 0999999 Total Other U.S. Unaffiliated Insurers | | | | | | | | | | | | | | XXX | | | XXX | XXX | | |
| 1099999 Total Pools and Associations - Mandatory | | | | | | | | | | | | | | XXX | | | XXX | XXX | | |
| 1199999 Total Pools and Associations - Voluntary | | | | | | | | | | | | | | XXX | | | XXX | XXX | | |
| 1299999 Total Other Non-U.S. Insurers | | | | | | | | | | | | | | XXX | | | XXX | XXX | | |
| 1309999 Total Affiliates and Others | | | | | | | | | | | | | | XXX | | | XXX | XXX | | |
| 1499999 Total Protected Cells | | | | | | | | | | | | | | XXX | | | XXX | XXX | | |
| 9999999 - Total | | | | | | | | | | | | | | XXX | | | XXX | XXX | | |

(a)

| Code | | Bank Name |
|---|---|---|
| | American Bankers Association (ABA) Routing Number | |
| | | |
| | | |

25

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE F - PART 6 - SECTION 2

Provision for Overdue Reinsurance Ceded to Certified Reinsurers as of December 31, Current Year ($000 Omitted)

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Complete if Column 8 is 20% or Greater | | |
| ID Number | NAIC Company Code | Name of Reinsurer | Domiciliary Jurisdiction | Reinsurance Recoverable on Paid Loss and LAE More Than 90 Days Overdue (a) | Total Reinsurance Recoverable on Paid Losses and LAE (b) | Amounts Received Prior 90 Days | Percent More Than 90 Days Overdue | 20% of Amounts in Col. 5 | 20% of Amounts in Dispute Excluded from Col. 5 | Amount of Credit Allowed for Net Recoverables (Sch. F Part 6 Section 1 Col. 200) | Total Collateral Provided (Sch. F Part 6 Section 1 Col. 17) not to Exceed Col 11 | Net Unsecured Recoverable for which Credit is allowed (Col. 11 - Col. 12) | 20% of Amount in Col. 13 | Provision for Overdue Reinsurance Ceded to Certified Reinsurers (Greater of Col. 9 + Col. 10 or Col. 14) not to Exceed Col. 11 |
| 0199999 Total Affiliates - U.S. Intercompany Pooling | | | | | | | XXX | | | | | | | |
| 0299999 Affiliates - U.S. Non-Pool - Captive | | | | | | | XXX | | | | | | | |
| 0399999 Affiliates - U.S. Non-Pool - Other | | | | | | | XXX | | | | | | | |
| 0499999 Total - U.S. Non-Pool | | | | | | | XXX | | | | | | | |
| 0599999 Affiliates - Other (Non-U.S.) - Captive | | | | | | | XXX | | | | | | | |
| 0699999 Affiliates - Other (Non-U.S.) - Other | | | | | | | XXX | | | | | | | |
| 0799999 Total - Other (Non-U.S.) | | | | | | | XXX | | | | | | | |
| 0899999 Total Affiliates | | | | | | | XXX | | | | | | | |
| 0999999 Total Other U.S. Unaffiliated Insurers | | | | | | | XXX | | | | | | | |
| 1099999 Total Pools and Associations - Mandatory | | | | | | | XXX | | | | | | | |
| 1199999 Total Pools and Associations - Voluntary | | | | | | | XXX | | | | | | | |
| 1299999 Total Other Non-U.S. Insurers | | | | | | | XXX | | | | | | | |
| 1399999 Total Affiliated and Others | | | | | | | XXX | | | | | | | |
| 1499999 Total Protected Cells | | | | | | | XXX | | | | | | | |
| 1599999 Totals | | | | | | | XXX | | | | | | | |

(a) From Schedule F - Part 4 Columns 8 + 9, total certified, less $ _____ in dispute.
(b) From Schedule F - Part 3 Columns 7 + 8, total certified, less $ _____ in dispute.

26

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE F - PART 7

Provision for Overdue Authorized Reinsurance as of December 31, Current Year

| 1 Federal ID Number | 2 NAIC Company Code | 3 Name of Reinsurer | 4 Reinsurance Recoverable on Paid Losses and LAE More Than 90 Days Overdue (a) | 5 Total Reinsurance Recoverable on Paid Losses and LAE (b) | 6 Amounts Received Prior 90 Days | 7 Col. 4 divided by (Cols. 5 + 6) | 8 Amounts in Col. 4 for Companies Reporting less than 20% in Col. 7 | 9 Amounts in Dispute Excluded from Col. 4 for Companies Reporting less than 20% in Col. 7 | 10 20% of Amount in Col. 9 | 11 Amount Reported in Col. 8 x 20% + Col. 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 9999999 Totals | | | 1,311,355 | 18,661,319 | 13,466,229 | XXX | 1,072,029 | | | 214,406 |

(a) From Schedule F - Part 4 Columns 8 + 9, total authorized, less $ _____ in dispute.
(b) From Schedule F - Part 3 Columns 7 + 8, total authorized, less $ _____ in dispute.

27

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE F - PART 8

### Provision for Overdue Reinsurance as of December 31, Current Year

| 1 Federal ID Number | 2 NAIC Company Code | 3 Name of Reinsurer | 4 Reinsurance Recoverable All Items | 5 Funds Held By Company Under Reinsurance Treaties | 6 Letters of Credit | 7 Ceded Balances Payable | 8 Other Miscellaneous Balances | 9 Other Allowed Offset Items | 10 Sum of Cols. 5 through 9 but not in excess of Col. 4 | 11 Col. 4 minus Col. 10 | 12 Greater of Col. 11 or Schedule F - Part 4 Cols. 8 + 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9999999 Totals | | | 11,181,874 | 27,868 | | 5 | | | 27,871 | 11,164,003 | 11,164,003 |

1. Total .............................................................................................. 11,164,003
2. Line 1 x .20 ................................................................................... 11,164,003
3. Schedule F - Part 7 Col. 11 .......................................................... 2,232,801
4. Provision for Overdue Authorized Reinsurance (Lines 2 + 3) ........ 214,406
5. Provision for Reinsurance Ceded to Unauthorized Reinsurers (Schedule F - Part 5 Col. 19 x1000) .......................................... 2,455,206
6. Provision for Reinsurance Ceded to Certified Reinsurers (Schedule F - Part 6, Section I, Col. 21 x 1000) .......................................... 27,596,889
7. Provision for Overdue Reinsurance Ceded to Certified Reinsurers (Schedule F - Part 6, Section 2, Col 15 x 1000)
8. Provision for Reinsurance (sum Lines 4 + 5 + 6 + 7) (Enter this amount on Page 3, Line 16) .......................................... 30,035,095

Schedule H - Part 1 - Analysis of Underwriting Operations

# N O N E

Schedule H - Part 2 - Reserves and Liabilities

# N O N E

Schedule H - Part 3 - Test of Prior Year's Claim Reserves and Liabilities

# N O N E

Schedule H - Part 4 - Reinsurance

# N O N E

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

# SCHEDULE P - ANALYSIS OF LOSSES AND LOSS EXPENSES
## SCHEDULE P - PART 1 - SUMMARY
($000 OMITTED)

| Years in Which Premiums Earned and Losses Were Incurred | Premiums Earned 1 Direct and Assumed | 2 Ceded | 3 Net (1 - 2) | Loss Payments 4 Direct and Assumed | 5 Ceded | Defense and Cost Containment Payments 6 Direct and Assumed | 7 Ceded | Adjusting and Other Payments 8 Direct and Assumed | 9 Ceded | 10 Salvage and Subrogation Received | 11 Total Net Paid Cols [4 - 5 + 6 - 7 + 8 - 9] | 12 Number of Claims Reported Direct and Assumed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | 298,163 | 127,590 | 80,362 | 18,718 | 26,746 | | 3,309 | 258,962 | XXX |
| 2. 2008 | 28,062,645 | 1,924,198 | 26,138,448 | 16,593,507 | 955,655 | 678,302 | 19,921 | 2,505,835 | 67,792 | 1,035,707 | 18,734,277 | XXX |
| 3. 2009 | 27,075,915 | 1,710,202 | 25,365,713 | 15,462,451 | 583,337 | 658,842 | 17,299 | 2,435,105 | 52,291 | 1,029,999 | 17,903,472 | XXX |
| 4. 2010 | 26,725,507 | 1,832,573 | 25,192,934 | 15,442,996 | 469,586 | 663,281 | 16,368 | 2,315,854 | 33,734 | 1,116,080 | 17,902,443 | XXX |
| 5. 2011 | 26,383,725 | 1,316,308 | 25,067,417 | 16,529,386 | 466,079 | 669,073 | 11,168 | 2,394,066 | 18,720 | 1,227,509 | 19,067,381 | XXX |
| 6. 2012 | 26,387,642 | 1,047,034 | 25,340,608 | 16,091,113 | 1,310,354 | 613,681 | 149 | 2,557,358 | 77,835 | 1,290,416 | 17,873,813 | XXX |
| 7. 2013 | 27,099,010 | 1,010,968 | 26,088,042 | 13,939,099 | 126,709 | 586,551 | 51 | 2,286,560 | 11,890 | 1,278,171 | 16,555,561 | XXX |
| 8. 2014 | 28,273,757 | 958,581 | 27,315,176 | 14,925,491 | 110,337 | 523,058 | 87 | 2,127,220 | 6,178 | 1,368,443 | 17,459,168 | XXX |
| 9. 2015 | 29,641,769 | 907,321 | 28,734,449 | 15,293,868 | 160,560 | 470,472 | 58 | 2,261,749 | 11,758 | 1,484,242 | 17,853,473 | XXX |
| 10. 2016 | 30,531,398 | 850,480 | 29,680,918 | 15,269,672 | 572,391 | 289,035 | 75 | 2,352,582 | 36,525 | 1,476,787 | 17,293,277 | XXX |
| 11. 2017 | 31,146,334 | 811,372 | 30,334,962 | 12,555,199 | 1,142,362 | 123,032 | 1,638 | 2,143,417 | 73,390 | 977,014 | 13,604,257 | XXX |
| 12. Totals | XXX | XXX | XXX | 152,391,925 | 6,025,200 | 5,335,690 | 85,533 | 23,407,313 | 390,112 | 12,287,759 | 174,634,083 | XXX |

| | Losses Unpaid Case Basis 13 Direct and Assumed | 14 Ceded | Bulk + IBNR 15 Direct and Assumed | 16 Ceded | Defense and Cost Containment Unpaid Case Basis 17 Direct and Assumed | 18 Ceded | Bulk + IBNR 19 Direct and Assumed | 20 Ceded | Adjusting and Other Unpaid 21 Direct and Assumed | 22 Ceded | 23 Salvage and Subrogation Anticipated | 24 Total Net Losses and Expenses Unpaid | 25 Number of Claims Outstanding Direct and Assumed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 3,942,774 | 3,170,771 | 957,338 | 362,966 | 614,645 | 86,657 | 142,288 | 27,047 | 239,216 | 664 | | 2,246,156 | XXX |
| 2. 2008 | 123,100 | 112,683 | 83,223 | 51,768 | 14,374 | | 14,438 | (2) | 28,479 | 1 | 154 | 99,183 | XXX |
| 3. 2009 | 157,273 | 113,078 | 30,031 | 20,424 | 16,680 | 1 | 11,830 | (2) | 28,774 | | 165 | 111,088 | XXX |
| 4. 2010 | 163,163 | 127,291 | 112,216 | 66,512 | 16,916 | | 26,108 | 100 | 30,935 | 4 | 333 | 157,429 | XXX |
| 5. 2011 | 260,812 | 185,846 | 79,639 | 32,170 | 27,662 | 5 | 33,708 | 6 | 33,352 | | 853 | 217,148 | XXX |
| 6. 2012 | 352,220 | 220,403 | 151,003 | 78,093 | 38,296 | 79 | 49,793 | 18 | 40,373 | 3 | 5,141 | 333,090 | XXX |
| 7. 2013 | 486,530 | 187,359 | 187,002 | 60,867 | 51,266 | 83 | 72,971 | (67) | 42,826 | 2 | 6,274 | 592,375 | XXX |
| 8. 2014 | 959,523 | 165,538 | 290,362 | 99,573 | 94,864 | 271 | 66,242 | (150) | 53,926 | 10 | 11,984 | 1,098,665 | XXX |
| 9. 2015 | 1,715,491 | 262,629 | 386,973 | 91,526 | 195,760 | 763 | 78,228 | (144) | 76,187 | 23 | 27,055 | 2,097,843 | XXX |
| 10. 2016 | 2,835,704 | 366,701 | 710,188 | 68,460 | 301,504 | 1,405 | 161,263 | 108 | 126,471 | 42 | 87,301 | 3,698,353 | XXX |
| 11. 2017 | 5,215,839 | 263,647 | 1,643,080 | 192,658 | 462,673 | 2,888 | 313,808 | 560 | 546,134 | 3,947 | 548,785 | 7,718,435 | XXX |
| 12. Totals | 16,112,428 | 5,175,925 | 4,631,043 | 1,125,016 | 1,838,682 | 92,213 | 970,677 | 27,473 | 1,246,674 | 4,685 | 688,046 | 18,372,753 | XXX |

| | Total Losses and Loss Expenses Incurred 26 Direct and Assumed | 27 Ceded | 28 Net | Loss and Loss Expense Percentage (Incurred/Premiums Earned) 29 Direct and Assumed | 30 Ceded | 31 Net | Nontabular Discount 32 Loss | 33 Loss Expense | 34 Inter-Company Pooling Participation Percentage | Net Balance Sheet Reserves After Discount 35 Losses Unpaid | 36 Loss Expenses Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 1,366,376 | 881,780 |
| 2. 2008 | 20,041,258 | 1,207,799 | 18,833,459 | 71.4 | 62.8 | 72.1 | | | | 41,892 | 57,291 |
| 3. 2009 | 18,800,587 | 786,427 | 18,014,560 | 69.4 | 46.0 | 71.0 | | | | 53,803 | 57,286 |
| 4. 2010 | 18,773,468 | 713,598 | 18,059,872 | 70.2 | 46.6 | 71.7 | | | | 81,575 | 75,854 |
| 5. 2011 | 20,028,519 | 713,992 | 19,314,527 | 75.9 | 54.2 | 77.1 | | | | 122,435 | 94,711 |
| 6. 2012 | 19,893,898 | 1,686,934 | 18,206,992 | 75.4 | 161.1 | 71.8 | | | | 204,727 | 128,363 |
| 7. 2013 | 17,632,880 | 386,894 | 17,245,935 | 65.1 | 38.3 | 66.1 | | | | 425,906 | 167,069 |
| 8. 2014 | 18,940,675 | 381,842 | 18,558,833 | 67.0 | 39.8 | 67.9 | | | | 884,763 | 214,902 |
| 9. 2015 | 20,478,728 | 527,413 | 19,951,315 | 69.1 | 58.1 | 69.4 | | | | 1,748,309 | 349,533 |
| 10. 2016 | 22,037,398 | 1,045,768 | 20,991,630 | 72.2 | 123.0 | 70.7 | | | | 3,110,731 | 587,622 |
| 11. 2017 | 23,003,782 | 1,681,091 | 21,322,692 | 73.9 | 207.2 | 70.3 | | | | 6,403,215 | 1,315,220 |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 14,443,130 | 3,929,633 |

Note: Parts 2 and 4 are gross of all discounting, including tabular discounting. Part 1 is gross of only nontabular discounting, which is reported in Columns 32 and 33 of Part 1. The tabular discount, if any, is reported in the Notes to Financial Statements which will reconcile Part 1 with Parts 2 and 4.

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED
PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 2 - SUMMARY

| Years in Which Losses Were Incurred | INCURRED NET LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | | DEVELOPMENT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 | 11 One Year | 12 Two Year |
| 1. Prior | 8,482,105 | 8,657,604 | 8,713,500 | 8,945,851 | 9,057,061 | 9,124,566 | 9,171,540 | 9,278,324 | 9,387,001 | 9,564,015 | 177,014 | 285,692 |
| 2. 2008 | 16,654,832 | 16,442,155 | 16,457,669 | 16,443,393 | 16,419,332 | 16,400,730 | 16,390,486 | 16,375,765 | 16,355,483 | 16,366,937 | 11,454 | (8,528) |
| 3. 2009 | XXX | 15,940,562 | 15,881,811 | 15,714,483 | 15,670,440 | 15,610,884 | 15,657,054 | 15,602,333 | 15,602,144 | 15,602,971 | 826 | 638 |
| 4. 2010 | XXX | XXX | 16,322,449 | 16,033,613 | 15,877,304 | 15,845,371 | 15,781,133 | 15,758,324 | 15,760,373 | 15,746,822 | (13,551) | (11,503) |
| 5. 2011 | XXX | XXX | XXX | 17,457,210 | 17,139,283 | 17,047,449 | 17,011,116 | 16,951,022 | 16,930,838 | 16,904,987 | (25,851) | (46,035) |
| 6. 2012 | XXX | XXX | XXX | XXX | 15,848,772 | 15,894,222 | 15,785,113 | 15,771,543 | 15,740,724 | 15,687,010 | (53,714) | (84,533) |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 14,937,972 | 15,035,492 | 15,078,132 | 15,017,677 | 14,928,439 | (89,238) | (149,693) |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 16,331,266 | 16,521,357 | 16,482,034 | 16,383,874 | (98,160) | (137,484) |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 17,637,929 | 17,727,961 | 17,625,160 | (102,801) | (12,769) |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 18,743,271 | 18,549,165 | (194,106) | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 18,710,478 | XXX | XXX |
| | | | | | | | | | | 12. Totals | (388,126) | (164,514) |

## SCHEDULE P - PART 3 - SUMMARY

| Years in Which Losses Were Incurred | CUMULATIVE PAID NET LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | | 11 Number of Claims Closed With Loss Payment | 12 Number of Claims Closed Without Loss Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 | | |
| 1. Prior | 000 | 2,686,593 | 4,345,664 | 5,338,559 | 5,955,573 | 6,384,791 | 6,723,772 | 7,020,192 | 7,322,194 | 7,554,411 | XXX | XXX |
| 2. 2008 | 10,419,450 | 13,798,464 | 14,858,009 | 15,528,260 | 15,928,477 | 16,110,697 | 16,212,093 | 16,257,698 | 16,283,555 | 16,296,233 | XXX | XXX |
| 3. 2009 | XXX | 9,876,378 | 13,017,163 | 14,024,875 | 14,729,820 | 15,123,873 | 15,351,153 | 15,434,250 | 15,480,205 | 15,520,658 | XXX | XXX |
| 4. 2010 | XXX | XXX | 10,021,565 | 13,076,041 | 14,173,371 | 14,838,271 | 15,259,532 | 15,473,765 | 15,570,674 | 15,620,323 | XXX | XXX |
| 5. 2011 | XXX | XXX | XXX | 11,310,844 | 14,247,269 | 15,340,066 | 16,041,212 | 16,445,203 | 16,632,701 | 16,721,193 | XXX | XXX |
| 6. 2012 | XXX | XXX | XXX | XXX | 10,198,382 | 12,966,266 | 14,121,091 | 14,848,276 | 15,225,438 | 15,394,290 | XXX | XXX |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 9,275,958 | 12,180,906 | 13,348,522 | 14,019,297 | 14,378,890 | XXX | XXX |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 10,435,413 | 13,488,742 | 14,644,953 | 15,338,125 | XXX | XXX |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 11,000,527 | 14,353,463 | 15,603,482 | XXX | XXX |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 11,657,468 | 14,977,241 | XXX | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 11,534,230 | XXX | XXX |

## SCHEDULE P - PART 4 - SUMMARY

| Years in Which Losses Were Incurred | BULK AND IBNR RESERVES ON NET LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
| 1. Prior | 2,822,315 | 2,338,545 | 1,941,908 | 1,760,019 | 1,486,451 | 1,275,534 | 1,025,994 | 909,199 | 763,925 | 709,613 |
| 2. 2008 | 1,702,671 | 552,851 | 292,147 | 207,258 | 151,138 | 107,143 | 79,334 | 56,567 | 39,547 | 45,895 |
| 3. 2009 | XXX | 1,464,046 | 869,846 | 356,455 | 216,694 | 156,654 | 110,858 | 56,829 | 35,062 | 21,439 |
| 4. 2010 | XXX | XXX | 1,559,318 | 778,384 | 373,666 | 262,871 | 167,361 | 112,706 | 80,554 | 71,711 |
| 5. 2011 | XXX | XXX | XXX | 1,769,631 | 803,312 | 404,330 | 270,054 | 161,514 | 109,859 | 81,172 |
| 6. 2012 | XXX | XXX | XXX | XXX | 1,284,446 | 776,398 | 408,976 | 272,658 | 171,633 | 122,684 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 1,309,144 | 775,585 | 452,680 | 277,320 | 199,173 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 1,370,605 | 780,893 | 383,194 | 257,171 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 1,387,530 | 708,366 | 373,819 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 1,637,124 | 802,882 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 1,764,271 |

34

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED
PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 1A - HOMEOWNERS/FARMOWNERS
($000 OMITTED)

| Years in Which Premiums Were Earned and Losses Were Incurred | Premiums Earned | | | Loss and Loss Expense Payments | | | | | | | | 12 Number of Claims Reported Direct and Assumed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 Direct and Assumed | 2 Ceded | 3 Net (1 - 2) | Loss Payments | | Defense and Cost Containment Payments | | Adjusting and Other Payments | | 10 Salvage and Subrogation Received | 11 Total Net Paid Cols (4 - 5 + 6 - 7 + 8 - 9) | |
| | | | | 4 Direct and Assumed | 5 Ceded | 6 Direct and Assumed | 7 Ceded | 8 Direct and Assumed | 9 Ceded | | | |
| 1. Prior | XXX | XXX | XXX | 10,117 | 211 | 4,021 | | 560 | | 96 | 14,487 | XXX |
| 2. 2008 | 7,121,870 | 702,947 | 6,418,923 | 4,909,306 | 65,346 | 118,931 | 1,396 | 749,163 | 8,467 | 68,494 | 5,701,192 | 1,369,624 |
| 3. 2009 | 6,876,714 | 588,213 | 6,288,501 | 4,277,391 | 1,121 | 103,132 | 239 | 634,413 | 4 | 68,859 | 5,013,574 | 1,092,876 |
| 4. 2010 | 6,845,998 | 561,603 | 6,284,385 | 4,266,431 | 915 | 102,106 | 226 | 612,923 | 6 | 75,845 | 4,982,311 | 1,070,691 |
| 5. 2011 | 6,930,299 | 522,791 | 6,407,508 | 5,174,014 | 608 | 121,212 | 154 | 719,514 | | 88,148 | 6,013,977 | 1,328,130 |
| 6. 2012 | 7,075,896 | 509,666 | 6,566,230 | 3,978,505 | 80,893 | 112,009 | 112 | 675,873 | 16,179 | 73,630 | 4,669,204 | 1,135,657 |
| 7. 2013 | 7,309,290 | 451,912 | 6,857,368 | 3,077,446 | 461 | 100,373 | 39 | 480,031 | | 75,464 | 3,657,349 | 769,581 |
| 8. 2014 | 7,601,487 | 414,793 | 7,186,694 | 3,582,619 | 1,436 | 96,763 | 23 | 517,278 | 4 | 69,770 | 4,195,197 | 862,297 |
| 9. 2015 | 7,840,993 | 395,047 | 7,445,946 | 3,480,923 | 1,278 | 91,715 | 2 | 518,421 | | 75,966 | 4,089,481 | 821,401 |
| 10. 2016 | 7,939,611 | 360,371 | 7,579,240 | 3,732,692 | 429 | 77,416 | 2 | 542,855 | (1) | 51,342 | 4,352,532 | 906,299 |
| 11. 2017 | 7,944,180 | 307,944 | 7,636,236 | 3,334,746 | 45,245 | 54,758 | 1,429 | 493,078 | 8,958 | 16,211 | 3,826,969 | 936,577 |
| 12. Totals | XXX | XXX | XXX | 39,825,869 | 198,942 | 982,435 | 3,622 | 5,944,111 | 33,599 | 663,824 | 46,516,272 | XXX |

| Years in Which | Losses Unpaid | | | | Defense and Cost Containment Unpaid | | | | Adjusting and Other Unpaid | | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case Basis | | Bulk + IBNR | | Case Basis | | Bulk + IBNR | | | | Salvage and Subrogation Anticipated | Total Net Losses and Expenses Unpaid | Number of Claims Outstanding Direct and Assumed |
| | 13 Direct and Assumed | 14 Ceded | 15 Direct and Assumed | 16 Ceded | 17 Direct and Assumed | 18 Ceded | 19 Direct and Assumed | 20 Ceded | 21 Direct and Assumed | 22 Ceded | | | |
| 1. Prior | 24,880 | 591 | | | 2,767 | | 14,783 | | 6,332 | | | 98,346 | 732 |
| 2. 2008 | 3,986 | 438 | 3,054 | | 453 | | 773 | | 3,177 | | 26 | 11,005 | 114 |
| 3. 2009 | 4,285 | 301 | 2,846 | | 384 | | 1,217 | | 3,341 | | 13 | 11,573 | 212 |
| 4. 2010 | 7,025 | 245 | 7,774 | | 708 | | 2,626 | | 3,856 | | 13 | 21,835 | 268 |
| 5. 2011 | 9,577 | 640 | 9,364 | | 976 | | 4,348 | | 3,850 | | 227 | 27,435 | 245 |
| 6. 2012 | 15,067 | 792 | 12,885 | | 1,644 | | 7,922 | | 4,884 | | 851 | 41,421 | 319 |
| 7. 2013 | 28,676 | 145 | 15,507 | | 3,510 | | 11,413 | | 4,882 | | 1,793 | 63,854 | 635 |
| 8. 2014 | 57,292 | 281 | 28,155 | (1) | 5,434 | | 7,814 | | 5,063 | | 4,755 | 105,048 | 1,314 |
| 9. 2015 | 92,699 | 664 | 58,197 | | 10,411 | | 12,406 | 1 | 7,644 | 1 | 8,753 | 180,692 | 2,668 |
| 10. 2016 | 156,143 | 579 | 157,808 | | 17,373 | | 18,327 | 1 | 14,250 | | 22,095 | 363,342 | 4,967 |
| 11. 2017 | 544,630 | 5,387 | 648,976 | 13,805 | 75,571 | | 48,850 | 89 | 142,206 | 3,417 | 56,463 | 1,437,537 | 29,196 |
| 12. Totals | 944,210 | 10,055 | 994,585 | 13,803 | 120,320 | | 130,482 | 89 | 199,866 | 3,418 | 94,990 | 2,362,087 | 40,720 |

| Years in Which | Total Losses and Loss Expenses Incurred | | | Loss and Loss Expense Percentage (Incurred/Premiums Earned) | | | Nontabular Discount | | 34 Inter-Company Pooling Participation Percentage | Net Balance Sheet Reserves After Discount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 Direct and Assumed | 27 Ceded | 28 Net | 29 Direct and Assumed | 30 Ceded | 31 Net | 32 Loss | 33 Loss Expense | | 35 Losses Unpaid | 36 Loss Expenses Unpaid |
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 74,464 | 23,882 |
| 2. 2008 | 5,788,844 | 76,646 | 5,712,197 | 81.3 | 10.9 | 89.0 | | | | 6,502 | 4,403 |
| 3. 2009 | 5,026,810 | 1,664 | 5,025,146 | 73.1 | 0.3 | 79.9 | | | | 6,632 | 4,941 |
| 4. 2010 | 5,005,542 | 1,396 | 5,004,146 | 73.1 | 0.2 | 79.6 | | | | 14,553 | 7,281 |
| 5. 2011 | 6,042,815 | 1,402 | 6,041,412 | 87.2 | 0.3 | 94.3 | | | | 18,301 | 9,134 |
| 6. 2012 | 4,808,600 | 97,975 | 4,710,625 | 68.0 | 19.2 | 71.7 | | | | 27,160 | 14,261 |
| 7. 2013 | 3,721,847 | 845 | 3,721,002 | 50.9 | 0.1 | 54.3 | | | | 44,039 | 19,815 |
| 8. 2014 | 4,301,988 | 1,743 | 4,300,245 | 56.6 | 0.4 | 59.8 | | | | 85,136 | 19,911 |
| 9. 2015 | 4,272,116 | 1,844 | 4,270,172 | 54.5 | 0.5 | 57.3 | | | | 150,232 | 30,459 |
| 10. 2016 | 4,716,884 | 1,011 | 4,715,874 | 59.4 | 0.3 | 62.2 | | | | 313,391 | 49,951 |
| 11. 2017 | 5,342,816 | 78,310 | 5,264,507 | 67.3 | 25.4 | 68.9 | | | | 1,174,415 | 263,122 |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 1,914,927 | 447,160 |

35

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 1B - PRIVATE PASSENGER AUTO LIABILITY/MEDICAL
($000 OMITTED)

| Years in Which Premiums Were Earned and Losses Were Incurred | Premiums Earned | | | Loss and Loss Expense Payments | | | | | | | | 12 Number of Claims Reported Direct and Assumed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 Direct and Assumed | 2 Ceded | 3 Net (1 - 2) | Loss Payments | | Defense and Cost Containment Payments | | Adjusting and Other Payments | | 10 Salvage and Subrogation Received | 11 Total Net Paid Cols (4 - 5 + 6 - 7 + 8 - 9) | |
| | | | | 4 Direct and Assumed | 5 Ceded | 6 Direct and Assumed | 7 Ceded | 8 Direct and Assumed | 9 Ceded | | | |
| 1. Prior | XXX | XXX | XXX | 119,612 | 84,055 | 10,205 | 370 | 13,422 | 1 | 914 | 58,814 | XXX |
| 2. 2008 | 10,593,122 | 575,379 | 10,017,743 | 6,349,753 | 344,283 | 480,192 | 15,768 | 1,043,220 | 34,655 | 125,205 | 7,478,459 | 2,134,406 |
| 3. 2009 | 10,400,580 | 556,784 | 9,843,796 | 9,568,545 | 338,191 | 485,808 | 14,492 | 1,045,613 | 32,560 | 132,622 | 7,709,722 | 2,179,733 |
| 4. 2010 | 10,448,210 | 475,000 | 9,973,204 | 8,723,444 | 299,521 | 496,076 | 14,223 | 997,580 | 20,492 | 146,927 | 7,884,865 | 2,211,893 |
| 5. 2011 | 10,347,040 | 364,202 | 9,982,838 | 6,495,838 | 217,702 | 484,858 | 10,067 | 961,021 | 9,459 | 158,379 | 7,704,489 | 2,171,505 |
| 6. 2012 | 10,355,681 | 177,573 | 10,178,108 | 6,342,130 | 92,547 | 442,655 | 38 | 1,008,985 | 6,985 | 154,178 | 7,692,199 | 2,069,743 |
| 7. 2013 | 10,652,798 | 173,403 | 10,479,396 | 6,387,164 | 79,312 | 409,527 | 13 | 1,061,443 | 135 | 154,251 | 7,778,075 | 2,079,097 |
| 8. 2014 | 10,990,270 | 158,244 | 10,832,026 | 6,425,607 | 67,588 | 374,617 | 61 | 877,108 | 521 | 154,027 | 7,606,161 | 2,153,360 |
| 9. 2015 | 11,482,512 | 145,881 | 11,336,630 | 6,518,165 | 74,922 | 329,272 | 20 | 969,177 | 2,121 | 153,251 | 7,759,549 | 2,331,017 |
| 10. 2016 | 12,059,000 | 135,212 | 11,923,789 | 5,536,237 | 67,182 | 179,432 | 72 | 986,855 | 7,465 | 124,826 | 6,627,816 | 2,336,126 |
| 11. 2017 | 12,558,322 | 154,030 | 12,404,292 | 3,043,060 | 41,989 | 51,871 | 18 | 807,589 | 957 | 60,045 | 3,856,557 | 2,065,713 |
| 12. Totals | XXX | XXX | XXX | 60,504,553 | 1,707,894 | 3,746,516 | 55,141 | 9,780,022 | 115,351 | 1,364,628 | 72,182,706 | XXX |

| Years | Losses Unpaid | | | | Defense and Cost Containment Unpaid | | | | Adjusting and Other Unpaid | | 23 Salvage and Subrogation Anticipated | 24 Total Net Losses and Expenses Unpaid | 25 Number of Claims Outstanding Direct and Assumed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case Basis | | Bulk + IBNR | | Case Basis | | Bulk + IBNR | | | | | | |
| | 13 Direct and Assumed | 14 Ceded | 15 Direct and Assumed | 16 Ceded | 17 Direct and Assumed | 18 Ceded | 19 Direct and Assumed | 20 Ceded | 21 Direct and Assumed | 22 Ceded | | | |
| 1. Prior | 3,169,960 | 2,931,651 | 45,108 | 235,784 | 413,532 | 39 | 4,661 | 89 | 158,456 | 2 | | 624,152 | 3,274 |
| 2. 2008 | 114,545 | 112,189 | 75,365 | 51,768 | 13,393 | | 13,107 | | 21,843 | 1 | 79 | 74,295 | 561 |
| 3. 2009 | 148,364 | 112,770 | 23,428 | 20,424 | 15,781 | 1 | 10,193 | | 21,891 | | 52 | 86,471 | 3,438 |
| 4. 2010 | 150,232 | 127,045 | 95,429 | 56,512 | 17,567 | | 22,330 | 103 | 23,639 | 4 | 168 | 115,431 | 5,689 |
| 5. 2011 | 238,941 | 185,215 | 62,296 | 32,168 | 25,521 | 5 | 28,385 | 13 | 25,780 | 1 | 272 | 153,522 | 5,732 |
| 6. 2012 | 316,482 | 219,388 | 114,156 | 73,547 | 34,830 | 62 | 39,671 | 46 | 30,290 | 4 | 3,420 | 242,334 | 5,304 |
| 7. 2013 | 425,769 | 187,227 | 144,927 | 80,835 | 44,848 | 83 | 59,064 | 44 | 33,171 | 4 | 3,320 | 460,287 | 7,223 |
| 8. 2014 | 738,860 | 164,957 | 206,587 | 99,415 | 81,183 | 250 | 52,352 | 40 | 40,728 | 11 | 4,990 | 855,037 | 15,061 |
| 9. 2015 | 1,494,487 | 254,839 | 230,862 | 91,168 | 170,951 | 699 | 57,468 | 167 | 59,292 | 28 | 14,536 | 1,665,859 | 35,311 |
| 10. 2016 | 2,526,162 | 365,464 | 391,796 | 64,339 | 268,063 | 1,382 | 127,167 | 100 | 98,789 | 40 | 42,861 | 2,976,662 | 70,819 |
| 11. 2017 | 4,004,101 | 238,778 | 907,864 | 116,786 | 352,991 | 2,766 | 235,956 | 425 | 306,568 | 140 | 101,085 | 5,450,884 | 248,028 |
| 12. Totals | 13,328,902 | 4,899,501 | 2,297,519 | 912,746 | 1,438,369 | 5,287 | 650,352 | 1,027 | 822,437 | 234 | 170,684 | 12,716,783 | 400,440 |

| Years | Total Losses and Loss Expenses Incurred | | | Loss and Loss Expense Percentage (Incurred /Premiums Earned) | | | Nontabular Discount | | 34 Inter-Company Pooling Participation Percentage | Net Balance Sheet Reserves After Discount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 Direct and Assumed | 27 Ceded | 28 Net | 29 Direct and Assumed | 30 Ceded | 31 Net | 32 Loss | 33 Loss Expense | | 35 Losses Unpaid | 36 Loss Expenses Unpaid |
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 47,632 | 576,519 |
| 2. 2008 | 8,111,418 | 558,664 | 7,552,754 | 76.6 | 97.1 | 75.4 | | | | 25,954 | 48,342 |
| 3. 2009 | 8,314,631 | 518,438 | 7,796,193 | 79.9 | 93.1 | 79.2 | | | | 38,596 | 47,875 |
| 4. 2010 | 8,528,198 | 527,902 | 8,000,296 | 81.6 | 111.1 | 80.2 | | | | 52,103 | 63,328 |
| 5. 2011 | 8,322,540 | 454,529 | 7,868,011 | 80.4 | 124.8 | 78.8 | | | | 83,956 | 79,066 |
| 6. 2012 | 8,327,189 | 392,596 | 7,934,593 | 80.4 | 221.1 | 78.0 | | | | 137,725 | 104,669 |
| 7. 2013 | 8,565,613 | 328,252 | 8,238,361 | 80.4 | 189.3 | 78.6 | | | | 323,335 | 136,552 |
| 8. 2014 | 8,797,042 | 332,844 | 8,464,198 | 80.0 | 210.3 | 78.1 | | | | 681,075 | 173,962 |
| 9. 2015 | 9,849,373 | 423,995 | 9,425,408 | 85.8 | 290.6 | 83.1 | | | | 1,379,342 | 286,517 |
| 10. 2016 | 10,112,511 | 506,044 | 9,606,468 | 83.9 | 374.3 | 80.6 | | | | 2,488,155 | 490,497 |
| 11. 2017 | 9,712,699 | 401,859 | 9,310,241 | 77.3 | 260.9 | 75.1 | | | | 4,556,401 | 894,283 |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 9,814,174 | 2,902,610 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED
PROPERTY/CASUALTY INSURERS

### SCHEDULE P - PART 1C - COMMERCIAL AUTO/TRUCK LIABILITY/MEDICAL

($000 OMITTED)

| Years in Which Premiums Were Earned and Losses Were Incurred | Premiums Earned | | | Loss and Loss Expense Payments | | | | | | | | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | Loss Payments | | Defense and Cost Containment Payments | | Adjusting and Other Payments | | 10 | 11 | Number of Claims Reported Direct and Assumed |
| | Direct and Assumed | Ceded | Net (1 - 2) | 4 Direct and Assumed | 5 Ceded | 6 Direct and Assumed | 7 Ceded | 8 Direct and Assumed | 9 Ceded | Salvage and Subrogation Received | Total Net Paid Cols (4 - 5 + 6 - 7 + 8 + 9) | |
| 1. Prior | XXX | XXX | XXX | 3,244 | 227 | 239 | 1 | 126 | | 4 | 3,380 | XXX |
| 2. 2008 | 354,239 | 3,792 | 350,447 | 158,885 | 1,328 | 14,518 | | 25,004 | | 1,809 | 197,079 | 28,717 |
| 3. 2009 | 303,163 | 3,774 | 299,389 | 182,320 | 4,314 | 15,009 | | 25,889 | | 1,917 | 198,904 | 25,857 |
| 4. 2010 | 277,895 | 3,642 | 274,253 | 175,588 | 2,945 | 15,678 | | 25,135 | | 2,745 | 213,453 | 27,616 |
| 5. 2011 | 261,246 | 3,584 | 257,682 | 188,211 | 2,871 | 12,634 | | 24,209 | | 1,656 | 202,182 | 25,744 |
| 6. 2012 | 244,410 | 3,581 | 240,829 | 133,724 | 2,793 | 9,832 | | 21,398 | | 1,458 | 162,160 | 23,589 |
| 7. 2013 | 251,329 | 3,672 | 247,657 | 151,882 | 2,358 | 12,408 | | 20,428 | | 1,870 | 182,358 | 25,929 |
| 8. 2014 | 295,578 | 4,740 | 290,837 | 139,978 | 2,390 | 11,365 | 3 | 18,916 | | 1,642 | 165,809 | 27,306 |
| 9. 2015 | 284,172 | 4,468 | 279,703 | 132,484 | 4,211 | 8,025 | 2 | 18,907 | | 1,408 | 155,202 | 30,452 |
| 10. 2016 | 290,369 | 8,754 | 281,615 | 93,182 | 1,507 | 3,504 | | 20,556 | | 1,135 | 115,835 | 29,260 |
| 11. 2017 | 288,032 | 4,597 | 283,435 | 37,092 | 995 | 503 | | 14,394 | | 580 | 50,984 | 20,476 |
| 12. Totals | XXX | XXX | XXX | 1,356,579 | 25,940 | 103,754 | 6 | 212,861 | | 16,226 | 1,647,348 | XXX |

| | Losses Unpaid | | | | Defense and Cost Containment Unpaid | | | | Adjusting and Other Unpaid | | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case Basis | | Bulk + IBNR | | Case Basis | | Bulk + IBNR | | | | Salvage and Subrogation Anticipated | Total Net Losses and Expenses Unpaid | Number of Claims Outstanding Direct and Assumed |
| | 13 Direct and Assumed | 14 Ceded | 15 Direct and Assumed | 16 Ceded | 17 Direct and Assumed | 18 Ceded | 19 Direct and Assumed | 20 Ceded | 21 Direct and Assumed | 22 Ceded | | | |
| 1. Prior | 10,029 | 3,327 | 3,177 | 362 | 1,224 | 1 | 407 | 49 | 937 | | | 12,035 | 53 |
| 2. 2008 | 1,251 | 6 | 394 | | 192 | | 45 | | 569 | | 2 | 2,445 | 26 |
| 3. 2009 | 1,616 | 6 | 1,200 | | 197 | | 139 | | 608 | | 29 | 3,952 | 54 |
| 4. 2010 | 2,373 | 3 | 2,793 | | 228 | | 269 | | 637 | | 18 | 6,326 | 120 |
| 5. 2011 | 6,114 | | 1,719 | 2 | 501 | | 158 | | 666 | | 36 | 9,155 | 178 |
| 6. 2012 | 12,510 | 238 | 2,571 | 118 | 902 | 16 | 213 | 8 | 770 | 1 | 21 | 16,565 | 134 |
| 7. 2013 | 14,214 | | 2,141 | 62 | 1,152 | | 50 | 12 | 862 | | 278 | 18,326 | 219 |
| 8. 2014 | 34,095 | 320 | 6,424 | 190 | 3,418 | 21 | 445 | 27 | 1,229 | 1 | 45 | 45,054 | 543 |
| 9. 2015 | 58,637 | 7,122 | 8,116 | 300 | 7,621 | 64 | 591 | 40 | 1,897 | 2 | 41 | 79,334 | 1,002 |
| 10. 2016 | 66,671 | 588 | 18,076 | 18 | 11,565 | 83 | 2,470 | 8 | 3,106 | | 304 | 121,129 | 1,566 |
| 11. 2017 | 87,437 | 1,250 | 50,863 | 306 | 9,135 | 123 | 6,116 | 35 | 7,194 | 6 | 1,338 | 159,026 | 3,320 |
| 12. Totals | 325,148 | 12,859 | 97,474 | 1,378 | 36,076 | 308 | 10,931 | 179 | 18,474 | 10 | 2,112 | 473,367 | 7,215 |

| | Total Losses and Loss Expenses Incurred | | | Loss and Loss Expense Percentage (Incurred / Premiums Earned) | | | Nontabular Discount | | 34 | Net Balance Sheet Reserves After Discount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 Direct and Assumed | 27 Ceded | 28 Net | 29 Direct and Assumed | 30 Ceded | 31 Net | 32 Loss | 33 Loss Expense | Inter-Company Pooling Participation Percentage | 35 Losses Unpaid | 36 Loss Expenses Unpaid |
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 9,517 | 2,517 |
| 2. 2008 | 200,858 | 1,335 | 199,524 | 56.7 | 35.2 | 56.9 | | | | 1,639 | 806 |
| 3. 2009 | 207,177 | 4,321 | 202,856 | 68.3 | 114.5 | 57.8 | | | | 3,010 | 943 |
| 4. 2010 | 222,727 | 2,948 | 219,779 | 80.1 | 80.9 | 80.1 | | | | 5,162 | 1,163 |
| 5. 2011 | 214,211 | 2,874 | 211,338 | 82.0 | 80.2 | 82.0 | | | | 7,631 | 1,325 |
| 6. 2012 | 181,920 | 3,175 | 178,745 | 74.4 | 88.7 | 74.2 | | | | 14,724 | 1,861 |
| 7. 2013 | 203,135 | 2,452 | 200,684 | 80.8 | 66.8 | 81.0 | | | | 16,273 | 2,053 |
| 8. 2014 | 213,813 | 2,950 | 210,863 | 80.5 | 62.2 | 80.8 | | | | 40,010 | 5,043 |
| 9. 2015 | 246,276 | 11,741 | 234,537 | 86.7 | 262.8 | 83.9 | | | | 69,332 | 10,002 |
| 10. 2016 | 239,169 | 2,204 | 236,965 | 82.4 | 25.2 | 84.1 | | | | 104,141 | 16,988 |
| 11. 2017 | 212,725 | 2,715 | 210,010 | 73.9 | 59.0 | 74.1 | | | | 136,744 | 22,282 |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 408,385 | 64,982 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED
PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 1D - WORKERS' COMPENSATION
### (EXCLUDING EXCESS WORKERS' COMPENSATION)
($000 OMITTED)

| Years in Which Premiums Were Earned and Losses Were Incurred | Premiums Earned | | | Loss and Loss Expense Payments | | | | | | | | Number of Claims Reported Direct and Assumed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | Loss Payments | | Defense and Cost Containment Payments | | Adjusting and Other Payments | | 10 | 11 | 12 |
| | | | | 4 | 5 | 6 | 7 | 8 | 9 | | | |
| | Direct and Assumed | Ceded | Net (1 - 2) | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Salvage and Subrogation Received | Total Net Paid Cols (4 - 5 + 6 - 7 + 8 - 9) | |
| 1.  Prior | XXX | XXX | XXX | 5,873 | 1,569 | 596 | 62 | 122 | | 1,700 | 4,959 | XXX |
| 2.  2008 | (19) | 2 | (21) | | | | | 44 | | | 44 | |
| 3.  2009 | (189) | | (190) | | | | | | | | | |
| 4.  2010 | 131 | 1 | 130 | | | | | 3 | | | 4 | 3 |
| 5.  2011 | 19 | 1 | 18 | | | | | | | | | |
| 6.  2012 | 90 | | 90 | | | | | | | | | 1 |
| 7.  2013 | (4) | | (4) | | | | | | | | | |
| 8.  2014 | 796 | | 795 | | | | | | | | | |
| 9.  2015 | 215 | | 215 | | | | | | | | | |
| 10. 2016 | (677) | | (677) | | | | | | | | | |
| 11. 2017 | 127 | | 127 | | | | | | | | | |
| 12. Totals | XXX | XXX | XXX | 5,873 | 1,569 | 596 | 62 | 169 | | 1,700 | 5,006 | XXX |

| Years | Losses Unpaid | | | | Defense and Cost Containment Unpaid | | | | Adjusting and Other Unpaid | | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case Basis | | Bulk + IBNR | | Case Basis | | Bulk + IBNR | | | | | | |
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | | | |
| | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Salvage and Subrog- ation Anticipated | Total Net Losses and Expenses Unpaid | Number of Claims Outstand- ing Direct and Assumed |
| 1.  Prior | 53,439 | 13,247 | 28,464 | 1,113 | 3,191 | 1,011 | 1,713 | 177 | 4,299 | 35 | | 75,522 | 906 |
| 2.  2008 | | | | | | | | | | | | | |
| 3.  2009 | | | | | | | | | | | | | |
| 4.  2010 | | | | | | | | | | | | | |
| 5.  2011 | | | | | | | | | | | | | |
| 6.  2012 | | | | | | | | | | | | | |
| 7.  2013 | | | | | | | | | | | | | |
| 8.  2014 | | | | | | | | | | | | | |
| 9.  2015 | | | | | | | | | | | | | |
| 10. 2016 | | | | | | | | | | | | | |
| 11. 2017 | | | | | | | | | | | | | |
| 12. Totals | 53,439 | 13,247 | 28,464 | 1,113 | 3,191 | 1,011 | 1,713 | 177 | 4,300 | 35 | | 75,523 | 906 |

| Years | Total Losses and Loss Expenses Incurred | | | Loss and Loss Expense Percentage (Incurred /Premiums Earned) | | | Nontabular Discount | | 34 | Net Balance Sheet Reserves After Discount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | Inter- Company Pooling Participation Percentage | 35 | 36 |
| | Direct and Assumed | Ceded | Net | Direct and Assumed | Ceded | Net | Loss | Loss Expense | | Losses Unpaid | Loss Expenses Unpaid |
| 1.  Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 67,543 | 7,980 |
| 2.  2008 | 44 | | 44 | (225.7) | | (208.1) | | | | | |
| 3.  2009 | | | | 0.0 | | 0.0 | | | | | |
| 4.  2010 | 4 | | 4 | 2.9 | | 2.9 | | | | | |
| 5.  2011 | | | | 1.1 | | 1.1 | | | | | |
| 6.  2012 | | | | 0.1 | | 0.1 | | | | | |
| 7.  2013 | | | | (1.3) | | (1.3) | | | | | |
| 8.  2014 | | | | 0.0 | | 0.0 | | | | | |
| 9.  2015 | | | | 0.0 | | 0.0 | | | | | |
| 10. 2016 | | | | 0.0 | | 0.0 | | | | | |
| 11. 2017 | | | | 0.0 | | 0.0 | | | | | |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 67,543 | 7,980 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 1E - COMMERCIAL MULTIPLE PERIL
($000 OMITTED)

| Years in Which Premiums Were Earned and Losses Were Incurred | Premiums Earned 1 Direct and Assumed | 2 Ceded | 3 Net (1-2) | Loss Payments 4 Direct and Assumed | 5 Ceded | Defense and Cost Containment Payments 6 Direct and Assumed | 7 Ceded | Adjusting and Other Payments 8 Direct and Assumed | 9 Ceded | 10 Salvage and Subrogation Received | 11 Total Net Paid Cols (4-5+6-7+8-9) | 12 Number of Claims Reported Direct and Assumed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | 28,154 | | 11,404 | | 991 | | 27 | 40,550 | XXX |
| 2. 2008 | 633,585 | 27,612 | 606,074 | 358,438 | 2,908 | 14,807 | 82 | 50,390 | | 5,695 | 420,645 | 61,092 |
| 3. 2009 | 652,591 | 21,629 | 630,992 | 344,427 | 43 | 14,420 | | 57,834 | | 8,770 | 416,638 | 67,240 |
| 4. 2010 | 659,327 | 20,148 | 639,179 | 369,011 | 8 | 14,661 | | 51,539 | | 7,899 | 435,203 | 69,729 |
| 5. 2011 | 670,405 | 18,385 | 652,020 | 406,526 | 1 | 15,976 | | 50,760 | | 9,783 | 473,261 | 63,131 |
| 6. 2012 | 678,050 | 19,117 | 658,933 | 292,682 | 1,567 | 14,213 | | 45,537 | | 9,261 | 350,865 | 63,593 |
| 7. 2013 | 680,694 | 17,881 | 662,813 | 265,289 | 17 | 14,264 | | 43,616 | | 9,179 | 323,153 | 54,366 |
| 8. 2014 | 688,493 | 16,084 | 672,410 | 304,134 | 44 | 13,400 | | 47,125 | | 10,284 | 364,815 | 61,455 |
| 9. 2015 | 699,829 | 15,630 | 684,199 | 315,814 | 1,727 | 11,635 | 35 | 46,282 | | 10,882 | 371,969 | 59,711 |
| 10. 2016 | 675,237 | 15,934 | 659,303 | 317,638 | 87 | 7,717 | | 48,148 | | 7,393 | 373,418 | 64,243 |
| 11. 2017 | 654,141 | 14,788 | 639,354 | 238,890 | 6 | 4,256 | | 38,217 | | 2,817 | 281,355 | 57,089 |
| 12. Totals | XXX | XXX | XXX | 3,241,005 | 6,410 | 136,752 | 116 | 480,446 | | 81,790 | 3,851,871 | XXX |

| | Losses Unpaid Case Basis 13 Direct and Assumed | 14 Ceded | Bulk + IBNR 15 Direct and Assumed | 16 Ceded | Defense and Cost Containment Unpaid Case Basis 17 Direct and Assumed | 18 Ceded | Bulk + IBNR 19 Direct and Assumed | 20 Ceded | Adjusting and Other Unpaid 21 Direct and Assumed | 22 Ceded | 23 Salvage and Subrogation Anticipated | 24 Total Net Losses and Expenses Unpaid | 25 Number of Claims Outstanding Direct and Assumed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 27,102 | | 19,025 | .174 | 4,148 | .6 | 3,417 | 53 | 2,600 | | | 56,058 | 297 |
| 2. 2008 | 963 | | 2,521 | | 230 | | 366 | | 543 | | 9 | 4,623 | 12 |
| 3. 2009 | 886 | | 1,273 | | 177 | | 178 | | 471 | | 22 | 2,985 | 21 |
| 4. 2010 | 690 | | 3,661 | | 94 | | 650 | | 529 | | 19 | 5,624 | 20 |
| 5. 2011 | 1,396 | | 2,726 | | 272 | | 474 | | 640 | | 15 | 5,508 | 34 |
| 6. 2012 | 2,985 | | 6,501 | | 419 | | 1,202 | | 968 | | 481 | 12,014 | 61 |
| 7. 2013 | 4,206 | | 5,026 | | 865 | | 770 | | 883 | | 34 | 11,551 | 85 |
| 8. 2014 | 12,127 | | 16,288 | | 2,162 | | 2,781 | | 2,171 | | 340 | 35,529 | 240 |
| 9. 2015 | 22,098 | 31 | 11,107 | | 4,225 | | 1,667 | | 2,746 | | 726 | 41,811 | 573 |
| 10. 2016 | 18,143 | 49 | 23,568 | | 2,635 | | 3,399 | | 3,229 | | 380 | 50,945 | 703 |
| 11. 2017 | 31,166 | 62 | 58,463 | | 5,283 | | 8,125 | | 11,521 | | 6,435 | 114,495 | 2,332 |
| 12. Totals | 121,761 | 142 | 150,179 | 174 | 20,308 | 6 | 23,029 | 53 | 26,241 | | 8,460 | 341,143 | 4,378 |

| | Total Losses and Loss Expenses Incurred 26 Direct and Assumed | 27 Ceded | 28 Net | Loss and Loss Expense Percentage (Incurred/Premiums Earned) 29 Direct and Assumed | 30 Ceded | 31 Net | Nontabular Discount 32 Loss | 33 Loss Expense | 34 Inter-Company Pooling Participation Percentage | Net Balance Sheet Reserves After Discount 35 Losses Unpaid | 36 Loss Expenses Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 45,953 | 10,105 |
| 2. 2008 | 428,257 | 2,989 | 425,268 | 67.6 | 10.8 | 70.2 | | | | 3,484 | 1,139 |
| 3. 2009 | 419,666 | 43 | 419,623 | 64.3 | 0.2 | 66.5 | | | | 2,158 | 827 |
| 4. 2010 | 440,835 | 8 | 440,827 | 68.9 | 0.0 | 69.0 | | | | 4,351 | 1,273 |
| 5. 2011 | 478,770 | 1 | 478,768 | 71.4 | 0.0 | 73.4 | | | | 4,122 | 1,385 |
| 6. 2012 | 364,445 | 1,567 | 362,978 | 53.7 | 8.2 | 55.1 | | | | 9,486 | 2,528 |
| 7. 2013 | 334,720 | 17 | 334,703 | 49.2 | 0.1 | 50.5 | | | | 9,232 | 2,318 |
| 8. 2014 | 400,188 | 44 | 400,144 | 58.1 | 0.3 | 59.5 | | | | 28,418 | 7,114 |
| 9. 2015 | 415,573 | 1,792 | 413,780 | 58.4 | 11.5 | 60.5 | | | | 33,174 | 8,637 |
| 10. 2016 | 424,499 | 136 | 424,363 | 62.9 | 0.9 | 64.4 | | | | 41,682 | 9,265 |
| 11. 2017 | 395,921 | 70 | 395,851 | 60.5 | 0.5 | 61.9 | | | | 98,566 | 24,929 |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 271,624 | 69,518 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 1F - SECTION 1 - MEDICAL PROFESSIONAL LIABILITY - OCCURRENCE
### ($000 OMITTED)

| Years In Which Premiums Were Earned and Losses Were Incurred | Premiums Earned | | | Loss and Loss Expense Payments | | | | | | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | Loss Payments | | Defense and Cost Containment Payments | | Adjusting and Other Payments | | Salvage and Subrogation Received | Total Net Paid Cols (4 - 5 + 6 - 7 + 8 - 9) | Number of Claims Reported Direct and Assumed |
| | | | | 4 | 5 | 6 | 7 | 8 | 9 | | | |
| | Direct and Assumed | Ceded | Net (1 - 2) | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | |
| 1. Prior | XXX | XXX | XXX | 57 | (1) | 1 | | 2 | | | 60 | XXX |
| 2. 2008 | | | | | | | | | | | | |
| 3. 2009 | | | | | | | | | | | | |
| 4. 2010 | | | | | | | | | | | | |
| 5. 2011 | | | | | | | | | | | | |
| 6. 2012 | | | | | | | | | | | | |
| 7. 2013 | | | | | | | | | | | | |
| 8. 2014 | | | | | | | | | | | | |
| 9. 2015 | | | | | | | | | | | | |
| 10. 2016 | | | | | | | | | | | | |
| 11. 2017 | | | | | | | | | | | | |
| 12. Totals | XXX | XXX | XXX | 57 | (1) | 1 | | 2 | | | 60 | XXX |

| | Losses Unpaid | | | | Defense and Cost Containment Unpaid | | | | Adjusting and Other Unpaid | | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case Basis | | Bulk + IBNR | | Case Basis | | Bulk + IBNR | | | | Salvage and Subrogation Anticipated | Total Net Losses and Expenses Unpaid | Number of Claims Outstand-ing Direct and Assumed |
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | | | |
| | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | |
| 1. Prior | 81 | | 38 | 7 | 7 | | 4 | 1 | | | | 122 | 1 |
| 2. 2008 | | | | | | | | | | | | | |
| 3. 2009 | | | | | | | | | | | | | |
| 4. 2010 | | | | | | | | | | | | | |
| 5. 2011 | | | | | | | | | | | | | |
| 6. 2012 | | | | | | | | | | | | | |
| 7. 2013 | | | | | | | | | | | | | |
| 8. 2014 | | | | | | | | | | | | | |
| 9. 2015 | | | | | | | | | | | | | |
| 10. 2016 | | | | | | | | | | | | | |
| 11. 2017 | | | | | | | | | | | | | |
| 12. Totals | 81 | | 38 | 7 | 7 | | 4 | 1 | | | | 122 | 1 |

| | Total Losses and Loss Expenses Incurred | | | Loss and Loss Expense Percentage (Incurred /Premiums Earned) | | | Nontabular Discount | | 34 | Net Balance Sheet Reserves After Discount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | Inter-Company Pooling Participation Percentage | 35 | 36 |
| | Direct and Assumed | Ceded | Net | Direct and Assumed | Ceded | Net | Loss | Loss Expense | | Losses Unpaid | Loss Expenses Unpaid |
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 111 | 10 |
| 2. 2008 | | | | | | | | | | | |
| 3. 2009 | | | | | | | | | | | |
| 4. 2010 | | | | | | | | | | | |
| 5. 2011 | | | | | | | | | | | |
| 6. 2012 | | | | | | | | | | | |
| 7. 2013 | | | | | | | | | | | |
| 8. 2014 | | | | | | | | | | | |
| 9. 2015 | | | | | | | | | | | |
| 10. 2016 | | | | | | | | | | | |
| 11. 2017 | | | | | | | | | | | |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 111 | 10 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 1F - SECTION 2 - MEDICAL PROFESSIONAL LIABILITY - CLAIMS-MADE
($000 OMITTED)

| Years in Which Premiums Were Earned and Losses Were Incurred | Premiums Earned | | | Loss and Loss Expense Payments | | | | | | | | Number of Claims Reported Direct and Assumed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | Loss Payments | | Defense and Cost Containment Payments | | Adjusting and Other Payments | | 10 | 11 | 12 |
| | | | | 4 | 5 | 6 | 7 | 8 | 9 | Salvage and Subrogation Received | Total Net Paid Cols (4 - 5 + 6 - 7 + 8 - 9) | |
| | Direct and Assumed | Ceded | Net (1 - 2) | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | |
| 1. Prior | XXX | XXX | XXX | | | | | | | | | XXX |
| 2. 2008 | | | | | | | | | | | | |
| 3. 2009 | | | | | | | | | | | | |
| 4. 2010 | | | | | | | | | | | | |
| 5. 2011 | | | | | | | | | | | | |
| 6. 2012 | | | | | | | | | | | | |
| 7. 2013 | | | | | | | | | | | | |
| 8. 2014 | | | | | | | | | | | | |
| 9. 2015 | | | | | | | | | | | | |
| 10. 2016 | | | | | | | | | | | | |
| 11. 2017 | | | | | | | | | | | | |
| 12. Totals | XXX | XXX | XXX | | | | | | | | | XXX |

NONE

| | Losses Unpaid | | | | Defense and Cost Containment Unpaid | | | | Adjusting and Other Unpaid | | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case Basis | | Bulk + IBNR | | Case Basis | | Bulk + IBNR | | | | Salvage and Subrogation Anticipated | Total Net Losses and Expenses Unpaid | Number of Claims Outstanding Direct and Assumed |
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | | | |
| | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | |
| 1. Prior | | | | | | | | | | | | | |
| 2. 2008 | | | | | | | | | | | | | |
| 3. 2009 | | | | | | | | | | | | | |
| 4. 2010 | | | | | | | | | | | | | |
| 5. 2011 | | | | | | | | | | | | | |
| 6. 2012 | | | | | | | | | | | | | |
| 7. 2013 | | | | | | | | | | | | | |
| 8. 2014 | | | | | | | | | | | | | |
| 9. 2015 | | | | | | | | | | | | | |
| 10. 2016 | | | | | | | | | | | | | |
| 11. 2017 | | | | | | | | | | | | | |
| 12. Totals | | | | | | | | | | | | | |

NONE

| | Total Losses and Loss Expenses Incurred | | | Loss and Loss Expense Percentage (Incurred /Premiums Earned) | | | Nontabular Discount | | 34 | Net Balance Sheet Reserves After Discount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | Inter-Company Pooling Participation Percentage | 35 | 36 |
| | Direct and Assumed | Ceded | Net | Direct and Assumed | Ceded | Net | Loss | Loss Expense | | Losses Unpaid | Loss Expenses Unpaid |
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | | |
| 2. 2008 | | | | | | | | | | | |
| 3. 2009 | | | | | | | | | | | |
| 4. 2010 | | | | | | | | | | | |
| 5. 2011 | | | | | | | | | | | |
| 6. 2012 | | | | | | | | | | | |
| 7. 2013 | | | | | | | | | | | |
| 8. 2014 | | | | | | | | | | | |
| 9. 2015 | | | | | | | | | | | |
| 10. 2016 | | | | | | | | | | | |
| 11. 2017 | | | | | | | | | | | |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | | |

NONE

41

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 1G - SPECIAL LIABILITY (OCEAN MARINE, AIRCRAFT (ALL PERILS), BOILER AND MACHINERY)
($000 OMITTED)

| Years in Which Premiums Were Earned and Losses Were Incurred | Premiums Earned | | | Loss and Loss Expense Payments | | | | | | 10 | 11 | 12 |
| | 1 | 2 | 3 | Loss Payments | | Defense and Cost Containment Payments | | Adjusting and Other Payments | | | | |
| | | | | 4 | 5 | 6 | 7 | 8 | 9 | | | |
| | Direct and Assumed | Ceded | Net (1 - 2) | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Salvage and Subrogation Received | Total Net Paid Cols (4 - 5 + 6 - 7 + 8 - 9) | Number of Claims Reported Direct and Assumed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | 266 | (2) | 66 | | | | | 333 | XXX |
| 2. 2008 | 7,956 | 1,501 | 6,455 | 13,507 | 1,742 | 231 | 23 | 1,861 | | 53 | 13,833 | XXX |
| 3. 2009 | 7,169 | 1,254 | 5,915 | 1,762 | 82 | 99 | | 919 | | 35 | 2,668 | XXX |
| 4. 2010 | 6,625 | 1,129 | 5,496 | 2,242 | 191 | 125 | . | 665 | | 88 | 2,840 | XXX |
| 5. 2011 | 6,383 | 1,075 | 5,309 | 1,757 | 152 | 35 | | 395 | | 18 | 2,035 | XXX |
| 6. 2012 | 6,310 | 1,147 | 5,163 | 2,164 | 155 | 24 | | 382 | | 24 | 2,414 | XXX |
| 7. 2013 | 7,760 | 2,642 | 5,118 | 2,718 | 1,001 | 10 | | 623 | | 5 | 2,350 | XXX |
| 8. 2014 | 9,280 | 4,074 | 5,206 | 3,718 | 1,927 | 8 | | 643 | | | 2,441 | XXX |
| 9. 2015 | 9,829 | 4,543 | 5,285 | 3,833 | 1,734 | 20 | | 896 | | 2 | 3,015 | XXX |
| 10. 2016 | 9,926 | 4,554 | 5,372 | 4,165 | 1,866 | 10 | | 705 | | 53 | 3,014 | XXX |
| 11. 2017 | 9,396 | 3,978 | 5,419 | 6,406 | 1,154 | 25 | | 1,430 | | 8 | 6,709 | XXX |
| 12. Totals | XXX | XXX | XXX | 42,538 | 10,003 | 651 | 23 | 8,518 | | 285 | 41,683 | XXX |

| | Losses Unpaid | | | | Defense and Cost Containment Unpaid | | | | Adjusting and Other Unpaid | | 23 | 24 | 25 |
| | Case Basis | | Bulk + IBNR | | Case Basis | | Bulk + IBNR | | | | | | |
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | | | |
| | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Salvage and Subrogation Anticipated | Total Net Losses and Expenses Unpaid | Number of Claims Outstanding Direct and Assumed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 1,735 | | 1,184 | .81 | 82 | | 38 | 7 | 39 | | | 2,990 | 1 |
| 2. 2008 | | | | | | | | | 3 | | | 3 | 1 |
| 3. 2009 | | | | | | | | | 3 | | | 2 | |
| 4. 2010 | | | 27 | | | | 2 | | 5 | | | 35 | |
| 5. 2011 | | | 39 | | | | 3 | | 7 | | | 48 | |
| 6. 2012 | | | 96 | | | | 10 | | 15 | | 19 | 121 | |
| 7. 2013 | | | 86 | | | | 8 | | 14 | | 4 | 107 | |
| 8. 2014 | 10 | | 267 | | 1 | | 26 | | 34 | | 30 | 338 | 1 |
| 9. 2015 | 55 | 38 | 104 | | 17 | | 13 | | 32 | | 57 | 184 | 2 |
| 10. 2016 | | | 84 | | | | 5 | | 16 | | 81 | 106 | |
| 11. 2017 | 843 | 285 | 1,550 | | 95 | | 55 | | 254 | | 74 | 2,512 | 113 |
| 12. Totals | 2,644 | 323 | 3,436 | 81 | 195 | | 190 | 7 | 421 | | 266 | 6,444 | 118 |

| | Total Losses and Loss Expenses Incurred | | | Loss and Loss Expense Percentage (Incurred /Premiums Earned) | | | Nontabular Discount | | 34 | Net Balance Sheet Reserves After Discount | |
| | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | | 35 | 36 |
| | Direct and Assumed | Ceded | Net | Direct and Assumed | Ceded | Net | Loss | Expense | Inter-Company Pooling Participation Percentage | Losses Unpaid | Loss Expenses Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 2,838 | 152 |
| 2. 2008 | 15,601 | 1,765 | 13,836 | 196.1 | 117.6 | 214.3 | | | | | 3 |
| 3. 2009 | 2,783 | 82 | 2,701 | 38.8 | 6.6 | 45.7 | | | | | 3 |
| 4. 2010 | 3,066 | 191 | 2,875 | 46.3 | 16.9 | 52.3 | | | | 27 | 8 |
| 5. 2011 | 2,236 | 152 | 2,084 | 35.0 | 14.2 | 39.2 | | | | 39 | 10 |
| 6. 2012 | 2,690 | 155 | 2,535 | 42.6 | 13.5 | 49.1 | | | | 96 | 25 |
| 7. 2013 | 3,458 | 1,001 | 2,458 | 44.6 | 37.9 | 48.0 | | | | 86 | 22 |
| 8. 2014 | 4,705 | 1,927 | 2,779 | 50.7 | 47.3 | 53.4 | | | | 278 | 60 |
| 9. 2015 | 4,970 | 1,772 | 3,198 | 50.6 | 39.0 | 60.5 | | | | 121 | 62 |
| 10. 2016 | 4,985 | 1,866 | 3,119 | 50.2 | 41.0 | 58.1 | | | | 84 | 21 |
| 11. 2017 | 10,660 | 1,439 | 9,221 | 113.4 | 36.2 | 170.2 | | | | 2,108 | 404 |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 5,676 | 758 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED
PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 1H - SECTION 1 - OTHER LIABILITY - OCCURRENCE
($000 OMITTED)

| Years in Which Premiums Were Earned and Losses Were Incurred | Premiums Earned | | | Loss and Loss Expense Payments | | | | | | | | Number of Claims Reported Direct and Assumed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | Loss Payments | | Defense and Cost Containment Payments | | Adjusting and Other Payments | | 10 | 11 | 12 |
| | Direct and Assumed | Ceded | Net (1 - 2) | 4 Direct and Assumed | 5 Ceded | 6 Direct and Assumed | 7 Ceded | 8 Direct and Assumed | 9 Ceded | Salvage and Subrogation Received | Total Net Paid Cols (4 - 5 + 6 - 7 + 8 - 9) | |
| 1. Prior | XXX | XXX | XXX | 30,111 | 5,321 | 6,989 | 2,098 | 1,339 | | | 31,020 | XXX |
| 2. 2008 | 262,537 | 15,385 | 247,152 | 185,865 | | 6,147 | | 13,010 | | .63 | 205,022 | 2,845 |
| 3. 2009 | 340,364 | 85 | 340,279 | 150,581 | | 4,202 | | 11,117 | | .147 | 165,900 | 2,210 |
| 4. 2010 | 329,745 | 13 | 329,732 | 145,742 | 162 | 3,705 | | 11,434 | | 1 | 160,720 | 2,173 |
| 5. 2011 | 325,509 | 2,634 | 322,875 | 174,919 | | 4,062 | | 11,006 | | .907 | 189,988 | 1,878 |
| 6. 2012 | 319,450 | 11,638 | 307,812 | 183,925 | | 5,896 | | 10,547 | | .486 | 200,308 | 1,775 |
| 7. 2013 | 320,073 | 14,504 | 305,569 | 155,298 | | 3,916 | | 9,750 | | 1,041 | 168,963 | 1,724 |
| 8. 2014 | 326,472 | 17,116 | 309,356 | 144,371 | | 2,144 | | .697 | | .196 | 147,213 | 1,759 |
| 9. 2015 | 329,769 | 17,094 | 312,675 | 106,486 | 16 | 2,643 | | 15,395 | | .101 | 124,507 | 1,801 |
| 10. 2016 | 339,927 | 19,965 | 319,962 | 51,134 | 184 | 1,049 | | 12,909 | | 1 | 64,668 | 1,752 |
| 11. 2017 | 355,410 | 19,993 | 335,417 | 13,986 | 1,096 | 219 | | 11,497 | 267 | | 24,409 | 1,950 |
| 12. Totals | XXX | XXX | XXX | 1,342,418 | 6,710 | 40,914 | 2,098 | 108,400 | 267 | 2,143 | 1,482,856 | XXX |

| | Losses Unpaid | | | | Defense and Cost Containment Unpaid | | | | Adjusting and Other Unpaid | | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case Basis | | Bulk + IBNR | | Case Basis | | Bulk + IBNR | | | | Salvage and Subrogation Anticipated | Total Net Losses and Expenses Unpaid | Number of Claims Outstanding Direct and Assumed |
| | 13 Direct and Assumed | 14 Ceded | 15 Direct and Assumed | 16 Ceded | 17 Direct and Assumed | 18 Ceded | 19 Direct and Assumed | 20 Ceded | 21 Direct and Assumed | 22 Ceded | | | |
| 1. Prior | 83,934 | 17,044 | 269,121 | 20,919 | 12,789 | 2,667 | 34,099 | 3,979 | 13,101 | 401 | | 368,033 | 1,891 |
| 2. 2008 | 167 | | 1,925 | | 19 | | 137 | | 568 | | | 2,837 | 10 |
| 3. 2009 | 867 | | 1,183 | | 84 | | 80 | | 680 | | | 2,875 | 10 |
| 4. 2010 | 1,704 | | 1,979 | | 185 | | 147 | | 565 | | 2 | 4,578 | 26 |
| 5. 2011 | 3,690 | | 3,759 | | 347 | | 285 | | 628 | | | 8,709 | 28 |
| 6. 2012 | 4,311 | | 8,462 | | 464 | | 544 | | 764 | | | 14,545 | 37 |
| 7. 2013 | 11,398 | | 17,594 | | 1,038 | | 1,228 | | 1,029 | | 2 | 32,288 | 79 |
| 8. 2014 | 15,071 | | 30,599 | | 1,569 | | 2,204 | | 2,050 | | 12 | 51,593 | 123 |
| 9. 2015 | 33,562 | | 70,357 | | 2,649 | | 5,050 | | 2,312 | | 50 | 113,931 | 165 |
| 10. 2016 | 39,566 | | 98,769 | | 3,348 | | 7,477 | | 2,385 | | 15 | 152,145 | 241 |
| 11. 2017 | 31,201 | 50 | 150,850 | 6 | 2,368 | | 11,387 | | 3,796 | 1 | 84 | 199,544 | 294 |
| 12. Totals | 225,491 | 17,095 | 654,678 | 20,925 | 24,860 | 2,667 | 62,638 | 3,979 | 28,479 | 401 | 224 | 951,079 | 2,934 |

| | Total Losses and Loss Expenses Incurred | | | Loss and Loss Expense Percentage (Incurred /Premiums Earned) | | | Nontabular Discount | | 34 | Net Balance Sheet Reserves After Discount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | Inter-Company Pooling Participation Percentage | 35 | 36 |
| | Direct and Assumed | Ceded | Net | Direct and Assumed | Ceded | Net | Loss | Loss Expense | | Losses Unpaid | Loss Expenses Unpaid |
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 315,091 | 52,942 |
| 2. 2008 | 207,859 | | 207,859 | 79.2 | | 84.1 | | | | 2,112 | 725 |
| 3. 2009 | 168,774 | | 168,774 | 49.6 | | 49.6 | | | | 2,030 | 845 |
| 4. 2010 | 185,461 | 162 | 165,298 | 50.2 | 1,251.0 | 50.1 | | | | 3,682 | 896 |
| 5. 2011 | 198,697 | | 198,697 | 61.0 | | 61.5 | | | | 7,449 | 1,261 |
| 6. 2012 | 214,853 | | 214,853 | 67.3 | 0.0 | 69.8 | | | | 12,773 | 1,772 |
| 7. 2013 | 201,251 | | 201,251 | 62.9 | | 65.9 | | | | 28,992 | 3,296 |
| 8. 2014 | 198,806 | | 198,806 | 60.9 | | 64.3 | | | | 45,770 | 5,823 |
| 9. 2015 | 238,454 | 16 | 238,438 | 72.3 | 0.1 | 76.3 | | | | 103,920 | 10,011 |
| 10. 2016 | 216,937 | 184 | 216,753 | 63.8 | 0.9 | 67.7 | | | | 138,335 | 13,810 |
| 11. 2017 | 225,304 | 1,351 | 223,953 | 63.4 | 6.8 | 66.8 | | | | 181,995 | 17,550 |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 842,149 | 108,930 |

43

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 1H - SECTION 2 - OTHER LIABILITY - CLAIMS-MADE
($000 OMITTED)

| Years in Which Premiums Were Earned and Losses Were Incurred | Premiums Earned | | | Loss and Loss Expense Payments | | | | | | | | 10 | 11 | 12 |
| | 1 | 2 | 3 | Loss Payments | | Defense and Cost Containment Payments | | Adjusting and Other Payments | | | | | Total Net Paid Cols (4 - 5 + 6 - 7 + 8 - 9) | Number of Claims Reported Direct and Assumed |
| | Direct and Assumed | Ceded | Net (1 - 2) | 4 Direct and Assumed | 5 Ceded | 6 Direct and Assumed | 7 Ceded | 8 Direct and Assumed | 9 Ceded | Salvage and Subrogation Received | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | | | | | | | | | | | XXX |
| 2. 2008 | | | | | | | | | | | | | | |
| 3. 2009 | | | | | | | | | | | | | | |
| 4. 2010 | | | | | | | | | | | | | | |
| 5. 2011 | | | | | | | | | | | | | | |
| 6. 2012 | | | | | | | | | | | | | | |
| 7. 2013 | | | | | | | | | | | | | | |
| 8. 2014 | | | | | | | | | | | | | | |
| 9. 2015 | | | | | | | | | | | | | | |
| 10. 2016 | | | | | | | | | | | | | | |
| 11. 2017 | | | | | | | | | | | | | | |
| 12. Totals | XXX | XXX | XXX | | | | | | | | | | | XXX |

NONE

| | Losses Unpaid | | | | Defense and Cost Containment Unpaid | | | | Adjusting and Other Unpaid | | 23 | 24 | 25 |
| | Case Basis | | Bulk + IBNR | | Case Basis | | Bulk + IBNR | | | | Salvage and Subrogation Anticipated | Total Net Losses and Expenses Unpaid | Number of Claims Outstanding Direct and Assumed |
| | 13 Direct and Assumed | 14 Ceded | 15 Direct and Assumed | 16 Ceded | 17 Direct and Assumed | 18 Ceded | 19 Direct and Assumed | 20 Ceded | 21 Direct and Assumed | 22 Ceded | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | | | | | | | | | | | | | |
| 2. 2008 | | | | | | | | | | | | | |
| 3. 2009 | | | | | | | | | | | | | |
| 4. 2010 | | | | | | | | | | | | | |
| 5. 2011 | | | | | | | | | | | | | |
| 6. 2012 | | | | | | | | | | | | | |
| 7. 2013 | | | | | | | | | | | | | |
| 8. 2014 | | | | | | | | | | | | | |
| 9. 2015 | | | | | | | | | | | | | |
| 10. 2016 | | | | | | | | | | | | | |
| 11. 2017 | | | | | | | | | | | | | |
| 12. Totals | | | | | | | | | | | | | |

NONE

| | Total Losses and Loss Expenses Incurred | | | Loss and Loss Expense Percentage (Incurred /Premiums Earned) | | | Nontabular Discount | | 34 | Net Balance Sheet Reserves After Discount | |
| | 26 Direct and Assumed | 27 Ceded | 28 Net | 29 Direct and Assumed | 30 Ceded | 31 Net | 32 Loss | 33 Loss Expense | Inter-Company Pooling Participation Percentage | 35 Losses Unpaid | 36 Loss Expenses Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | | |
| 2. 2008 | | | | | | | | | | | |
| 3. 2009 | | | | | | | | | | | |
| 4. 2010 | | | | | | | | | | | |
| 5. 2011 | | | | | | | | | | | |
| 6. 2012 | | | | | | | | | | | |
| 7. 2013 | | | | | | | | | | | |
| 8. 2014 | | | | | | | | | | | |
| 9. 2015 | | | | | | | | | | | |
| 10. 2016 | | | | | | | | | | | |
| 11. 2017 | | | | | | | | | | | |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | | |

NONE

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 1I - SPECIAL PROPERTY (FIRE, ALLIED LINES, INLAND MARINE, EARTHQUAKE, BURGLARY AND THEFT)

($000 OMITTED)

| Years in Which Premiums Were Earned and Losses Were Incurred | Premiums Earned | | | Losses and Loss Expense Payments | | | | | | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | Loss Payments | | Defense and Cost Containment Payments | | Adjusting and Other Payments | | | | Number of Claims Reported Direct and Assumed |
| | | | | 4 | 5 | 6 | 7 | 8 | 9 | Salvage and Subrogation Received | Total Net Paid Cols (4 - 5 + 6 - 7 + 8 - 9) | |
| | Direct and Assumed | Ceded | Net (1 - 2) | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | |
| 1. Prior | XXX | XXX | XXX | 18,934 | 17,574 | 1,034 | (6) | 1,461 | 4 | 728 | 3,857 | XXX |
| 2. 2016 | 518,616 | 275,669 | 242,947 | 584,899 | 495,272 | 2,858 | | 55,124 | 28,062 | 1,323 | 118,508 | XXX |
| 3. 2017 | 501,480 | 264,077 | 237,403 | 1,123,376 | 1,047,505 | 2,438 | 191 | 71,042 | 63,228 | 530 | 85,933 | XXX |
| 4. Totals | XXX | XXX | XXX | 1,727,170 | 1,560,351 | 6,331 | 185 | 127,626 | 92,293 | 2,581 | 208,298 | XXX |

| | Losses Unpaid | | | | Defense and Cost Containment Unpaid | | | | Adjusting and Other Unpaid | | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case Basis | | Bulk + IBNR | | Case Basis | | Bulk + IBNR | | | | Salvage and Subrogation Anticipated | Total Net Losses and Expenses Unpaid | Number of Claims Outstanding Direct and Assumed |
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | | | |
| | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | |
| 1. Prior | 2,170 | 65 | 7,476 | 4,567 | 125 | 1 | 1,347 | 7 | 3,075 | | 464 | 9,564 | 259 |
| 2. 2016 | 1,344 | 20 | 9,138 | 4,102 | 10 | | 861 | | 1,303 | | 485 | 8,533 | 79 |
| 3. 2017 | 27,825 | 17,430 | 73,793 | 62,166 | 394 | | 994 | 12 | 17,552 | 383 | 614 | 40,559 | 2,634 |
| 4. Totals | 31,340 | 17,514 | 90,405 | 70,834 | 529 | 1 | 3,203 | 18 | 21,929 | 383 | 1,563 | 58,656 | 2,972 |

| | Total Losses and Loss Expenses Incurred | | | Loss and Loss Expense Percentage (Incurred/Premiums Earned) | | | Nontabular Discount | | 34 | Net Balance Sheet Reserves After Discount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | Inter-Company Pooling Participation Percentage | 35 | 36 |
| | Direct and Assumed | Ceded | Net | Direct and Assumed | Ceded | Net | Loss | Loss Expense | | Losses Unpaid | Loss Expenses Unpaid |
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 5,014 | 4,539 |
| 2. 2016 | 655,495 | 528,455 | 127,041 | 126.4 | 191.7 | 52.3 | | | | 6,358 | 2,174 |
| 3. 2017 | 1,317,416 | 1,190,914 | 126,502 | 262.7 | 451.0 | 53.3 | | | | 22,023 | 18,546 |
| 4. Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 33,396 | 25,259 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 1J - AUTO PHYSICAL DAMAGE
($000 OMITTED)

| Years in Which Premiums Were Earned and Losses Were Incurred | Premiums Earned | | | Loss and Loss Expense Payments | | | | | | | | 12 |
| | 1 | 2 | 3 | Loss Payments | | Defense and Cost Containment Payments | | Adjusting and Other Payments | | 10 | 11 | Number of Claims Reported Direct and Assumed |
| | Direct and Assumed | Ceded | Net (1 - 2) | 4 Direct and Assumed | 5 Ceded | 6 Direct and Assumed | 7 Ceded | 8 Direct and Assumed | 9 Ceded | Salvage and Subrogation Received | Total Net Paid Cols (4 - 5 + 6 - 7 + 8 - 9) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | (23,494) | 226 | 5,715 | | 2,133 | | 39,150 | (15,872) | XXX |
| 2. 2016 | 8,691,794 | 23,035 | 8,668,760 | 4,934,836 | | 16,900 | 1 | 685,691 | | 1,290,713 | 5,637,425 | 4,404,452 |
| 3. 2017 | 8,828,207 | 36,266 | 8,791,941 | 4,753,175 | (1) | 8,961 | | 706,165 | 1 | 896,822 | 5,468,301 | 4,045,205 |
| 4. Totals | XXX | XXX | XXX | 9,664,516 | 225 | 31,576 | 1 | 1,393,989 | 1 | 2,226,685 | 11,089,854 | XXX |

| | Losses Unpaid | | | | Defense and Cost Containment Unpaid | | | | Adjusting and Other Unpaid | | 23 | 24 | 25 |
| | Case Basis | | Bulk + IBNR | | Case Basis | | Bulk + IBNR | | | | | | |
| | 13 Direct and Assumed | 14 Ceded | 15 Direct and Assumed | 16 Ceded | 17 Direct and Assumed | 18 Ceded | 19 Direct and Assumed | 20 Ceded | 21 Direct and Assumed | 22 Ceded | Salvage and Subrogation Anticipated | Total Net Losses and Expenses Unpaid | Number of Claims Outstanding Direct and Assumed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 14,624 | (121) | 10,698 | (33) | 590 | | 864 | (745) | 14,952 | (13) | 6,033 | 42,639 | 1,453 |
| 2. 2016 | 7,485 | | 10,690 | | 526 | | 1,508 | | 2,743 | 1 | 21,022 | 22,952 | 1,358 |
| 3. 2017 | 488,164 | | (248,525) | (1) | 16,832 | | 2,270 | | 54,900 | | 382,693 | 313,642 | 106,056 |
| 4. Totals | 510,273 | (120) | (227,137) | (34) | 17,948 | | 4,642 | (745) | 72,596 | (12) | 409,748 | 379,233 | 108,867 |

| | Total Losses and Loss Expenses Incurred | | | Loss and Loss Expense Percentage (Incurred/Premiums Earned) | | | Nontabular Discount | | 34 | Net Balance Sheet Reserves After Discount | |
| | 26 Direct and Assumed | 27 Ceded | 28 Net | 29 Direct and Assumed | 30 Ceded | 31 Net | 32 Loss | 33 Loss Expense | Inter-Company Pooling Participation Percentage | 35 Losses Unpaid | 36 Loss Expenses Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 25,475 | 17,164 |
| 2. 2016 | 5,660,379 | 2 | 5,660,377 | 65.1 | 0.0 | 65.3 | | | | 18,175 | 4,777 |
| 3. 2017 | 5,781,942 | | 5,781,942 | 65.5 | 0.0 | 65.8 | | | | 239,639 | 74,002 |
| 4. Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 283,290 | 95,943 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 1K - FIDELITY/SURETY

($000 OMITTED)

| Years in Which Premiums Were Earned and Losses Were Incurred | Premiums Earned | | | Loss and Loss Expense Payments | | | | | | | | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | Loss Payments | | Defense and Cost Containment Payments | | Adjusting and Other Payments | | 10 | 11 | Number of Claims Reported Direct and Assumed |
| | | | | 4 | 5 | 6 | 7 | 8 | 9 | Salvage and Subrogation Received | Total Net Paid Cols (4 - 5 + 6 - 7 + 8 - 9) | |
| | Direct and Assumed | Ceded | Net (1 - 2) | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | |
| 1. Prior | XXX | XXX | XXX | (3) | (53) | 1 | | 9 | | 1 | 61 | XXX |
| 2. 2016 | 17 | | 17 | 15 | | | | 1 | | | 16 | XXX |
| 3. 2017 | 13 | | 13 | 10 | | | | 1 | | | 11 | XXX |
| 4. Totals | XXX | XXX | XXX | 22 | (53) | 1 | | 12 | | 1 | 89 | XXX |

| | Losses Unpaid | | | | Defense and Cost Containment Unpaid | | | | Adjusting and Other Unpaid | | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case Basis | | Bulk + IBNR | | Case Basis | | Bulk + IBNR | | | | | | Number of Claims Outstanding Direct and Assumed |
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | Salvage and Subrogation Anticipated | Total Net Losses and Expenses Unpaid | |
| | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | |
| 1. Prior | 68 | | 1 | | 3 | | | | 6 | | | 78 | 7 |
| 2. 2016 | | | | | | | | | 1 | | | 1 | |
| 3. 2017 | 58 | | | | 2 | | | | 1 | | | 61 | 1 |
| 4. Totals | 126 | | 1 | | 5 | | | | 8 | | | 140 | 8 |

| | Total Losses and Loss Expenses Incurred | | | Loss and Loss Expense Percentage (Incurred/Premiums Earned) | | | Nontabular Discount | | 34 | Net Balance Sheet Reserves After Discount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | Inter-Company Pooling Participation Percentage | 35 | 36 |
| | Direct and Assumed | Ceded | Net | Direct and Assumed | Ceded | Net | Loss | Loss Expense | | Losses Unpaid | Loss Expenses Unpaid |
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 69 | 9 |
| 2. 2016 | 17 | | 17 | 102.0 | | 102.0 | | | | | 1 |
| 3. 2017 | 72 | | 72 | 537.0 | | 537.1 | | | | 58 | 3 |
| 4. Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 127 | 13 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED
PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 1L - OTHER (INCLUDING CREDIT, ACCIDENT AND HEALTH)

($000 OMITTED)

| Years in Which Premiums Were Earned and Losses Were Incurred | Premiums Earned | | | Loss and Loss Expense Payments | | | | | | | | Number of Claims Reported Direct and Assumed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | Loss Payments | | Defense and Cost Containment Payments | | Adjusting and Other Payments | | 10 | 11 | 12 |
| | | | | 4 | 5 | 6 | 7 | 8 | 9 | Salvage and Subrogation Received | Total Net Paid Cols [4 - 5 + 6 - 7 + 8 - 9] | |
| | Direct and Assumed | Ceded | Net (1 - 2) | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | |
| 1. Prior | XXX | XXX | XXX | 21 | 21 | | | | | | | XXX |
| 2. 2016 | 6,771 | 6,771 | | 5,760 | 5,760 | | | | | | | XXX |
| 3. 2017 | 5,619 | 5,619 | | 4,401 | 4,401 | | | | | | | XXX |
| 4. Totals | XXX | XXX | XXX | 10,183 | 10,183 | | | | | | | XXX |

| | Losses Unpaid | | | | Defense and Cost Containment Unpaid | | | | Adjusting and Other Unpaid | | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case Basis | | Bulk + IBNR | | Case Basis | | Bulk + IBNR | | | | | | Number of Claims Outstanding Direct and Assumed |
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | Salvage and Subrogation Anticipated | Total Net Losses and Expenses Unpaid | |
| | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | |
| 1. Prior | | | 1,034 | 1,034 | | | | | | | | | |
| 2. 2016 | | | 1 | 1 | | | | | | | | | |
| 3. 2017 | 403 | 403 | (410) | (410) | | | | | | | | | |
| 4. Totals | 403 | 403 | 625 | 625 | | | | | | | | | |

| | Total Losses and Loss Expenses Incurred | | | Loss and Loss Expense Percentage (Incurred /Premiums Earned) | | | Nontabular Discount | | 34 | Net Balance Sheet Reserves After Discount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | Inter-Company Pooling Participation Percentage | 35 | 36 |
| | Direct and Assumed | Ceded | Net | Direct and Assumed | Ceded | Net | Loss | Loss Expense | | Losses Unpaid | Loss Expenses Unpaid |
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | | |
| 2. 2016 | 5,761 | 5,761 | | 85.1 | 85.1 | | | | | | |
| 3. 2017 | 4,394 | 4,394 | | 78.2 | 78.2 | | | | | | |
| 4. Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | | |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED
PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 1M - INTERNATIONAL
($000 OMITTED)

| Years in Which Premiums Were Earned and Losses Were Incurred | Premiums Earned | | | Loss and Loss Expense Payments | | | | | | | | Number of Claims Reported Direct and Assumed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | Loss Payments | | Defense and Cost Containment Payments | | Adjusting and Other Payments | | 10 | 11 | 12 |
| | | | | 4 | 5 | 6 | 7 | 8 | 9 | Salvage and Subrogation Received | Total Net Paid Cols (4 - 5 + 6 - 7 + 8 - 9) | |
| | Direct and Assumed | Ceded | Net (1 - 2) | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | |
| 1. Prior | XXX | XXX | XXX | | | | | | | | | XXX |
| 2. 2008 | | | | | | | | | | | | XXX |
| 3. 2009 | | | | | | | | | | | | XXX |
| 4. 2010 | | | | | | | | | | | | XXX |
| 5. 2011 | | | | | | | | | | | | XXX |
| 6. 2012 | | | | | | | | | | | | XXX |
| 7. 2013 | | | | | | | | | | | | XXX |
| 8. 2014 | | | | | | | | | | | | XXX |
| 9. 2015 | | | | | | | | | | | | XXX |
| 10. 2016 | | | | | | | | | | | | XXX |
| 11. 2017 | | | | | | | | | | | | XXX |
| 12. Totals | XXX | XXX | XXX | | | | | | | | | XXX |

NONE

| | Losses Unpaid | | | | Defense and Cost Containment Unpaid | | | | Adjusting and Other Unpaid | | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case Basis | | Bulk + IBNR | | Case Basis | | Bulk + IBNR | | | | Salvage and Subrogation Anticipated | Total Net Losses and Expenses Unpaid | Number of Claims Outstanding Direct and Assumed |
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | | | |
| | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | |
| 1. Prior | | | | | | | | | | | | | |
| 2. 2008 | | | | | | | | | | | | | |
| 3. 2009 | | | | | | | | | | | | | |
| 4. 2010 | | | | | | | | | | | | | |
| 5. 2011 | | | | | | | | | | | | | |
| 6. 2012 | | | | | | | | | | | | | |
| 7. 2013 | | | | | | | | | | | | | |
| 8. 2014 | | | | | | | | | | | | | |
| 9. 2015 | | | | | | | | | | | | | |
| 10. 2016 | | | | | | | | | | | | | |
| 11. 2017 | | | | | | | | | | | | | |
| 12. Totals | | | | | | | | | | | | | |

NONE

| | Total Losses and Loss Expenses Incurred | | | Loss and Loss Expense Percentage (Incurred /Premiums Earned) | | | Nontabular Discount | | 34 | Net Balance Sheet Reserves After Discount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | Inter-Company Pooling Participation Percentage | 35 | 36 |
| | Direct and Assumed | Ceded | Net | Direct and Assumed | Ceded | Net | Loss | Loss Expense | | Losses Unpaid | Loss Expenses Unpaid |
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | | |
| 2. 2008 | | | | | | | | | | | |
| 3. 2009 | | | | | | | | | | | |
| 4. 2010 | | | | | | | | | | | |
| 5. 2011 | | | | | | | | | | | |
| 6. 2012 | | | | | | | | | | | |
| 7. 2013 | | | | | | | | | | | |
| 8. 2014 | | | | | | | | | | | |
| 9. 2015 | | | | | | | | | | | |
| 10. 2016 | | | | | | | | | | | |
| 11. 2017 | | | | | | | | | | | |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | | |

NONE

49

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 1N - REINSURANCE - NONPROPORTIONAL ASSUMED PROPERTY
($000 OMITTED)

| Years in Which Premiums Were Earned and Losses Were Incurred | Premiums Earned | | | Loss and Loss Expense Payments | | | | | | | | Number of Claims Reported Direct and Assumed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | Loss Payments | | Defense and Cost Containment Payments | | Adjusting and Other Payments | | 10 | 11 | 12 |
| | | | | 4 | 5 | 6 | 7 | 8 | 9 | Salvage and Subrogation Received | Total Net Paid Cols (4 - 5 + 6 - 7 + 8 - 9) | |
| | Direct and Assumed | Ceded | Net (1 - 2) | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | |
| 1. Prior | XXX | XXX | XXX | 4 | | | | | | | 4 | XXX |
| 2. 2008 | | | | | | | | | | | | XXX |
| 3. 2009 | | | | | | | | | | | | XXX |
| 4. 2010 | | | | | | | | | | | | XXX |
| 5. 2011 | | | | | | | | | | | | XXX |
| 6. 2012 | | | | | | | | | | | | XXX |
| 7. 2013 | | | | | | | | | | | | XXX |
| 8. 2014 | | | | | | | | | | | | XXX |
| 9. 2015 | | | | | | | | | | | | XXX |
| 10. 2016 | | | | | | | | | | | | XXX |
| 11. 2017 | | | | | | | | | | | | XXX |
| 12. Totals | XXX | XXX | XXX | 4 | | | | | | | 4 | XXX |

| | Losses Unpaid | | | | Defense and Cost Containment Unpaid | | | | Adjusting and Other Unpaid | | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case Basis | | Bulk + IBNR | | Case Basis | | Bulk + IBNR | | | | Salvage and Subrogation Anticipated | Total Net Losses and Expenses Unpaid | Number of Claims Outstanding Direct and Assumed |
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | | | |
| | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | |
| 1. Prior | 85 | | 76 | | 1 | | 1 | | | | | 163 | XXX |
| 2. 2008 | | | | | | | | | | | | | XXX |
| 3. 2009 | | | | | | | | | | | | | XXX |
| 4. 2010 | | | | | | | | | | | | | XXX |
| 5. 2011 | | | | | | | | | | | | | XXX |
| 6. 2012 | | | | | | | | | | | | | XXX |
| 7. 2013 | | | | | | | | | | | | | XXX |
| 8. 2014 | | | | | | | | | | | | | XXX |
| 9. 2015 | | | | | | | | | | | | | XXX |
| 10. 2016 | | | | | | | | | | | | | XXX |
| 11. 2017 | | | | | | | | | | | | | XXX |
| 12. Totals | 85 | | 76 | | 1 | | 1 | | | | | 163 | XXX |

| | Total Losses and Loss Expenses Incurred | | | Loss and Loss Expense Percentage (Incurred /Premiums Earned) | | | Nontabular Discount | | 34 | Net Balance Sheet Reserves After Discount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | Inter-Company Pooling Participation Percentage | 35 | 36 |
| | Direct and Assumed | Ceded | Net | Direct and Assumed | Ceded | Net | Loss | Loss Expense | | Losses Unpaid | Loss Expenses Unpaid |
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 161 | 2 |
| 2. 2008 | | | | | | | | | | | |
| 3. 2009 | | | | | | | | | | | |
| 4. 2010 | | | | | | | | | | | |
| 5. 2011 | | | | | | | | | | | |
| 6. 2012 | | | | | | | | | | | |
| 7. 2013 | | | | | | | | | | | |
| 8. 2014 | | | | | | | | | | | |
| 9. 2015 | | | | | | | | | | | |
| 10. 2016 | | | | | | | | | | | |
| 11. 2017 | | | | | | | | | | | |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 161 | 2 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 1O - REINSURANCE - NONPROPORTIONAL ASSUMED LIABILITY
($000 OMITTED)

| Years in Which Premiums Were Earned and Losses Were Incurred | Premiums Earned | | | Loss and Loss Expense Payments | | | | | | | | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | Loss Payments | | Defense and Cost Containment Payments | | Adjusting and Other Payments | | 10 | 11 | Number of Claims Reported Direct and Assumed |
| | | | | 4 | 5 | 6 | 7 | 8 | 9 | Salvage and Subrogation Received | Total Net Paid Cols (4 - 5 + 6 - 7 + 8 - 9) | |
| | Direct and Assumed | Ceded | Net (1 - 2) | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | |
| 1. Prior | XXX | XXX | XXX | 176 | | 13 | | | | | 189 | XXX |
| 2. 2008 | | | | | | | | | | | | XXX |
| 3. 2009 | | | | | | | | | | | | XXX |
| 4. 2010 | | | | | | | | | | | | XXX |
| 5. 2011 | | | | (84) | | | | | | | (84) | XXX |
| 6. 2012 | | | | | | | | | | | | XXX |
| 7. 2013 | | | | | | | | | | | | XXX |
| 8. 2014 | | | | | | | | | | | | XXX |
| 9. 2015 | | | | | | | | | | | | XXX |
| 10. 2016 | | | | | | | | | | | | XXX |
| 11. 2017 | | | | | | | | | | | | XXX |
| 12. Totals | XXX | XXX | XXX | 93 | | 13 | | | | | 105 | XXX |

| | Losses Unpaid | | | | Defense and Cost Containment Unpaid | | | | Adjusting and Other Unpaid | | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case Basis | | Bulk + IBNR | | Case Basis | | Bulk + IBNR | | | | Salvage and Subrogation Anticipated | Total Net Losses and Expenses Unpaid | Number of Claims Outstanding Direct and Assumed |
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | | | |
| | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | |
| 1. Prior | 1,964 | | 779 | | 9 | | 9 | | | | | 2,761 | XXX |
| 2. 2008 | | | | | | | | | | | | | XXX |
| 3. 2009 | | | | | | | | | | | | | XXX |
| 4. 2010 | | | | | | | | | | | | | XXX |
| 5. 2011 | | | | | | | | | | | | | XXX |
| 6. 2012 | | | | | | | | | | | | | XXX |
| 7. 2013 | | | | | | | | | | | | | XXX |
| 8. 2014 | | | | | | | | | | | | | XXX |
| 9. 2015 | | | | | | | | | | | | | XXX |
| 10. 2016 | | | | | | | | | | | | | XXX |
| 11. 2017 | | | | | | | | | | | | | XXX |
| 12. Totals | 1,964 | | 779 | | 9 | | 9 | | | | | 2,761 | XXX |

| | Total Losses and Loss Expenses Incurred | | | Loss and Loss Expense Percentage (Incurred /Premiums Earned) | | | Nontabular Discount | | 34 | Net Balance Sheet Reserves After Discount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | Inter-Company Pooling Participation Percentage | 35 | 36 |
| | Direct and Assumed | Ceded | Net | Direct and Assumed | Ceded | Net | Loss | Loss Expense | | Losses Unpaid | Loss Expenses Unpaid |
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 2,743 | 18 |
| 2. 2008 | | | | | | | | | | | |
| 3. 2009 | | | | | | | | | | | |
| 4. 2010 | | | | | | | | | | | |
| 5. 2011 | (84) | | (84) | | | | | | | | |
| 6. 2012 | | | | | | | | | | | |
| 7. 2013 | | | | | | | | | | | |
| 8. 2014 | | | | | | | | | | | |
| 9. 2015 | | | | | | | | | | | |
| 10. 2016 | | | | | | | | | | | |
| 11. 2017 | | | | | | | | | | | |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 2,743 | 18 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 1P - REINSURANCE - NONPROPORTIONAL ASSUMED FINANCIAL LINES
($000 OMITTED)

| Years in Which Premiums Were Earned and Losses Were Incurred | Premiums Earned | | | Loss and Loss Expense Payments | | | | | | | | Number of Claims Reported Direct and Assumed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | Loss Payments | | Defense and Cost Containment Payments | | Adjusting and Other Payments | | 10 | 11 | 12 |
| | | | | 4 | 5 | 6 | 7 | 8 | 9 | Salvage and Subrogation Received | Total Net Paid Cols (4 - 5 + 6 - 7 + 8 - 9) | |
| | Direct and Assumed | Ceded | Net (1 - 2) | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | |
| 1. Prior | XXX | XXX | XXX | | | | | | | | | XXX |
| 2. 2008 | | | | | | | | | | | | XXX |
| 3. 2009 | | | | | | | | | | | | XXX |
| 4. 2010 | | | | | | | | | | | | XXX |
| 5. 2011 | | | | | | | | | | | | XXX |
| 6. 2012 | | | | | | | | | | | | XXX |
| 7. 2013 | | | | | | | | | | | | XXX |
| 8. 2014 | | | | | | | | | | | | XXX |
| 9. 2015 | | | | | | | | | | | | XXX |
| 10. 2016 | | | | | | | | | | | | XXX |
| 11. 2017 | | | | | | | | | | | | XXX |
| 12. Totals | XXX | XXX | XXX | | | | | | | | | XXX |

NONE

| | Losses Unpaid | | | | Defense and Cost Containment Unpaid | | | | Adjusting and Other Unpaid | | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case Basis | | Bulk + IBNR | | Case Basis | | Bulk + IBNR | | 21 | 22 | Salvage and Subrog-ation Anticipated | Total Net Losses and Expenses Unpaid | Number of Claims Outstand-ing Direct and Assumed |
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Direct and Assumed | Ceded | | | |
| | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | | | |
| 1. Prior | | | | | | | | | | | | | XXX |
| 2. 2008 | | | | | | | | | | | | | XXX |
| 3. 2009 | | | | | | | | | | | | | XXX |
| 4. 2010 | | | | | | | | | | | | | XXX |
| 5. 2011 | | | | | | | | | | | | | XXX |
| 6. 2012 | | | | | | | | | | | | | XXX |
| 7. 2013 | | | | | | | | | | | | | XXX |
| 8. 2014 | | | | | | | | | | | | | XXX |
| 9. 2015 | | | | | | | | | | | | | XXX |
| 10. 2016 | | | | | | | | | | | | | XXX |
| 11. 2017 | | | | | | | | | | | | | XXX |
| 12. Totals | | | | | | | | | | | | | XXX |

NONE

| | Total Losses and Loss Expenses Incurred | | | Loss and Loss Expense Percentage (Incurred /Premiums Earned) | | | Nontabular Discount | | 34 | Net Balance Sheet Reserves After Discount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | Inter-Company Pooling Participation Percentage | 35 | 36 |
| | Direct and Assumed | Ceded | Net | Direct and Assumed | Ceded | Net | Loss | Loss Expense | | Losses Unpaid | Loss Expenses Unpaid |
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | | |
| 2. 2008 | | | | | | | | | | | |
| 3. 2009 | | | | | | | | | | | |
| 4. 2010 | | | | | | | | | | | |
| 5. 2011 | | | | | | | | | | | |
| 6. 2012 | | | | | | | | | | | |
| 7. 2013 | | | | | | | | | | | |
| 8. 2014 | | | | | | | | | | | |
| 9. 2015 | | | | | | | | | | | |
| 10. 2016 | | | | | | | | | | | |
| 11. 2017 | | | | | | | | | | | |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | | |

NONE

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 1R - SECTION 1 - PRODUCTS LIABILITY - OCCURRENCE
($000 OMITTED)

| Years in Which Premiums Were Earned and Losses Were Incurred | Premiums Earned | | | Loss and Loss Expense Payments | | | | | | | | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | Loss Payments | | Defense and Cost Containment Payments | | Adjusting and Other Payments | | 10 | 11 | Number of Claims Reported Direct and Assumed |
| | | | | 4 | 5 | 6 | 7 | 8 | 9 | | | |
| | Direct and Assumed | Ceded | Net (1 - 2) | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Salvage and Subrogation Received | Total Net Paid Cols (4 - 5 + 6 - 7 + 8 - 9) | |
| 1. Prior | XXX | XXX | XXX | 100,443 | 36,108 | 46,700 | 16,193 | 10,077 | | | 104,920 | XXX |
| 2. 2008 | 1,758 | 92 | 1,666 | 347 | 35 | 45 | | 121 | | | 478 | 73 |
| 3. 2009 | 1,628 | 666 | 962 | 1,397 | | 84 | | 107 | | 1 | 1,568 | 62 |
| 4. 2010 | 1,350 | 7 | 1,343 | 46 | | 16 | | 22 | | | 85 | 34 |
| 5. 2011 | 1,033 | 30 | 1,003 | 479 | | 38 | | 27 | | 1 | 544 | 32 |
| 6. 2012 | 971 | | 971 | 56 | 1 | 14 | | 26 | | | 94 | 23 |
| 7. 2013 | 1,171 | 22 | 1,149 | 129 | | 69 | | 150 | | | 348 | 31 |
| 8. 2014 | 1,336 | | 1,336 | 249 | | 87 | | 41 | | | 377 | 38 |
| 9. 2015 | 1,266 | | 1,266 | 465 | | 19 | | 35 | | | 519 | 23 |
| 10. 2016 | 591 | | 591 | 50 | | 49 | | 8 | | | 106 | 16 |
| 11. 2017 | 748 | | 748 | 26 | | | | 2 | | | 28 | 10 |
| 12. Totals | XXX | XXX | XXX | 103,687 | 36,144 | 47,100 | 16,193 | 10,616 | | 2 | 109,066 | XXX |

| | Losses Unpaid | | | | Defense and Cost Containment Unpaid | | | | Adjusting and Other Unpaid | | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case Basis | | Bulk + IBNR | | Case Basis | | Bulk + IBNR | | | | Salvage and Subrogation Anticipated | Total Net Losses and Expenses Unpaid | Number of Claims Outstanding Direct and Assumed |
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | | | |
| | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | |
| 1. Prior | 566,022 | 204,894 | 538,706 | 103,364 | 176,719 | 82,933 | 83,120 | 22,687 | 51,618 | 225 | | 1,002,082 | 1,634 |
| 2. 2008 | 10 | | | | 2 | | | | 4 | | | 17 | 1 |
| 3. 2009 | | | 1 | | | | | | 3 | | | 5 | |
| 4. 2010 | | | 53 | | | | 12 | | 10 | | | 74 | |
| 5. 2011 | | | 159 | | | | 34 | | 22 | | | 215 | 1 |
| 6. 2012 | 6 | | 211 | | 1 | | 46 | | 29 | | | 293 | 1 |
| 7. 2013 | 159 | | 235 | | 37 | | 61 | | 47 | | | 529 | 4 |
| 8. 2014 | 119 | | 359 | | 28 | | 78 | | 57 | | | 640 | 1 |
| 9. 2015 | 46 | | 321 | | 11 | | 70 | | 46 | | | 494 | 3 |
| 10. 2016 | 189 | | 219 | | 44 | | 47 | | 48 | | | 548 | 1 |
| 11. 2017 | 8 | | 257 | | 2 | | 56 | | 42 | | | 365 | 5 |
| 12. Totals | 566,561 | 204,894 | 540,521 | 103,364 | 176,844 | 82,933 | 83,514 | 22,687 | 51,925 | 225 | | 1,005,263 | 1,651 |

| | Total Losses and Loss Expenses Incurred | | | Loss and Loss Expense Percentage (Incurred / Premiums Earned) | | | Nontabular Discount | | 34 | Net Balance Sheet Reserves After Discount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | Inter-Company Pooling Participation Percentage | 35 | 36 |
| | Direct and Assumed | Ceded | Net | Direct and Assumed | Ceded | Net | Loss | Loss Expense | | Losses Unpaid | Loss Expenses Unpaid |
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 796,470 | 205,612 |
| 2. 2008 | 530 | 35 | 495 | 30.1 | 37.8 | 29.7 | | | | 10 | 7 |
| 3. 2009 | 1,573 | | 1,573 | 96.6 | | 163.4 | | | | 1 | 4 |
| 4. 2010 | 159 | | 159 | 11.8 | | 11.8 | | | | 53 | 21 |
| 5. 2011 | 759 | | 759 | 73.5 | | 75.7 | | | | 159 | 56 |
| 6. 2012 | 389 | 1 | 388 | 40.1 | (3,965,000.0) | 39.9 | | | | 218 | 76 |
| 7. 2013 | 876 | | 876 | 74.8 | | 76.3 | | | | 394 | 135 |
| 8. 2014 | 1,017 | | 1,017 | 76.1 | | 76.1 | | | | 478 | 163 |
| 9. 2015 | 1,013 | | 1,013 | 80.0 | | 80.0 | | | | 568 | 126 |
| 10. 2016 | 654 | | 654 | 110.6 | | 110.6 | | | | 406 | 140 |
| 11. 2017 | 393 | | 393 | 52.6 | | 52.6 | | | | 265 | 100 |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | 798,825 | 206,438 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED
PROPERTY/CASUALTY INSURERS

Schedule P - Part 1R - Section 2 - Products Liability - Claims-Made

# N O N E

Schedule P - Part 1S - Financial Guaranty/Mortgage Guaranty

# N O N E

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED
PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 1T - WARRANTY
($000 OMITTED)

| Years in Which Premiums Were Earned and Losses Were Incurred | Premiums Earned | | | Loss and Loss Expense Payments | | | | | | | | | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | Loss Payments | | Defense and Cost Containment Payments | | Adjusting and Other Payments | | 10 | 11 | | Number of Claims Reported Direct and Assumed |
| | | | | 4 | 5 | 6 | 7 | 8 | 9 | Salvage and Subrogation Received | Total Net Paid Cols (4 - 5 + 6 - 7 + 8 - 9) | | |
| | Direct and Assumed | Ceded | Net (1 - 2) | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | | |
| 1.  Prior | XXX | XXX | XXX | | | | | | | | | | XXX |
| 2.  2016 | 215 | 215 | | 105 | 105 | | | | | | | | 15 |
| 3.  2017 | 658 | 80 | 578 | 38 | 38 | | | | | | | | 6 |
| 4.  Totals | XXX | XXX | XXX | 144 | 144 | | | | | | | | XXX |

| | Losses Unpaid | | | | Defense and Cost Containment Unpaid | | | | Adjusting and Other Unpaid | | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case Basis | | Bulk + IBNR | | Case Basis | | Bulk + IBNR | | | | Salvage and Subrog- ation Anticipated | Total Net Losses and Expenses Unpaid | Number of Claims Outstand- ing Direct and Assumed |
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | | | |
| | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | Direct and Assumed | Ceded | | | |
| 1.  Prior | | | | | | | | | | | | | |
| 2.  2016 | | | | | | | | | | | | | |
| 3.  2017 | 2 | 2 | | | | | | | | | | | |
| 4.  Totals | 2 | 2 | | | | | | | | | | | |

| | Total Losses and Loss Expenses Incurred | | | Loss and Loss Expense Percentage (Incurred /Premiums Earned) | | | Nontabular Discount | | 34 | Net Balance Sheet Reserves After Discount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | Inter-Company Pooling Participation Percentage | 35 | 36 |
| | Direct and Assumed | Ceded | Net | Direct and Assumed | Ceded | Net | Loss | Loss Expense | | Losses Unpaid | Loss Expenses Unpaid |
| 1.  Prior | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | | |
| 2.  2016 | 105 | 105 | | 49.1 | 49.1 | | | | | | |
| 3.  2017 | 40 | 40 | | 6.1 | 50.3 | | | | | | |
| 4.  Totals | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | | |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 2A - HOMEOWNERS/FARMOWNERS

| Years in Which Losses Were Incurred | INCURRED NET LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | | DEVELOPMENT | |
| | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 | 11 One Year | 12 Two Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 1,010,722 | 921,654 | 949,818 | 1,022,749 | 1,000,956 | 971,769 | 946,739 | 919,505 | 912,946 | 907,663 | (5,283) | (11,843) |
| 2. 2008 | 5,123,413 | 5,015,685 | 5,004,200 | 4,994,097 | 4,983,896 | 4,972,306 | 4,971,199 | 4,970,629 | 4,970,014 | 4,968,324 | (1,690) | (2,305) |
| 3. 2009 | XXX | 4,485,357 | 4,493,276 | 4,429,414 | 4,410,022 | 4,399,809 | 4,394,878 | 4,390,411 | 4,389,548 | 4,387,395 | (2,152) | (3,015) |
| 4. 2010 | XXX | XXX | 4,513,807 | 4,469,395 | 4,416,695 | 4,400,742 | 4,398,778 | 4,400,327 | 4,390,955 | 4,387,375 | (3,581) | (12,552) |
| 5. 2011 | XXX | XXX | XXX | 5,546,678 | 5,399,445 | 5,361,817 | 5,353,291 | 5,339,151 | 5,327,637 | 5,318,088 | (9,548) | (21,043) |
| 6. 2012 | XXX | XXX | XXX | XXX | 4,026,652 | 4,103,588 | 4,109,696 | 4,080,182 | 4,064,660 | 4,046,236 | (18,424) | (43,926) |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 3,215,888 | 3,280,189 | 3,280,175 | 3,260,270 | 3,236,260 | (23,990) | (43,894) |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 3,758,984 | 3,810,162 | 3,810,828 | 3,777,308 | (33,520) | (32,854) |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 3,747,443 | 3,810,612 | 3,744,107 | (66,505) | (33,335) |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 4,118,705 | 4,158,768 | 40,062 | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 4,641,577 | XXX | XXX |
| | | | | | | | | | | 12. Totals | (124,632) | (175,167) |

## SCHEDULE P - PART 2B - PRIVATE PASSENGER AUTO LIABILITY/MEDICAL

| | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 | 11 One Year | 12 Two Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 5,020,116 | 5,127,250 | 5,049,125 | 5,124,400 | 5,134,943 | 5,074,639 | 5,042,947 | 5,117,628 | 5,139,997 | 5,204,690 | 64,692 | 87,062 |
| 2. 2008 | 6,458,096 | 6,506,233 | 6,573,999 | 6,555,022 | 6,555,783 | 6,539,617 | 6,535,350 | 6,531,011 | 6,512,206 | 6,522,347 | 10,141 | (6,864) |
| 3. 2009 | XXX | 6,818,002 | 6,901,000 | 6,811,962 | 6,792,308 | 6,748,495 | 6,785,976 | 6,758,050 | 6,760,765 | 6,761,249 | 484 | 3,190 |
| 4. 2010 | XXX | XXX | 7,326,634 | 7,131,964 | 7,077,122 | 7,075,639 | 7,021,911 | 7,003,769 | 7,013,666 | 6,999,575 | (14,190) | (4,093) |
| 5. 2011 | XXX | XXX | XXX | 7,095,981 | 6,995,585 | 6,986,252 | 6,942,257 | 6,922,067 | 6,909,425 | 6,890,670 | (18,754) | (31,397) |
| 6. 2012 | XXX | XXX | XXX | XXX | 7,016,861 | 7,012,721 | 6,964,305 | 6,956,892 | 6,943,408 | 6,904,317 | (38,091) | (52,575) |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 7,156,921 | 7,177,584 | 7,228,209 | 7,198,507 | 7,143,885 | (54,620) | (84,323) |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 7,528,214 | 7,633,570 | 7,605,219 | 7,546,895 | (58,324) | (86,675) |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 8,448,858 | 8,413,996 | 8,379,088 | (34,908) | (69,769) |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 8,686,415 | 8,528,319 | (158,096) | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 8,195,061 | XXX | XXX |
| | | | | | | | | | | 12. Totals | (302,667) | (247,245) |

## SCHEDULE P - PART 2C - COMMERCIAL AUTO/TRUCK LIABILITY/MEDICAL

| | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 | 11 One Year | 12 Two Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 343,684 | 319,890 | 317,575 | 314,079 | 308,676 | 305,969 | 301,123 | 298,962 | 299,291 | 304,010 | 4,719 | 5,048 |
| 2. 2008 | 189,917 | 179,837 | 179,501 | 172,334 | 171,483 | 171,302 | 171,256 | 171,986 | 173,430 | 173,952 | 522 | 1,966 |
| 3. 2009 | XXX | 175,887 | 180,722 | 173,765 | 170,523 | 170,118 | 172,571 | 173,769 | 174,858 | 176,359 | 1,501 | 2,590 |
| 4. 2010 | XXX | XXX | 195,655 | 207,089 | 191,062 | 187,373 | 185,417 | 189,318 | 190,711 | 194,007 | 3,296 | 4,689 |
| 5. 2011 | XXX | XXX | XXX | 187,445 | 188,433 | 184,005 | 180,208 | 181,352 | 184,884 | 186,463 | 1,579 | 5,111 |
| 6. 2012 | XXX | XXX | XXX | XXX | 165,366 | 161,227 | 149,224 | 150,455 | 153,593 | 156,578 | 2,985 | 6,123 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 160,036 | 171,561 | 171,792 | 180,084 | 179,396 | (688) | 7,604 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 165,312 | 180,103 | 197,257 | 192,717 | (4,540) | 12,614 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 193,420 | 206,017 | 213,735 | 7,718 | 20,318 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 212,346 | 213,304 | 958 | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 188,427 | XXX | XXX |
| | | | | | | | | | | 12. Totals | 18,051 | 66,060 |

## SCHEDULE P - PART 2D - WORKERS' COMPENSATION (EXCLUDING EXCESS WORKERS' COMPENSATION)

| | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 | 11 One Year | 12 Two Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 131,040 | 130,193 | 133,240 | 141,041 | 144,239 | 142,552 | 141,068 | 142,548 | 135,869 | 135,939 | 70 | (6,609) |
| 2. 2008 | | | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | | | |
| 4. 2010 | XXX | XXX | 2 | 3 | 2 | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | XXX | XXX |
| | | | | | | | | | | 12. Totals | 70 | (6,609) |

## SCHEDULE P - PART 2E - COMMERCIAL MULTIPLE PERIL

| | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 | 11 One Year | 12 Two Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 231,509 | 258,060 | 279,582 | 277,691 | 296,991 | 292,234 | 312,605 | 331,785 | 372,776 | 389,562 | 16,786 | 57,777 |
| 2. 2008 | 398,199 | 397,960 | 383,351 | 392,791 | 385,201 | 385,346 | 385,057 | 375,462 | 373,292 | 374,336 | 1,044 | (1,127) |
| 3. 2009 | XXX | 378,632 | 388,256 | 390,860 | 380,884 | 379,957 | 375,639 | 363,305 | 363,051 | 361,318 | 265 | (1,987) |
| 4. 2010 | XXX | XXX | 395,451 | 424,012 | 412,725 | 402,543 | 405,073 | 390,284 | 390,406 | 388,758 | (1,648) | (1,526) |
| 5. 2011 | XXX | XXX | XXX | 452,713 | 450,536 | 443,807 | 448,737 | 433,060 | 427,379 | 427,368 | (11) | (5,692) |
| 6. 2012 | XXX | XXX | XXX | XXX | 322,931 | 335,455 | 328,309 | 325,007 | 320,530 | 316,434 | (4,096) | (8,573) |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 290,202 | 295,777 | 306,688 | 299,757 | 290,204 | (9,553) | (16,464) |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 329,049 | 349,965 | 349,018 | 350,849 | 1,831 | 854 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 347,147 | 359,000 | 364,753 | 5,763 | 17,586 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 368,547 | 372,984 | 4,437 | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 346,112 | XXX | XXX |
| | | | | | | | | | | 12. Totals | 14,809 | 40,838 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

### SCHEDULE P - PART 2F - SECTION 1 - MEDICAL PROFESSIONAL LIABILITY - OCCURRENCE

| Years in Which Losses Were Incurred | INCURRED NET LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | | DEVELOPMENT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 | 11 One Year | 12 Two Year |
| 1. Prior | 1,158 | 108 | 72 | (321) | (387) | (410) | (309) | (273) | (27) | 102 | 129 | 375 |
| 2. 2008 | | | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | XXX | XXX |
| | | | | | | | | | | 12. Totals | 129 | 375 |

### SCHEDULE P - PART 2F - SECTION 2 - MEDICAL PROFESSIONAL LIABILITY - CLAIMS-MADE

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | | | | | | | | | | | | |
| 2. 2008 | | | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | XXX | XXX |
| | | | | | | | | | | 12. Totals | | |

**NONE**

### SCHEDULE P - PART 2G - SPECIAL LIABILITY (OCEAN MARINE, AIRCRAFT (ALL PERILS), BOILER AND MACHINERY)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 4,375 | 3,751 | 3,257 | 4,431 | 5,859 | 5,601 | 5,295 | 4,761 | 4,522 | 5,046 | 524 | 385 |
| 2. 2008 | 16,830 | 13,506 | 12,818 | 12,217 | 11,990 | 11,975 | 11,996 | 11,976 | 11,972 | 11,972 | | (4) |
| 3. 2009 | XXX | 1,790 | 1,783 | 1,799 | 1,780 | 1,815 | 1,783 | 1,783 | 1,779 | 1,779 | | (4) |
| 4. 2010 | XXX | XXX | 2,231 | 2,138 | 2,197 | 2,198 | 2,224 | 2,181 | 2,192 | 2,205 | 13 | 24 |
| 5. 2011 | XXX | XXX | XXX | 1,813 | 1,649 | 1,663 | 1,700 | 1,686 | 1,657 | 1,662 | 14 | (4) |
| 6. 2012 | XXX | XXX | XXX | XXX | 2,175 | 2,057 | 2,069 | 2,127 | 2,115 | 2,138 | 23 | 11 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 1,882 | 1,786 | 1,914 | 1,924 | 1,821 | (104) | (93) |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 2,159 | 2,048 | 2,086 | 2,102 | 17 | 54 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 2,334 | 2,287 | 2,270 | (17) | (64) |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 2,964 | 2,398 | (566) | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 7,536 | XXX | XXX |
| | | | | | | | | | | 12. Totals | (96) | 205 |

### SCHEDULE P - PART 2H - SECTION 1 - OTHER LIABILITY - OCCURRENCE

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 412,336 | 583,119 | 684,525 | 750,452 | 831,182 | 904,690 | 968,237 | 955,000 | 952,635 | 968,286 | 15,650 | 13,286 |
| 2. 2008 | 229,686 | 208,811 | 196,572 | 195,542 | 194,421 | 198,422 | 196,280 | 194,113 | 194,151 | 194,281 | 130 | 168 |
| 3. 2009 | XXX | 168,423 | 157,384 | 152,125 | 155,628 | 155,582 | 157,004 | 156,443 | 156,244 | 156,977 | 733 | 534 |
| 4. 2010 | XXX | XXX | 173,280 | 165,976 | 154,633 | 154,018 | 145,436 | 150,318 | 150,527 | 153,299 | 2,772 | 2,981 |
| 5. 2011 | XXX | XXX | XXX | 188,443 | 190,830 | 175,783 | 191,847 | 180,712 | 185,914 | 187,062 | 1,148 | 6,351 |
| 6. 2012 | XXX | XXX | XXX | XXX | 190,943 | 196,085 | 176,137 | 193,069 | 200,076 | 203,542 | 3,466 | 10,472 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 182,538 | 188,783 | 192,014 | 190,303 | 190,472 | 169 | (1,542) |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 203,243 | 204,139 | 203,673 | 196,059 | (7,614) | (8,080) |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 217,575 | 220,597 | 220,731 | 133 | 3,156 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 208,342 | 201,159 | (7,183) | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 208,928 | XXX | XXX |
| | | | | | | | | | | 12. Totals | 9,404 | 27,326 |

### SCHEDULE P - PART 2H - SECTION 2 - OTHER LIABILITY - CLAIMS-MADE

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | | | | | | | | | | | | |
| 2. 2008 | | | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | XXX | XXX |
| | | | | | | | | | | 12. Totals | | |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 2I - SPECIAL PROPERTY (FIRE, ALLIED LINES, INLAND MARINE, EARTHQUAKE, BURGLARY, AND THEFT)

| Years in Which Losses Were Incurred | INCURRED NET LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | | DEVELOPMENT | |
| | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 | 11 One Year | 12 Two Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 31,816 | 28,688 | 27,423 | (1,265) | (4,393) |
| 2. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 102,861 | 99,676 | (3,185) | XXX |
| 3. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 101,519 | XXX | XXX |
| 4. Totals | | | | | | | | | | | (4,449) | (4,393) |

## SCHEDULE P - PART 2J - AUTO PHYSICAL DAMAGE

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 166,024 | 166,040 | 160,493 | (7,547) | (5,532) |
| 2. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 5,042,421 | 4,971,944 | (70,477) | XXX |
| 3. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 5,020,878 | XXX | XXX |
| 4. Totals | | | | | | | | | | | (78,024) | (5,532) |

## SCHEDULE P - PART 2K - FIDELITY/SURETY

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 89 | 89 | 142 | 53 | 54 |
| 2. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 10 | 15 | 5 | XXX |
| 3. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 70 | XXX | XXX |
| 4. Totals | | | | | | | | | | | 58 | 54 |

## SCHEDULE P - PART 2L - OTHER (INCLUDING CREDIT, ACCIDENT AND HEALTH)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | | |
| 2. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | XXX |
| 3. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | XXX | XXX |
| 4. Totals | | | | | | | | | | | | |

## SCHEDULE P - PART 2M - INTERNATIONAL

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | | | | | | | | | | | | |
| 2. 2008 | | | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | | | | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | | | | | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | XXX | XXX |
| 12. Totals | | | | | | | | | | | XXX | XXX |

NONE

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 2N - REINSURANCE
## NONPROPORTIONAL ASSUMED PROPERTY

| Years in Which Losses Were Incurred | INCURRED NET LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | | DEVELOPMENT | |
| | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 | 11 One Year | 12 Two Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 403 | 599 | 410 | 383 | 463 | 460 | 420 | 186 | 195 | 262 | 68 | 77 |
| 2. 2008 | | | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | XXX | XXX |
| 12. Totals | | | | | | | | | | | 68 | 77 |

## SCHEDULE P - PART 2O - REINSURANCE
## NONPROPORTIONAL ASSUMED LIABILITY

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 8,194 | 8,441 | 6,742 | 6,559 | 7,261 | 7,471 | 7,447 | 5,972 | 6,498 | 6,019 | (479) | 47 |
| 2. 2008 | | | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | (84) | (84) | (84) | (84) | (84) | (84) | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | XXX | XXX |
| 12. Totals | | | | | | | | | | | (479) | 47 |

## SCHEDULE P - PART 2P - REINSURANCE
## NONPROPORTIONAL ASSUMED FINANCIAL LINES

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | | | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | | |
| 2. 2008 | | | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | XXX | XXX |
| 12. Totals | | | | | | | | | | | | |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 2R - SECTION 1 - PRODUCTS LIABILITY - OCCURENCE

| Years in Which Losses Were Incurred | INCURRED NET LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | | DEVELOPMENT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 | 11 One Year | 12 Two Year |
| 1. Prior | 1,289,298 | 1,285,594 | 1,267,775 | 1,283,966 | 1,305,955 | 1,404,161 | 1,447,152 | 1,488,536 | 1,548,389 | 1,628,364 | 79,975 | 139,829 |
| 2. 2008 | 1,024 | 1,124 | 909 | 1,198 | 1,122 | 863 | 764 | 452 | 388 | 370 | (18) | (83) |
| 3. 2009 | XXX | 561 | 2,043 | 2,282 | 2,257 | 1,936 | 1,973 | 1,672 | 1,560 | 1,462 | (98) | (210) |
| 4. 2010 | XXX | XXX | 717 | 1,036 | 827 | 621 | 758 | 352 | 256 | 127 | (132) | (225) |
| 5. 2011 | XXX | XXX | XXX | 1,673 | 964 | 939 | 1,097 | 774 | 727 | 710 | (17) | (64) |
| 6. 2012 | XXX | XXX | XXX | XXX | 705 | 646 | 512 | 573 | 371 | 334 | (37) | (40) |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 638 | 722 | 617 | 702 | 680 | (21) | 63 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 460 | 905 | 953 | 919 | (34) | 14 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 769 | 855 | 932 | 77 | 163 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 660 | 598 | (62) | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 349 | XXX | XXX |
| | | | | | | | | | | 12. Totals | 79,634 | 139,447 |

## SCHEDULE P - PART 2R - SECTION 2 - PRODUCTS LIABILITY - CLAIMS-MADE



| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | | | | | | | | | | | | |
| 2. 2008 | | | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | | | | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | | XXX | | | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | XXX | XXX |
| | | | | | | | | | | 12. Totals | | |

## SCHEDULE P - PART 2S - FINANCIAL GUARANTY/MORTGAGE GUARANTY

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | XXX | | | | | | | | |
| 2. 2016 | XXX | XXX | XXX | XXX | | | | XXX | | | | XXX |
| 3. 2017 | XXX | XXX | XXX | XXX | XX | | | XXX | XXX | | XXX | XXX |
| | | | | | | | | | | 4. Totals | | |

## SCHEDULE P - PART 2T - WARRANTY

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | XXX | | XX | | | | | | |
| 2. 2016 | XXX | XXX | XXX | XXX | XX | | | XXX | | | | XXX |
| 3. 2017 | XXX | XXX | XXX | XXX | X | XX | | XXX | XXX | | XXX | XXX |
| | | | | | | | | | | 4. Totals | | |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 3A - HOMEOWNERS/FARMOWNERS

| Years in Which Losses Were Incurred | CUMULATIVE PAID NET LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | | 11 Number of Claims Closed With Loss Payment | 12 Number of Claims Closed Without Loss Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | | |
| 1. Prior | 000 | 281,470 | 446,310 | 602,111 | 661,991 | 734,591 | 765,127 | 784,899 | 801,723 | 815,649 | 88 | 130 |
| 2. 2008 | 3,618,214 | 4,668,344 | 4,811,377 | 4,892,521 | 4,928,462 | 4,941,977 | 4,950,461 | 4,955,262 | 4,957,670 | 4,960,496 | 921,576 | 447,935 |
| 3. 2009 | XXX | 3,260,986 | 4,139,681 | 4,246,977 | 4,305,025 | 4,337,117 | 4,361,675 | 4,371,894 | 4,377,016 | 4,379,164 | 741,413 | 351,251 |
| 4. 2010 | XXX | XXX | 3,273,448 | 4,141,151 | 4,248,223 | 4,301,613 | 4,333,121 | 4,355,666 | 4,365,627 | 4,369,395 | 716,469 | 353,534 |
| 5. 2011 | XXX | XXX | XXX | 4,321,243 | 5,061,955 | 5,192,718 | 5,243,095 | 5,270,773 | 5,286,998 | 5,294,463 | 897,551 | 430,334 |
| 6. 2012 | XXX | XXX | XXX | XXX | 3,090,741 | 3,769,429 | 3,906,168 | 3,969,219 | 3,998,231 | 4,009,509 | 753,416 | 381,922 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 2,372,067 | 2,982,879 | 3,100,442 | 3,152,393 | 3,177,318 | 479,942 | 289,004 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 2,856,543 | 3,502,910 | 3,625,184 | 3,677,923 | 543,247 | 317,736 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 2,727,689 | 3,462,923 | 3,571,059 | 500,002 | 318,701 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 3,058,847 | 3,809,676 | 573,232 | 328,099 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 3,342,829 | 530,294 | 377,067 |

## SCHEDULE P - PART 3B - PRIVATE PASSENGER AUTO LIABILITY/MEDICAL

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 000 | 2,061,918 | 3,267,029 | 3,920,495 | 4,252,201 | 4,429,948 | 4,534,125 | 4,637,689 | 4,693,600 | 4,738,992 | 34 | 14,499 |
| 2. 2008 | 2,621,951 | 4,538,706 | 5,388,903 | 5,878,046 | 6,188,524 | 6,328,733 | 6,407,932 | 6,443,648 | 6,462,524 | 6,469,893 | 1,197,440 | 936,405 |
| 3. 2009 | XXX | 2,748,671 | 4,584,264 | 5,504,365 | 6,077,610 | 6,392,126 | 6,572,320 | 6,630,483 | 6,663,175 | 6,696,669 | 1,207,518 | 968,777 |
| 4. 2010 | XXX | XXX | 2,940,045 | 4,826,744 | 5,748,205 | 6,299,301 | 6,645,739 | 6,800,357 | 6,870,754 | 6,907,778 | 1,215,820 | 990,384 |
| 5. 2011 | XXX | XXX | XXX | 2,905,188 | 4,738,770 | 5,648,000 | 6,220,866 | 6,546,095 | 6,668,955 | 6,752,628 | 1,176,116 | 989,857 |
| 6. 2012 | XXX | XXX | XXX | XXX | 2,957,318 | 4,751,434 | 5,675,645 | 6,265,713 | 6,568,399 | 6,692,199 | 1,137,182 | 927,257 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 2,900,639 | 4,832,889 | 5,891,272 | 6,427,622 | 6,716,766 | 1,145,576 | 925,298 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 3,101,305 | 5,232,636 | 6,171,607 | 6,732,574 | 1,181,235 | 957,064 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 3,430,375 | 5,718,582 | 6,772,494 | 1,251,414 | 1,044,292 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 3,384,031 | 5,648,416 | 1,172,799 | 1,092,508 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 3,052,924 | 833,049 | 984,636 |

## SCHEDULE P - PART 3C - COMMERCIAL AUTO/TRUCK LIABILITY/MEDICAL

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 000 | 124,189 | 196,947 | 241,472 | 264,112 | 276,099 | 281,421 | 285,846 | 289,657 | 292,912 | 10 | 12 |
| 2. 2008 | 43,481 | 83,673 | 107,416 | 134,227 | 150,472 | 160,182 | 166,348 | 169,479 | 171,568 | 172,075 | 17,652 | 11,039 |
| 3. 2009 | XXX | 44,338 | 81,499 | 105,504 | 132,854 | 149,002 | 159,247 | 164,930 | 170,294 | 173,015 | 15,717 | 10,066 |
| 4. 2010 | XXX | XXX | 50,935 | 98,019 | 124,691 | 150,497 | 167,400 | 179,250 | 184,751 | 188,318 | 17,290 | 10,236 |
| 5. 2011 | XXX | XXX | XXX | 50,074 | 89,568 | 115,298 | 141,504 | 160,147 | 170,346 | 177,974 | 15,942 | 9,624 |
| 6. 2012 | XXX | XXX | XXX | XXX | 39,495 | 76,041 | 97,902 | 122,459 | 134,480 | 140,763 | 15,826 | 7,629 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 46,157 | 86,536 | 117,005 | 144,745 | 161,922 | 16,889 | 8,821 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 46,346 | 83,243 | 116,983 | 148,991 | 15,936 | 10,827 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 54,725 | 94,922 | 138,296 | 16,629 | 12,521 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 46,543 | 95,279 | 14,309 | 13,375 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 36,590 | 8,892 | 8,484 |

## SCHEDULE P - PART 3D - WORKERS' COMPENSATION
### (EXCLUDING EXCESS WORKERS' COMPENSATION)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 000 | 6,674 | 16,494 | 23,664 | 32,493 | 38,754 | 47,531 | 54,795 | 59,844 | 64,681 | 5 | 109 |
| 2. 2008 | | | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | | | 3 |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | | | 1 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |

## SCHEDULE P - PART 3E - COMMERCIAL MULTIPLE PERIL

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 000 | 73,637 | 119,044 | 141,204 | 164,012 | 180,894 | 204,343 | 241,858 | 296,545 | 336,104 | 105 | 73 |
| 2. 2008 | 231,806 | 324,384 | 342,882 | 355,886 | 361,648 | 364,503 | 366,997 | 368,212 | 369,045 | 370,255 | 37,812 | 23,268 |
| 3. 2009 | XXX | 244,433 | 319,231 | 333,440 | 344,347 | 353,168 | 356,362 | 357,688 | 358,447 | 358,804 | 42,627 | 24,592 |
| 4. 2010 | XXX | XXX | 254,816 | 346,223 | 363,177 | 371,383 | 376,417 | 380,192 | 382,996 | 383,664 | 43,493 | 26,216 |
| 5. 2011 | XXX | XXX | XXX | 324,356 | 388,516 | 401,196 | 409,533 | 417,629 | 420,397 | 422,509 | 53,712 | 29,385 |
| 6. 2012 | XXX | XXX | XXX | XXX | 220,195 | 277,018 | 289,577 | 298,261 | 303,076 | 305,328 | 38,557 | 24,875 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 197,448 | 247,696 | 262,781 | 272,971 | 279,537 | 30,948 | 23,273 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 233,835 | 289,253 | 306,782 | 317,490 | 34,557 | 26,658 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 234,229 | 304,496 | 325,687 | 32,834 | 26,304 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 255,856 | 325,269 | 37,964 | 25,556 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 243,138 | 30,848 | 23,909 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 3F - SECTION 1 - MEDICAL PROFESSIONAL LIABILITY - OCCURRENCE

| Years In Which Losses Were Incurred | CUMULATIVE PAID NET LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | | 11 Number of Claims Closed With Loss Payment | 12 Number of Claims Closed Without Loss Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 | | |
| 1. Prior | 000 | (399) | (402) | (410) | (459) | (459) | (358) | (328) | (78) | (20) | | |
| 2. 2008 | | | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |

## SCHEDULE P - PART 3F - SECTION 2 - MEDICAL PROFESSIONAL LIABILITY - CLAIMS-MADE

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 000 | | | | | | | | | |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | | | | | | | |
| 7. 2013 | XXX | XXX | XXX | | | | | | | |
| 8. 2014 | XXX | XXX | XXX | | | | | | | |
| 9. 2015 | XXX | XXX | XXX | | | | | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

**NONE**

## SCHEDULE P - PART 3G - SPECIAL LIABILITY (OCEAN MARINE, AIRCRAFT (ALL PERILS), BOILER AND MACHINERY)

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 000 | 122 | 119 | 570 | 588 | 1,443 | 1,369 | 1,591 | 1,782 | 2,095 | XXX | XXX |
| 2. 2008 | 11,799 | 13,167 | 12,683 | 12,195 | 11,973 | 11,971 | 11,972 | 11,972 | 11,972 | 11,972 | XXX | XXX |
| 3. 2009 | XXX | 1,509 | 1,768 | 1,777 | 1,779 | 1,779 | 1,779 | 1,779 | 1,779 | 1,779 | XXX | XXX |
| 4. 2010 | XXX | XXX | 1,968 | 2,153 | 2,177 | 2,177 | 2,177 | 2,177 | 2,175 | 2,175 | XXX | XXX |
| 5. 2011 | XXX | XXX | XXX | 1,558 | 1,638 | 1,640 | 1,640 | 1,640 | 1,640 | 1,640 | XXX | XXX |
| 6. 2012 | XXX | XXX | XXX | XXX | 1,856 | 2,029 | 2,029 | 2,032 | 2,032 | 2,032 | XXX | XXX |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 1,510 | 1,720 | 1,727 | 1,727 | 1,727 | XXX | XXX |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 1,652 | 1,794 | 1,798 | 1,798 | XXX | XXX |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 1,823 | 2,085 | 2,119 | XXX | XXX |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 2,058 | 2,309 | XXX | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 5,279 | XXX | XXX |

## SCHEDULE P - PART 3H - SECTION 1 - OTHER LIABILITY - OCCURRENCE

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 000 | 92,027 | 173,230 | 235,672 | 314,083 | 397,009 | 466,064 | 499,379 | 583,272 | 612,953 | 32 | 122 |
| 2. 2008 | 14,589 | 55,830 | 104,914 | 142,421 | 171,417 | 183,544 | 188,946 | 189,629 | 191,268 | 192,012 | 1,224 | 1,411 |
| 3. 2009 | XXX | 7,905 | 35,904 | 74,659 | 112,848 | 135,099 | 143,789 | 151,195 | 153,008 | 154,783 | 1,092 | 1,108 |
| 4. 2010 | XXX | XXX | 12,399 | 41,756 | 71,389 | 94,865 | 115,634 | 136,671 | 144,639 | 149,286 | 944 | 1,203 |
| 5. 2011 | XXX | XXX | XXX | 16,802 | 55,187 | 93,730 | 134,123 | 157,547 | 173,918 | 179,981 | 873 | 977 |
| 6. 2012 | XXX | XXX | XXX | XXX | 10,751 | 58,415 | 95,612 | 136,597 | 166,550 | 189,761 | 810 | 928 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 9,384 | 43,254 | 83,671 | 137,684 | 159,213 | 751 | 894 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 15,722 | 56,740 | 107,079 | 146,516 | 822 | 1,014 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 25,392 | 70,543 | 109,112 | 545 | 1,061 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 11,229 | 51,999 | 423 | 1,088 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 13,179 | 234 | 1,422 |

## SCHEDULE P - PART 3H - SECTION 2 - OTHER LIABILITY - CLAIMS-MADE

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 000 | | | | | | | | | |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | | | | | | | |
| 7. 2013 | XXX | XXX | XXX | | | | | | | |
| 8. 2014 | XXX | XXX | XXX | | | | | | | |
| 9. 2015 | XXX | XXX | XXX | | | | | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

**NONE**

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

### SCHEDULE P - PART 3I - SPECIAL PROPERTY (FIRE, ALLIED LINES, INLAND MARINE, EARTHQUAKE, BURGLARY, AND THEFT)

| Years in Which Losses Were Incurred | CUMULATIVE PAID NET LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | | 11 Number of Claims Closed With Loss Payment | 12 Number of Claims Closed Without Loss Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | | |
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 000 | 18,544 | 20,994 | XXX | XXX |
| 2. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 79,452 | 92,446 | XXX | XXX |
| 3. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 76,119 | XXX | XXX |

### SCHEDULE P - PART 3J - AUTO PHYSICAL DAMAGE

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 000 | 150,823 | 132,818 | 17,092 | 10,164 |
| 2. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 4,818,385 | 4,951,735 | 3,379,546 | 1,023,548 |
| 3. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 4,752,196 | 3,031,979 | 907,170 |

### SCHEDULE P - PART 3K - FIDELITY/SURETY

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 000 | 19 | 71 | XXX | XXX |
| 2. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 10 | 15 | XXX | XXX |
| 3. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 10 | XXX | XXX |

### SCHEDULE P - PART 3L - OTHER (INCLUDING CREDIT, ACCIDENT AND HEALTH)

NONE

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | XXX | | | | 000 | | | XXX | XXX |
| 2. 2016 | XXX | XXX | XXX | XXX | | | | | | | XXX | XXX |
| 3. 2017 | XXX | XXX | XXX | XXX | | | | | XXX | | XXX | XXX |

### SCHEDULE P - PART 3M - INTERNATIONAL

NONE

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 000 | | | | | | | | | | XXX | XXX |
| 2. 2008 | | | | | | | | | | | XXX | XXX |
| 3. 2009 | XXX | | | | | | | | | | XXX | XXX |
| 4. 2010 | XXX | XXX | | | | | | | | | XXX | XXX |
| 5. 2011 | XXX | XXX | XXX | | | | | | | | XXX | XXX |
| 6. 2012 | XXX | XXX | XXX | | | | | | | | XXX | XXX |
| 7. 2013 | XXX | XXX | XXX | XXX | | | | | | | XXX | XXX |
| 8. 2014 | XXX | XXX | XXX | XXX | | | | | | | XXX | XXX |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | XXX | XXX |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | XXX | XXX |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 3N - REINSURANCE
### NONPROPORTIONAL ASSUMED PROPERTY

| Years In Which Losses Were Incurred | CUMULATIVE PAID NET LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | | 11 Number of Claims Closed With Loss Payment | 12 Number of Claims Closed Without Loss Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 | | |
| 1. Prior | 000 | 50 | 54 | 63 | 71 | 74 | 76 | 85 | 95 | 99 | XXX | XXX |
| 2. 2008 | | | | | | | | | | | XXX | XXX |
| 3. 2009 | XXX | | | | | | | | | | XXX | XXX |
| 4. 2010 | XXX | XXX | | | | | | | | | XXX | XXX |
| 5. 2011 | XXX | XXX | XXX | | | | | | | | XXX | XXX |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | | XXX | XXX |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | | XXX | XXX |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | | XXX | XXX |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | XXX | XXX |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | XXX | XXX |

## SCHEDULE P - PART 3O - REINSURANCE
### NONPROPORTIONAL ASSUMED LIABILITY

| Years | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 000 | 332 | 624 | 1,443 | 1,993 | 2,313 | 2,470 | 2,571 | 3,069 | 3,258 | XXX | XXX |
| 2. 2008 | | | | | | | | | | | XXX | XXX |
| 3. 2009 | XXX | | | | | | | | | | XXX | XXX |
| 4. 2010 | XXX | XXX | | | | | | | | | XXX | XXX |
| 5. 2011 | XXX | XXX | XXX | | (84) | (84) | (84) | (84) | (84) | (84) | XXX | XXX |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | | XXX | XXX |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | | XXX | XXX |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | | XXX | XXX |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | XXX | XXX |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | XXX | XXX |

## SCHEDULE P - PART 3P - REINSURANCE
### NONPROPORTIONAL ASSUMED FINANCIAL LINES

| Years | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 000 | | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | XXX | XXX |
| 2. 2008 | | | | | | | | | | | XXX | XXX |
| 3. 2009 | XXX | | | | | | | | | | XXX | XXX |
| 4. 2010 | XXX | XXX | | | | | | | | | XXX | XXX |
| 5. 2011 | XXX | XXX | XXX | | | | | | | | XXX | XXX |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | | XXX | XXX |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | | XXX | XXX |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | | XXX | XXX |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | XXX | XXX |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | XXX | XXX |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | XXX | XXX |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 3R - SECTION 1 - PRODUCTS LIABILITY - OCCURENCE

| Years in Which Losses Were Incurred | CUMULATIVE PAID NET LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | | 11 Number of Claims Closed With Loss Payment | 12 Number of Claims Closed Without Loss Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | | |
| 1. Prior | 000 | 43,758 | 118,854 | 165,836 | 234,021 | 315,794 | 412,387 | 502,108 | 582,833 | 677,675 | 9 | 60 |
| 2. 2008 | 201 | 217 | 287 | 303 | 340 | 345 | 345 | 345 | 345 | 357 | 49 | 23 |
| 3. 2009 | XXX | 102 | 321 | 1,454 | 1,455 | 1,461 | 1,461 | 1,461 | 1,461 | 1,461 | 38 | 24 |
| 4. 2010 | XXX | XXX | 36 | 50 | 50 | 56 | 62 | 62 | 62 | 62 | 18 | 16 |
| 5. 2011 | XXX | XXX | XXX | 163 | 514 | 517 | 517 | 517 | 517 | 517 | 19 | 12 |
| 6. 2012 | XXX | XXX | XXX | XXX | 27 | 27 | 55 | 55 | 55 | 69 | 18 | 4 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 60 | 113 | 149 | 198 | 198 | 18 | 9 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 44 | 170 | 256 | 338 | 24 | 13 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 107 | 231 | 484 | 14 | 8 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 61 | 98 | 4 | 11 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 26 | 5 | |

## SCHEDULE P - PART 3R - SECTION 2 - PRODUCTS LIABILITY - CLAIMS-MADE



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 000 | | | | | | | | |
| 2. 2008 | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | |
| 6. 2012 | XXX | XXX | XXX | | | | | | |
| 7. 2013 | XXX | XXX | XXX | | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX |

NONE

## SCHEDULE P - PART 3S - FINANCIAL GUARANTY/MORTGAGE GUARANTY

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | XXX | XXX | | | | | XXX | XXX |
| 2. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | | | | XXX | XXX |
| 3. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | XXX | XXX |

NONE

## SCHEDULE P - PART 3T - WARRANTY

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 000 | | | |
| 2. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | 15 |
| 3. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | 6 |

66

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

### SCHEDULE P - PART 4A - HOMEOWNERS/FARMOWNERS

BULK AND IBNR RESERVES ON NET LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES REPORTED AT YEAR END ($000 OMITTED)

| Years in Which Losses Were Incurred | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | 485,658 | 315,191 | 276,578 | 256,467 | 194,599 | 149,313 | 113,965 | 89,724 | 77,111 | 64,979 |
| 2. 2008 | 859,714 | 150,364 | 57,542 | 33,915 | 19,522 | 10,413 | 7,862 | 6,016 | 4,159 | 3,827 |
| 3. 2009 | XXX | 678,203 | 167,529 | 65,732 | 34,705 | 23,479 | 15,258 | 7,562 | 5,717 | 3,864 |
| 4. 2010 | XXX | XXX | 736,857 | 167,869 | 61,467 | 35,510 | 23,259 | 24,159 | 13,220 | 10,402 |
| 5. 2011 | XXX | XXX | XXX | 766,417 | 156,210 | 63,613 | 42,199 | 32,080 | 21,139 | 13,712 |
| 6. 2012 | XXX | XXX | XXX | XXX | 484,753 | 179,711 | 98,262 | 63,340 | 33,511 | 20,807 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 431,411 | 158,545 | 85,325 | 52,975 | 26,921 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 512,293 | 149,218 | 79,146 | 35,970 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 557,008 | 175,614 | 70,603 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 622,138 | 176,155 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 683,934 |

### SCHEDULE P - PART 4B - PRIVATE PASSENGER AUTO LIABILITY/MEDICAL

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 1,025,069 | 725,034 | 449,605 | 341,061 | 186,359 | 84,172 | (110,160) | (148,939) | (201,516) | (186,104) |
| 2. 2008 | 656,193 | 249,894 | 165,594 | 112,263 | 101,685 | 72,287 | 54,349 | 45,186 | 31,766 | 36,704 |
| 3. 2009 | XXX | 647,079 | 387,642 | 208,477 | 131,537 | 97,698 | 69,321 | 40,795 | 25,036 | 13,196 |
| 4. 2010 | XXX | XXX | 761,115 | 450,574 | 216,335 | 162,416 | 104,487 | 74,296 | 56,542 | 51,144 |
| 5. 2011 | XXX | XXX | XXX | 813,526 | 483,480 | 248,207 | 153,650 | 103,820 | 75,530 | 58,501 |
| 6. 2012 | XXX | XXX | XXX | XXX | 731,252 | 423,977 | 232,648 | 162,814 | 107,066 | 80,233 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 841,981 | 464,170 | 258,999 | 171,045 | 142,813 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 877,278 | 471,075 | 220,859 | 159,484 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 895,238 | 381,016 | 196,994 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 1,023,004 | 454,524 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 1,026,608 |

### SCHEDULE P - PART 4C - COMMERCIAL AUTO/TRUCK LIABILITY/MEDICAL

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 78,756 | 41,877 | 32,165 | 19,076 | 11,639 | 8,882 | 6,905 | 2,998 | 2,683 | 3,173 |
| 2. 2008 | 45,552 | 16,393 | 9,691 | 7,060 | 4,396 | 2,340 | 1,440 | 572 | 760 | 439 |
| 3. 2009 | XXX | 39,310 | 16,987 | 13,961 | 7,117 | 6,678 | 3,370 | 1,516 | 566 | 1,338 |
| 4. 2010 | XXX | XXX | 50,156 | 23,767 | 14,120 | 9,506 | 3,642 | 3,096 | 1,024 | 3,091 |
| 5. 2011 | XXX | XXX | XXX | 43,571 | 22,542 | 15,057 | 9,483 | 5,638 | 3,532 | 1,875 |
| 6. 2012 | XXX | XXX | XXX | XXX | 40,236 | 23,844 | 6,723 | 6,458 | 4,520 | 2,658 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 22,925 | 17,651 | 10,182 | 5,195 | 2,097 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 28,546 | 19,712 | 16,562 | 6,653 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 35,860 | 13,504 | 8,367 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 48,403 | 20,520 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 56,637 |

### SCHEDULE P - PART 4D - WORKERS' COMPENSATION
(EXCLUDING EXCESS WORKERS' COMPENSATION)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 55,599 | 47,109 | 41,290 | 46,387 | 43,794 | 45,309 | 40,380 | 36,511 | 27,323 | 26,886 |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | 1 | | 1 | | | | |
| 5. 2011 | XXX | XXX | XXX | | 1 | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

### SCHEDULE P - PART 4E - COMMERCIAL MULTIPLE PERIL

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 136,025 | 108,095 | 95,790 | 70,945 | 74,237 | 56,153 | 48,192 | 37,615 | 34,599 | 22,215 |
| 2. 2008 | 95,101 | 51,718 | 22,076 | 24,619 | 15,357 | 13,196 | 11,479 | 3,635 | 2,240 | 2,887 |
| 3. 2009 | XXX | 82,967 | 42,821 | 25,695 | 20,936 | 16,922 | 15,340 | 4,230 | 1,969 | 1,451 |
| 4. 2010 | XXX | XXX | 91,720 | 52,779 | 31,797 | 22,197 | 23,781 | 7,316 | 5,603 | 4,311 |
| 5. 2011 | XXX | XXX | XXX | 80,166 | 38,101 | 24,193 | 26,750 | 9,440 | 3,903 | 3,200 |
| 6. 2012 | XXX | XXX | XXX | XXX | 62,640 | 38,424 | 23,537 | 17,565 | 11,539 | 7,703 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 50,488 | 25,797 | 25,677 | 16,628 | 5,796 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 48,047 | 32,228 | 21,654 | 19,070 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 60,654 | 24,135 | 12,773 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 66,538 | 26,988 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 68,588 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

### SCHEDULE P - PART 4F - SECTION 1 - MEDICAL PROFESSIONAL LIABILITY - OCCURRENCE

| Years in Which Losses Were Incurred | BULK AND IBNR RESERVES ON NET LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | 98 | 52 | 24 | 31 | 26 | 16 | 16 | 13 | 9 | 33 |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

### SCHEDULE P - PART 4F - SECTION 2 - MEDICAL PROFESSIONAL LIABILITY - CLAIMS-MADE

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | | | | | | | | | | |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | |
| 6. 2012 | XXX | XXX | X | | | | | | | |
| 7. 2013 | XXX | XXX | X | | | | | | | |
| 8. 2014 | XXX | XXX | X | | | | | | | |
| 9. 2015 | XXX | XXX | X | | | X | | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |


NONE

### SCHEDULE P - PART 4G - SPECIAL LIABILITY (OCEAN MARINE, AIRCRAFT (ALL PERILS), BOILER AND MACHINERY)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 1,352 | 1,276 | 1,686 | 1,594 | 2,062 | 1,772 | 1,668 | 1,270 | 950 | 1,134 |
| 2. 2008 | 4,581 | 336 | 110 | (1) | 16 | 4 | 23 | 4 | | |
| 3. 2009 | XXX | 200 | 16 | 22 | 4 | 1 | 36 | 4 | | |
| 4. 2010 | XXX | XXX | 162 | (15) | 26 | 21 | 47 | 4 | 17 | 29 |
| 5. 2011 | XXX | XXX | XXX | 220 | 4 | 22 | 61 | 46 | 28 | 42 |
| 6. 2012 | XXX | XXX | XXX | XXX | 237 | 40 | 60 | 95 | 83 | 106 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 128 | 61 | 157 | 197 | 94 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 386 | 238 | 271 | 293 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 421 | 154 | 116 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 701 | 89 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 1,605 |

### SCHEDULE P - PART 4H - SECTION 1 - OTHER LIABILITY - OCCURRENCE

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 227,361 | 321,569 | 341,825 | 355,308 | 352,018 | 282,158 | 314,939 | 302,492 | 273,423 | 278,321 |
| 2. 2008 | 178,095 | 103,085 | 57,608 | 31,445 | 14,817 | 11,273 | 5,300 | 2,653 | 1,861 | 2,062 |
| 3. 2009 | XXX | 132,449 | 81,174 | 46,499 | 25,982 | 13,468 | 7,401 | 3,051 | 1,451 | 1,244 |
| 4. 2010 | XXX | XXX | 141,422 | 90,436 | 56,721 | 32,379 | 11,743 | 3,542 | 3,495 | 2,125 |
| 5. 2011 | XXX | XXX | XXX | 143,205 | 100,694 | 56,386 | 38,900 | 12,850 | 5,791 | 4,044 |
| 6. 2012 | XXX | XXX | XXX | XXX | 127,981 | 104,712 | 54,836 | 27,009 | 14,310 | 9,007 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 133,939 | 98,489 | 65,219 | 29,671 | 18,823 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 152,030 | 109,297 | 63,516 | 32,903 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 151,269 | 112,244 | 75,406 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 160,510 | 106,246 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 162,230 |

### SCHEDULE P - PART 4H - SECTION 2 - OTHER LIABILITY - CLAIMS-MADE

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | | | | | | | | | | |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | |
| 6. 2012 | XXX | XXX | X | | | | | | | |
| 7. 2013 | XXX | XXX | X | | | | | | | |
| 8. 2014 | XXX | XXX | X | | | | | | | |
| 9. 2015 | XXX | XXX | X | | | X | | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

NONE

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

### SCHEDULE P - PART 4I - SPECIAL PROPERTY (FIRE, ALLIED LINES, INLAND MARINE, EARTHQUAKE, BURGLARY, AND THEFT)

| Years in Which Losses Were Incurred | BULK AND IBNR RESERVES ON NET LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 19,758 | 7,171 | 4,249 |
| 2. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 14,506 | 5,896 |
| 3. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 12,610 |

### SCHEDULE P - PART 4J - AUTO PHYSICAL DAMAGE

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | XXX | (337,983) | (14,502) | 12,340 |
| 2. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | (298,983) | 12,198 |
| 3. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | (246,254) |

### SCHEDULE P - PART 4K - FIDELITY/SURETY

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 8 | 1 | 1 |
| 2. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 3. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

### SCHEDULE P - PART 4L - OTHER (INCLUDING CREDIT, ACCIDENT AND HEALTH)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 2. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 3. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

NONE

### SCHEDULE P - PART 4M - INTERNATIONAL

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | | | | | | | | | | |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

NONE

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED
PROPERTY/CASUALTY INSURERS

### SCHEDULE P - PART 4N - REINSURANCE
### NONPROPORTIONAL ASSUMED PROPERTY

| Years in Which Losses Were Incurred | BULK AND IBNR RESERVES ON NET LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 191 | 260 | 168 | 152 | 186 | 183 | 153 | 47 | 47 | 77 |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

### SCHEDULE P - PART 4O - REINSURANCE
### NONPROPORTIONAL ASSUMED LIABILITY

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 1,451 | 1,335 | 820 | 437 | 544 | 630 | 744 | 782 | 908 | 787 |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

### SCHEDULE P - PART 4P - REINSURANCE
### NONPROPORTIONAL ASSUMED FINANCIAL LINES



| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | | | | | | | | | | |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | |
| 6. 2012 | XXX | XXX | XX | | | | | | | |
| 7. 2013 | XXX | XXX | XX | | | | | | | |
| 8. 2014 | XXX | XXX | XX | | XXX | | XXX | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

NONE

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

### SCHEDULE P - PART 4R - SECTION 1 - PRODUCTS LIABILITY - OCCURENCE

| Years in Which Losses Were Incurred | BULK AND IBNR RESERVES ON NET LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | 824,317 | 781,048 | 700,478 | 663,350 | 620,104 | 635,348 | 608,215 | 586,735 | 548,823 | 495,775 |
| 2. 2008 | 792 | 699 | 621 | 664 | 781 | 518 | 412 | 107 | 44 | |
| 3. 2009 | XXX | 383 | 770 | 828 | 786 | 478 | 512 | 212 | 98 | 1 |
| 4. 2010 | XXX | XXX | 656 | 934 | 735 | 559 | 696 | 289 | 196 | 65 |
| 5. 2011 | XXX | XXX | XXX | 631 | 442 | 422 | 580 | 257 | 210 | 193 |
| 6. 2012 | XXX | XXX | XXX | XXX | 627 | 619 | 457 | 318 | 316 | 257 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 567 | 476 | 355 | 338 | 286 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 278 | 515 | 528 | 437 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 475 | 456 | 391 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 306 | 286 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 313 |

### SCHEDULE P - PART 4R - SECTION 2 - PRODUCTS LIABILITY - CLAIMS-MADE

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | | | | | | | | | |
| 2. 2008 | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | |
| 6. 2012 | XXX | XXX | XX | | | | | | |
| 7. 2013 | XXX | XXX | XX | | | | | | |
| 8. 2014 | XXX | XXX | XX | | | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX |

NONE

### SCHEDULE P - PART 4S - FINANCIAL GUARANTY/MORTGAGE GUARANTY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XX | XXX | | X | | |
| 2. 2016 | XXX | XXX | XX | | X | XXX | | |
| 3. 2017 | XXX | XXX | XX | | X | XXX | XXX | |

NONE

### SCHEDULE P - PART 4T - WARRANTY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. Prior | XXX | XXX | XX | XXX | | X | | |
| 2. 2016 | XXX | XXX | XX | | X | XXX | | |
| 3. 2017 | XXX | XXX | XX | | X | XXX | XXX | |

NONE

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 5A - HOMEOWNERS/FARMOWNERS

### SECTION 1

| Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE NUMBER OF CLAIMS CLOSED WITH LOSS PAYMENT DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 87,377 | (359,631) | 12,695 | 10,737 | 9,959 | 9,770 | 9,645 | 9,746 | 9,892 | 9,980 |
| 2. 2008 | 810,596 | 911,940 | 918,050 | 920,026 | 920,837 | 921,249 | 921,429 | 921,511 | 921,550 | 921,575 |
| 3. 2009 | XXX | 643,511 | 735,087 | 738,919 | 740,261 | 740,867 | 741,190 | 741,288 | 741,370 | 741,413 |
| 4. 2010 | XXX | XXX | 630,606 | 710,496 | 714,103 | 715,441 | 716,011 | 716,279 | 716,409 | 716,469 |
| 5. 2011 | XXX | XXX | XXX | 825,733 | 891,894 | 895,211 | 896,547 | 897,195 | 897,481 | 897,551 |
| 6. 2012 | XXX | XXX | XXX | XXX | 673,999 | 746,881 | 751,108 | 752,624 | 753,204 | 753,416 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 431,753 | 475,118 | 478,479 | 479,515 | 479,942 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 492,095 | 538,854 | 542,184 | 543,247 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 439,961 | 496,929 | 500,902 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 521,342 | 573,232 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 530,294 |

### SECTION 2

| Years in Which Premiums Were Earned and Losses Were Incurred | NUMBER OF CLAIMS OUTSTANDING DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 17,923 | 10,628 | 7,526 | 5,073 | 4,676 | 1,507 | 1,179 | 914 | 757 | 732 |
| 2. 2008 | 62,285 | 6,477 | 4,460 | 2,115 | 826 | 467 | 317 | 217 | 143 | 114 |
| 3. 2009 | XXX | 47,825 | 5,165 | 2,824 | 1,539 | 872 | 508 | 342 | 251 | 212 |
| 4. 2010 | XXX | XXX | 38,057 | 4,552 | 2,643 | 1,493 | 826 | 538 | 370 | 288 |
| 5. 2011 | XXX | XXX | XXX | 32,767 | 4,663 | 2,749 | 1,532 | 683 | 376 | 245 |
| 6. 2012 | XXX | XXX | XXX | XXX | 39,189 | 5,555 | 3,505 | 1,255 | 507 | 319 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 26,383 | 4,266 | 2,304 | 1,265 | 635 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 24,528 | 4,649 | 2,561 | 1,314 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 32,234 | 4,754 | 2,896 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 27,069 | 4,967 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 29,196 |

### SECTION 3

| Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE NUMBER OF CLAIMS REPORTED DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prior | 58,709 | (531,183) | 5,715 | 3,283 | 2,975 | 2,827 | 2,857 | 2,991 | 3,146 | 3,339 |
| 2. 2008 | 1,274,785 | 1,360,152 | 1,366,900 | 1,368,426 | 1,369,042 | 1,369,379 | 1,369,514 | 1,369,576 | 1,369,613 | 1,369,624 |
| 3. 2009 | XXX | 995,490 | 1,086,628 | 1,090,989 | 1,092,049 | 1,092,528 | 1,092,721 | 1,092,809 | 1,092,844 | 1,092,876 |
| 4. 2010 | XXX | XXX | 985,174 | 1,064,079 | 1,068,520 | 1,069,823 | 1,070,311 | 1,070,543 | 1,070,657 | 1,070,691 |
| 5. 2011 | XXX | XXX | XXX | 1,248,111 | 1,322,059 | 1,326,175 | 1,327,361 | 1,327,854 | 1,328,079 | 1,328,130 |
| 6. 2012 | XXX | XXX | XXX | XXX | 1,054,067 | 1,128,403 | 1,133,394 | 1,134,941 | 1,135,419 | 1,135,657 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 720,479 | 764,219 | 768,129 | 769,195 | 769,581 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 804,919 | 857,597 | 861,282 | 862,297 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 756,096 | 817,971 | 821,401 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 847,976 | 906,298 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 936,577 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 5B - PRIVATE PASSENGER AUTO LIABILITY/MEDICAL

### SECTION 1

| Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE NUMBER OF CLAIMS CLOSED WITH LOSS PAYMENT DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | 531,781 | (501,910) | 1,017,738 | 1,039,870 | 1,013,688 | 1,040,040 | 1,014,390 | 1,090,023 | 1,090,011 | 1,010,010 |
| 2. 2008 | 853,811 | 1,123,000 | 1,150,235 | 1,172,852 | 1,180,078 | 1,195,209 | 1,196,521 | 1,197,132 | 1,197,349 | 1,197,440 |
| 3. 2009 | XXX | 885,814 | 1,133,451 | 1,168,053 | 1,183,268 | 1,202,537 | 1,205,511 | 1,206,764 | 1,207,392 | 1,207,518 |
| 4. 2010 | XXX | XXX | 913,290 | 1,142,188 | 1,176,016 | 1,204,149 | 1,211,422 | 1,214,284 | 1,215,358 | 1,215,820 |
| 5. 2011 | XXX | XXX | XXX | 897,036 | 1,106,152 | 1,151,553 | 1,165,898 | 1,172,734 | 1,175,050 | 1,176,116 |
| 6. 2012 | XXX | XXX | XXX | XXX | 867,685 | 1,083,400 | 1,115,161 | 1,128,840 | 1,134,851 | 1,137,182 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 881,798 | 1,099,695 | 1,128,149 | 1,140,834 | 1,146,576 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 915,479 | 1,135,680 | 1,168,316 | 1,181,235 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 979,820 | 1,216,276 | 1,251,414 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 946,482 | 1,172,799 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 833,049 |

### SECTION 2

| Years in Which Premiums Were Earned and Losses Were Incurred | NUMBER OF CLAIMS OUTSTANDING DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | 139,365 | 72,004 | 36,630 | 19,074 | 10,979 | 8,691 | 4,908 | 3,975 | 3,531 | 3,274 |
| 2. 2008 | 306,107 | 92,266 | 31,928 | 16,258 | 7,482 | 3,626 | 1,883 | 1,127 | 760 | 561 |
| 3. 2009 | XXX | 290,573 | 62,684 | 31,730 | 16,865 | 10,114 | 8,028 | 6,457 | 5,624 | 3,438 |
| 4. 2010 | XXX | XXX | 262,434 | 60,641 | 31,467 | 19,345 | 12,402 | 11,095 | 9,821 | 5,689 |
| 5. 2011 | XXX | XXX | XXX | 230,204 | 57,751 | 31,955 | 18,241 | 11,611 | 9,874 | 5,732 |
| 6. 2012 | XXX | XXX | XXX | XXX | 223,886 | 55,725 | 29,922 | 15,580 | 9,323 | 5,304 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 229,125 | 54,914 | 26,944 | 13,851 | 7,223 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 235,867 | 56,218 | 28,717 | 15,061 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 259,638 | 86,470 | 35,311 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 253,364 | 70,819 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 248,026 |

### SECTION 3

| Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE NUMBER OF CLAIMS REPORTED DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | 112,987 | (2,766,481) | (66,095) | 64,550 | 3,188 | 49,551 | 9,507 | 2,949 | 3,102 | 3,272 |
| 2. 2008 | 1,997,279 | 2,101,008 | 2,110,140 | 2,112,887 | 2,113,785 | 2,134,126 | 2,134,253 | 2,134,320 | 2,134,361 | 2,134,406 |
| 3. 2009 | XXX | 2,063,028 | 2,147,088 | 2,155,747 | 2,158,498 | 2,179,157 | 2,179,513 | 2,179,625 | 2,179,685 | 2,179,733 |
| 4. 2010 | XXX | XXX | 2,099,401 | 2,175,916 | 2,184,211 | 2,210,515 | 2,211,373 | 2,211,691 | 2,211,827 | 2,211,993 |
| 5. 2011 | XXX | XXX | XXX | 2,028,445 | 2,129,361 | 2,167,800 | 2,170,414 | 2,171,166 | 2,171,418 | 2,171,505 |
| 6. 2012 | XXX | XXX | XXX | XXX | 1,957,514 | 2,058,551 | 2,066,478 | 2,068,784 | 2,069,523 | 2,069,743 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 1,990,703 | 2,067,732 | 2,075,839 | 2,078,351 | 2,079,097 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 2,058,368 | 2,142,134 | 2,150,903 | 2,153,360 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 2,230,051 | 2,321,564 | 2,331,017 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 2,248,998 | 2,336,126 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 2,065,713 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 5C - COMMERCIAL AUTO/TRUCK LIABILITY/MEDICAL

### SECTION 1

| Years In Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE NUMBER OF CLAIMS CLOSED WITH LOSS PAYMENT DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | 15,895 | (41,447) | 9,681 | 9,172 | 8,953 | 8,854 | 8,832 | 8,816 | 8,820 | 8,830 |
| 2. 2008 | 11,918 | 16,056 | 16,881 | 17,265 | 17,463 | 17,569 | 17,612 | 17,635 | 17,647 | 17,652 |
| 3. 2009 | XXX | 10,252 | 14,213 | 14,966 | 15,323 | 15,531 | 15,634 | 15,679 | 15,704 | 15,717 |
| 4. 2010 | XXX | XXX | 10,911 | 15,577 | 16,393 | 16,838 | 17,090 | 17,203 | 17,243 | 17,260 |
| 5. 2011 | XXX | XXX | XXX | 10,823 | 14,638 | 15,221 | 15,555 | 15,810 | 15,896 | 15,942 |
| 6. 2012 | XXX | XXX | XXX | XXX | 10,963 | 14,743 | 15,303 | 15,594 | 15,763 | 15,826 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 12,311 | 15,815 | 16,400 | 16,724 | 16,889 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 11,377 | 14,963 | 15,603 | 15,936 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 12,397 | 15,917 | 16,629 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 11,212 | 14,309 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 8,552 |

### SECTION 2

| Years In Which Premiums Were Earned and Losses Were Incurred | NUMBER OF CLAIMS OUTSTANDING DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | 4,478 | 2,467 | 1,348 | 769 | 427 | 241 | 146 | 103 | 74 | 53 |
| 2. 2008 | 4,682 | 1,577 | 858 | 470 | 260 | 137 | 78 | 48 | 32 | 26 |
| 3. 2009 | XXX | 4,791 | 1,508 | 841 | 501 | 296 | 173 | 112 | 75 | 54 |
| 4. 2010 | XXX | XXX | 5,715 | 1,750 | 1,013 | 513 | 338 | 222 | 145 | 120 |
| 5. 2011 | XXX | XXX | XXX | 4,536 | 1,490 | 965 | 578 | 341 | 238 | 178 |
| 6. 2012 | XXX | XXX | XXX | XXX | 3,209 | 1,130 | 669 | 393 | 232 | 134 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 3,753 | 1,205 | 716 | 408 | 219 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 4,631 | 1,369 | 878 | 543 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 4,292 | 1,553 | 1,002 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 4,102 | 1,566 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 3,320 |

### SECTION 3

| Years In Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE NUMBER OF CLAIMS REPORTED DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | 2,938 | (83,617) | 267 | 185 | 177 | 174 | 172 | 173 | 173 | 174 |
| 2. 2008 | 26,249 | 28,465 | 28,637 | 28,683 | 28,703 | 28,710 | 28,714 | 28,716 | 28,717 | 28,717 |
| 3. 2009 | XXX | 23,699 | 25,568 | 25,771 | 25,826 | 25,846 | 25,853 | 25,856 | 25,856 | 25,857 |
| 4. 2010 | XXX | XXX | 25,029 | 27,269 | 27,481 | 27,567 | 27,603 | 27,612 | 27,616 | 27,616 |
| 5. 2011 | XXX | XXX | XXX | 23,608 | 25,438 | 25,657 | 25,721 | 25,736 | 25,739 | 25,744 |
| 6. 2012 | XXX | XXX | XXX | XXX | 22,032 | 23,369 | 23,515 | 23,558 | 23,580 | 23,588 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 24,216 | 25,706 | 25,863 | 25,914 | 25,929 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 25,297 | 27,112 | 27,261 | 27,306 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 28,214 | 30,267 | 30,452 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 27,578 | 29,250 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 20,476 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 5D - WORKERS' COMPENSATION
### (EXCLUDING EXCESS WORKERS' COMPENSATION)
#### SECTION 1

| Years In Which Premiums Were Earned and Losses Were Incurred | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1.  Prior | 8,053 | 8,075 | 8,161 | 8,230 | 8,296 | 8,315 | 8,321 | 8,327 | 8,335 | 8,340 |
| 2.  2008 | | | | | | | | | | |
| 3.  2009 | XXX | | | | | | | | | |
| 4.  2010 | XXX | XXX | | | | | | | | |
| 5.  2011 | XXX | XXX | XXX | | | | | | | |
| 6.  2012 | XXX | XXX | XXX | XXX | | | | | | |
| 7.  2013 | XXX | XXX | XXX | XXX | XXX | | | | | |
| 8.  2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9.  2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10.  2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11.  2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

Note: Section 1 column span header — CUMULATIVE NUMBER OF CLAIMS CLOSED WITH LOSS PAYMENT DIRECT AND ASSUMED AT YEAR END

#### SECTION 2

| Years In Which Premiums Were Earned and Losses Were Incurred | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1.  Prior | 1,723 | 1,502 | 1,445 | 1,387 | 1,363 | 1,207 | 1,145 | 1,072 | 1,007 | 906 |
| 2.  2008 | | | | | | | | | | |
| 3.  2009 | XXX | | | | | | | | | |
| 4.  2010 | XXX | XXX | 2 | 2 | 3 | | | | | |
| 5.  2011 | XXX | XXX | XXX | | | | | | | |
| 6.  2012 | XXX | XXX | XXX | XXX | | | | | | |
| 7.  2013 | XXX | XXX | XXX | XXX | XXX | | | | | |
| 8.  2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9.  2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10.  2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11.  2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

Note: Section 2 column span header — NUMBER OF CLAIMS OUTSTANDING DIRECT AND ASSUMED AT YEAR END

#### SECTION 3

| Years In Which Premiums Were Earned and Losses Were Incurred | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1.  Prior | 2,225 | 9,682 | 9,731 | 9,764 | 9,810 | 9,860 | 9,879 | 9,901 | 9,929 | 9,942 |
| 2.  2008 | | | | | | | | | | |
| 3.  2009 | XXX | | | | | | | | | |
| 4.  2010 | XXX | XXX | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 5.  2011 | XXX | XXX | XXX | | | | | 1 | 1 | 1 |
| 6.  2012 | XXX | XXX | XXX | XXX | | | | | | |
| 7.  2013 | XXX | XXX | XXX | XXX | XXX | | | | | |
| 8.  2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9.  2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10.  2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11.  2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

Note: Section 3 column span header — CUMULATIVE NUMBER OF CLAIMS REPORTED DIRECT AND ASSUMED AT YEAR END

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 5E - COMMERCIAL MULTIPLE PERIL

### SECTION 1

| Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE NUMBER OF CLAIMS CLOSED WITH LOSS PAYMENT DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1.  Prior | 7,236 | 2,729 | 2,319 | 2,186 | 2,148 | 2,127 | 2,205 | 2,336 | 2,484 | 2,589 |
| 2.  2008 | 31,547 | 37,035 | 37,418 | 37,617 | 37,713 | 37,767 | 37,785 | 37,803 | 37,810 | 37,812 |
| 3.  2009 | XXX | 35,067 | 41,849 | 42,245 | 42,436 | 42,555 | 42,594 | 42,609 | 42,623 | 42,627 |
| 4.  2010 | XXX | XXX | 35,005 | 42,537 | 43,071 | 43,311 | 43,416 | 43,459 | 43,477 | 43,493 |
| 5.  2011 | XXX | XXX | XXX | 48,028 | 52,981 | 53,379 | 53,562 | 53,673 | 53,705 | 53,712 |
| 6.  2012 | XXX | XXX | XXX | XXX | 33,600 | 37,946 | 38,260 | 38,442 | 38,529 | 38,557 |
| 7.  2013 | XXX | XXX | XXX | XXX | XXX | 27,013 | 30,394 | 30,685 | 30,859 | 30,946 |
| 8.  2014 | XXX | XXX | XXX | XXX | XXX | XXX | 30,575 | 34,046 | 34,372 | 34,557 |
| 9.  2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 27,692 | 32,495 | 32,834 |
| 10.  2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 34,005 | 37,984 |
| 11.  2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 30,848 |

### SECTION 2

| Years in Which Premiums Were Earned and Losses Were Incurred | NUMBER OF CLAIMS OUTSTANDING DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1.  Prior | 2,449 | 1,447 | 962 | 672 | 569 | 424 | 485 | 403 | 325 | 297 |
| 2.  2008 | 4,490 | 694 | 445 | 240 | 132 | 75 | 41 | 24 | 15 | 12 |
| 3.  2009 | XXX | 3,924 | 709 | 456 | 242 | 117 | 63 | 41 | 21 | 21 |
| 4.  2010 | XXX | XXX | 3,507 | 693 | 418 | 212 | 103 | 60 | 38 | 20 |
| 5.  2011 | XXX | XXX | XXX | 2,863 | 720 | 451 | 261 | 120 | 70 | 34 |
| 6.  2012 | XXX | XXX | XXX | XXX | 2,810 | 812 | 440 | 215 | 108 | 61 |
| 7.  2013 | XXX | XXX | XXX | XXX | XXX | 2,742 | 874 | 422 | 200 | 85 |
| 8.  2014 | XXX | XXX | XXX | XXX | XXX | XXX | 2,687 | 730 | 462 | 240 |
| 9.  2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 3,283 | 775 | 573 |
| 10.  2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 2,658 | 703 |
| 11.  2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 2,332 |

### SECTION 3

| Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE NUMBER OF CLAIMS REPORTED DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1.  Prior | 4,889 | 1,329 | 1,088 | 1,064 | 1,163 | 1,238 | 1,518 | 1,691 | 1,838 | 1,986 |
| 2.  2008 | 55,473 | 60,464 | 60,876 | 61,015 | 61,052 | 61,069 | 61,079 | 61,064 | 61,089 | 61,092 |
| 3.  2009 | XXX | 59,209 | 66,569 | 67,018 | 67,166 | 67,199 | 67,222 | 67,228 | 67,235 | 67,240 |
| 4.  2010 | XXX | XXX | 60,636 | 68,856 | 69,448 | 69,621 | 69,678 | 69,713 | 69,725 | 69,729 |
| 5.  2011 | XXX | XXX | XXX | 76,242 | 82,442 | 82,946 | 83,073 | 83,113 | 83,127 | 83,131 |
| 6.  2012 | XXX | XXX | XXX | XXX | 57,706 | 62,935 | 63,394 | 63,542 | 63,577 | 63,593 |
| 7.  2013 | XXX | XXX | XXX | XXX | XXX | 49,827 | 53,554 | 54,109 | 54,259 | 54,306 |
| 8.  2014 | XXX | XXX | XXX | XXX | XXX | XXX | 56,593 | 60,872 | 61,324 | 61,455 |
| 9.  2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 53,813 | 59,288 | 59,711 |
| 10.  2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 59,403 | 64,243 |
| 11.  2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 57,089 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 5F - MEDICAL PROFESSIONAL LIABILITY - OCCURRENCE

### SECTION 1A

| Years in Years In Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE NUMBER OF CLAIMS CLOSED WITH LOSS PAYMENT DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | 448 | 466 | 466 | 466 | 466 | 466 | 466 | 466 | 466 | 466 |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

### SECTION 2A

| Years in Years In Which Premiums Were Earned and Losses Were Incurred | NUMBER OF CLAIMS OUTSTANDING DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | 1 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

### SECTION 3A

| Years in Years In Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE NUMBER OF CLAIMS REPORTED DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | 33 | 35 | 35 | 36 | 36 | 36 | 35 | 36 | 36 | 36 |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

Schedule P - Part 5F - Medical Professional Liability - Claims-Made - Section 1B

# N O N E

Schedule P - Part 5F - Medical Professional Liability - Claims-Made - Section 2B

# N O N E

Schedule P - Part 5F - Medical Professional Liability - Claims-Made - Section 3B

# N O N E

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 5H - OTHER LIABILITY - OCCURRENCE

### SECTION 1A

| Years in Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE NUMBER OF CLAIMS CLOSED WITH LOSS PAYMENT DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | 4,229 | 5,920 | 9,607 | 9,639 | 9,866 | 10,037 | 10,170 | 10,241 | 10,269 | 10,301 |
| 2. 2008 | 572 | 815 | 969 | 1,081 | 1,153 | 1,191 | 1,207 | 1,214 | 1,218 | 1,224 |
| 3. 2009 | XXX | 485 | 709 | 831 | 957 | 1,037 | 1,068 | 1,084 | 1,090 | 1,092 |
| 4. 2010 | XXX | XXX | 386 | 592 | 714 | 802 | 872 | 915 | 934 | 944 |
| 5. 2011 | XXX | XXX | XXX | 395 | 590 | 677 | 774 | 835 | 860 | 873 |
| 6. 2012 | XXX | XXX | XXX | XXX | 378 | 540 | 632 | 726 | 789 | 810 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 348 | 490 | 610 | 702 | 751 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 276 | 441 | 524 | 622 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 281 | 446 | 545 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 291 | 423 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 234 |

### SECTION 2A

| Years in Years in Which Premiums Were Earned and Losses Were Incurred | NUMBER OF CLAIMS OUTSTANDING DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | 3,029 | 2,682 | 2,416 | 2,337 | 2,128 | 2,181 | 1,995 | 1,927 | 1,871 | 1,891 |
| 2. 2008 | 454 | 398 | 311 | 191 | 104 | 53 | 32 | 21 | 17 | 10 |
| 3. 2009 | XXX | 434 | 337 | 254 | 143 | 76 | 40 | 21 | 15 | 10 |
| 4. 2010 | XXX | XXX | 366 | 289 | 231 | 166 | 101 | 62 | 36 | 26 |
| 5. 2011 | XXX | XXX | XXX | 301 | 244 | 202 | 136 | 77 | 48 | 28 |
| 6. 2012 | XXX | XXX | XXX | XXX | 325 | 228 | 195 | 132 | 89 | 37 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 280 | 229 | 160 | 111 | 79 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 280 | 231 | 198 | 123 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 293 | 224 | 195 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 274 | 241 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 294 |

### SECTION 3A

| Years in Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE NUMBER OF CLAIMS REPORTED DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | 6,026 | (2,774) | 8,335 | 8,622 | 8,966 | 9,378 | 9,521 | 9,612 | 9,818 | 9,892 |
| 2. 2008 | 1,712 | 2,208 | 2,429 | 2,549 | 2,589 | 2,623 | 2,634 | 2,640 | 2,645 | 2,645 |
| 3. 2009 | XXX | 1,424 | 1,806 | 1,983 | 2,112 | 2,165 | 2,187 | 2,196 | 2,208 | 2,210 |
| 4. 2010 | XXX | XXX | 1,389 | 1,766 | 1,965 | 2,063 | 2,131 | 2,157 | 2,165 | 2,173 |
| 5. 2011 | XXX | XXX | XXX | 1,151 | 1,536 | 1,687 | 1,787 | 1,841 | 1,868 | 1,878 |
| 6. 2012 | XXX | XXX | XXX | XXX | 1,136 | 1,440 | 1,600 | 1,706 | 1,760 | 1,775 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 1,057 | 1,384 | 1,552 | 1,668 | 1,724 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 1,070 | 1,464 | 1,658 | 1,759 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 1,237 | 1,623 | 1,801 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 1,329 | 1,752 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 1,950 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 5H - OTHER LIABILITY - CLAIMS-MADE

### SECTION 1B

| Years in Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE NUMBER OF CLAIMS CLOSED WITH LOSS PAYMENT DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

### SECTION 2B

| Years in Years in Which Premiums Were Earned and Losses Were Incurred | NUMBER OF CLAIMS OUTSTANDING DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | | | | | | | | | | |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XX | | | | | | | |
| 6. 2012 | XXX | XXX | XX | XXX | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

NONE

### SECTION 3B

| Years in Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE NUMBER OF CLAIMS REPORTED DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | | | | | | | | | | |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XX | | | | | | | |
| 6. 2012 | XXX | XXX | XX | XXX | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

NONE

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 5R - PRODUCTS LIABILITY - OCCURRENCE

### SECTION 1A

| Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE NUMBER OF CLAIMS CLOSED WITH LOSS PAYMENT DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | 2,508 | 4,512 | 4,533 | 4,564 | 4,599 | 4,610 | 4,619 | 4,627 | 4,647 | 4,656 |
| 2. 2008 | 37 | 44 | 47 | 47 | 49 | 49 | 49 | 49 | 49 | 49 |
| 3. 2009 | XXX | 26 | 33 | 37 | 37 | 38 | 38 | 38 | 38 | 38 |
| 4. 2010 | XXX | XXX | 11 | 17 | 17 | 18 | 18 | 18 | 18 | 18 |
| 5. 2011 | XXX | XXX | XXX | 15 | 18 | 19 | 19 | 19 | 19 | 19 |
| 6. 2012 | XXX | XXX | XXX | XXX | 17 | 17 | 18 | 18 | 18 | 18 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 12 | 17 | 17 | 18 | 18 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 8 | 18 | 23 | 24 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 9 | 12 | 14 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 4 | 4 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 5 |

### SECTION 2A

| Years in Which Premiums Were Earned and Losses Were Incurred | NUMBER OF CLAIMS OUTSTANDING DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | 1,814 | 1,767 | 1,697 | 1,641 | 1,628 | 1,650 | 1,601 | 1,616 | 1,613 | 1,634 |
| 2. 2008 | 7 | 3 | 1 | 2 | | | 1 | | | 1 |
| 3. 2009 | XXX | 8 | 4 | | 1 | | | | | |
| 4. 2010 | XXX | XXX | 5 | 4 | 3 | 1 | | | | |
| 5. 2011 | XXX | XXX | XXX | 3 | 4 | 1 | 1 | 1 | 1 | |
| 6. 2012 | XXX | XXX | XXX | XXX | 1 | | | | | 1 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 3 | 4 | 3 | 4 | 4 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 11 | 7 | 2 | 1 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 7 | 4 | 3 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 2 | 1 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 5 |

### SECTION 3A

| Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE NUMBER OF CLAIMS REPORTED DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | 3,233 | 4,742 | 4,828 | 4,896 | 5,075 | 5,193 | 5,282 | 5,303 | 5,397 | 5,487 |
| 2. 2008 | 57 | 67 | 69 | 70 | 72 | 72 | 73 | 73 | 73 | 73 |
| 3. 2009 | XXX | 54 | 61 | 62 | 62 | 62 | 62 | 62 | 62 | 62 |
| 4. 2010 | XXX | XXX | 25 | 32 | 33 | 34 | 34 | 34 | 34 | 34 |
| 5. 2011 | XXX | XXX | XXX | 27 | 32 | 32 | 32 | 32 | 32 | 32 |
| 6. 2012 | XXX | XXX | XXX | XXX | 20 | 21 | 22 | 22 | 22 | 23 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 22 | 28 | 28 | 30 | 31 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 24 | 37 | 37 | 38 |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 18 | 20 | 23 |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 14 | 16 |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 10 |

Schedule P - Part 5R - Products Liability - Claims-Made  - Section 1B

# N O N E

Schedule P - Part 5R - Products Liability - Claims-Made  - Section 2B

# N O N E

Schedule P - Part 5R - Products Liability - Claims-Made  - Section 3B

# N O N E

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 5T - WARRANTY
### SECTION 1

| Years in Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE NUMBER OF CLAIMS CLOSED WITH LOSS PAYMENT DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1.  Prior | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | 6 | 6 | 6 |
| 2.  2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 3.  2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

### SECTION 2

| Years in Years in Which Premiums Were Earned and Losses Were Incurred | NUMBER OF CLAIMS OUTSTANDING DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1.  Prior | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 2.  2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 3.  2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

NONE

### SECTION 3

| Years in Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE NUMBER OF CLAIMS REPORTED DIRECT AND ASSUMED AT YEAR END | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1.  Prior | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 10 | | |
| 2.  2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 15 | 15 |
| 3.  2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 6 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 6C - COMMERCIAL AUTO/TRUCK LIABILITY/MEDICAL

### SECTION 1

| Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE PREMIUMS EARNED DIRECT AND ASSUMED AT YEAR END ($000 OMITTED) | | | | | | | | | | 11 Current Year Premiums Earned |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | |
| 1. Prior | (1,424) | 239 | 557 | 259 | 331 | 22 | 2 | | 314 | 45 | 45 |
| 2. 2008 | 355,663 | 353,740 | 353,753 | 353,741 | 353,738 | 353,735 | 353,735 | 353,735 | 353,779 | 353,781 | 12 |
| 3. 2009 | XXX | 304,847 | 303,049 | 303,030 | 303,021 | 303,011 | 303,013 | 303,013 | 303,030 | 303,040 | 10 |
| 4. 2010 | XXX | XXX | 276,123 | 277,001 | 276,967 | 276,972 | 276,973 | 276,973 | 276,978 | 276,986 | 8 |
| 5. 2011 | XXX | XXX | XXX | 265,140 | 261,303 | 261,292 | 261,284 | 261,283 | 261,283 | 261,294 | 11 |
| 6. 2012 | XXX | XXX | XXX | XXX | 245,942 | 244,725 | 244,644 | 244,622 | 244,618 | 244,638 | 20 |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 252,563 | 250,923 | 250,775 | 250,742 | 250,757 | 15 |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 267,302 | 265,947 | 265,868 | 265,833 | (35) |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 285,898 | 284,495 | 284,482 | (13) |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 291,308 | 290,150 | (1,158) |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 289,117 | 289,117 |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 288,032 |
| 13. Earned Premiums (Sch P-Pt. 1) | 354,239 | 303,163 | 277,895 | 261,246 | 244,410 | 251,329 | 265,578 | 284,172 | 290,369 | 288,032 | XXX |

### SECTION 2

| Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE PREMIUMS EARNED CEDED AT YEAR END ($000 OMITTED) | | | | | | | | | | 11 Current Year Premiums Earned |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | |
| 1. Prior | | | | | | | | | | | |
| 2. 2008 | 3,792 | 3,792 | 3,792 | 3,792 | 3,792 | 3,792 | 3,792 | 3,792 | 3,792 | 3,792 | |
| 3. 2009 | XXX | 3,774 | 3,774 | 3,774 | 3,774 | 3,774 | 3,774 | 3,774 | 3,774 | 3,774 | |
| 4. 2010 | XXX | XXX | 3,642 | 3,642 | 3,642 | 3,642 | 3,642 | 3,642 | 3,642 | 3,642 | |
| 5. 2011 | XXX | XXX | XXX | 3,584 | 3,584 | 3,584 | 3,584 | 3,584 | 3,584 | 3,584 | |
| 6. 2012 | XXX | XXX | XXX | XXX | 3,581 | 3,581 | 3,581 | 3,581 | 3,581 | 3,581 | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 3,672 | 3,672 | 3,672 | 3,672 | 3,672 | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 4,740 | 4,740 | 4,740 | 4,740 | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 4,468 | 4,468 | 4,468 | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 8,754 | 8,754 | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 4,597 | 4,597 |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 4,597 |
| 13. Earned Premiums (Sch P-Pt. 1) | 3,792 | 3,774 | 3,642 | 3,584 | 3,581 | 3,672 | 4,740 | 4,468 | 8,754 | 4,597 | |

## SCHEDULE P - PART 6D - WORKERS' COMPENSATION
### (EXCLUDING EXCESS WORKERS' COMPENSATION)

### SECTION 1

| Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE PREMIUMS EARNED DIRECT AND ASSUMED AT YEAR END ($000 OMITTED) | | | | | | | | | | 11 Current Year Premiums Earned |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | |
| 1. Prior | (135) | (204) | 109 | 10 | 76 | (12) | 3 | | (2) | (13) | |
| 2. 2008 | 116 | 116 | 125 | 123 | 122 | 122 | 122 | 121 | 115 | 115 | |
| 3. 2009 | XXX | 14 | 14 | 11 | 10 | 9 | 9 | 7 | 1 | 1 | |
| 4. 2010 | XXX | XXX | 13 | 13 | 11 | 10 | 10 | 6 | (13) | (13) | |
| 5. 2011 | XXX | XXX | XXX | 15 | 15 | 13 | 13 | 3 | (41) | (41) | |
| 6. 2012 | XXX | XXX | XXX | XXX | 18 | 18 | 18 | 3 | (104) | (104) | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 12 | 12 | (12) | (182) | (182) | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 528 | 793 | 528 | 528 | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 273 | 273 | 273 | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | (47) | (47) | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 127 | 127 |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 127 |
| 13. Earned Premiums (Sch P-Pt. 1) | (19) | (189) | 131 | 19 | 90 | (4) | 796 | 215 | (677) | 127 | XXX |

### SECTION 2

| Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE PREMIUMS EARNED CEDED AT YEAR END ($000 OMITTED) | | | | | | | | | | 11 Current Year Premiums Earned |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | |
| 1. Prior | | | | | | | | | | | |
| 2. 2008 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| 3. 2009 | XXX | | | | | | | | | | |
| 4. 2010 | XXX | XXX | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | |
| 5. 2011 | XXX | XXX | XXX | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | 1 | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 13. Earned Premiums (Sch P-Pt. 1) | 2 | | | 1 | | | | | | | XXX |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 6E - COMMERCIAL MULTIPLE PERIL

### SECTION 1

| Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE PREMIUMS EARNED DIRECT AND ASSUMED AT YEAR END ($000 OMITTED) | | | | | | | | | | 11 Current Year Premiums Earned |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | |
| 1. Prior | (939) | (32) | (2) | (15) | (4) | | | | | | |
| 2. 2008 | 634,626 | 633,915 | 633,901 | 633,890 | 633,867 | 633,886 | 633,886 | 633,886 | 633,886 | 633,886 | |
| 3. 2009 | XXX | 653,334 | 652,474 | 652,455 | 652,451 | 652,448 | 652,448 | 652,448 | 652,448 | 652,448 | |
| 4. 2010 | XXX | XXX | 660,204 | 659,571 | 659,664 | 659,658 | 659,658 | 659,658 | 659,658 | 659,658 | |
| 5. 2011 | XXX | XXX | XXX | 670,582 | 670,503 | 670,482 | 670,479 | 670,478 | 670,478 | 670,478 | |
| 6. 2012 | XXX | XXX | XXX | XXX | 678,544 | 678,144 | 678,101 | 678,098 | 678,098 | 678,096 | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 681,128 | 680,140 | 680,090 | 680,084 | 680,082 | (2) |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 689,327 | 688,961 | 688,951 | 688,942 | (9) |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 700,429 | 699,776 | 699,730 | (46) |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 675,926 | 675,087 | (839) |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 655,037 | 655,037 |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 654,141 |
| 13. Earned Premiums (Sch P-Pt. 1) | 633,686 | 652,591 | 659,327 | 670,406 | 678,050 | 680,994 | 688,493 | 699,629 | 675,257 | 654,141 | XXX |

### SECTION 2

| Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE PREMIUMS EARNED CEDED AT YEAR END ($000 OMITTED) | | | | | | | | | | 11 Current Year Premiums Earned |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | |
| 1. Prior | | | | | | | | | | | |
| 2. 2008 | 27,612 | 27,612 | 27,612 | 27,612 | 27,612 | 27,612 | 27,612 | 27,612 | 27,612 | 27,612 | |
| 3. 2009 | XXX | 21,629 | 21,629 | 21,629 | 21,629 | 21,629 | 21,629 | 21,629 | 21,629 | 21,629 | |
| 4. 2010 | XXX | XXX | 20,148 | 20,148 | 20,148 | 20,148 | 20,148 | 20,148 | 20,148 | 20,148 | |
| 5. 2011 | XXX | XXX | XXX | 18,385 | 18,385 | 18,385 | 18,385 | 18,385 | 18,385 | 18,385 | |
| 6. 2012 | XXX | XXX | XXX | XXX | 19,117 | 19,117 | 19,117 | 19,117 | 19,117 | 19,117 | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 17,881 | 17,881 | 17,881 | 17,881 | 17,881 | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 16,084 | 16,084 | 16,084 | 16,084 | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 15,630 | 15,630 | 15,630 | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 15,934 | 15,934 | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 14,788 | 14,788 |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 14,788 |
| 13. Earned Premiums (Sch P-Pt. 1) | 27,612 | 21,629 | 20,148 | 18,385 | 19,117 | 17,881 | 16,084 | 15,630 | 15,934 | 14,788 | XXX |

## SCHEDULE P - PART 6H - OTHER LIABILITY - OCCURRENCE

### SECTION 1A

| Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE PREMIUMS EARNED DIRECT AND ASSUMED AT YEAR END ($000 OMITTED) | | | | | | | | | | 11 Current Year Premiums Earned |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | |
| 1. Prior | (252) | 16 | 70 | (7) | 28 | (13) | | | | | |
| 2. 2008 | 262,790 | 262,771 | 262,776 | 262,775 | 262,772 | 262,771 | 262,771 | 262,769 | 262,742 | 262,742 | |
| 3. 2009 | XXX | 340,361 | 340,348 | 340,347 | 340,345 | 340,342 | 340,342 | 340,331 | 340,304 | 340,304 | |
| 4. 2010 | XXX | XXX | 329,687 | 329,679 | 329,678 | 329,676 | 329,676 | 329,662 | 329,542 | 329,542 | |
| 5. 2011 | XXX | XXX | XXX | 325,528 | 325,527 | 325,525 | 325,525 | 325,483 | 325,323 | 325,323 | |
| 6. 2012 | XXX | XXX | XXX | XXX | 319,429 | 319,430 | 319,430 | 319,403 | 318,997 | 318,997 | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 320,063 | 320,107 | 320,097 | 319,791 | 319,791 | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 326,458 | 326,457 | 326,351 | 326,351 | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 329,885 | 329,853 | 329,853 | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 341,265 | 341,264 | (1) |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 355,411 | 355,411 |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 355,410 |
| 13. Earned Premiums (Sch P-Pt. 1) | 262,537 | 340,364 | 329,745 | 325,509 | 319,450 | 320,073 | 326,472 | 329,769 | 338,927 | 355,410 | XXX |

### SECTION 2A

| Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE PREMIUMS EARNED CEDED AT YEAR END ($000 OMITTED) | | | | | | | | | | 11 Current Year Premiums Earned |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | |
| 1. Prior | | | | | | | | | | | |
| 2. 2008 | 15,387 | 15,387 | 15,387 | 15,387 | 15,387 | 15,387 | 15,387 | 15,387 | 15,387 | 15,387 | |
| 3. 2009 | XXX | 85 | 85 | 85 | 85 | 85 | 85 | 85 | 85 | 85 | |
| 4. 2010 | XXX | XXX | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | |
| 5. 2011 | XXX | XXX | XXX | 2,634 | 2,634 | 2,634 | 2,634 | 2,634 | 2,634 | 2,634 | |
| 6. 2012 | XXX | XXX | XXX | XXX | 11,638 | 11,638 | 11,638 | 11,638 | 11,638 | 11,638 | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 14,504 | 14,504 | 14,504 | 14,504 | 14,504 | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 17,116 | 17,116 | 17,116 | 17,116 | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 17,094 | 17,094 | 17,094 | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 19,965 | 19,965 | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 19,993 | 19,993 |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 19,993 |
| 13. Earned Premiums (Sch P-Pt. 1) | 15,385 | 85 | 13 | 2,634 | 11,638 | 14,504 | 17,116 | 17,094 | 19,965 | 19,993 | XXX |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

Schedule P - Part 6H - Other Liability - Claims-Made - Section 1B
# N O N E

Schedule P - Part 6H - Other Liability - Claims-Made - Section 2B
# N O N E

Schedule P - Part 6M - International - Section 1
# N O N E

Schedule P - Part 6M - International - Section 2
# N O N E

Schedule P - Part 6N- Reinsurance A - Nonproportional Assumed Property - Section 1
# N O N E

Schedule P - Part 6N- Reinsurance A - Nonproportional Assumed Property - Section 2
# N O N E

Schedule P - Part 6O - Reinsurance B - Nonproportional Liability - Section 1
# N O N E

Schedule P - Part 6O - Reinsurance B - Nonproportional Assumed Liability - Section 2
# N O N E

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 6R - PRODUCTS LIABILITY - OCCURRENCE

### SECTION 1A

| Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE PREMIUMS EARNED DIRECT AND ASSUMED AT YEAR END ($000 OMITTED) | | | | | | | | | | 11 Current Year Premiums Earned |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | |
| 1. Prior | 7 | 10 | 11 | (3) | | | | | | | |
| 2. 2008 | 1,751 | 1,753 | 1,751 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | |
| 3. 2009 | XXX | 1,615 | 1,599 | 1,598 | 1,598 | 1,598 | 1,598 | 1,598 | 1,598 | 1,598 | |
| 4. 2010 | XXX | XXX | 1,357 | 1,348 | 1,347 | 1,347 | 1,347 | 1,347 | 1,347 | 1,347 | |
| 5. 2011 | XXX | XXX | XXX | 1,046 | 1,041 | 1,040 | 1,040 | 1,040 | 1,040 | 1,040 | |
| 6. 2012 | XXX | XXX | XXX | XXX | 977 | 971 | 970 | 970 | 970 | 970 | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 1,178 | 1,165 | 1,165 | 1,165 | 1,165 | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 1,350 | 1,339 | 1,339 | 1,339 | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 1,277 | 1,269 | 1,269 | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 599 | 591 | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 599 | (6) |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 756 | 756 |
| 13. Earned Premiums (Sch P-Pt.1) | 1,758 | 1,626 | 1,350 | 1,033 | 971 | 1,171 | 1,336 | 1,266 | 591 | 748 | XXX |

### SECTION 2A

| Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE PREMIUMS EARNED CEDED AT YEAR END ($000 OMITTED) | | | | | | | | | | 11 Current Year Premiums Earned |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | |
| 1. Prior | | | | | | | | | | | |
| 2. 2008 | 92 | 92 | 92 | 92 | 92 | 92 | 92 | 92 | 92 | 92 | |
| 3. 2009 | XXX | 666 | 666 | 666 | 666 | 666 | 666 | 666 | 666 | 666 | |
| 4. 2010 | XXX | XXX | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | |
| 5. 2011 | XXX | XXX | XXX | 30 | 30 | 30 | 30 | 30 | 30 | 30 | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | 22 | 22 | 22 | 22 | 22 | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | 22 | 22 | 22 | 22 | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 13. Earned Premiums (Sch P-Pt.1) | 92 | 666 | 7 | 30 | | 22 | | | | | XXX |

## SCHEDULE P - PART 6R - PRODUCTS LIABILITY - CLAIMS-MADE

### SECTION 1B

| Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE PREMIUMS EARNED DIRECT AND ASSUMED AT YEAR END ($000 OMITTED) | | | | | | | | | | 11 Current Year Premiums Earned |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | |
| 1. Prior | | | | | | | | | | | |
| 2. 2008 | | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | | |
| 5. 2011 | XXX | XXX | | NONE | | | | | | | |
| 6. 2012 | XXX | XXX | | | | | | | | | |
| 7. 2013 | XXX | XXX | | | | | | | | | |
| 8. 2014 | XXX | XXX | | | | | | | | | |
| 9. 2015 | XXX | XXX | | | | | | | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 13. Earned Premiums (Sch P-Pt.1) | | | | | | | | | | | XXX |

### SECTION 2B

| Years in Which Premiums Were Earned and Losses Were Incurred | CUMULATIVE PREMIUMS EARNED CEDED AT YEAR END ($000 OMITTED) | | | | | | | | | | 11 Current Year Premiums Earned |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | |
| 1. Prior | | | | | | | | | | | |
| 2. 2008 | | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | | |
| 5. 2011 | XXX | XXX | | NONE | | | | | | | |
| 6. 2012 | XXX | XXX | | | | | | | | | |
| 7. 2013 | XXX | XXX | | | | | | | | | |
| 8. 2014 | XXX | XXX | | | | | | | | | |
| 9. 2015 | XXX | XXX | | | | | | | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 12. Totals | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 13. Earned Premiums (Sch P-Pt.1) | | | | | | | | | | | XXX |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED
PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 7A - PRIMARY LOSS SENSITIVE CONTRACTS ($000 OMITTED)
### SECTION 1

| Schedule P - Part 1 | 1 Total Net Losses and Expenses Unpaid | 2 Net Losses and Expenses Unpaid on Loss Sensitive Contracts | 3 Loss Sensitive as Percentage of Total | 4 Total Net Premiums Written | 5 Net Premiums Written on Loss Sensitive Contracts | 6 Loss Sensitive as Percentage of Total |
|---|---|---|---|---|---|---|
| 1. Homeowners/Farmowners | 2,362,067 | | | 7,876,334 | | |
| 2. Private Passenger Auto Liability/Medical | 12,716,783 | | | 12,462,339 | | |
| 3. Commercial Auto/Truck Liability/Medical | 473,367 | | | 281,960 | | |
| 4. Workers' Compensation | 75,523 | | | 125 | | |
| 5. Commercial Multiple Peril | 341,143 | | | 629,833 | | |
| 6. Medical Professional Liability - Occurrence | 122 | | | | | |
| 7. Medical Professional Liability - Claims - Made | | | | | | |
| 8. Special Liability | 8,444 | | | 5,490 | | |
| 9. Other Liability - Occurrence | 951,079 | | | 361,941 | | |
| 10. Other Liability - Claims-Made | | | | | | |
| 11. Special Property | 58,655 | | | 240,353 | | |
| 12. Auto Physical Damage | 379,233 | | | 8,569,824 | | |
| 13. Fidelity/Surety | 140 | | | 11 | | |
| 14. Other | | | | | | |
| 15. International | | | | | | |
| 16. Reinsurance - Nonproportional Assumed Property | XXX | XXX | XXX | XXX | XXX | XXX |
| 17. Reinsurance - Nonproportional Assumed Liability | XXX | XXX | XXX | XXX | XXX | XXX |
| 18. Reinsurance - Nonproportional Assumed Financial Lines | XXX | XXX | XXX | XXX | XXX | XXX |
| 19. Products Liability - Occurrence | 1,005,263 | | | 662 | | |
| 20. Products Liability - Claims-Made | | | | | | |
| 21. Financial Guaranty/Mortgage Guaranty | | | | | | |
| 22. Warranty | | | | 3,661 | | |
| 23. Totals | 18,369,839 | | | 30,532,455 | | |

### SECTION 2

| Years in Which Policies Were Issued | INCURRED LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
| 1. Prior | 1,122,888 | 1,019,331 | 957,944 | 822,669 | 934,671 | 769,227 | 387,957 | | | |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

### SECTION 3

| Years in Which Policies Were Issued | BULK AND INCURRED BUT NOT REPORTED RESERVES FOR LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES AT YEAR END ($000 OMITTED) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
| 1. Prior | 313,950 | 264,322 | 246,000 | 119,235 | 216,445 | 52,666 | | | | |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 7A - PRIMARY LOSS SENSITIVE CONTRACTS (Continued)

### SECTION 4

| Years in Which Policies Were Issued | NET EARNED PREMIUMS REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | 210 | 34 | 599 | | 396 | (29) | 772 | | | |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

### SECTION 5

| Years in Which Policies Were Issued | NET RESERVE FOR PREMIUM ADJUSTMENTS AND ACCRUED RETROSPECTIVE PREMIUMS AT YEAR END ($000 OMITTED) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | | | | | | | | | | |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XX | | | | | | | |
| 6. 2012 | XXX | XXX | XX | XXX | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

NONE

COMBINED STATEMENT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 7B - REINSURANCE LOSS SENSITIVE CONTRACTS ($000 OMITTED)

### SECTION 1

| | Schedule P - Part 1 | 1<br>Total Net Losses and Expenses Unpaid | 2<br>Net Losses and Expenses Unpaid on Loss Sensitive Contracts | 3<br>Loss Sensitive as Percentage of Total | 4<br>Total Net Premiums Written | 5<br>Net Premiums Written on Loss Sensitive Contracts | 6<br>Loss Sensitive as Percentage of Total |
|---|---|---|---|---|---|---|---|
| 1. | Homeowners/Farmowners | 2,392,087 | | | 7,676,334 | | |
| 2. | Private Passenger Auto Liability/Medical | 12,716,783 | | | 12,462,339 | | |
| 3. | Commercial Auto/Truck Liability/Medical | 473,367 | | | 281,580 | | |
| 4. | Workers' Compensation | 75,523 | | | 125 | | |
| 5. | Commercial Multiple Peril | 341,143 | | | 629,833 | | |
| 6. | Medical Professional Liability - Occurrence | 122 | | | | | |
| 7. | Medical Professional Liability - Claims - Made | | | | | | |
| 8. | Special Liability | 6,444 | | | 5,490 | | |
| 9. | Other Liability - Occurrence | 951,079 | | | 361,841 | | |
| 10. | Other Liability - Claims-Made | | | | | | |
| 11. | Special Property | 58,656 | | | 240,353 | | |
| 12. | Auto Physical Damage | 379,233 | | | 8,869,824 | | |
| 13. | Fidelity/Surety | 140 | | | 11 | | |
| 14. | Other | | | | | | |
| 15. | International | | | | | | |
| 16. | Reinsurance - Nonproportional Assumed Property | 183 | | | | | |
| 17. | Reinsurance - Nonproportional Assumed Liability | 2,761 | | | | | |
| 18. | Reinsurance - Nonproportional Assumed Financial Lines | | | | | | |
| 19. | Products Liability - Occurrence | 1,005,263 | | | 662 | | |
| 20. | Products Liability - Claims-Made | | | | | | |
| 21. | Financial Guaranty/Mortgage Guaranty | | | | | | |
| 22. | Warranty | | | | 3,661 | | |
| 23. | Totals | 18,372,763 | | | 30,532,455 | | |

### SECTION 2

| Years in Which Policies Were Issued | 1<br>2008 | 2<br>2009 | 3<br>2010 | 4<br>2011 | 5<br>2012 | 6<br>2013 | 7<br>2014 | 8<br>2015 | 9<br>2016 | 10<br>2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | INCURRED LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES REPORTED AT YEAR END ($000 OMITTED) | | | | | | | |
| 1. Prior | 45,112 | 45,180 | 45,364 | 45,467 | 45,903 | 45,762 | 45,544 | | | |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

### SECTION 3

| Years in Which Policies Were Issued | 1<br>2008 | 2<br>2009 | 3<br>2010 | 4<br>2011 | 5<br>2012 | 6<br>2013 | 7<br>2014 | 8<br>2015 | 9<br>2016 | 10<br>2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | BULK AND INCURRED BUT NOT REPORTED RESERVES FOR LOSSES AND DEFENSE AND COST CONTAINMENT EXPENSES AT YEAR END ($000 OMITTED) | | | | | | | |
| 1. Prior | | | | | | | | | | |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XX | | | | | | | |
| 6. 2012 | XXX | XXX | XX | XX | | | | | | |
| 7. 2013 | XXX | XXX | XX | XXX | XXX | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

NONE

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE P - PART 7B - REINSURANCE LOSS SENSITIVE CONTRACTS (Continued)

### SECTION 4

| Years in Which Policies Were Issued | NET EARNED PREMIUMS REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | (16) | (49) | 15 | 31 | 51 | (7) | 5 | | | |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XXX | | | | | | | |
| 6. 2012 | XXX | XXX | XXX | XXX | | | | | | |
| 7. 2013 | XXX | XXX | XXX | XXX | XXX | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

### SECTION 5

| Years in Which Policies Were Issued | NET RESERVE FOR PREMIUM ADJUSTMENTS AND ACCRUED RETROSPECTIVE PREMIUMS AT YEAR END ($000 OMITTED) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | | | | | | | | | | |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XX | | | | | | | |
| 6. 2012 | XXX | XXX | XX | | | | | | | |
| 7. 2013 | XXX | XXX | XX | XXX | | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

**NONE**

### SECTION 6

| Years in Which Policies Were Issued | INCURRED ADJUSTABLE COMMISSIONS REPORTED AT YEAR END ($000 OMITTED) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | | | | | | | | | | |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XX | | | | | | | |
| 6. 2012 | XXX | XXX | XX | | | | | | | |
| 7. 2013 | XXX | XXX | XX | | | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

**NONE**

### SECTION 7

| Years in Which Policies Were Issued | RESERVES FOR COMMISSION ADJUSTMENTS AT YEAR END ($000 OMITTED) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 1. Prior | | | | | | | | | | |
| 2. 2008 | | | | | | | | | | |
| 3. 2009 | XXX | | | | | | | | | |
| 4. 2010 | XXX | XXX | | | | | | | | |
| 5. 2011 | XXX | XXX | XX | | | | | | | |
| 6. 2012 | XXX | XXX | XX | XXX | | | | | | |
| 7. 2013 | XXX | XXX | XX | XXX | | | | | | |
| 8. 2014 | XXX | XXX | XXX | XXX | XXX | XXX | | | | |
| 9. 2015 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | | |
| 10. 2016 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | | |
| 11. 2017 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |

**NONE**

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

# SCHEDULE T - EXHIBIT OF PREMIUMS WRITTEN

Allocated by States and Territories

| | 1 | Gross Premiums, Including Policy and Membership Fees, Less Return Premiums and Premiums on Policies Not Taken | | 4 | 5 | 6 | 7 | 8 | 9 Direct Premiums Written for Federal Purchasing Groups (Included in Column 2) |
|---|---|---|---|---|---|---|---|---|---|
| States, Etc. | Active Status | 2 Direct Premiums Written | 3 Direct Premiums Earned | Dividends Paid or Credited to Policyholders on Direct Business | Direct Losses Paid (Deducting Salvage) | Direct Losses Incurred | Direct Losses Unpaid | Finance and Service Charges Not Included in Premiums | |
| 1. Alabama ........... AL | L | 575,088,212 | 568,367,398 | ............ | 298,779,630 | 272,293,643 | 156,055,326 | 6,896,494 | ............ |
| 2. Alaska ........... AK | L | 102,354,514 | 103,588,678 | ............ | 46,211,030 | 45,913,066 | 32,051,747 | 827,778 | ............ |
| 3. Arizona ........... AZ | L | 555,500,471 | 555,584,672 | ............ | 286,721,410 | 282,168,779 | 200,942,291 | 4,605,554 | ............ |
| 4. Arkansas ........... AR | L | 229,254,124 | 227,079,830 | ............ | 104,892,273 | 98,815,404 | 58,753,380 | 2,121,838 | ............ |
| 5. California ........... CA | L | 3,137,565,546 | 3,060,893,683 | ............ | 1,371,625,566 | 2,331,366,391 | 1,722,559,659 | 30,662,835 | ............ |
| 6. Colorado ........... CO | L | 639,678,189 | 631,904,351 | ............ | 469,741,260 | 492,859,524 | 251,064,280 | 4,635,682 | ............ |
| 7. Connecticut ........ CT | L | 413,557,831 | 421,352,382 | ............ | 206,640,297 | 204,070,745 | 261,024,402 | 4,778,938 | ............ |
| 8. Delaware ........... DE | L | 73,382,211 | 72,504,308 | ............ | 35,994,097 | 73,468,120 | 85,622,017 | 502,617 | ............ |
| 9. District of Columbia .. DC | L | 38,855,275 | 39,718,705 | ............ | 16,516,683 | 15,894,709 | 12,989,544 | 519,173 | ............ |
| 10. Florida ........... FL | L | 2,177,104,939 | 2,173,858,300 | ............ | 1,321,742,829 | 1,253,582,959 | 1,183,245,293 | 14,293,167 | ............ |
| 11. Georgia ........... GA | L | 1,291,691,204 | 1,283,057,957 | ............ | 697,482,386 | 696,571,778 | 467,761,400 | 12,380,896 | ............ |
| 12. Hawaii ........... HI | L | 97,583,600 | 96,185,786 | ............ | 52,899,355 | 51,002,628 | 32,399,162 | 1,200,487 | ............ |
| 13. Idaho ........... ID | L | 115,430,878 | 114,496,380 | ............ | 63,953,293 | 61,816,608 | 38,182,068 | 1,316,394 | ............ |
| 14. Illinois ........... IL | L | 1,386,467,003 | 1,365,529,832 | ............ | 783,659,449 | 778,967,568 | 815,368,502 | 11,735,734 | ............ |
| 15. Indiana ........... IN | L | 456,257,493 | 449,609,243 | ............ | 218,684,628 | 215,818,251 | 146,795,287 | 5,020,875 | ............ |
| 16. Iowa ........... IA | L | 81,349,169 | 80,324,768 | ............ | 47,369,467 | 48,635,718 | 23,658,204 | 974,349 | ............ |
| 17. Kansas ........... KS | L | 178,290,283 | 174,960,584 | ............ | 92,303,945 | 96,529,146 | 41,037,411 | 1,450,789 | ............ |
| 18. Kentucky ........... KY | L | 280,458,996 | 285,189,500 | ............ | 135,076,920 | 127,465,408 | 97,702,143 | 1,931,571 | ............ |
| 19. Louisiana ........... LA | L | 788,278,050 | 782,311,743 | ............ | 387,478,748 | 338,237,953 | 261,569,689 | 6,336,292 | ............ |
| 20. Maine ........... ME | L | 89,745,694 | 88,734,984 | ............ | 39,294,754 | 40,975,166 | 35,893,521 | 1,216,697 | ............ |
| 21. Maryland ........... MD | L | 837,352,957 | 834,173,925 | ............ | 469,558,395 | 474,811,268 | 402,779,782 | 5,991,191 | ............ |
| 22. Massachusetts ....... MA | L | 114,514,957 | 124,552,563 | ............ | 71,595,810 | 67,277,188 | 58,864,204 | 2,102,105 | ............ |
| 23. Michigan ........... MI | L | 1,016,391,793 | 1,032,577,923 | ............ | 575,231,068 | 946,374,522 | 5,266,412,878 | 12,288,819 | ............ |
| 24. Minnesota ........... MN | L | 329,182,284 | 326,988,204 | ............ | 220,061,749 | 238,937,767 | 149,549,760 | 2,682,852 | ............ |
| 25. Mississippi ........... MS | L | 257,732,729 | 259,510,250 | ............ | 119,455,389 | 114,754,952 | 79,141,791 | 2,386,197 | ............ |
| 26. Missouri ........... MO | L | 255,967,181 | 254,199,157 | ............ | 137,715,870 | 140,065,112 | 81,978,868 | 2,416,524 | ............ |
| 27. Montana ........... MT | L | 43,276,088 | 43,060,253 | ............ | 19,771,703 | 19,070,576 | 17,496,343 | 392,851 | ............ |
| 28. Nebraska ........... NE | L | 103,776,693 | 102,246,293 | ............ | 87,226,860 | 91,869,962 | 34,366,368 | 581,766 | ............ |
| 29. Nevada ........... NV | L | 293,425,745 | 297,643,432 | ............ | 153,050,559 | 160,524,514 | 134,968,371 | 2,736,280 | ............ |
| 30. New Hampshire ...... NH | L | 125,749,734 | 123,971,949 | ............ | 55,346,554 | 60,819,727 | 51,727,952 | 1,571,679 | ............ |
| 31. New Jersey ........... NJ | N | 1,161,589,700 | 1,172,469,606 | ............ | 597,635,927 | 559,437,103 | 1,641,140,708 | 9,024,874 | ............ |
| 32. New Mexico ........... NM | L | 154,878,416 | 155,229,309 | ............ | 97,367,625 | 84,697,351 | 77,940,794 | 1,364,851 | ............ |
| 33. New York ........... NY | L | 2,770,397,133 | 2,770,395,401 | ............ | 1,431,784,277 | 1,389,343,266 | 2,021,124,514 | 25,355,292 | ............ |
| 34. North Carolina ...... NC | L | 716,711,966 | 715,111,384 | ............ | 376,087,214 | 368,426,789 | 224,138,178 | 10,648,453 | ............ |
| 35. North Dakota ........ ND | L | 19,183,540 | 18,365,340 | ............ | 9,395,832 | 9,243,250 | 5,655,105 | 256,146 | ............ |
| 36. Ohio ........... OH | L | 1,056,865,338 | 1,042,230,431 | ............ | 494,423,382 | 519,932,678 | 378,024,728 | 12,501,866 | ............ |
| 37. Oklahoma ........... OK | L | 315,594,806 | 313,488,602 | ............ | 129,157,071 | 130,796,799 | 77,142,794 | 2,789,964 | ............ |
| 38. Oregon ........... OR | L | 317,933,605 | 316,718,099 | ............ | 172,508,131 | 177,252,902 | 124,024,855 | 3,279,382 | ............ |
| 39. Pennsylvania ........ PA | L | 1,538,475,453 | 1,538,578,546 | ............ | 783,571,410 | 767,726,305 | 893,331,364 | 15,234,754 | ............ |
| 40. Rhode Island ........ RI | L | 168,504,203 | 168,372,865 | ............ | 80,455,473 | 87,876,214 | 91,603,168 | 1,365,148 | ............ |
| 41. South Carolina ...... SC | L | 682,955,783 | 682,376,652 | ............ | 358,655,400 | 366,414,892 | 249,938,427 | 8,058,903 | ............ |
| 42. South Dakota ........ SD | L | 9,885,900 | 9,435,494 | ............ | 5,657,859 | 6,068,165 | 4,733,316 | 188,438 | ............ |
| 43. Tennessee ........... TN | L | 428,540,693 | 428,032,746 | ............ | 204,557,120 | 188,322,351 | 123,588,962 | 3,314,527 | ............ |
| 44. Texas ........... TX | L | 3,687,009,703 | 3,605,138,796 | ............ | 3,285,265,377 | 3,378,549,971 | 1,077,936,285 | 15,672,204 | ............ |
| 45. Utah ........... UT | L | 284,973,119 | 290,381,195 | ............ | 165,959,289 | 160,191,290 | 107,338,992 | 2,830,916 | ............ |
| 46. Vermont ........... VT | L | 36,478,926 | 35,744,163 | ............ | 14,270,536 | 13,417,394 | 10,307,063 | 441,928 | ............ |
| 47. Virginia ........... VA | L | 771,337,139 | 771,471,942 | ............ | 379,269,063 | 393,606,242 | 260,628,803 | 8,793,562 | ............ |
| 48. Washington ........... WA | L | 711,614,871 | 709,407,315 | ............ | 386,380,967 | 366,957,075 | 353,086,460 | 6,664,799 | ............ |
| 49. West Virginia ...... WV | L | 130,905,975 | 130,757,314 | ............ | 51,753,681 | 50,988,914 | 39,775,597 | 1,118,244 | ............ |
| 50. Wisconsin ........... WI | L | 220,260,206 | 216,421,528 | ............ | 120,210,985 | 122,040,031 | 127,635,635 | 2,650,255 | ............ |
| 51. Wyoming ........... WY | L | 30,275,813 | 30,557,394 | ............ | 19,638,423 | 21,844,390 | 11,375,659 | 251,277 | ............ |
| 52. American Samoa ..... AS | N | ............ | ............ | ............ | ............ | ............ | ............ | ............ | ............ |
| 53. Guam ........... GU | N | ............ | ............ | ............ | ............ | ............ | ............ | ............ | ............ |
| 54. Puerto Rico ........ PR | L | ............ | ............ | ............ | ............ | ............ | ............ | ............ | ............ |
| 55. U.S. Virgin Islands ... VI | N | ............ | ............ | ............ | ............ | ............ | ............ | ............ | ............ |
| 56. Northern Mariana Islands ........... MP | N | ............ | ............ | ............ | ............ | ............ | ............ | ............ | ............ |
| 57. Canada ........... CAN | L | ............ | ............ | ............ | ............ | (565,762) | 1,953 | ............ | ............ |
| 58. Aggregate other alien . OT | XXX | 59,633 | ............ | ............ | ............ | 35,134 | 108,857 | ............ | ............ |
| 59. Totals | (a) 51 | 31,272,840,015 | 31,095,982,690 | ............ | 18,290,987,459 | 19,113,887,348 | 20,132,535,200 | 279,034,109 | ............ |
| DETAILS OF WRITE-INS | | | | | | | | | |
| 58999. Totals (Lines 58001 through 58003 plus 58998)(Line 58 above) | XXX | ............ | ............ | ............ | ............ | 59,633 | 35,134 | 108,857 | ............ |

(L) Licensed or Chartered - Licensed Insurance Carrier or Domiciled RRG; (R) Registered - Non-domiciled RRGs; (Q) Qualified - Qualified or Accredited Reinsurer; (E) Eligible - Reporting Entities eligible or approved to write Surplus Lines in the state (other than their state of domicile - see DSLI); (D) DSLI - Domestic Surplus Lines Insurer (DSLI) - Reporting entities authorized to write Surplus Lines in the state of domicile; (N) None of the above - Not allowed to write business in the state.

Explanation of basis of allocation of premiums by states, etc.

PERSONAL LINES - PREMIUMS ALLOCATED TO VARIOUS STATES, ETC., ACCORDING TO LOCATION OF PROPERTY INSURED.

(a) Insert the number of D and L responses except for Canada and Other Alien.

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE D - SUMMARY BY COUNTRY

Long-Term Bonds and Stocks OWNED December 31 of Current Year

| Description | | | 1<br>Book/Adjusted<br>Carrying Value | 2<br>Fair Value | 3<br>Actual Cost | 4<br>Par Value of Bonds |
|---|---|---|---|---|---|---|
| BONDS | 1. | United States | 1,960,175,610 | 1,955,998,284 | 1,968,887,688 | 1,959,281,264 |
| Governments | 2. | Canada | | | | |
| (including all obligations guaranteed | 3. | Other Countries | 3,966,639 | 4,171,252 | 3,895,000 | 4,000,000 |
| by governments) | 4. | Totals | 1,964,142,249 | 1,960,169,536 | 1,972,782,688 | 1,963,281,264 |
| U.S. States, Territories and Possessions | | | | | | |
| (Direct and guaranteed) | 5. | Totals | 676,993,072 | 675,495,757 | 744,927,419 | 623,810,000 |
| U.S. Political Subdivisions of States, Territories and Possessions (Direct and guaranteed) | 6. | Totals | 1,559,778,314 | 1,557,227,131 | 1,615,556,093 | 1,374,570,000 |
| U.S. Special Revenue and Special Assessment Obligations and all Non-Guaranteed Obligations of Agencies and Authorities of Governments and their Political Subdivisions | 7. | Totals | 3,391,000,402 | 3,390,623,576 | 3,541,252,212 | 3,065,843,022 |
| Industrial and Miscellaneous, SVO Identified Funds and Hybrid Securities (unaffiliated) | 8. | United States | 20,194,588,326 | 20,304,627,959 | 20,276,865,963 | 20,366,498,306 |
| | 9. | Canada | 477,555,236 | 483,860,714 | 478,444,569 | 477,267,966 |
| | 10. | Other Countries | 3,041,339,555 | 3,048,608,871 | 3,044,501,330 | 3,046,398,038 |
| | 11. | Totals | 23,713,483,117 | 23,837,097,544 | 23,801,611,862 | 23,910,164,330 |
| Parent, Subsidiaries and Affiliates | 12. | Totals | | | | |
| | 13. | Total Bonds | 31,305,395,153 | 31,510,613,846 | 31,676,130,273 | 30,937,668,616 |
| PREFERRED STOCKS | 14. | United States | 94,930,819 | 137,970,258 | 79,774,976 | |
| Industrial and Miscellaneous (unaffiliated) | 15. | Canada | | | | |
| | 16. | Other Countries | 10,829,820 | 13,636,501 | 11,721,120 | |
| | 17. | Totals | 105,760,639 | 151,606,759 | 91,496,096 | |
| Parent, Subsidiaries and Affiliates | 18. | Totals | | | | |
| | 19. | Total Preferred Stocks | 105,760,639 | 151,606,759 | 91,496,096 | |
| COMMON STOCKS | 20. | United States | 2,724,444,592 | 2,724,444,592 | 2,259,845,082 | |
| Industrial and Miscellaneous (unaffiliated) | 21. | Canada | 87,156,324 | 87,156,324 | 72,377,138 | |
| | 22. | Other Countries | 1,072,462,524 | 1,072,432,679 | 882,311,947 | |
| | 23. | Totals | 3,884,063,440 | 3,884,033,595 | 3,214,534,167 | |
| Parent, Subsidiaries and Affiliates | 24. | Totals | 4,101,456,823 | 4,101,456,823 | 2,106,008,231 | |
| | 25. | Total Common Stocks | 7,985,520,263 | 7,985,490,418 | 5,320,542,398 | |
| | 26. | Total Stocks | 8,091,280,902 | 8,137,097,177 | 5,412,038,494 | |
| | 27. | Total Bonds and Stocks | 39,396,676,055 | 39,647,711,023 | 37,088,168,768 | |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE D - PART 1A - SECTION 1

Quality and Maturity Distribution of All Bonds Owned December 31, at Book/Adjusted Carrying Values by Major Types of Issues and NAIC Designations

| NAIC Designation | 1 Year or Less | Over 1 Year Through 5 Years | Over 5 Years Through 10 Years | Over 10 Years Through 20 Years | Over 20 Years | No Maturity Date | Total Current Year | Col. 7 as a % of Line 10.7 | Total from Col. 7 Prior Year | % From Col. 8 Prior Year | Total Publicly Traded | Total Privately Placed (a) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. U.S. Governments | | | | | | | | | | | | |
| 1.1 NAIC 1 | 154,550,559 | 1,634,712,065 | 220,726,343 | 709,022 | | XXX | 2,010,697,989 | 6.3 | 1,518,290,852 | 4.9 | 2,010,697,989 | |
| 1.2 NAIC 2 | | | | | | XXX | | | | | | |
| 1.3 NAIC 3 | | | | | | XXX | | | | | | |
| 1.4 NAIC 4 | | | | | | XXX | | | | | | |
| 1.5 NAIC 5 | | | | | | XXX | | | | | | |
| 1.6 NAIC 6 | | | | | | XXX | | | | | | |
| 1.7 Totals | 154,550,559 | 1,634,712,065 | 220,726,343 | 709,022 | | XXX | 2,010,697,989 | 6.3 | 1,518,290,852 | 4.9 | 2,010,697,989 | |
| 2. All Other Governments | | | | | | | | | | | | |
| 2.1 NAIC 1 | | 3,966,639 | | | | XXX | 3,966,639 | 0.0 | 13,956,861 | 0.0 | 3,966,639 | |
| 2.2 NAIC 2 | | | | | | XXX | | | 20,088,823 | 0.1 | | |
| 2.3 NAIC 3 | | | | | | XXX | | | | | | |
| 2.4 NAIC 4 | | | | | | XXX | | | | | | |
| 2.5 NAIC 5 | | | | | | XXX | | | | | | |
| 2.6 NAIC 6 | | | | | | XXX | | | | | | |
| 2.7 Totals | | 3,966,639 | | | | XXX | 3,966,639 | 0.0 | 34,047,385 | 0.1 | 3,966,639 | |
| 3. U.S. States, Territories and Possessions etc., Guaranteed | | | | | | | | | | | | |
| 3.1 NAIC 1 | 297,076,453 | 172,742,355 | 195,320,278 | | | XXX | 665,139,085 | 2.1 | 751,736,176 | 2.4 | 665,139,085 | |
| 3.2 NAIC 2 | | 11,853,988 | | | | XXX | 11,853,988 | 0.0 | 1,058,588 | 0.0 | 11,853,988 | |
| 3.3 NAIC 3 | | | | | | XXX | | | | | | |
| 3.4 NAIC 4 | | | | | | XXX | | | | | | |
| 3.5 NAIC 5 | | | | | | XXX | | | | | | |
| 3.6 NAIC 6 | | | | | | XXX | | | | | | |
| 3.7 Totals | 297,076,453 | 184,596,342 | 195,320,278 | | | XXX | 676,993,072 | 2.1 | 752,794,764 | 2.4 | 676,993,072 | |
| 4. U.S. Political Subdivisions of States, Territories and Possessions, Guaranteed | | | | | | | | | | | | |
| 4.1 NAIC 1 | 174,006,938 | 428,457,317 | 865,900,005 | 90,304,118 | | XXX | 1,546,717,578 | 4.8 | 1,175,442,435 | 3.8 | 1,546,717,578 | |
| 4.2 NAIC 2 | | 4,820,893 | 2,566,135 | | | XXX | 7,386,488 | 0.0 | 7,006,588 | 0.0 | 7,386,488 | |
| 4.3 NAIC 3 | 605,072 | 1,000,000 | | | | XXX | 1,605,072 | 0.0 | 1,158,273 | 0.0 | 1,605,072 | |
| 4.4 NAIC 4 | | | | | | XXX | | | | | | |
| 4.5 NAIC 5 | | 1,129,375 | | | | XXX | 1,129,375 | 0.0 | | 0.0 | 1,129,375 | |
| 4.6 NAIC 6 | 103,500 | 492,814 | 845,811 | 1,464,775 | | XXX | 2,937,800 | 0.0 | 2,540,600 | 0.0 | 2,937,800 | |
| 4.7 Totals | 174,744,510 | 433,900,680 | 869,312,251 | 91,818,893 | | XXX | 1,559,776,314 | 4.8 | 1,186,948,899 | 3.8 | 1,559,776,314 | |
| 5. U.S. Special Revenue & Special Assessment Obligations, etc., Non-Guaranteed | | | | | | | | | | | | |
| 5.1 NAIC 1 | 533,792,899 | 1,076,846,984 | 1,374,201,016 | 90,190,415 | 7,344,853 | XXX | 3,274,690,654 | 10.2 | 2,666,004,387 | 8.6 | 3,274,690,654 | |
| 5.2 NAIC 2 | 4,608,713 | 23,485,950 | 40,029,197 | 3,019,073 | | XXX | 71,407,787 | 0.2 | 9,918,073 | 0.0 | 71,407,787 | |
| 5.3 NAIC 3 | 3,675,180 | 9,931,452 | | | | XXX | 13,606,632 | 0.0 | 9,632,760 | 0.0 | 13,606,632 | |
| 5.4 NAIC 4 | | | 13,222,279 | | | XXX | 13,222,279 | 0.0 | 25,930,156 | 0.1 | 13,222,279 | |
| 5.5 NAIC 5 | | | | | | XXX | | 0.0 | 4,916,510 | 0.0 | | |
| 5.6 NAIC 6 | 124,004 | 565,220 | 1,031,006 | 3,617,377 | | XXX | 5,367,607 | 0.0 | 5,600,412 | 0.0 | 5,367,607 | |
| 5.7 Totals | 542,170,796 | 1,310,850,606 | 1,534,483,498 | 96,816,865 | 7,344,853 | XXX | 3,391,674,959 | 10.6 | 2,765,822,278 | 9.0 | 3,391,674,959 | |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE D - PART 1A - SECTION 1 (Continued)

Quality and Maturity Distribution of All Bonds Owned December 31, at Book/Adjusted Carrying Values by Major Types of Issues and NAIC Designations

| NAIC Designation | 1 Year or Less | 2 Over 1 Year Through 5 Years | 3 Over 5 Years Through 10 Years | 4 Over 10 Years Through 20 Years | 5 Over 20 Years | 6 No Maturity Date | 7 Total Current Year | 8 Col. 7 as a % of Line 10.7 | 9 Total from Col 7 Prior Year | 10 % From Col. 8 Prior Year | 11 Total Publicly Traded | 12 Total Privately Placed (a) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **6. Industrial & Miscellaneous (Unaffiliated)** | | | | | | | | | | | | |
| 6.1 NAIC 1 | 1,422,128,259 | 7,112,436,726 | 1,351,924,318 | 102,502,012 | 108,853,570 | XXX | 10,098,846,884 | 31.5 | 9,846,804,079 | 31.9 | 7,120,194,702 | 2,978,652,182 |
| 6.2 NAIC 2 | 1,200,814,614 | 5,816,589,283 | 1,928,305,872 | 108,399,609 | 150,186,718 | XXX | 9,211,178,178 | 28.7 | 8,855,922,769 | 28.7 | 7,055,965,116 | 2,155,213,060 |
| 6.3 NAIC 3 | 53,273,612 | 883,889,947 | 1,699,640,384 | 49,427,754 | 49,855,288 | XXX | 2,754,896,975 | 8.6 | 3,511,971,040 | 11.4 | 1,534,253,195 | 1,220,643,780 |
| 6.4 NAIC 4 | 23,693,206 | 582,007,853 | 1,291,511,388 | 49,092,405 | 3,503,022 | XXX | 1,949,340,355 | 5.1 | 2,096,582,700 | 6.8 | 683,389,095 | 1,265,495,060 |
| 6.5 NAIC 5 | 8,722,055 | 101,162,983 | 85,983,041 | 19,218,784 | 6,115,564 | XXX | 289,783,986 | 0.9 | 215,575,674 | 0.7 | 16,919,734 | 272,864,253 |
| 6.6 NAIC 6 | 122,572 | 5,621,784 | 12,591,026 | 665,719 | 1,612,688 | XXX | 20,328,789 | 0.1 | 21,969,971 | 0.1 | 3,354,234 | 17,159,335 |
| 6.7 Totals | 2,738,761,818 | 14,572,526,666 | 6,969,474,990 | 329,207,272 | 325,106,878 | XXX | 24,335,073,146 | 75.9 | 24,552,266,033 | 78.4 | 16,414,045,076 | 7,921,028,070 |
| **7. Hybrid Securities** | | | | | | | | | | | | |
| 7.1 NAIC 1 | | | | | | XXX | | | 8,202,500 | 0.0 | | |
| 7.2 NAIC 2 | | | | | | XXX | | | 16,957,500 | 0.1 | | |
| 7.3 NAIC 3 | | | | | | XXX | | | | | | |
| 7.4 NAIC 4 | | | | | | XXX | | | | | | |
| 7.5 NAIC 5 | | | | | | XXX | | | | | | |
| 7.6 NAIC 6 | | | | | | XXX | | | | | | |
| 7.7 Totals | | | | | | XXX | | | 25,160,000 | 0.1 | | |
| **8. Parent, Subsidiaries and Affiliates** | | | | | | | | | | | | |
| 8.1 NAIC 1 | | | | | | XXX | | | | | | |
| 8.2 NAIC 2 | | | | | | XXX | | | | | | |
| 8.3 NAIC 3 | | | | | | XXX | | | | | | |
| 8.4 NAIC 4 | | | | | | XXX | | | | | | |
| 8.5 NAIC 5 | | | | | | XXX | | | | | | |
| 8.6 NAIC 6 | | | | | | XXX | | | | | | |
| 8.7 Totals | | | | | | XXX | | | | | | |
| **9. SVO Identified Funds** | | | | | | | | | | | | |
| 9.1 NAIC 1 | XXX | XXX | XXX | XXX | XXX | XXX | | | | | | |
| 9.2 NAIC 2 | XXX | XXX | XXX | XXX | XXX | XXX | | | | | | |
| 9.3 NAIC 3 | XXX | XXX | XXX | XXX | XXX | XXX | 3,494,720 | 0.0 | 3,660,860 | 0.0 | 3,494,720 | |
| 9.4 NAIC 4 | XXX | XXX | XXX | XXX | XXX | XXX | 79,425,099 | 0.2 | 51,517,518 | 0.2 | 79,425,099 | |
| 9.5 NAIC 5 | XXX | XXX | XXX | XXX | XXX | XXX | | | | | | |
| 9.6 NAIC 6 | XXX | XXX | XXX | XXX | XXX | XXX | | | | | | |
| 9.7 Totals | XXX | XXX | XXX | XXX | XXX | XXX | 82,919,819 | 0.3 | 55,078,478 | 0.2 | 82,919,819 | |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE D - PART 1A - SECTION 1 (Continued)

Quality and Maturity Distribution of All Bonds Owned December 31, at Book/Adjusted Carrying Values by Major Types of Issues and NAIC Designations

| NAIC Designation | 1 Year or Less | Over 1 Year Through 5 Years | Over 5 Years Through 10 Years | Over 10 Years Through 20 Years | Over 20 Years | No Maturity Date | Total Current Year | Col. 7 as a % of Line 10.7 | Total from Col 7 Prior Year | % From Col. 8 Prior Year | Total Publicly Traded | Total Privately Placed (a) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **10. Total Bonds Current Year** | | | | | | | | | | | | |
| 10.1 NAIC 1 | (d) 2,581,554,046 | 10,627,184,486 | 3,996,072,159 | 283,716,567 | 109,862,570 | 3,494,720 | (d) 17,600,358,830 | 54.9 | 15,979,958,674 | XXX | 14,621,706,847 | 2,978,652,182 |
| 10.2 NAIC 2 | 1,265,423,327 | 5,668,729,584 | 1,976,821,394 | 111,336,752 | 192,513,572 | | 9,318,461,159 | 29.1 | 8,878,315,300 | XXX | 7,153,188,099 | 2,153,213,060 |
| 10.3 NAIC 3 | 87,553,864 | 894,621,939 | 1,899,849,364 | 49,427,754 | 48,856,268 | | 2,770,108,679 | 8.6 | 3,522,780,673 | XXX | 1,538,464,899 | 1,220,643,780 |
| 10.4 NAIC 4 | 23,699,265 | 582,037,553 | 1,204,733,647 | 49,092,405 | 3,503,022 | 79,425,089 | 2,042,490,782 | 6.4 | 2,174,080,374 | XXX | 776,005,473 | 1,266,485,266 |
| 10.5 NAIC 5 | 8,115,951 | 171,291,678 | 101,570,088 | 19,219,704 | 2,115,961 | | (c) 302,313,382 | 0.9 | (c) 224,483,484 | XXX | 59,165,001 | 272,884,253 |
| 10.6 NAIC 6 | 350,076 | | 14,377,943 | 5,777,871 | 1,612,888 | | 29,829,175 | 0.1 | 30,251,183 | XXX | 11,659,640 | 17,169,535 |
| 10.7 Totals | 3,907,303,575 | 18,140,555,398 | 9,079,317,358 | 518,562,053 | 332,453,733 | 82,919,819 | (b) 32,061,101,937 | 100.0 | 30,909,989,889 | XXX | 24,140,103,867 | 7,921,028,070 |
| 10.8 Line 10.7 as a % of Col. 7 | 12.2 | 56.6 | 28.3 | 1.6 | 1.0 | 0.3 | 100.0 | | XXX | XXX | 75.3 | 24.7 |
| **11. Total Bonds Prior Year** | | | | | | | | | | | | |
| 11.1 NAIC 1 | 3,004,900,559 | 10,127,865,888 | 2,581,348,141 | 114,883,781 | 150,970,096 | 3,560,960 | | | 15,979,958,674 | 51.7 | 12,386,198,197 | 3,593,762,676 |
| 11.2 NAIC 2 | 1,496,592,680 | 5,863,726,121 | 1,471,258,271 | 50,505,884 | 91,871,428 | | | | 8,878,315,300 | 29.0 | 6,870,705,999 | 2,307,609,412 |
| 11.3 NAIC 3 | 118,942,589 | 1,003,609,881 | 2,270,508,430 | 105,687,862 | 25,811,922 | | | | 3,522,780,673 | 11.4 | 2,058,118,866 | 1,464,641,808 |
| 11.4 NAIC 4 | 28,425,711 | 581,383,333 | 1,494,286,144 | 13,470,069 | 6,944,608 | 3,560,990 | | | 2,174,080,374 | 7.0 | 824,659,101 | 1,349,421,273 |
| 11.5 NAIC 5 | 5,573,820 | 89,185,484 | 39,915,492 | 88,545,182 | 3,667,667 | | | | 224,483,484 | 0.7 | 59,165,061 | 165,328,422 |
| 11.6 NAIC 6 | 1,972,046 | 2,427,099 | 15,515,488 | 4,784,792 | 3,272,358 | | | | 30,251,183 | 0.1 | 8,341,212 | 21,909,971 |
| 11.7 Totals | 4,632,827,208 | 17,668,653,211 | 7,922,211,957 | 326,300,441 | 284,535,593 | 5,077,478 | | | 30,909,989,889 | 100.0 | 22,006,996,327 | 8,902,673,562 |
| 11.8 Line 11.7 as a % of Col. 9 | 15.0 | 57.2 | 25.6 | 1.1 | 0.9 | 0.2 | | | XXX | 100.0 | 71.2 | 28.8 |
| **12. Total Publicly Traded Bonds** | | | | | | | | | | | | |
| 12.1 NAIC 1 | 1,880,872,084 | 8,860,659,226 | 3,726,557,438 | 288,005,402 | 46,512,487 | 3,494,720 | 14,821,706,847 | 45.6 | 12,386,198,197 | 40.1 | XXX | XXX |
| 12.2 NAIC 2 | 838,184,172 | 4,622,285,461 | 1,503,796,463 | 64,423,824 | 131,052,464 | | 7,153,188,099 | 22.3 | 6,870,705,999 | 21.6 | XXX | XXX |
| 12.3 NAIC 3 | 76,690,878 | 655,284,488 | 786,745,718 | 21,877,620 | 48,956,298 | | 1,538,464,899 | 4.8 | 2,058,118,866 | 6.7 | XXX | XXX |
| 12.4 NAIC 4 | 4,623,675 | 167,407,179 | 501,283,097 | 20,288,422 | 3,010,000 | 79,425,089 | 776,005,473 | 2.4 | 824,609,101 | 2.7 | XXX | XXX |
| 12.5 NAIC 5 | | 24,457,589 | | | 3,797,540 | | 28,049,109 | 0.1 | 59,165,061 | 0.2 | XXX | XXX |
| 12.6 NAIC 6 | 231,362 | 4,638,209 | | 5,112,182 | | | 28,049,109 | 0.0 | 8,341,212 | 0.0 | XXX | XXX |
| 12.7 Totals | 2,860,652,711 | 14,104,588,175 | 6,524,059,574 | 384,075,319 | 233,228,609 | 82,919,819 | 24,140,103,867 | 75.3 | 22,006,996,327 | 71.2 | XXX | XXX |
| 12.8 Line 12.7 as a % of Col. 7 | 11.6 | 58.4 | 27.0 | 1.6 | 1.0 | 0.3 | 100.0 | | XXX | XXX | XXX | XXX |
| 12.9 Line 12.7 as a % of Line 10.7, Col. 7. | 8.7 | 44.0 | 20.3 | 1.2 | 0.7 | | 75.3 | | XXX | XXX | XXX | XXX |
| **13. Total Privately Placed Bonds** | | | | | | | | | | | | |
| 13.1 NAIC 1 | 700,681,984 | 1,946,205,261 | 269,514,721 | | 63,340,083 | | 2,978,652,182 | 9.3 | 3,593,762,676 | 11.6 | XXX | XXX |
| 13.2 NAIC 2 | 367,239,155 | 1,236,483,594 | 473,124,796 | 49,894,928 | 31,461,668 | | 2,153,213,060 | 6.7 | 2,307,609,412 | 7.5 | XXX | XXX |
| 13.3 NAIC 3 | 10,862,986 | 239,326,911 | 902,900,648 | 27,550,225 | | | 1,220,643,780 | 4.7 | 1,464,641,808 | 4.7 | XXX | XXX |
| 13.4 NAIC 4 | 19,075,651 | 414,630,374 | 702,450,550 | 19,219,704 | 493,022 | | 1,266,485,266 | 4.0 | 1,349,421,273 | 4.4 | XXX | XXX |
| 13.5 NAIC 5 | 8,723,055 | 147,040,389 | 95,553,041 | 19,219,704 | 2,318,064 | | 272,884,253 | 0.9 | 165,328,422 | 0.5 | XXX | XXX |
| 13.6 NAIC 6 | 118,714 | 2,271,409 | 12,501,026 | 665,719 | 1,612,658 | | 17,169,535 | 0.1 | 21,909,971 | 0.1 | XXX | XXX |
| 13.7 Totals | 1,106,751,405 | 4,035,967,223 | 2,555,257,764 | 123,676,734 | 99,224,924 | | 7,921,028,070 | 24.7 | 8,902,673,562 | 28.8 | XXX | XXX |
| 13.8 Line 13.7 as a % of Col. 7 | 14.0 | 51.0 | 32.3 | 1.6 | 1.3 | | 100.0 | | XXX | XXX | XXX | XXX |
| 13.9 Line 13.7 as a % of Line 10.7, Col. 7. | 3.5 | 12.6 | 8.0 | 0.4 | 0.3 | | 24.7 | | XXX | XXX | XXX | XXX |

(a) Includes $ ...... 6,050,593,559 freely tradeable under SEC Rule 144A $ ...... 99,283,288 current year $ ...... current year $ ...... prior year of bonds with "Z" designations. The letter "Z" means the NAIC designation was not

(b) Includes $ ...... 99,283,288 current year $ ...... 724,675,444 prior year of bonds with "Z" designations and $ ...... prior year $ ...... current year $ ...... prior year of bonds with "2*" designations. "2*" means the SVO could not evaluate the designation because valuation procedures for the security class are under regulatory review.

(c) Includes $ ...... 59,438,658 current year $ ...... 43,118,810 prior year of bonds with "5*" designations and $ ...... current year $ ...... 129,168 prior year of bonds with "6*" designations. "5*" means the NAIC designation was assigned by the

(d) Includes the following amount of short-term and cash equivalent bonds by NAIC designation: NAIC 1 $ ...... 513,788,282 ; NAIC 2 $ ...... 236,931,974 ; NAIC 3 $ ...... ; NAIC 4 $ ...... 4,996,832 ; NAIC 5 $ ......

(SVO) in reliance on the insurer's certification that the issuer's current in all principal and interest payments. "5*" means the NAIC due to inadequate certification of principal and interest payments.

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE D - PART 1A - SECTION 2

Maturity Distribution of All Bonds Owned December 31, at Book/Adjusted Carrying Values by Major Type and Subtype of Issues

| Distribution by Type | 1 — 1 Year or Less | 2 — Over 1 Year Through 5 Years | 3 — Over 5 Years Through 10 Years | 4 — Over 10 Years Through 20 Years | 5 — Over 20 Years | 6 — No Maturity Date | 7 — Total Current Year | 8 — Col 7 as a % of Line 10.6 | 9 — Total from Col. 7 Prior Year | 10 — % From Col. 8 Prior Year | 11 — Total Publicly Traded | 12 — Total Privately Placed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. U.S. Governments** | | | | | | | | | | | | |
| 1.1 Issuer Obligations | 154,234,138 | 1,634,016,376 | 220,634,832 | 709,022 | | | 2,009,583,198 | 6.3 | 1,484,643,002 | 4.8 | 2,009,583,198 | |
| 1.2 Residential Mortgage-Backed Securities | 316,421 | 596,690 | 101,710 | | | | 1,114,820 | 0.0 | 1,706,654 | 0.0 | 1,114,820 | |
| 1.3 Commercial Mortgage-Backed Securities | | | | | | XXX | | | | | | |
| 1.4 Other Loan-Backed and Structured Securities | | | | | | XXX | | | 31,949,989 | | | |
| 1.5 Totals | 154,550,559 | 1,634,712,065 | 220,726,343 | 709,022 | | XXX | 2,010,697,969 | 6.3 | 1,518,299,645 | 4.9 | 2,010,697,969 | |
| **2. All Other Governments** | | | | | | | | | | | | |
| 2.1 Issuer Obligations | | 3,966,639 | | | | XXX | 3,966,639 | 0.0 | 34,047,365 | 0.1 | 3,966,639 | |
| 2.2 Residential Mortgage-Backed Securities | | | | | | XXX | | | | | | |
| 2.3 Commercial Mortgage-Backed Securities | | | | | | XXX | | | | | | |
| 2.4 Other Loan-Backed and Structured Securities | | | | | | XXX | | | | | | |
| 2.5 Totals | | 3,966,639 | | | | XXX | 3,966,639 | 0.0 | 34,047,365 | 0.1 | 3,966,639 | |
| **3. U.S. States, Territories and Possessions, Guaranteed** | | | | | | | | | | | | |
| 3.1 Issuer Obligations | 297,070,453 | 184,596,542 | 195,320,278 | | | XXX | 676,993,072 | 2.1 | 732,794,764 | 2.4 | 676,993,072 | |
| 3.2 Residential Mortgage-Backed Securities | | | | | | XXX | | | | | | |
| 3.3 Commercial Mortgage-Backed Securities | | | | | | XXX | | | | | | |
| 3.4 Other Loan-Backed and Structured Securities | | | | | | XXX | | | | | | |
| 3.5 Totals | 297,070,453 | 184,596,542 | 195,320,278 | | | XXX | 676,993,072 | 2.1 | 732,794,764 | 2.4 | 676,993,072 | |
| **4. U.S. Political Subdivisions of States, Territories and Possessions, Guaranteed** | | | | | | | | | | | | |
| 4.1 Issuer Obligations | 174,744,510 | 438,900,660 | 859,312,251 | 91,818,888 | | XXX | 1,559,776,314 | 4.9 | 1,186,148,099 | 3.8 | 1,559,776,314 | |
| 4.2 Residential Mortgage-Backed Securities | | | | | | XXX | | | | | | |
| 4.3 Commercial Mortgage-Backed Securities | | | | | | XXX | | | | | | |
| 4.4 Other Loan-Backed and Structured Securities | | | | | | XXX | | | | | | |
| 4.5 Totals | 174,744,510 | 438,900,660 | 859,312,251 | 91,818,888 | | XXX | 1,559,776,314 | 4.9 | 1,186,148,099 | 3.8 | 1,559,776,314 | |
| **5. U.S. Special Revenue & Special Assessment Obligations etc., Non-Guaranteed** | | | | | | | | | | | | |
| 5.1 Issuer Obligations | 529,040,492 | 1,277,641,162 | 1,420,862,541 | 84,108,347 | 7,344,863 | XXX | 3,329,127,595 | 10.4 | 2,697,297,344 | 8.7 | 3,329,127,595 | |
| 5.2 Residential Mortgage-Backed Securities | | | | | | XXX | | | | | | |
| 5.3 Commercial Mortgage-Backed Securities | 12,722,425 | 51,676,020 | | 2,708,918 | | XXX | 60,787,920 | 0.2 | 60,823,838 | 0.3 | 60,787,920 | |
| 5.4 Other Loan-Backed and Structured Securities | 407,800 | 1,341,923 | | | | XXX | 1,746,443 | 0.0 | 10,501,096 | 0.0 | 1,746,443 | |
| 5.5 Totals | 542,170,726 | 1,330,659,096 | | 86,816,696 | 7,344,863 | XXX | 3,391,674,959 | 10.6 | 2,768,622,278 | 9.0 | 3,391,674,959 | |
| **6. Industrial and Miscellaneous** | | | | | | | | | | | | |
| 6.1 Issuer Obligations | 2,578,298,532 | 8,860,737,225 | | 271,708,378 | 248,022,109 | XXX | 22,884,670,849 | 71.7 | 22,824,575,727 | 74.2 | 15,850,963,505 | 7,033,367,844 |
| 6.2 Residential Mortgage-Backed Securities | 31,548,596 | 61,129,603 | | 36,866,345 | 2,482,451 | XXX | 199,496,709 | 0.6 | 243,921,825 | 0.8 | 194,503,515 | 4,993,194 |
| 6.3 Commercial Mortgage-Backed Securities | 268,144 | 1,265,173 | | | 25,211,714 | XXX | 31,138,782 | 0.1 | 26,651,405 | 0.1 | 31,138,782 | |
| 6.4 Other Loan-Backed and Structured Securities | 133,645,584 | 111,843,584 | | 20,531,550 | 48,392,615 | XXX | 1,129,659,866 | 3.5 | 1,357,138,985 | 4.4 | 278,578,555 | 851,113,310 |
| 6.5 Totals | 2,743,761,378 | 9,035,474,590 | | 329,307,272 | 325,108,879 | XXX | 24,335,078,146 | 75.9 | 24,452,288,033 | 79.4 | 16,414,045,076 | 7,921,028,010 |
| **7. Hybrid Securities** | | | | | | | | | | | | |
| 7.1 Issuer Obligations | | | | | | XXX | | | | | | |
| 7.2 Residential Mortgage-Backed Securities | | | | | | XXX | | | | | | |
| 7.3 Commercial Mortgage-Backed Securities | | | | | | XXX | | | | | | |
| 7.4 Other Loan-Backed and Structured Securities | | | | | | XXX | | | | | | |
| 7.5 Totals | | | | | | XXX | | | | | | |
| **8. Parent, Subsidiaries and Affiliates** | | | | | | | | | | | | |
| 8.1 Issuer Obligations | | | | | | XXX | 25,180,000 | 0.1 | 25,180,000 | 0.1 | | |
| 8.2 Residential Mortgage-Backed Securities | | | | | | XXX | | | | | | |
| 8.3 Commercial Mortgage-Backed Securities | | | | | | XXX | | | | | | |
| 8.4 Other Loan-Backed and Structured Securities | | | | | | XXX | | | | | | |
| 8.5 Totals | | | | | | XXX | 25,180,000 | 0.1 | 25,180,000 | 0.1 | | |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE D - PART 1A - SECTION 2 (Continued)

Maturity Distribution of All Bonds Owned December 31, at Book/Adjusted Carrying Values by Major Type and Subtype of Issues

| Distribution by Type | 1 — 1 Year or Less | 2 — Over 1 Year Through 5 Years | 3 — Over 5 Years Through 10 Years | 4 — Over 10 Years Through 20 Years | 5 — Over 20 Years | 6 — No Maturity Date | 7 — Total Current Year | 8 — Col. 7 as a % of Line 10.6 | 9 — Total from Col. 7 Prior Year | 10 — % From Col. 8 Prior Year | 11 — Total Publicly Traded | 12 — Total Privately Placed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **9. SVO Identified Funds** | | | | | | | | | | | | |
| 9.1 Exchange Traded Funds Identified by the SVO | XXX | XXX | XXX | | XXX | 82,919,819 | 82,919,819 | 0.3 | 55,078,478 | 0.2 | 82,919,819 | |
| 9.2 Bond Mutual Funds Identified by the SVO | XXX | XXX | XXX | | XXX | | | | | | | |
| 9.9 Totals | XXX | XXX | XXX | | XXX | 82,919,819 | 82,919,819 | 0.3 | 55,078,478 | 0.2 | 82,919,819 | |
| **10. Total Bonds Current Year** | | | | | | | | | | | | |
| 10.1 Issuer Obligations | 3,729,194,124 | 17,254,279,794 | 8,696,967,227 | 499,345,551 | 258,395,852 | XXX | 30,594,317,638 | 86.3 | XXX | XXX | 23,530,409,784 | 7,063,907,844 |
| 10.2 Residential Mortgage-Backed Securities | 44,598,781 | 134,257,843 | 82,701,870 | 39,574,963 | 2,462,451 | XXX | 254,278,386 | 0.8 | XXX | XXX | 249,416,255 | 4,863,134 |
| 10.3 Commercial Mortgage-Backed Securities | 263,144 | 1,265,173 | 4,359,751 | 6,225,176 | 25,211,714 | XXX | 31,139,782 | 0.1 | XXX | XXX | | 31,139,782 |
| 10.4 Other Loan-Backed and Structured Securities | 134,107,526 | 813,155,267 | 115,299,410 | 20,531,350 | 48,392,515 | XXX | 1,131,446,309 | 3.5 | XXX | XXX | 280,327,999 | 851,118,310 |
| 10.5 SVO Identified Funds | XXX | XXX | XXX | | XXX | 82,919,819 | 82,919,819 | 0.3 | XXX | XXX | 82,919,819 | |
| 10.6 Totals | 3,908,163,575 | 18,202,958,077 | 8,899,328,258 | 565,677,040 | 334,462,532 | 82,919,819 | 32,091,101,867 | 100.0 | XXX | XXX | 24,145,073,867 | 7,921,028,070 |
| 10.7 Line 10.6 as a % of Col. 7 | 12.2 | 56.5 | 28.3 | 1.8 | 1.0 | 0.3 | 100.0 | | | | 75.3 | 24.7 |
| **11. Total Bonds Prior Year** | | | | | | | | | | | | |
| 11.1 Issuer Obligations | 4,470,740,066 | 16,446,878,673 | 7,710,459,009 | 250,015,986 | 188,110,707 | XXX | XXX | XXX | 29,078,566,321 | 94.1 | 21,211,286,732 | 7,868,716,589 |
| 11.2 Residential Mortgage-Backed Securities | 58,114,362 | 134,257,843 | 77,109,706 | 48,946,653 | 3,721,033 | XXX | XXX | XXX | 225,542,627 | 1.0 | 312,716,594 | 925,863 |
| 11.3 Commercial Mortgage-Backed Securities | 259,753 | 1,301,619 | 1,300,028 | 6,225,176 | 17,544,890 | XXX | XXX | XXX | 25,531,406 | 0.1 | | 25,531,406 |
| 11.4 Other Loan-Backed and Structured Securities | 122,712,987 | 1,086,194,078 | 130,583,214 | 26,408,746 | 65,152,023 | XXX | XXX | XXX | 1,424,681,057 | 4.6 | 427,885,484 | 55,078,478 |
| 11.5 SVO Identified Funds | XXX | XXX | XXX | | XXX | 55,078,478 | XXX | XXX | 55,078,478 | 0.2 | 55,078,478 | |
| 11.6 Totals | 4,652,877,205 | 17,666,633,211 | 7,920,751,957 | 331,596,441 | 294,335,659 | 55,078,478 | XXX | XXX | 30,866,699,889 | 100.0 | 22,006,906,897 | 8,902,673,562 |
| 11.7 Line 11.6 as a % of Col. 9 | 15.1 | 57.2 | 25.6 | 1.1 | 0.9 | 0.2 | | | 100.0 | | 71.2 | 28.8 |
| **12. Total Publicly Traded Bonds** | | | | | | | | | | | | |
| 12.1 Issuer Obligations | 2,733,546,675 | 13,808,758,002 | 6,421,421,254 | 335,602,504 | 230,746,558 | XXX | 23,530,409,784 | 73.4 | 21,211,286,732 | 68.6 | XXX | XXX |
| 12.2 Residential Mortgage-Backed Securities | 40,643,828 | 101,882,243 | 52,832,099 | 39,574,963 | 2,462,451 | XXX | 246,416,255 | 0.8 | 312,716,594 | 1.0 | XXX | XXX |
| 12.3 Commercial Mortgage-Backed Securities | | | | | | XXX | XXX | XXX | XXX | | XXX | XXX |
| 12.4 Other Loan-Backed and Structured Securities | 26,411,667 | 194,812,258 | 40,006,221 | 19,597,852 | 233,228,809 | XXX | 280,327,999 | 0.9 | 427,885,484 | 1.4 | XXX | XXX |
| 12.5 SVO Identified Funds | XXX | XXX | XXX | | XXX | 82,919,819 | 82,919,819 | 0.3 | 55,078,478 | 0.2 | XXX | XXX |
| 12.6 Totals | 2,800,602,171 | 14,104,588,175 | 6,534,259,574 | 394,675,319 | 233,228,809 | 82,919,819 | 24,140,073,867 | 100.0 | 22,006,906,897 | 100.0 | XXX | XXX |
| 12.7 Line 12.6 as a % of Col. 7 | 11.6 | 58.4 | 27.0 | 1.6 | 1.0 | 0.3 | 100.0 | | 100.0 | | XXX | XXX |
| 12.8 Line 12.6 as a % of Line 10.6, Col. 7, Section 10 | 8.7 | 44.0 | 20.3 | 1.2 | 0.7 | 0.3 | 75.3 | | 75.3 | | XXX | XXX |
| **13. Total Privately Placed Bonds** | | | | | | | | | | | | |
| 13.1 Issuer Obligations | 994,797,450 | 3,445,480,792 | 2,475,565,973 | 122,443,036 | 25,820,594 | XXX | 7,063,907,844 | 21.9 | 7,868,716,589 | 25.5 | XXX | 7,063,907,844 |
| 13.2 Residential Mortgage-Backed Securities | 3,994,953 | 848,311 | 89,871 | | | XXX | 4,863,134 | 0.0 | 925,863 | 0.0 | XXX | 4,863,134 |
| 13.3 Commercial Mortgage-Backed Securities | 263,144 | 1,265,173 | 4,358,751 | 6,225,176 | 25,211,714 | XXX | 31,139,782 | 0.1 | 25,531,406 | 0.1 | XXX | 31,139,782 |
| 13.4 Other Loan-Backed and Structured Securities | 107,695,859 | 818,372,948 | 75,223,190 | 1,433,897 | 48,392,515 | XXX | 851,118,310 | 2.7 | 596,973,574 | 3.2 | XXX | 851,118,310 |
| 13.5 SVO Identified Funds | | | | | | | | | | | XXX | |
| 13.6 Totals | 1,106,701,405 | 4,036,967,223 | 2,555,257,784 | 123,876,734 | 99,724,924 | | 7,921,028,070 | 24.7 | XXX | 24.7 | XXX | 7,921,028,070 |
| 13.7 Line 13.6 as a % of Col. 7 | 14.0 | 51.0 | 32.3 | 1.6 | 1.3 | | 100.0 | | XXX | | XXX | 100.0 |
| 13.8 Line 13.6 as a % of Line 10.6, Col. 7, Section 10 | 3.5 | 12.6 | 8.0 | 0.4 | 0.3 | | 24.7 | | XXX | | XXX | 24.7 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE D - PART 1

Showing All Long-Term BONDS Owned December 31 of Current Year

| 1 | 2 | Codes | | | 5 | 6 | 7 | Fair Value | | 10 | 11 | Change in Book/Adjusted Carrying Value | | | | Interest | | | | Dates | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | 4 | | | | | 8 | 9 | | | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| CUSIP Identification | Description | | F o r e i g n | C o d e d | Bond Char | NAIC Des. | Actual Cost | Rate Used to Obtain Fair Value | Fair Value | Par Value | Book/ Adjusted Carrying Value | Unrealized Valuation Increase/ (Decrease) | Current Year's (Amorti- ization) Accretion | Current Year's Other- Than- Temporary Impairment Recognized | Total Foreign Exchange Change in Book/ Adjusted Carrying Value | Rate of | Effective Rate of | When Paid | Admitted Amount Due and Accrued | Amount Received During Year | Acquired | Stated Contractual Maturity Date |
| 0299999 - Total Bonds | | | | | | | 31,578,135,272 | XXX | 31,816,618,843 | 30,507,655,915 | 21,925,392,820 | (3,200,740) | (111,561,946) | 8,135,888 | 266,462 | XXX | XXX | XXX | 246,129,884 | 787,780,223 | XXX | XXX |

E10

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE D - PART 2 - SECTION 1

Showing All PREFERRED STOCKS Owned December 31 of Current Year

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Codes | | | | | | Fair Value | | | Dividends | | | Change in Book/Adjusted Carrying Value | | | | | | |
| CUSIP Identi-fication | Description | Code | For-eign | Number of Shares | Par Value Per Share | Rate Per Share | Book/ Adjusted Carrying Value | Rate Per Share Used to Obtain Fair Value | Fair Value | Actual Cost | Declared but Unpaid | Amount Received During Year | Nonadmitted Declared But Unpaid | Unrealized Valuation Increase/ (Decrease) | Current Year's (Amor-ization)/ Accretion | Current Year's Other-Than-Temporary Impairment Recognized | Total Change in Book/Adjusted Carrying Value (15 + 16 - 17) | Total Foreign Exchange Change in Book/ Adjusted Carrying Value | NAIC Desig-nation | Date Acquired |
| | | | | | | | | XXX | | | | | | | | | | | XXX | XXX |
| 8999999 - Total Preferred Stocks | | | | | | | 105,762,939 | | 101,828,759 | 91,492,096 | 547,977 | 4,884,183 | | 10,449,072 | (37,035) | 499,440 | 9,998,265 | 472,343 | | |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE D - PART 2 - SECTION 2

Showing All COMMON STOCKS Owned December 31 of Current Year

| 1 | 2 | Codes | | 5 | 6 | 7 | 8 | 9 | Dividends | | | | Change in Book/Adjusted Carrying Value | | | | 17 | 18 |
| | | 3 | 4 | | | | Fair Value | | 10 | 11 | 12 | 13 | 14 | 15 | 16 | | |
| CUSIP Identi-fication | Description | Code | For-eign | Number of Shares | Book/ Adjusted Carrying Value | Rate Per Share Used to Obtain Fair Value | Fair Value | Actual Cost | Declared but Unpaid | Amount Received During Year | Nonadmitted Declared But Unpaid | Unrealized Valuation Increase/ (Decrease) | Current Year's Other-Than-Temporary Impairment Recognized | Total Change in Book/Adjusted Carrying Value (13 + 14) | Total Foreign Exchange Change in Book/Adjusted Carrying Value | NAIC Market Indicator (a) | Date Acquired |
| 9899999 - Total Preferred and Common Stocks | | | | | 8,891,260,851 | XXX | 9,197,007,179 | 5,102,288,487 | 5,665,596 | 770,139,171 | 1,053,291,914 | 881,169,068 | 5,554,792 | 886,723,862 | 41,159,460 | XXX | XXX |

(a) For all common stock bearing the NAIC market indicator "U" provide: the number of such issues . . . . . . . 387 ; the total $ value (included in Column 8) of all such issues $ . . . . . . . . . .



# COMBINED INSURANCE EXPENSE EXHIBIT

FOR THE YEAR ENDED DECEMBER 31, 2017

(To Be Filed by May 1)

Of The (Name)    ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

ADDRESS (City, State and Zip Code)    NORTHBROOK , IL 60062-6127

NAIC Group Code    0008          NAIC Company Code    00386          Employer's Identification Number (FEIN)

Contact Person    ALMA LOPEZ          Title    SENIOR MANAGER          Telephone    847-402-6704

INSURANCE EXPENSE EXHIBIT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS
AFFILIATED PROPERTY/CASUALTY INSURERS

# INTERROGATORIES

1. Change in reserve for deferred maternity and other similar benefits are reflected in:

    1.1 Premiums Earned . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  [   ]

    1.2 Losses Incurred . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  [   ]

    1.3 Not Applicable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  [ X ]

2. Indicate amounts received from securities subject to proration for federal tax purposes. Report amounts in whole dollars only:

    2.1 Amount included on Exhibit of Net Investment Income, Line 1.1, Column 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . . . . . . 93,028,849

    2.2 Amount included on Exhibit of Net Investment Income, Line 2.1, Column 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . . . . . . 5,523,596

    2.3 Amount included on Exhibit of Net Investment Income, Line 2.11, Column 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . . . . . .

    2.4 Amount included on Exhibit of Net Investment Income, Line 2.2, Column 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . . . . . . 84,575,792

    2.5 Amount included on Exhibit of Net Investment Income, Line 2.21, Column 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . . . . . .

3. Indicate amounts shown in the Annual Statement for the following items. Report amounts in whole dollars only:

    3.1 Net Investment Income, Page 4, Line 9, Column 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . . . 1,969,431,474

    3.2 Net Realized Capital Gain or (Loss), Page 4, Line 10, Column 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . . . 110,290,973

4.1 The information provided in the Insurance Expense Exhibit will be used by many persons to estimate the allocation of expenses and profit to
    the various lines of business. Are there any items requiring special comment or explanation? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes [   ]   No [ X ]

4.2 Are items allocated to lines of business in Parts II and III using methods not defined in the instructions? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes [ X ]   No [   ]

    Statement may be attached.

4.3 If yes, explain:
    The Miscellaneous taxes unassigned reflected on Part II and III are tax expenses that were incurred in states and provinces where Allstate
    Insurance Company is licensed but does not write any business.

INSURANCE EXPENSE EXHIBIT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

# PART I - ALLOCATION TO EXPENSE GROUPS

($000 OMITTED)

| Operating Expense Classifications | 1 Loss Adjustment Expense | Other Underwriting Expenses | | | 5 Investment Expenses | 6 Total Expenses |
|---|---|---|---|---|---|---|
| | | 2 Acquisition, Field Supervision and Collection Expenses | 3 General Expenses | 4 Taxes, Licenses and Fees | | |
| 1. Claim adjustment services: | | | | | | |
| 1.1 Direct | 835,005 | | | | | 835,005 |
| 1.2 Reinsurance assumed | 13,438 | | | | | 13,438 |
| 1.3 Reinsurance ceded | 5,254 | | | | | 5,254 |
| 1.4 Net claim adjustment services (Lines 1.1+1.2-1.3) | 843,189 | | | | | 843,189 |
| 2. Commission and brokerage: | | | | | | |
| 2.1 Direct excluding contingent | | 2,694,308 | | | | 2,694,308 |
| 2.2 Reinsurance assumed excluding contingent | | 7,733 | | | | 7,733 |
| 2.3 Reinsurance ceded excluding contingent | | 42,487 | | | | 42,487 |
| 2.4 Contingent - direct | | 901,470 | | | | 901,470 |
| 2.5 Contingent - reinsurance assumed | | | | | | |
| 2.6 Contingent - reinsurance ceded | | | | | | |
| 2.7 Policy and membership fees | | | | | | |
| 2.8 Net commission and brokerage (Lines 2.1+2.2-2.3+2.4+2.5-2.6+2.7) | | 3,561,021 | | | | 3,561,021 |
| 3. Allowances to managers and agents | | 80,138 | (112) | | | 80,026 |
| 4. Advertising | 3,426 | 722,117 | (8,356) | | | 717,186 |
| 5. Boards, bureaus and associations | 3,971 | 98 | 17,859 | | | 21,927 |
| 6. Surveys and underwriting reports | | | 170,157 | | | 170,157 |
| 7. Audit of assureds' records | | | | | | |
| 8. Salary related items: | | | | | | |
| 8.1 Salaries | 1,310,492 | 357,918 | 751,378 | | 57,093 | 2,476,881 |
| 8.2 Payroll taxes | 95,966 | 25,195 | 46,677 | | 2,697 | 170,535 |
| 9. Employee relations and welfare | 242,942 | 141,733 | 91,246 | | 7,200 | 483,122 |
| 10. Insurance | 4,046 | 196 | 2,020 | | 58 | 6,320 |
| 11. Directors' fees | | | | | | |
| 12. Travel and travel items | 88,723 | 23,525 | 26,820 | | 870 | 139,838 |
| 13. Rent and rent items | 79,473 | 29,594 | 64,749 | | (917) | 172,899 |
| 14. Equipment | 10,438 | 12,588 | 22,873 | | 551 | 46,450 |
| 15. Cost or depreciation of EDP equipment and software | 62,916 | 56,869 | 134,129 | | 2,929 | 256,863 |
| 16. Printing and stationery | 8,265 | 3,921 | 16,295 | | 2,849 | 31,331 |
| 17. Postage, telephone and telegraph, exchange and express | 41,244 | 37,380 | 90,146 | | 582 | 169,352 |
| 18. Legal and auditing | 1,493 | 404 | 37,220 | | 4,808 | 43,926 |
| 19. Totals (Lines 3 to 18) | 1,953,395 | 1,491,695 | 1,463,102 | | 78,721 | 4,986,913 |
| 20. Taxes, licenses and fees: | | | | | | |
| 20.1 State and local insurance taxes deducting guaranty association credits of $ | | | | 715,339 | | 715,339 |
| 20.2 Insurance department licenses and fees | | | | 25,901 | | 25,901 |
| 20.3 Gross guaranty association assessments | | | | 781 | | 781 |
| 20.4 All other (excluding Federal and foreign income and real estate) | | | | 33,148 | | 33,148 |
| 20.5 Total taxes, licenses and fees (Lines 20.1+20.2+20.3+20.4) | | | | 775,169 | | 775,169 |
| 21. Real estate expenses | | | | | 32,212 | 32,212 |
| 22. Real estate taxes | | | | | 999 | 999 |
| 23. Reimbursements by uninsured plans | XXX | XXX | XXX | XXX | XXX | XXX |
| 24. Aggregate write-ins for miscellaneous operating expenses | 660,585 | 133,341 | 437,353 | | 2,243 | 1,233,522 |
| 25. TOTAL EXPENSES INCURRED | 3,457,169 | 5,186,058 | 1,900,455 | 775,169 | 114,174 | 11,433,024 |
| DETAILS OF WRITE-INS | | | | | | |
| 2499. Totals (Lines 2401 through 2403 plus 2498)(Line 24 above) | 660,585 | 133,341 | 437,353 | | 2,243 | 1,233,522 |

INSURANCE EXPENSE EXHIBIT FOR THE YEAR 2017 OF THE  ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## PART II - ALLOCATION TO LINES OF BUSINESS NET OF REINSURANCE

PREMIUMS, LOSSES, EXPENSES, RESERVES AND PROFITS AND PERCENTAGES TO PREMIUMS EARNED FOR BUSINESS NET OF REINSURANCE

($000 OMITTED)

| | Line of Business | Premiums Written (Pg. 8, Pt. 1B, Col. 6) Amount | 2 % | Premiums Earned (Pg. 8, Pt. 2, Col. 6) Amount | 4 % | Dividends to Policyholders (Pg. 4, Line 17) Amount | 6 % | Incurred Loss (Pg. 9, Pt. 2, Col. 7) Amount | 8 % | Defense and Cost Containment Expenses Incurred Amount | 10 % | Adjusting and Other Expenses Incurred Amount | 12 % | Unpaid Losses (Pg. 10, Pt. 2A, Col. 8) Amount | 14 % | Defense and Cost Containment Expense Unpaid Amount | 16 % | Adjusting and Other Expenses Unpaid Amount | 18 % | Unearned Premium Reserve (Pg. 7, Pt. 1A, Col. 5) Amount | 20 % | Agents' Balances Amount | 22 % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Fire | 36,135 | XXX | 32,561 | 100.0 | | | 17,360 | 53.3 | 1,158 | 3.5 | 1,725 | 5.2 | 12,399 | 37.6 | 2,232 | 6.8 | 783 | 2.4 | 22,232 | 67.4 | 6,065 | 18.4 |
| 2.1 | Allied Lines | 2,108 | XXX | 2,132 | 100.0 | | | 490 | 23.0 | 19 | 0.9 | (76) | (3.6) | 1,119 | 52.2 | 64 | 3.0 | 769 | 36.6 | 1,062 | 49.9 | 334 | 15.6 |
| 2.2 | Multiple Peril Crop | | XXX | | 100.0 | | | | | | | | | | | | | | | | | | |
| 2.3 | Federal Flood | | XXX | | 100.0 | | | | | 11,976 | | | | | | 15,662 | | | | | | | |
| 2.4 | Private Crop | | XXX | | 100.0 | | | | | | | | | | | | | | | | | (666) | |
| 3. | Farmowners Multiple Peril | | XXX | | 100.0 | | | | | | | | | | | | | | | | | | |
| 4. | Homeowners Multiple Peril | 7,610,334 | XXX | 7,633,971 | 100.0 | | | 4,352,741 | 57.0 | 164,234 | 2.2 | 620,385 | 8.1 | 1,914,927 | 25.1 | 250,712 | 3.3 | 196,468 | 2.6 | 4,178,569 | 54.7 | 1,230,074 | 16.1 |
| 5.1 | Commercial Multiple Peril (Non-Liability Portion) | 499,389 | XXX | 506,503 | 100.0 | | | 297,947 | 58.8 | 12,922 | 2.6 | 47,171 | 9.3 | 81,855 | 16.1 | 10,386 | 2.0 | 16,031 | 3.2 | 263,508 | 52.1 | 78,906 | 15.6 |
| 5.2 | Commercial Multiple Peril (Liability Portion) | 130,444 | XXX | 132,851 | 100.0 | | | 45,679 | 34.4 | 4,673 | 3.5 | 3,288 | 2.5 | 179,766 | 135.3 | 32,913 | 24.8 | 10,209 | 7.7 | 67,474 | 50.8 | 20,602 | 15.5 |
| 6. | Mortgage Guaranty | | XXX | | 100.0 | | | | | | | | | | | | | | | | | | |
| 8. | Ocean Marine | 5,490 | XXX | 5,419 | 100.0 | | | 7,085 | 130.8 | 122 | 2.2 | 1,429 | 26.0 | 2,496 | 59.8 | 135 | 2.4 | 173 | 3.2 | 2,506 | 46.6 | 873 | 16.1 |
| 9. | Inland Marine | 197,182 | XXX | 196,358 | 100.0 | | | 74,723 | 37.3 | 2,728 | 1.4 | 17,627 | 8.5 | 18,919 | 9.4 | 1,330 | 0.7 | 4,338 | 2.2 | 97,660 | 49.1 | 31,728 | 15.9 |
| 10. | Financial Guaranty | | XXX | | 100.0 | | | | | | | | | | | | | | | | | | |
| 11. | Medical Professional Liability | | XXX | | 100.0 | | | 122 | | | | 7 | | 111 | | 10 | | | | | | | |
| 12. | Earthquake | 2,750 | XXX | 2,832 | 100.0 | | | 651 | 23.0 | 149 | 5.1 | 91 | 3.1 | 1,075 | 36.7 | 87 | 3.0 | 37 | 1.3 | 1,381 | 47.5 | 455 | 15.9 |
| 13. | Group A&H (See Interrogatory 1) | | XXX | | 100.0 | | | | | | | | | | | | | | | | | | |
| 14. | Credit A&H | | XXX | | 100.0 | | | | | | | | | | | | | | | | | | |
| 15. | Other A&H (See Interrogatory 1) | | XXX | | 100.0 | | | | | | | 2 | | | | | | | | | | | |
| 16. | Workers' Compensation | 125 | XXX | 127 | 100.0 | | | (1,048) | (825.1) | 1,119 | 880.3 | 1,024 | 806.6 | 67,543 | 53,181.3 | 3,798 | 2,985.3 | 4,294 | 3,568.3 | 0.3 | | 20 | 15.7 |
| 17.1 | Other Liability - Occurrence | 304,129 | XXX | 322,959 | 100.0 | | | 198,716 | 61.3 | 19,659 | 6.1 | 15,181 | 4.7 | 842,147 | 260.0 | 80,852 | 25.0 | 28,077 | 8.7 | 170,477 | 52.6 | 52,848 | 16.4 |
| 17.2 | Other Liability - Claims-Made | | XXX | | 100.0 | | | | | | | | | | | | | | | | | | |
| 17.3 | Excess Workers' Compensation | | XXX | | 100.0 | | | | | | | | | | | | | | | | | | |
| 18. | Products Liability | 892 | XXX | 748 | 100.0 | | | 81,650 | 8,347.5 | 19,921 | 2,450.9 | 19,927 | 2,263.3 | 788,623 | 106,940.6 | 54,728 | 20,997.6 | 51,700 | 6,915.3 | 105 | 38.7 | 105 | 14.1 |
| 19.1, 19.2 | Private Passenger Auto Liability | 12,492,336 | XXX | 12,389,232 | 100.0 | | | 7,318,401 | 56.1 | 574,412 | 4.8 | 1,036,655 | 9.0 | 8,514,774 | 72.2 | 1,060,407 | 16.8 | 822,282 | 8.6 | 1,973,460 | 26.6 | 460 | 16.0 |
| 19.3, 19.4 | Commercial Auto Liability | 281,960 | XXX | 283,435 | 100.0 | | | 161,915 | 54.2 | 24,561 | 8.7 | 23,458 | 8.3 | 408,385 | 144.1 | 36,439 | 16.4 | 18,494 | 8.5 | 142,730 | 50.4 | 44,615 | 15.8 |
| 21.1 | Private Passenger Auto Physical Damage | 8,778,835 | XXX | 8,700,128 | 100.0 | | | 4,873,566 | 56.0 | 19,041 | 0.2 | 754,921 | 8.4 | 279,852 | 3.2 | 29,859 | 0.3 | 70,876 | 0.8 | 2,316,493 | 26.6 | 1,392,965 | 15.9 |
| 21.2 | Commercial Auto Physical Damage | 86,988 | XXX | 90,580 | 100.0 | | | 49,316 | 55.1 | 300 | 0.3 | 11,064 | 12.2 | 3,437 | 3.8 | 2 | 0.3 | 1,832 | 2.1 | 45,088 | 49.7 | 14,387 | 15.9 |
| 22. | Aircraft (all perils) | | XXX | | 100.0 | | | 76 | | 32 | | (1) | | 2,434 | | 75 | | 24 | | | | 12 | 12.9 |
| 23. | Surety | 9 | XXX | 11 | 100.0 | | | 52 | 665.4 | 88 | 18.6 | (10) | 181.7 | 80 | 564.3 | 8 | 19.7 | 3 | 74.1 | | 37.4 | 2 | 15.9 |
| 24. | Burglary and Theft | 3 | XXX | 3 | 100.0 | | | 17 | 1,769.5 | 10 | 60.0 | (10) | (34.0) | 1 | | 3 | 90.4 | 6 | 3.6 | | 51.2 | | |
| 26. | Boiler and Machinery | | XXX | | 100.0 | | | | | | | | | | | | | | | | | | |
| 27. | | | XXX | | 100.0 | | | (1,048) | 2,937.5 | 139 | (1,351.42) | 312 | (3,165.30) | 1,099 | (10,969.40) | 143 | (11,427.02) | 224 | (12,241.568) | | (100.0) | (141) | 135,631.6 |
| 28. | Credit | | XXX | | 100.0 | | | (733) | 100.0 | | (3,700.0) | | (3,220.0) | | (49,000.0) | | (9,600.0) | | (300.0) | | | | 99.2 |
| 29. | International | | XXX | | 100.0 | | | | | | | | | | | | | | | | | | |
| 30. | Warranty | | XXX | | 100.0 | | | | | | | | | | | | | | | | | | |
| 31, 32, 33 | Reinsurance - Nonproportional Assumed | 3,661 | XXX | 578 | 100.0 | | | (420) | | 9 | | 48 | 0.2 | 2,904 | | 20 | | | | 3,063 | 533.8 | 592 | 100.8 |
| 34. | Aggregate write-ins for Other Lines | 27,712 | XXX | 28,004 | 100.0 | | | 9 | | 9 | | 48 | 0.2 | 2,904 | | 20 | | | | 3,063 | 19.2 | 1,770 | 16.0 |
| 35. | TOTAL (Lines 1 through 34) | 30,532,455 | XXX | 30,334,892 | 100.0 | | | 17,479,969 | 57.6 | 845,759 | 2.8 | 2,613,961 | 8.6 | 14,445,190 | 47.6 | 2,887,854 | 9.5 | 1,241,979 | 4.1 | 10,035,664 | 35.0 | 4,854,056 | 16.0 |
| 3408. | DETAILS OF WRITE-INS | | | | | | | | | | | | | | | | | | | | | | |
| | Total (Lines 3401 thru 3403 plus 34998/Line 34 above) | 27,712 | XXX | 28,004 | 100.0 | | | 9 | 0.0 | 9 | 0.0 | 48 | 0.2 | 2 | 0.0 | 1 | 0.0 | | 0.0 | 5,398 | 19.2 | 1,770 | 6.3 |

INSURANCE EXPENSE EXHIBIT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## PART II - ALLOCATION TO LINES OF BUSINESS NET OF REINSURANCE (Continued)

PREMIUMS, LOSSES, EXPENSES, RESERVES AND PROFITS AND PERCENTAGES TO PREMIUMS EARNED FOR BUSINESS NET OF REINSURANCE

($000 OMITTED)

| | | Other Underwriting Expenses | | | | | | | | | | | | | | | | | | Pre-Tax Profit or Loss (IEE Pt. 1, Line 15 minus 25, Col. 33) | | Investment Gain on Funds Attributable to Insurance Transactions | | Profit or Loss Excluding Investment Gain Attributable to Capital and Surplus | | Investment Gain Attributable to Capital and Surplus | | Total Profit or Loss | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Note: table content is a dense rotated financial exhibit. Individual line items (by line of business) include:

1. Fire
2.1 Allied Lines
2.2 Multiple Peril Crop
2.3 Federal Flood
2.4 Private Crop
2.5 Private Flood
3. Farmowners Multiple Peril
4. Homeowners Multiple Peril
5.1 Commercial Multiple Peril (Non-Liability Portion)
5.2 Commercial Multiple Peril (Liability Portion)
6. Mortgage Guaranty
8. Ocean Marine
9. Inland Marine
10. Financial Guaranty
11. Medical Professional Liability
12. Earthquake
13. Group A&H (See Interrogatory 1)
14. Credit A&H
15. Other A&H (See Interrogatory 1)
16. Workers' Compensation
17.1 Other Liability - Occurrence
17.2 Other Liability - Claims-Made
17.3 Excess Workers' Compensation
18. Products Liability
19.1, 19.2 Private Passenger Auto Liability
19.3, 19.4 Commercial Auto Liability
21.1 Private Passenger Auto Physical
21.2 Commercial Auto Physical Damage
22. Aircraft (all perils)
23. Fidelity
24. Surety
25. Burglary and Theft
26. Boiler and Machinery
28. Credit
29. International
30. Warranty
31, 32, 33 Reinsurance - Nonproportional Assumed
34. Aggregate write-ins for Other Lines of Business
35. TOTAL (Lines 1 through 34)
3400. DETAILS OF WRITE-INS
3498. Totals (Lines 3401 thru 3403 plus 3498)(Line 34 above)

NOTE: THE ALLOCATION OF INVESTMENT INCOME FROM CAPITAL AND SURPLUS BY LINE OF BUSINESS MAY NOT ACCURATELY REFLECT THE PROFITABILITY OF A PARTICULAR LINE FOR USE IN THE RATE MAKING PROCESS.

INSURANCE EXPENSE EXHIBIT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## PART III - ALLOCATION TO LINES OF DIRECT BUSINESS WRITTEN

PREMIUMS, LOSSES, EXPENSES, RESERVES AND PROFITS, AND PERCENTAGES EARNED FOR DIRECT BUSINESS WRITTEN

($000 OMITTED)

| | | Premiums Written Pg. 8, Pt. 1B, Col. 1 | | Premiums Earned Sch. T, Line 19, Col. 3 | | Dividends to Policyholders | | Incurred Loss (Sch. T, Line 18, Col. 6) | | Unearned Premium Reserves | | Agents' Balances | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 Amount | 2 % | 3 Amount | 4 % | 5 Amount | 6 % | 7 Amount | 8 % | 19 Amount | 20 % | 21 Amount | 22 % |
| 1. | Fire | 30,143 | XXX | 53,979 | 100.0 | | | 18,405 | 51.3 | 15,106 | 47.2 | 8,419 | 28.5 |
| 2.1 | Allied Lines | 2,128 | XXX | 2,183 | 100.0 | | | 440 | 20.3 | 1,062 | 49.1 | (140) | (6.5) |
| 2.2 | Multiple Peril Crop | | XXX | | 100.0 | | | | | | | | |
| 2.3 | Federal Flood | | XXX | | 100.0 | | | | | | | | |
| 2.4 | Private Crop | | XXX | | 100.0 | | | | | | | | |
| 2.5 | Private Flood | | XXX | | 100.0 | | | | | | | | |
| 3. | Farmowners Multiple Peril | 261,256 | XXX | 262,708 | 100.0 | | | 1,118,411 | 424.9 | 165,492 | 63.0 | (14,233) | (5.4) |
| 4. | Homeowners Multiple Peril | | XXX | | 100.0 | | | | | | | | |
| 5.1 | Commercial Multiple Peril (Non-Liability Portion) | 7,657,403 | XXX | 7,617,872 | 100.0 | | | 4,402,293 | 55.6 | 4,161,992 | 52.6 | 802,536 | 10.1 |
| 5.2 | Commercial Multiple Peril (Liability Portion) | 511,248 | XXX | 518,168 | 100.0 | | | 296,398 | 57.2 | 264,011 | 51.0 | 46,873 | 9.0 |
| 6. | Mortgage Guaranty | 132,050 | XXX | 134,369 | 100.0 | | | 45,705 | 34.0 | 97,990 | 50.6 | 11,141 | 8.3 |
| 8. | Ocean Marine | 5,492 | XXX | 5,630 | 100.0 | | | 6,921 | 127.7 | 2,526 | 46.8 | 834 | 15.4 |
| 9. | Inland Marine | 197,330 | XXX | 199,484 | 100.0 | | | 80,497 | 40.4 | 97,778 | 49.0 | 22,661 | 11.4 |
| 10. | Financial Guaranty | | XXX | | 100.0 | | | | | | | | |
| 11. | Medical Professional Liability | | XXX | | 100.0 | | | | | | | | |
| 12. | Earthquake | 2,988 | XXX | 3,146 | 100.0 | | | 692 | 22.0 | 1,524 | 48.4 | 245 | 7.8 |
| 13. | Group A&H (See Interrogatory 1) | | XXX | | 100.0 | | | | | | | | |
| 14. | Credit A&H | | XXX | | 100.0 | | | | | | | | |
| 15. | Other A&H (See Interrogatory 1) | | XXX | | 100.0 | | | | | | | | |
| 16. | Workers' Compensation | 77 | XXX | 77 | 100.0 | | | (3,777) | (4,925.1) | | | (1) | (6.7) |
| 17.1 | Other Liability - Occurrence | 338,453 | XXX | 327,986 | 100.0 | | | 180,871 | 55.3 | 175,776 | 53.7 | 43,467 | 13.3 |
| 17.2 | Other Liability - Claims-Made | | XXX | | 100.0 | | | | | | | | |
| 17.3 | Excess Workers' Compensation | | XXX | | 100.0 | | | | | | | | |
| 18. | Products Liability | 627 | XXX | 713 | 100.0 | | | 56,556 | 9,380.0 | 288 | 40.6 | (39) | (5.5) |
| 19.1, 19.2 | Private Passenger Auto Liability | 12,559,764 | XXX | 12,549,128 | 100.0 | | | 7,767,473 | 62.1 | 3,309,347 | 26.4 | 1,759,103 | 14.3 |
| 19.3, 19.4 | Commercial Auto Liability | 283,235 | XXX | 285,280 | 100.0 | | | 183,138 | 64.1 | 142,810 | 50.0 | (2,200) | (0.8) |
| 21.1 | Private Passenger Auto Physical Damage | 8,807,051 | XXX | 8,729,251 | 100.0 | | | 4,998,085 | 57.1 | 2,312,718 | 26.5 | 1,187,847 | 13.6 |
| 21.2 | Commercial Auto Physical Damage | 96,997 | XXX | 95,913 | 100.0 | | | 49,651 | 51.8 | 46,521 | 48.7 | (350) | (0.6) |
| 22. | Aircraft (all perils) | 9 | XXX | 11 | 100.0 | | | 72 | 688.1 | 4 | 37.4 | (1) | (5.4) |
| 23. | Fidelity | 3 | XXX | 3 | 100.0 | | | 2 | | 2 | 51.4 | | (6.7) |
| 24. | Surety | | XXX | | 100.0 | | | | | | | | |
| 26. | Burglary and Theft | 3,860 | XXX | 3,976 | 100.0 | | | 17 | 0.4 | 8 | | | |
| 27. | Boiler and Machinery | 1,929 | XXX | 5,919 | 100.0 | | | 1,458 | 36.7 | 2,037 | 51.0 | 636 | 6.3 |
| 28. | Credit | | XXX | | 100.0 | | | 6,088 | 108.0 | 254 | 118.2 | 308 | 5.5 |
| 29. | International | | XXX | | 100.0 | | | | | | | | |
| 30. | Warranty | 6 | XXX | 80 | 100.0 | | | 35 | 44.2 | 12 | 14.7 | 1 | 1.2 |
| 34. | Aggregate write-ins for Other Lines of Business | | XXX | | | | | 9 | | 5,678 | 23.3 | 3,322 | 12.0 |
| 35. | TOTAL (Lines 1 through 34) | 27,712 | XXX | 28,014 | 100.0 | | | 19,113,987 | 61.5 | 10,777,667 | 34.7 | 3,900,963 | 12.6 |
| 3499. | Totals (Lines 3401 thru 3403 plus 3498)(Line 34 above) | 27,712 | XXX | 28,014 | 100.0 | | | 9 | 0.0 | 5,678 | 23.3 | 3,372 | 12.0 |

| | Adjusting and Other Expenses Incurred | | Unpaid Losses (Sch. T, Line 15, Col. 7) | | Defense and Cost Containment Expenses Unpaid | | Adjusting and Other Expenses Unpaid | | | | |
|---|---|---|---|---|---|---|---|---|
| | 11 Amount | 12 % | 13 Amount | 14 % | 15 Amount | 16 % | 17 Amount | 18 % |
| 1. | 1,723 | 5.4 | 10,782 | 32.7 | 2,172 | 6.6 | 786 | 2.4 |
| 2.1 | (74) | (3.4) | 609 | 28.1 | 17 | 0.8 | 765 | 35.4 |
| 3. | 77,330 | 29.4 | 87,708 | 33.4 | | | 15,602 | 5.9 |
| 5.1 | 631,980 | 8.0 | 1,934,417 | 24.4 | 249,882 | 3.2 | 199,690 | 2.5 |
| 5.2 | 47,482 | 9.1 | 91,739 | 17.7 | 10,343 | 2.0 | 16,031 | 3.1 |
| 6. | 3,264 | 2.4 | 179,887 | 133.8 | 32,924 | 24.5 | 10,209 | 7.6 |
| 8. | 1,427 | 26.0 | 1,753 | 32.3 | 92 | 1.7 | 181 | 3.0 |
| 9. | 17,396 | 8.7 | 19,384 | 9.7 | 1,342 | 0.7 | 4,722 | 2.4 |
| 12. | 91 | 2.9 | 1,076 | 34.2 | 88 | 2.8 | 57 | 1.2 |
| 16. | 935 | 16.6 | 47,132 | 61,586.5 | 3,353 | 4,350.9 | 3,491 | 4,590.9 |
| 17.1 | 16,316 | 5.0 | 780,667 | 238.4 | 77,742 | 23.7 | 25,507 | 7.8 |
| 18. | 19,770 | 2,773.7 | 694,040 | 93,166.3 | 213,055 | 30,789.5 | 39,288 | 5,511.5 |
| 19.1, 19.2 | 1,109,288 | 8.8 | 15,636,533 | 124.4 | 2,205,525 | 16.6 | 821,784 | 6.5 |
| 19.3, 19.4 | 22,449 | 8.2 | 419,004 | 146.8 | 46,606 | 16.3 | 18,475 | 6.5 |
| 21.1 | 733,085 | 8.4 | 279,754 | 3.2 | 23,029 | 0.3 | 70,684 | 0.8 |
| 21.2 | 11,054 | 12.2 | 3,433 | 3.8 | 208 | 0.2 | 1,935 | 2.1 |
| 22. | 19 | 181.7 | 69 | 564.3 | 3 | 18.7 | 8 | 74.1 |
| 23. | (10) | (94.1) | 58 | 2,344.9 | 2 | 90.7 | | 3.7 |
| 26. | 10 | | 1 | | | | | |
| 27. | 312 | 7.8 | 1,410 | 35.4 | 143 | 3.6 | 234 | 5.8 |
| 28. | | | 1,028 | 18.3 | | | | |
| 30. | | 2.5 | | | | | | |
| 35. | 2,694,425 | | 20,132,555 | | 2,782,642 | | 1,228,543 | 4.0 |
| 3499. | 48 | 0.2 | 2 | 0.0 | 1 | 0.0 | | 0.0 |

270-6

INSURANCE EXPENSE EXHIBIT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

**PART III - ALLOCATION TO LINES OF DIRECT BUSINESS WRITTEN (Continued)**

PREMIUMS, LOSSES, EXPENSES, RESERVES AND PROFITS, AND PERCENTAGES TO PREMIUMS EARNED FOR DIRECT BUSINESS WRITTEN

($000 OMITTED)

| | | 23 Commission and Brokerage Expenses Incurred | 24 | 25 Taxes, Licenses & Fees Incurred | 26 | 27 Other Acquisitions, Field Supervision, and Collection Expenses Incurred | 28 | 29 General Expenses Incurred | 30 | 31 Other Income Less Other Expenses | 32 | 33 Pre-Tax Profit or Loss Excluding All Investment | 34 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Amount | % | Amount | % | Amount | % | Amount | % | Amount | % | Amount | % |
| 1. | Fire | 4,696 | 14.4 | 697 | 2.8 | 538 | 2.0 | 3,159 | 9.9 | 74 | 0.2 | 3,518 | 11.0 |
| 2.1 | Allied Lines | 233 | 10.8 | 68 | 3.1 | 103 | 5.0 | 258 | 11.9 | 6 | 0.3 | 1,130 | 52.2 |
| 2.2 | Multiple Peril Crop | | | | | | | | | | | | |
| 2.3 | Federal Flood | 39,868 | 15.2 | 7,699 | 2.9 | 5 | 0.0 | 11,559 | 4.4 | | 0.0 | (990,123) | (375.8) |
| 2.4 | Private Crop | | | | | | | | | | | | |
| 2.5 | Private Flood | | | | | | | | | | | | |
| 3. | Farmowners Multiple Peril | | | | | | | | | | | | |
| 4. | Homeowners Multiple Peril | 975,370 | 12.3 | 189,570 | 2.4 | 396,919 | 5.0 | 360,784 | 4.6 | 47,689 | 0.6 | 846,926 | 10.7 |
| 5.1 | Commercial Multiple Peril (Non-Liability Portion) | 81,289 | 11.8 | 12,382 | 2.4 | 33,752 | 6.5 | 40,921 | 7.9 | 4,469 | 0.9 | 17,948 | 3.5 |
| 5.2 | Commercial Multiple Peril (Liability Portion) | 15,981 | 11.7 | 3,209 | 2.4 | 8,165 | 6.1 | 11,050 | 8.2 | 881 | 0.7 | 42,490 | 32.4 |
| 6. | Mortgage Guaranty | | | | | | | | | | | | |
| 8. | Ocean Marine | 709 | 13.1 | 128 | 2.4 | 408 | 7.5 | 692 | 12.8 | 55 | 1.0 | (4,695) | (30.3) |
| 9. | Inland Marine | 24,693 | 12.4 | 4,425 | 2.2 | 11,472 | 5.8 | 14,547 | 7.3 | 858 | 0.4 | 44,377 | 22.2 |
| 10. | Financial Guaranty | | | | | | | | | | | | |
| 11. | Medical Professional Liability | | | | | | | | | | | (2) | |
| 12. | Earthquake | 431 | 13.7 | 61 | 1.9 | 140 | 4.5 | 162 | 5.1 | 2 | 0.1 | 1,422 | 45.2 |
| 13. | Group A&H (See Interrogatory 1) | | | | | | | | | | | | |
| 14. | Credit A&H | | | | | | | | | | | | |
| 15. | Other A&H (See Interrogatory 1) | | | 1 | | 29 | 4.1 | 714 | 932.5 | (399) | (55.8) | 1,007 | 1,446.5 |
| 16. | Workers' Compensation | 42,393 | 12.9 | 7,116 | 2.2 | 20,031 | 6.1 | 24,348 | 7.4 | 3,302 | 1.0 | 19,512 | 6.0 |
| 17.1 | Other Liability - Occurrence | | | | | | | | | | | | |
| 17.2 | Other Liability - Claims-Made | | | | | | | | | | | | |
| 17.3 | Excess Workers' Compensation | | | | | | | | | | | | |
| 18. | Products Liability | 71 | 10.0 | 15 | 2.1 | | | 126 | 17.6 | | | (96,576) | (13,549.8) |
| 19.1, 19.2 | Private Passenger Auto Liability | 1,598,353 | 11.1 | 309,135 | 2.1 | 686,392 | 5.5 | 818,013 | 6.5 | 37,711 | 0.3 | (97,210) | (0.8) |
| 19.3, 19.4 | Commercial Auto Liability | 29,365 | 10.3 | 7,880 | 2.8 | 11,474 | 4.0 | 28,783 | 10.1 | (592) | (0.2) | (22,239) | (8.1) |
| 21.1 | Private Passenger Auto Physical Damage | 1,001,462 | 11.5 | 211,463 | 2.4 | 457,637 | 5.4 | 592,556 | 6.8 | 35,409 | 0.4 | 873,424 | 10.0 |
| 21.2 | Commercial Auto Physical Damage | 9,355 | 10.5 | 2,289 | 2.5 | 3,734 | 4.1 | 9,778 | 10.8 | (57) | (0.1) | 3,884 | 4.3 |
| 22. | Aircraft (all perils) | | | | | | | | | | | | |
| 23. | Fidelity | 1 | 9.1 | 1 | 1.7 | | 3.7 | 2 | 21.4 | 2 | (0.1) | (67) | (822.3) |
| 24. | Surety | | | | | | | | | | | 3 | 100.0 |
| 26. | Burglary and Theft | | | | | | | | | | | (27) | (22) |
| 27. | Boiler and Machinery | 413 | 10.4 | 106 | 2.7 | 168 | 4.2 | 829 | 15.8 | (3) | (0.1) | 749 | 18.8 |
| 28. | Credit | | | 60 | 1.1 | | | 1 | 0.0 | (2) | (0.1) | (511) | (9.1) |
| 29. | International | | | | | | | | | | | | |
| 30. | Warranty | | | | 0.2 | | | | | | | 45 | 59.5 |
| 34. | Aggregate write-ins for Other Lines of Business | 1,346 | 4.8 | 629 | 2.2 | 575 | 2.1 | 513 | 1.8 | 78 | 0.3 | 24,973 | 55.5 |
| 35. | TOTAL (Lines 1 through 34) | 3,595,776 | 11.6 | 757,103 | 2.2 | 1,641,647 | 5.3 | 1,918,663 | 8.2 | 129,411 | 0.4 | 668,848 | 2.2 |
| | **DETAILS OF WRITE-INS** | | | | | | | | | | | | |
| 3499. | Totals (Lines 3401 thru 3403 plus 3498)(Line 34 above) | 1,346 | 4.8 | 629 | 2.2 | 575 | 2.1 | 513 | 1.8 | 78 | 0.3 | 24,973 | 89.1 |

COMBINED STATEMENT FOR THE YEAR 2017 OF THE ALLSTATE INSURANCE COMPANY AND ITS AFFILIATED PROPERTY/CASUALTY INSURERS

## SCHEDULE Z

### PART 1 - COMPANIES INCLUDED IN THE CURRENT YEAR THAT ARE CONSOLIDATED OR COMBINED

| Name of Company | NAIC Code | FT | Ownership Interest | | Basis for Inclusion |
|---|---|---|---|---|---|
| | | | Current | Prior | |
| Allstate Insurance Company | 19232 | 36-0719665 | | | Top-Tier Company |
| Allstate County Mutual Insurance Company | 29335 | 36-8061380 | | | Combined |
| Allstate Fire and Casualty Insurance Company | 29688 | 94-2199056 | | | Combined |
| Castle Key Indemnity Company | 10805 | 36-4181999 | 100.0 | 100.0 | Consolidated |
| Castle Key Insurance Company | 30511 | 36-3086265 | 100.0 | 100.0 | Consolidated |
| Allstate Indemnity Company | 19240 | 36-6116579 | | | Combined |
| Allstate New Jersey Insurance Company | 10952 | 36-4181990 | 100.0 | 100.0 | Consolidated |
| Allstate New Jersey Property and Casualty Insurance Company | 12344 | 20-5560910 | 100.0 | 100.0 | Consolidated |
| Allstate Northbrook Indemnity Company | 35455 | 36-2989388 | 100.0 | 100.0 | Consolidated |
| Allstate North American Insurance Company | 11110 | 36-4642776 | 100.0 | 100.0 | Consolidated |
| Allstate Property and Casualty Insurance Company | 17230 | 36-3341779 | | | Combined |
| Allstate Texas Lloyd's | 26830 | 75-6070207 | | | Combined |
| Allstate Vehicle and Property Insurance Company | 37907 | 04-2680300 | 100.0 | 100.0 | Consolidated |
| Encompass Floridian Indemnity Company | 11996 | 22-1116580 | 100.0 | 100.0 | Consolidated |
| Encompass Floridian Insurance Company | 11993 | 22-1110792 | 100.0 | 100.0 | Consolidated |
| Encompass Home and Auto Insurance Company | 11262 | 01-0657022 | 100.0 | 100.0 | Consolidated |
| Encompass Indemnity Company | 15130 | 59-2868857 | 100.0 | 100.0 | Consolidated |
| Encompass Independent Insurance Company | 11521 | 01-0657011 | 100.0 | 100.0 | Consolidated |
| Encompass Insurance Company of New Jersey | 11599 | 30-0154464 | 100.0 | 100.0 | Consolidated |
| Encompass Insurance Company of Massachusetts | 12154 | 04-3545011 | 100.0 | 100.0 | Consolidated |
| Encompass Insurance Company | 10358 | 52-1952067 | 100.0 | 100.0 | Consolidated |
| Encompass Insurance Company of America | 10071 | 36-3976913 | 100.0 | 100.0 | Consolidated |
| Encompass Property and Casualty Insurance Company of New Jersey | 12456 | 20-3245581 | 100.0 | 100.0 | Consolidated |
| Encompass Property and Casualty Company | 10072 | 36-3976911 | 100.0 | 100.0 | Consolidated |
| North Light Specialty Insurance Company | 13167 | 26-0881972 | 100.0 | 100.0 | Consolidated |
| Esurance Insurance Company | 25712 | 73-0488465 | | | Combined |
| Esurance Insurance Company of New Jersey | 21741 | 42-0091440 | | | Combined |
| Esurance Property and Casualty Insurance Company | 30210 | 22-2852825 | | | Combined |

### PART 2 - COMPANIES INCLUDED IN THE CURRENT YEAR AND EXCLUDED IN THE PRIOR YEAR

| Name of Company | NAIC Code | FT | Ownership Interest | | Reason for Inclusion |
|---|---|---|---|---|---|
| | | | Current | Prior | |

NONE

### PART 3 - COMPANIES EXCLUDED IN THE CURRENT YEAR AND INCLUDED IN THE PRIOR YEAR

| Name of Company | NAIC Code | FT | Ownership Interest | | Reason for Exclusion |
|---|---|---|---|---|---|
| | | | Current | Prior | |

NONE

# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, ALLSTATE
FIRE AND CASUALTY INSURANCE COMPANY,                     Docket No.:
ALLSTATE INDEMNITY COMPANY,
ALLSTATE NORTHBROOK INDEMNITY
COMPANY, ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY, and
ALLSTATE VEHICLE AND PROPERTY                            **ORDER**
INSURANCE COMPANY,

                         Plaintiffs,

        -against-

MEDAID RADIOLOGY, LLC,
COLUMBUS IMAGING CENTER, LLC,
REUVEN ALON-ALYOFF a/k/a ROB ALON,

                         Defendants.
--------------------------------------------------------------------X

        THIS MATTER, being opened to the Court by The Russell Friedman Law Group LLP,

counsel for Defendants MEDAID RADIOLOGY, LLC, COLUMBUS IMAGING CENTER,

LLC, and REUVEN ALON-ALYOFF a/k/a ROB ALON (collective, "Defendants"), with notice

to Plaintiffs ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY

INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE

NORTHBROOK INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY

INSURANCE COMPANY, and ALLSTATE VEHICLE AND PROPERTY INSURANCE

COMPANY (collectively, referred to as "Allstate" or "Plaintiffs"), upon an application for

removal of the captioned matter now pending in the Supreme Court of the State of New York,

County of New York (Index Number 655225/2019) (the "Supreme Court Matter");

        NOW, the Court having reviewed the papers, and good cause having been shown; IT IS on

this _____ day of _____, 2020;

                                    1                          CA/D227284/FL2917

ORDERED that the Supreme Court Matter is hereby removed to the District Court of the United States for the Southern District of New York; and

IT IS FURTHER ORDERED that a copy of this Order shall be served on all parties within five (5) days of receipt of this Order.

SO ORDERED:

Dated:_____          _____

2

# EXHIBIT "F"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, ALLSTATE
FIRE AND CASUALTY INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY,
ALLSTATE NORTHBROOK INDEMNITY
COMPANY, ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY, and
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY,

                      Plaintiffs,

      -against-

MEDAID RADIOLOGY, LLC,
COLUMBUS IMAGING CENTER, LLC,
REUVEN ALON-ALYOFF a/k/a ROB ALON,

                  Defendants.
------------------------------------------------------------------------X

Docket No.: 20-CV-01108

**ANSWER TO
COMPLAINT WITH
COUNTERCLAIMS**

Defendants MEDAID RADIOLOGY, LLC ("Medaid"), COLUMBUS IMAGING

CENTER, LLC ("Columbus"), and REUVEN ALON-ALYOFF a/k/a ROB ALON ("Alon")

(collectively, referred to as "Defendants"), by and through their attorneys The Russell Friedman

Law Group, LLP, for their Answer to Plaintiffs' Complaint (the "Complaint"), alleges as follows.

    1.    Denies the allegations contained in Paragraph 1 of the Complaint.

    2.    Denies the allegations contained in Paragraph 2 of the Complaint.

    3.    Denies the allegations contained in Paragraph 3 of the Complaint.

    4.    Denies the allegations contained in Paragraph 4 of the Complaint.

    5.    Denies the allegations contained in Paragraph 5 of the Complaint.

    6.    Denies the allegations contained in Paragraph 6 of the Complaint and refers all

        questions of law to the Court.

7.    Denies the allegations contained in Paragraph 7 of the Complaint and refers all questions of law to the Court.

8.    Denies the allegations contained in Paragraph 8 of the Complaint.

9.    Denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 9 of the Complaint.

10.   Denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 10 of the Complaint.

11.   Denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 11 of the Complaint.

12.   Denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 12 of the Complaint.

13.   Denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 13 of the Complaint.

14.   Denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 14 of the Complaint.

15.   Denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 15 of the Complaint.

16.   Denies the allegations contained in Paragraph 16 of the Complaint.

17.   Denies the allegations contained in Paragraph 17 of the Complaint.

18.   Denies the allegations contained in Paragraph 18 of the Complaint and refers all questions of law to the Court.

19.   Denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 19 of the Complaint.

2

20.     Denies the allegations contained in Paragraph 20 of the Complaint and refers all
        questions of law to the Court.

21.     Denies the allegations contained in Paragraph 21 of the Complaint and refers all
        questions of law to the Court.

22.     Denies the allegations contained in Paragraph 22 of the Complaint and refers all
        questions of law to the Court.

23.     Denies the allegations contained in Paragraph 23 of the Complaint and refers all
        questions of law to the Court.

24.     Denies the allegations contained in Paragraph 24 of the Complaint and refers all
        questions of law to the Court.

25.     Denies the allegations contained in Paragraph 25 of the Complaint and refers all
        questions of law to the Court.

26.     Denies the allegations contained in Paragraph 26 of the Complaint and refers all
        questions of law to the Court.

27.     Denies the allegations contained in Paragraph 27 of the Complaint and refers all
        questions of law to the Court.

28.     Denies the allegations contained in Paragraph 28 of the Complaint and refers all
        questions of law to the Court.

29.     Denies the allegations contained in Paragraph 29 of the Complaint and refers all
        questions of law to the Court.

30.     Denies the allegations contained in Paragraph 30 of the Complaint and refers all
        questions of law to the Court.

CA/D227462/FL2917

31.   Denies the allegations contained in Paragraph 31 of the Complaint and refers all
      questions of law to the Court.

32.   Denies the allegations contained in Paragraph 32 of the Complaint and refers all
      questions of law to the Court.

33.   Denies the allegations contained in Paragraph 33 of the Complaint and refers all
      questions of law to the Court.

34.   Denies the allegations contained in Paragraph 34 of the Complaint and refers all
      questions of law to the Court.

35.   Denies the allegations contained in Paragraph 35 of the Complaint and refers all
      questions of law to the Court.

36.   Denies the allegations contained in Paragraph 36 of the Complaint and refers all
      questions of law to the Court.

37.   Denies the allegations contained in Paragraph 37 of the Complaint and refers all
      questions of law to the Court.

38.   Denies the allegations contained in Paragraph 38 of the Complaint and refers all
      questions of law to the Court.

39.   Denies knowledge and information sufficient to form a belief as to the truth or
      falsity of the allegations contained in Paragraph 39 of the Complaint.

40.   Denies knowledge and information sufficient to form a belief as to the truth or
      falsity of the allegations contained in Paragraph 40 of the Complaint.

41.   Denies knowledge and information sufficient to form a belief as to the truth or
      falsity of the allegations contained in Paragraph 41 of the Complaint.

CA/D227462/FL2917

42.    Denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 42 of the Complaint.

43.    Denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 43 of the Complaint.

44.    Denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 44 of the Complaint.

45.    Denies the allegations contained in Paragraph 45 of the Complaint.

46.    Denies the allegations contained in Paragraph 46 of the Complaint.

47.    Denies the allegations contained in Paragraph 47 of the Complaint.

48.    Denies the allegations contained in Paragraph 48 of the Complaint.

49.    Denies the allegations contained in Paragraph 49 of the Complaint.

50.    Denies the allegations contained in Paragraph 50 of the Complaint.

51.    Denies the allegations contained in Paragraph 51 of the Complaint.

52.    Denies the allegations contained in Paragraph 52 of the Complaint and refers all questions of law to the Court.

53.    Denies the allegations contained in Paragraph 53 of the Complaint.

54.    Denies the allegations contained in Paragraph 54 of the Complaint.

55.    Denies the allegations contained in Paragraph 55 of the Complaint.

56.    Denies the allegations contained in Paragraph 56 of the Complaint.

57.    Denies the allegations contained in Paragraph 57 of the Complaint.

58.    Denies the allegations contained in Paragraph 58 of the Complaint.

CA/D227462/FL2917

## AS AND FOR A RESPONSE TO THE FIRST CAUSE OF ACTION

59.    As to the allegations contained in Paragraph 59 of the Complaint, Defendants repeats, reiterates, and re-alleges each and every admission and denial previously made.

60.    Denies the allegations contained in Paragraph 60 of the Complaint.

61.    Denies the allegations contained in Paragraph 61 of the Complaint.

62.    Denies the allegations contained in Paragraph 62 of the Complaint.

## AS AND FOR A RESPONSE TO THE SECOND CAUSE OF ACTION

63.    As to the allegations contained in Paragraph 63 of the Complaint, Defendants repeats, reiterates, and re-alleges each and every admission and denial previously made.

64.    Denies the allegations contained in Paragraph 64 of the Complaint.

65.    Denies the allegations contained in Paragraph 65 of the Complaint.

66.    Denies the allegations contained in Paragraph 66 of the Complaint.

## AS AND FOR A RESPONSE TO THE THIRD CAUSE OF ACTION

67.    As to the allegations contained in Paragraph 67 of the Complaint, Defendants repeats, reiterates, and re-alleges each and every admission and denial previously made.

68.    Denies the allegations contained in Paragraph 68 of the Complaint.

69.    Denies the allegations contained in Paragraph 69 of the Complaint.

70.    Denies the allegations contained in Paragraph 70 of the Complaint.

CA/D227462/FL2917

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

71.     The Complaint fails to state a cause of action upon which relief may be granted, cognizable in equity or law and must therefore be dismissed.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

72.     The Complaint is barred because Plaintiffs failed to comply with relevant insurance laws, rules, and regulations.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

73.     The Complaint is barred because Plaintiffs lack standing.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

74.     The Complaint is barred, in whole or in part, by documentary evidence.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

75.     The Complaint is barred, in whole or in part, by the doctrines of waiver, estoppel, and/or ratification.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

76.     At the time that Plaintiffs allege that Defendant failed to perform on the contract, Plaintiffs were already in breach or engaged in anticipatory repudiation of the contract.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

77.     Plaintiffs' requests for post-EUO documentation were not made in good faith under 11 N.Y.C.R.R. § 65-3.2 as Plaintiffs consistently treated the injured parties and provider as adversaries in violation of the above regulation.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

78.     The Complaint is barred because Plaintiffs failed to properly schedule or apprise Medaid of the time(s), place(s), and date(s) of the Examination Under Oath.

CA/D227462/FL2917

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

79.     Any relief sought by Plaintiffs by way of the within declaratory judgment is barred by the doctrine of unclean hands.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

80.     The Complaint is barred because Plaintiffs cannot demonstrate that their request(s) for an Examination Under Oath were based on objective standards pursuant to 11 NYCRR § 65-3.5(e).

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

81.     Plaintiffs' claims for relief are barred, in whole or in part, by the doctrines of collateral estoppel and/or res judicata.

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

82.     The Complaint is barred because Plaintiffs cannot demonstrate that their request(s) for post-EUO documentation were timely made pursuant to 11 NYCRR § 65-3.5(b).

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

83.     The Complaint is barred because Plaintiffs' post-EUO document requests do not constitute requests for additional verification subject to the "120-Day" Rule set forth in 11 N.Y.C.R.R. § 65-3.5(o).

## AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

84.     The Complaint is facially deficient as the relief requested is belied by Plaintiffs' own Complaint.

CA/D227462/FL2917

## AS AND FOR A FIRST COUNTERCLAIM

85.     Defendants incorporate, as though fully set forth herein, each and every allegation in Paragraphs 1 through 84.

86.     Plaintiffs ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE NORTHBROOK INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, and ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY (hereinafter collectively referred to as "Allstate") are insurance companies authorized to do business in the State of New York.

87.     Allstate transacts business in the State of New York.

88.     The 136 individuals identified in Exhibit "A" to the Complaint were injured in automobile accidents on various dates (hereinafter, "the Eligible Insureds"). See, Exhibit "A" annexed to the Complaint and **Exhibit "A"** attached hereto.

89.     At the time of each accident, there existed an automobile insurance policy containing benefits under the New York State No-Fault Law issued by Allstate.

90.     One of the benefits afforded under each policy was payment of health service expenses ("No-Fault Benefits").

91.     As a result of having been in an automobile accident, each of the 136 Eligible Insureds was entitled to receive No-Fault Benefits from Allstate.

92.     Defendant Columbus is a healthcare provider licensed to do business in the State of New Jersey.

93.     Columbus is an assignee of each of the 136 Eligible Insureds.

94.     Following their respective accidents, each of the 136 Eligible Insureds sought necessary medical services from Columbus.

95.     Columbus provided health care services to each of the 136 Eligible Insureds on the dates of service set forth in **Exhibit "A"**.

96.     For the treatment it rendered to each Eligible Insured, Columbus submitted claims for payment to Allstate in various amounts, as set forth in **Exhibit "A"**.

97.     In total, for all 136 Eligible Insureds, there remains an open and unpaid balance of $131,978.18.

98.     Defendant Columbus, as Assignee of the Eligible Insureds, is entitled to payment of the outstanding claims, plus statutory interest at the rate of two percent (2%) per month, pursuant to 11 N.Y.C.R.R. § 65-3.9, until the amount due is paid in full.

## AS AND FOR A SECOND COUNTERCLAIM

99.     Defendants incorporate, as though fully set forth herein, each and every allegation in Paragraphs 1 through 98.

100.    Plaintiffs ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE NORTHBROOK INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, and ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY (hereinafter collectively referred to as "Allstate") are insurance companies authorized to do business in the State of New York.

101.    Allstate transacts business in the State of New York.

102.    The 138 individuals identified in Exhibit "B" to the Complaint were injured in automobile accidents on various dates (hereinafter, "the Eligible Insureds"). See, Exhibit "B" annexed to the Complaint and **Exhibit "B"** attached hereto.

103.    At the time of each accident, there existed an automobile insurance policy containing benefits under the New York State No-Fault Law issued by Allstate.

104.    One of the benefits afforded under each policy was payment of health service expenses ("No-Fault Benefits").

105.    As a result of having been in an automobile accident, each of the 138 Eligible Insureds was entitled to receive No-Fault Benefits from Allstate.

106.    Defendant Medaid is a healthcare provider licensed to do business in the State of New Jersey.

107.    Medaid is an assignee of each of the 138 Eligible Insureds.

108.    Following their respective accidents, each of the 138 Eligible Insureds sought necessary medical services from Medaid.

109.    Medaid provided health care services to each of the 138 Eligible Insureds on the dates of service set forth in **Exhibit "B"**.

110.    For the treatment it rendered to each Eligible Insured, Medaid submitted claims for payment to Allstate in various amounts, as set forth in **Exhibit "B"**.

111.    In total, for all 138 Eligible Insureds, there remains an open and unpaid balance of $130,490.61.

112.    Defendant Medaid, as Assignee of the Eligible Insureds, is entitled to payment of the outstanding claims, plus statutory interest at the rate of two percent (2%) per month, pursuant to 11 N.Y.C.R.R. § 65-3.9, until the amount due is paid in full.

## AS AND FOR A THIRD COUNTERCLAIM

113.    Defendants incorporate, as though fully set forth herein, each and every allegation in Paragraphs 1 through 112.

114.    Defendants Columbus and Medaid hired attorneys, The Russell Friedman Law Group LLP, to collect the above overdue No-Fault Benefits and is entitled to recover attorney's fees pursuant to 11 N.Y.C.R.R. § 65-4.6(d)

115.    11 N.Y.C.R.R. § 65-4.6(d) provides the following:

> For all other disputes subject to arbitration or court proceedings, subject to the provisions of subdivision (a) of this section, the attorney's fee shall be limited as follows: 20 percent of the total amount of first-party benefits and any additional first-party benefits, plus interest thereon for each applicant per arbitration or court proceeding, subject to a maximum fee of $1,360. If the nature of the dispute results in an attorney's fee that could be computed in accordance with the limitations prescribed in both subdivision (d) and this subdivision, the higher attorney's fee shall be payable.

116.    In *LMK,* the Court of Appeals discussed the issue of statutory attorneys' fees in No-Fault and made clear that the cap on legal fees is per each eligible insured, rather than per lawsuit. Specifically, the Court stated the following:

> [That provision] makes it clear that the amount of attorney's fees awarded will be based upon 20% of the total amount of first party benefits awarded. That total amount is derived from the total amount of individual bills disputed in either a court action or arbitration, regardless of whether one bill or multiple bills are presented as part of a total claim for benefits, based upon the health services **rendered by a provider to the same eligible insured**." (*emphasis added*) See, *LMK Psychological Servs., P.C. v. Allstate Mut. Auto. Ins. Co.,* 12 N.Y.3d 217, 222 (2009) *citing* the October 8, 2003 Opinion Letter of the Superintendent of Insurance (now part of the Department of Financial Services).

117.    Pursuant to 11 N.Y.C.R.R. § 65-4.6(e) and *LMK,* Defendants Columbus and Medaid are entitled to recover 20% attorneys' fees of the total amount of first-party benefits awarded for each one of the 274 Eligible Insureds whose claims are the subject of the instant action.

**WHEREFORE**, Defendants, MEDAID RADIOLOGY, LLC, COLUMBUS IMAGING

CENTER, LLC, and REUVEN ALON-ALYOFF a/k/a ROB ALON, respectfully requests that this

Honorable Court enter an Order (1) dismissing Plaintiffs' entire action and Complaint with

prejudice and (2) granting Defendant's Counterclaims in their entirety, together with interest,

attorney's fees, costs and disbursements, along with such other and further relief as this Court may

deem just, proper, and equitable.

Dated: Lake Success, New York
          February 18, 2020

                              THE RUSSELL FRIEDMAN LAW GROUP, LLP
                              *Attorneys for Defendants*

                   By:      */S/Christopher M. Arzberger*
                              Christopher M. Arzberger
                              3000 Marcus Avenue, Suite 2E3
                              Lake Success, New York 11042
                              Ph: (516) 355-9696

To:
          Vincent F. Gerbino, Esq.
          BRUNO, GERBINO & SORIANO, LLP
          *Attorneys for Allstate*
          445 Broad Hollow Road, Suite 420
          Melville, New York 11747

CA/D227462/FL2917

# EXHIBIT "A"

INDEX NO. 655225/2019

NYSCEF DOC. NO. 3 RECEIVED NYSCEF: 09/11/2019

Allstate Insurance Company, et al. v Medaid Radiology, LLC, et al. Exhibit "A" Claims Submitted by
COLUMBUS IMAGING CENTER LLC

| Billing Event | Claim Number | Document Mailed | Date Received | Charged/Billed | Allowed |
|---|---|---|---|---|---|
| 1 | 508741501 | Bill | 10/16/2018 | $414.19 | $0.00 |
| 2 | 508741501 | Bill | 10/16/2018 | $1,275.54 | $0.00 |
| 3 | 513097229 | Bill | 10/12/2018 | $828.96 | $0.00 |
| 4 | 513097229 | Bill | 10/12/2018 | $901.45 | $0.00 |
| 5 | 501827844 | Bill | 10/9/2018 | $1,837.68 | $0.00 |
| 6 | 513097229 | Bill | 10/8/2018 | $936.23 | $0.00 |
| 7 | 508799664 | Bill | 10/1/2018 | $936.23 | $0.00 |
| 8 | 508799664 | Bill | 10/1/2018 | $55.78 | $0.00 |
| 9 | 505626283 | Bill | 9/28/2018 | $1,837.68 | $0.00 |
| 10 | 506399509 | Bill | 9/25/2018 | $1,837.68 | $0.00 |
| 11 | 508795126 | Bill | 9/21/2018 | $1,837.68 | $0.00 |
| 12 | 507801306 | Bill | 9/13/2018 | $844.02 | $0.00 |
| 13 | 508559028 | Bill | 9/10/2018 | $1,837.68 | $0.00 |
| 14 | 506399509 | Bill | 9/4/2018 | $828.31 | $0.00 |
| 15 | 506399509 | Bill | 9/4/2018 | $936.23 | $0.00 |
| 16 | 507137628 | Bill | 9/4/2018 | $844.02 | $0.00 |
| 17 | 507137628 | Bill | 9/4/2018 | $1,837.68 | $0.00 |
| 18 | 502150568 | Bill | 9/3/2018 | $1,275.54 | $0.00 |
| 19 | 508063476 | Bill | 8/27/2018 | $850.17 | $0.00 |
| 20 | 508179454 | Bill | 8/27/2018 | $850.17 | $0.00 |
| 21 | 508559028 | Bill | 8/27/2018 | $1,837.68 | $0.00 |
| 22 | 507396223 | Bill | 8/27/2018 | $1,837.68 | $0.00 |
| 23 | 507396223 | Bill | 8/27/2018 | $844.02 | $0.00 |
| 24 | 482028768 | Bill | 8/16/2018 | $844.02 | $0.00 |
| 25 | 505239236 | Bill | 8/16/2018 | $1,243.73 | $0.00 |
| 26 | 507801306 | Bill | 8/14/2018 | $1,703.42 | $0.00 |
| 27 | 503729832 | Bill | 8/14/2018 | $1,656.62 | $0.00 |
| 28 | 507488996 | Bill | 8/14/2018 | $1,837.68 | $0.00 |
| 29 | 505329656 | Bill | 8/14/2018 | $54.71 | $0.00 |
| 30 | 505239236 | Bill | 8/14/2018 | $801.97 | $0.00 |
| 31 | 505239236 | Bill | 8/14/2018 | $1,275.54 | $0.00 |
| 32 | 505239236 | Bill | 8/14/2018 | $1,837.68 | $0.00 |
| 33 | 505329656 | Bill | 8/14/2018 | $1,242.57 | $0.00 |
| 34 | 505329656 | Bill | 8/14/2018 | $850.17 | $0.00 |
| 35 | 510712920 | Bill | 8/14/2018 | $1,837.68 | $1,837.68 |
| 36 | 505245621 | Bill | 8/13/2018 | $1,837.68 | $0.00 |
| 37 | 505245621 | Bill | 8/13/2018 | $1,738.20 | $0.00 |
| 38 | 505245621 | Bill | 8/13/2018 | $828.31 | $0.00 |
| 39 | 505245621 | Bill | 8/13/2018 | $828.31 | $0.00 |
| 40 | 505245621 | Bill | 8/13/2018 | $801.97 | $0.00 |
| 41 | 503729832 | Bill | 8/7/2018 | $1,837.68 | $0.00 |
| 42 | 503729832 | Bill | 8/7/2018 | $1,656.62 | $0.00 |
| 43 | 503729832 | Bill | 8/7/2018 | $1,837.68 | $0.00 |
| 44 | 503726101 | Bill | 7/30/2018 | $828.31 | $0.00 |
| 45 | 503726101 | Bill | 7/30/2018 | $1,837.68 | $0.00 |

Allstate Insurance Company, et al. v Medaid Radiology, LLC, et al. Exhibit "A" - Claims submitted by

COLUMBUS IMAGING CENTER LLC

| 46 | 501721914 | Bill | 7/30/2018 | $1,837.68 | $0.00 |
|---|---|---|---|---|---|
| 47 | 453866923 | Bill | 7/27/2018 | $548.61 | $0.00 |
| 48 | 453866923 | Bill | 7/27/2018 | $269.22 | $0.00 |
| 49 | 453866923 | Bill | 7/27/2018 | $553.36 | $0.00 |
| 50 | 500953203 | Bill | 7/24/2018 | $878.11 | $0.00 |
| 51 | 501847750 | Bill | 7/24/2018 | $801.97 | $0.00 |
| 52 | 500953203 | Bill | 7/24/2018 | $425.37 | $0.00 |
| 53 | 500953203 | Bill | 7/24/2018 | $936.23 | $0.00 |
| 54 | 501847750 | Bill | 7/24/2018 | $1,837.68 | $0.00 |
| 55 | 501315352 | Bill | 7/24/2018 | $1,837.68 | $0.00 |
| 56 | 501847750 | Bill | 7/24/2018 | $1,837.68 | $0.00 |
| 57 | 501847750 | Bill | 7/24/2018 | $801.97 | $0.00 |
| 58 | 497651224 | Bill | 7/17/2018 | $801.97 | $0.00 |
| 59 | 497651224 | Bill | 7/17/2018 | $828.31 | $0.00 |
| 60 | 504039116 | Bill | 7/17/2018 | $1,656.62 | $0.00 |
| 61 | 504039116 | Bill | 7/17/2018 | $1,837.68 | $0.00 |
| 62 | 497651224 | Bill | 7/17/2018 | $1,837.68 | $0.00 |
| 63 | 497789727 | Bill | 7/10/2018 | $828.31 | $538.40 |
| 64 | 497789727 | Bill | 7/10/2018 | $1,837.68 | $1,194.49 |
| 65 | 498766954 | Bill | 6/18/2018 | $936.23 | $0.00 |
| 66 | 498766954 | Bill | 6/18/2018 | $828.31 | $0.00 |
| 67 | 498766954 | Bill | 6/18/2018 | $1,837.68 | $0.00 |
| 68 | 498766954 | Bill | 6/18/2018 | $1,837.68 | $0.00 |
| 69 | 500896815 | Bill | 6/15/2018 | $1,837.68 | $1,194.49 |
| 70 | 500896815 | Bill | 6/15/2018 | $801.97 | $521.28 |
| 71 | 497659268 | Bill | 5/30/2018 | $1,837.68 | $0.00 |
| 72 | 497659268 | Bill | 5/30/2018 | $844.02 | $0.00 |
| 73 | 494949522 | Bill | 5/15/2018 | $1,837.68 | $0.00 |
| 74 | 496677741 | Bill | 5/15/2018 | $844.02 | $844.02 |
| 75 | 494949522 | Bill | 5/15/2018 | $801.97 | $0.00 |
| 76 | 492808423 | Bill | 5/14/2018 | $1,837.68 | $0.00 |
| 77 | 492808423 | Bill | 5/14/2018 | $425.37 | $276.49 |
| 78 | 490493301 | Bill | 5/1/2018 | $828.31 | $0.00 |
| 79 | 490493301 | Bill | 5/1/2018 | $1,837.68 | $0.00 |
| 80 | 492732714 | Bill | 4/17/2018 | $1,688.04 | $0.00 |
| 81 | 492732714 | Bill | 4/17/2018 | $1,837.68 | $0.00 |
| 82 | 494395808 | Bill | 4/11/2018 | $1,837.68 | $0.00 |
| 83 | 494395808 | Bill | 4/11/2018 | $828.31 | $0.00 |
| 84 | 489814896 | Bill | 4/9/2018 | $1,837.68 | $1,837.68 |
| 85 | 489814896 | Bill | 4/9/2018 | $1,672.33 | $1,672.33 |
| 86 | 489814896 | Bill | 4/9/2018 | $801.97 | $521.28 |
| 87 | 472866011 | Bill | 4/4/2018 | $828.31 | $0.00 |
| 88 | 481403830 | Bill | 4/4/2018 | $850.17 | $850.17 |
| 89 | 472866011 | Bill | 4/4/2018 | $1,837.68 | $0.00 |
| 90 | 472866011 | Bill | 4/4/2018 | $801.97 | $0.00 |
| 91 | 490063104 | Bill | 3/28/2018 | $850.17 | $850.17 |
| 92 | 487261471 | Bill | 3/21/2018 | $801.97 | $801.97 |

Allstate Insurance Company, et al. v Medaid Radiology, LLC, et al. Exhibit "A" - Claims submitted by
COLUMBUS IMAGING CENTER LLC

| 93 | 487261471 | Bill | 3/21/2018 | $1,837.68 | $1,837.68 |
| 94 | 488548868 | Bill | 3/21/2018 | $1,837.68 | $1,194.49 |
| 95 | 488548868 | Bill | 3/21/2018 | $1,672.33 | $1,087.01 |
| 96 | 487261471 | Bill | 3/21/2018 | $801.97 | $801.97 |
| 97 | 487261471 | Bill | 3/21/2018 | $1,837.68 | $1,837.68 |
| 98 | 489641307 | Bill | 3/15/2018 | $1,672.33 | $1,087.01 |
| 99 | 489641307 | Bill | 3/15/2018 | $1,837.68 | $1,194.49 |
| 100 | 482028768 | Bill | 3/13/2018 | $1,656.62 | $1,656.62 |
| 101 | 482028768 | Bill | 3/13/2018 | $861.62 | $861.62 |
| 102 | 486433246 | Bill | 3/12/2018 | $1,837.68 | $1,837.68 |
| 103 | 486433246 | Bill | 3/12/2018 | $801.97 | $801.97 |
| 104 | 486433246 | Bill | 3/12/2018 | $1,672.33 | $1,672.33 |
| 105 | 487564718 | Bill | 3/9/2018 | $901.45 | $0.00 |
| 106 | 487564718 | Bill | 3/9/2018 | $828.31 | $0.00 |
| 107 | 487188682 | Bill | 3/5/2018 | $828.31 | $0.00 |
| 108 | 482858776 | Bill | 2/27/2018 | $1,703.42 | $0.00 |
| 109 | 482858776 | Bill | 2/27/2018 | $936.23 | $0.00 |
| 110 | 484854443 | Bill | 2/20/2018 | $1,688.04 | $548.61 |
| 111 | 484854443 | Bill | 2/19/2018 | $1,275.54 | $0.00 |
| 112 | 482708096 | Bill | 2/19/2018 | $936.23 | $936.23 |
| 113 | 482708096 | Bill | 2/19/2018 | $424.21 | $424.21 |
| 114 | 482708096 | Bill | 2/19/2018 | $901.45 | $901.45 |
| 115 | 484200894 | Bill | 2/12/2018 | $1,837.68 | $1,781.18 |
| 116 | 482338274 | Bill | 2/5/2018 | $901.45 | $0.00 |
| 117 | 482028768 | Bill | 2/5/2018 | $1,837.68 | $0.00 |
| 118 | 482028768 | Bill | 2/5/2018 | $801.97 | $0.00 |
| 119 | 482028768 | Bill | 2/5/2018 | $1,656.62 | $0.00 |
| 120 | 482338274 | Bill | 2/5/2018 | $844.02 | $0.00 |
| 121 | 479284374 | Bill | 2/5/2018 | $844.02 | $0.00 |
| 122 | 476944780 | Bill | 2/2/2018 | $1,837.68 | $0.00 |
| 123 | 476944780 | Bill | 2/2/2018 | $1,837.68 | $0.00 |
| 124 | 476944780 | Bill | 2/2/2018 | $828.31 | $0.00 |
| 125 | 480712462 | Bill | 2/2/2018 | $1,837.68 | $0.00 |
| 126 | 476944780 | Bill | 2/2/2018 | $828.31 | $0.00 |
| 127 | 480564103 | Bill | 1/29/2018 | $850.17 | $638.07 |
| 128 | 483442398 | Bill | 1/29/2018 | $828.31 | $0.00 |
| 129 | 483442398 | Bill | 1/29/2018 | $1,837.68 | $0.00 |
| 130 | 480564103 | Bill | 1/29/2018 | $414.19 | $414.19 |
| 131 | 474962388 | Bill | 1/23/2018 | $47.01 | $0.00 |
| 132 | 474962388 | Bill | 1/23/2018 | $1,688.04 | $0.00 |
| 133 | 474386232 | Bill | 1/18/2018 | $425.96 | $0.00 |
| 134 | 474386232 | Bill | 1/18/2018 | $414.19 | $0.00 |
| 135 | 482338274 | Bill | 1/16/2018 | $1,672.33 | $1,672.33 |
| 136 | 482338274 | Bill | 1/15/2018 | $901.45 | $0.00 |
| | | | TOTAL: | $168,105.45 | $36,127.27 |

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM

INDEX NO. 655225/2019

NYSCEF DOC. NO. 4

RECEIVED NYSCEF: 09/11/2019

# EXHIBIT "B"

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM          INDEX NO. 655225/2019
NYSCEF DOC. NO. 4                                                              RECEIVED NYSCEF: 09/11/2019

Allstate Insurance Company, et al. v Medaid Radiology, LLC, et al. Exhibit "B" - Claims submitted by

MEDAID RADIOLOGY LLC

| Billing Event | Claim Number | Document Mailed | Date Received | Charged/Billed | Allowed |
|---|---|---|---|---|---|
| 1 | 537114746 | Bill | 9/6/2019 | $801.97 | $801.97 |
| 2 | 552408972 | Bill | 9/3/2019 | $171.64 | $171.64 |
| 3 | 552408972 | Bill | 9/3/2019 | $2,639.65 | $2,145.77 |
| 4 | 546883646 | Bill | 8/19/2019 | $1,656.62 | $1,487.31 |
| 5 | 546883646 | Bill | 8/19/2019 | $1,738.20 | $1,241.84 |
| 6 | 546552381 | Bill | 8/5/2019 | $1,656.62 | $1,487.31 |
| 7 | 546252107 | Bill | 8/5/2019 | $844.02 | $0.00 |
| 8 | 546252107 | Bill | 8/5/2019 | $1,837.68 | $0.00 |
| 9 | 547039651 | Bill | 8/5/2019 | $1,243.08 | $1,193.32 |
| 10 | 546552381 | Bill | 8/5/2019 | $936.23 | $879.73 |
| 11 | 547039651 | Bill | 8/5/2019 | $1,275.54 | $1,275.54 |
| 12 | 546252107 | Bill | 8/5/2019 | $828.31 | $0.00 |
| 13 | 546252107 | Bill | 8/5/2019 | $1,837.68 | $0.00 |
| 14 | 547594969 | Bill | 8/2/2019 | $1,672.33 | $0.00 |
| 15 | 547594969 | Bill | 8/2/2019 | $1,837.68 | $0.00 |
| 16 | 545756819 | Bill | 7/25/2019 | $1,837.68 | $1,561.25 |
| 17 | 545756819 | Bill | 7/25/2019 | $2,639.65 | $2,145.77 |
| 18 | 545756819 | Bill | 7/25/2019 | $828.31 | $828.31 |
| 19 | 538835711 | Bill | 7/22/2019 | $828.31 | $0.00 |
| 20 | 543540990 | Bill | 7/19/2019 | $1,738.20 | $1,241.84 |
| 21 | 545949034 | Bill | 7/19/2019 | $828.31 | $828.31 |
| 22 | 545949034 | Bill | 7/19/2019 | $850.17 | $850.17 |
| 23 | 543540990 | Bill | 7/19/2019 | $1,656.62 | $1,487.31 |
| 24 | 545949034 | Bill | 7/19/2019 | $1,837.68 | $1,561.25 |
| 25 | 545949034 | Bill | 7/19/2019 | $844.02 | $844.02 |
| 26 | 542952940 | Bill | 7/15/2019 | $1,656.62 | $1,487.31 |
| 27 | 544223852 | Bill | 7/8/2019 | $2,104.50 | $0.00 |
| 28 | 544223852 | Bill | 7/8/2019 | $1,365.07 | $0.00 |
| 29 | 544802499 | Bill | 7/5/2019 | $1,837.68 | $0.00 |
| 30 | 542417928 | Bill | 7/5/2019 | $1,672.33 | $1,503.02 |
| 31 | 544802499 | Bill | 7/5/2019 | $1,656.62 | $0.00 |
| 32 | 540497939 | Bill | 7/1/2019 | $1,656.62 | $1,487.31 |
| 33 | 540497939 | Bill | 7/1/2019 | $878.11 | $834.20 |
| 34 | 542952940 | Bill | 7/1/2019 | $2,639.65 | $2,145.77 |
| 35 | 542965942 | Bill | 6/27/2019 | $1,837.68 | $1,561.25 |
| 36 | 542965942 | Bill | 6/27/2019 | $1,672.33 | $1,487.31 |
| 37 | 540497939 | Bill | 6/24/2019 | $2,639.65 | $2,145.77 |
| 38 | 514464221 | Bill | 6/19/2019 | $828.31 | $828.31 |
| 39 | 541966321 | Bill | 6/19/2019 | $828.31 | $0.00 |
| 40 | 514464221 | Bill | 6/19/2019 | $801.97 | $801.97 |
| 41 | 537266512 | Bill | 6/18/2019 | $414.19 | $0.00 |
| 42 | 537266512 | Bill | 6/18/2019 | $1,275.54 | $0.00 |
| 43 | 542417928 | Bill | 5/31/2019 | $414.77 | $0.00 |
| 44 | 542417928 | Bill | 5/23/2019 | $1,064.30 | $0.00 |
| 45 | 542417928 | Bill | 5/23/2019 | $1,837.68 | $0.00 |

Allstate Insurance Company, et al. v Medaid Radiology, LLC, et al. Exhibit "B" - Claims submitted by

MEDAID RADIOLOGY LLC

| 46 | 542417928 | Bill | 5/23/2019 | $850.17 | $0.00 |
|----|-----------|------|-----------|---------|-------|
| 47 | 542417928 | Bill | 5/23/2019 | $1,828.31 | $0.00 |
| 48 | 542417928 | Bill | 5/23/2019 | $828.31 | $0.00 |
| 49 | 542417928 | Bill | 5/23/2019 | $1,837.68 | $0.00 |
| 50 | 538835711 | Bill | 5/21/2019 | $2,639.65 | $0.00 |
| 51 | 539482851 | Bill | 5/20/2019 | $1,837.68 | $0.00 |
| 52 | 539482851 | Bill | 5/20/2019 | $844.02 | $0.00 |
| 53 | 539482851 | Bill | 5/20/2019 | $1,837.68 | $0.00 |
| 54 | 539482851 | Bill | 5/20/2019 | $2,639.65 | $0.00 |
| 55 | 535516140 | Bill | 5/14/2019 | $1,837.68 | $0.00 |
| 56 | 538112806 | Bill | 5/13/2019 | $1,264.36 | $0.00 |
| 57 | 531080620 | Bill | 5/13/2019 | $849.58 | $0.00 |
| 58 | 536275829 | Bill | 5/13/2019 | $1,703.42 | $0.00 |
| 59 | 537114746 | Bill | 5/10/2019 | $1,837.68 | $0.00 |
| 60 | 534635677 | Bill | 5/9/2019 | $936.23 | $0.00 |
| 61 | 535613624 | Bill | 5/2/2019 | $1,837.68 | $0.00 |
| 62 | 533795778 | Bill | 4/30/2019 | $1,837.68 | $1,837.68 |
| 63 | 535518906 | Bill | 4/29/2019 | $1,837.68 | $0.00 |
| 64 | 535518906 | Bill | 4/16/2019 | $1,688.04 | $0.00 |
| 65 | 526577812 | Bill | 4/16/2019 | $1,837.68 | $1,561.25 |
| 66 | 534635677 | Bill | 4/15/2019 | $414.19 | $0.00 |
| 67 | 534635677 | Bill | 4/15/2019 | $1,275.54 | $0.00 |
| 68 | 535120307 | Bill | 4/15/2019 | $879.74 | $0.00 |
| 69 | 535120307 | Bill | 4/15/2019 | $2,639.65 | $0.00 |
| 70 | 532628856 | Bill | 4/9/2019 | $828.31 | $0.00 |
| 71 | 535870802 | Bill | 4/9/2019 | $1,837.68 | $0.00 |
| 72 | 532628856 | Bill | 4/9/2019 | $1,837.68 | $0.00 |
| 73 | 534635677 | Bill | 4/8/2019 | $901.45 | $0.00 |
| 74 | 534635677 | Bill | 4/8/2019 | $2,532.06 | $0.00 |
| 75 | 533772919 | Bill | 3/29/2019 | $1,837.68 | $0.00 |
| 76 | 533772919 | Bill | 3/29/2019 | $1,688.04 | $0.00 |
| 77 | 533773065 | Bill | 3/28/2019 | $828.31 | $0.00 |
| 78 | 533773065 | Bill | 3/28/2019 | $1,738.20 | $0.00 |
| 79 | 533773065 | Bill | 3/28/2019 | $1,837.68 | $0.00 |
| 80 | 533643128 | Bill | 3/21/2019 | $828.31 | $0.00 |
| 81 | 533643128 | Bill | 3/21/2019 | $1,738.20 | $0.00 |
| 82 | 532669249 | Bill | 3/21/2019 | $901.45 | $0.00 |
| 83 | 531884005 | Bill | 3/18/2019 | $850.17 | $0.00 |
| 84 | 531884005 | Bill | 3/18/2019 | $1,243.73 | $0.00 |
| 85 | 531080620 | Bill | 2/28/2019 | $1,275.54 | $0.00 |
| 86 | 528674658 | Bill | 2/26/2019 | $1,837.68 | $0.00 |
| 87 | 527972004 | Bill | 2/12/2019 | $1,837.68 | $0.00 |
| 88 | 505626283 | Bill | 2/12/2019 | $828.31 | $828.31 |
| 89 | 527972004 | Bill | 2/12/2019 | $2,533.95 | $0.00 |
| 90 | 519337372 | Bill | 2/12/2019 | $1,837.68 | $0.00 |
| 91 | 528993553 | Bill | 2/8/2019 | $2,639.65 | $0.00 |
| 92 | 528993553 | Bill | 2/8/2019 | $1,703.42 | $0.00 |

FILED: NEW YORK COUNTY CLERK 09/11/2019 08:35 AM   INDEX NO. 655225/2019
NYSCEF DOC. NO. 4                                                RECEIVED NYSCEF: 09/11/2019

Allstate Insurance Company, et al. v Medaid Radiology, LLC, et al. Exhibit "B" - Claims submitted by

MEDAID RADIOLOGY LLC

| 93 | 528993553 | Bill | 2/8/2019 | $828.31 | $0.00 |
| 94 | 528993553 | Bill | 2/8/2019 | $1,723.76 | $0.00 |
| 95 | 527263123 | Bill | 1/29/2019 | $1,837.68 | $0.00 |
| 96 | 527263123 | Bill | 1/29/2019 | $844.02 | $0.00 |
| 97 | 527736052 | Bill | 1/28/2019 | $850.17 | $850.17 |
| 98 | 525222436 | Bill | 1/28/2019 | $1,672.33 | $0.00 |
| 99 | 525884631 | Bill | 1/24/2019 | $1,275.54 | $1,275.54 |
| 100 | 525884631 | Bill | 1/24/2019 | $414.77 | $414.77 |
| 101 | 524535812 | Bill | 1/21/2019 | $936.23 | $670.35 |
| 102 | 524535812 | Bill | 1/21/2019 | $901.45 | $901.45 |
| 103 | 524213626 | Bill | 1/17/2019 | $829.54 | $779.78 |
| 104 | 524213626 | Bill | 1/15/2019 | $426.03 | $426.03 |
| 105 | 524213626 | Bill | 1/15/2019 | $850.17 | $850.17 |
| 106 | 525884631 | Bill | 1/14/2019 | $2,639.65 | $0.00 |
| 107 | 526834882 | Bill | 1/14/2019 | $414.19 | $414.19 |
| 108 | 526834882 | Bill | 1/14/2019 | $850.17 | $850.17 |
| 109 | 525222436 | Bill | 1/14/2019 | $1,688.04 | $0.00 |
| 110 | 520734369 | Bill | 1/7/2019 | $828.31 | $828.31 |
| 111 | 522620103 | Bill | 12/31/2018 | $850.17 | $850.17 |
| 112 | 525222436 | Bill | 12/26/2018 | $828.31 | $0.00 |
| 113 | 525222436 | Bill | 12/26/2018 | $1,837.68 | $0.00 |
| 114 | 520734369 | Bill | 12/26/2018 | $901.45 | $901.45 |
| 115 | 518279641 | Bill | 12/17/2018 | $850.17 | $0.00 |
| 116 | 520734369 | Bill | 12/17/2018 | $1,738.20 | $1,241.84 |
| 117 | 515684868 | Bill | 12/10/2018 | $1,837.68 | $0.00 |
| 118 | 515684868 | Bill | 12/10/2018 | $1,837.68 | $0.00 |
| 119 | 518329727 | Bill | 12/3/2018 | $901.45 | $901.45 |
| 120 | 519802507 | Bill | 12/3/2018 | $1,837.68 | $0.00 |
| 121 | 519802507 | Bill | 12/3/2018 | $828.31 | $0.00 |
| 122 | 518329727 | Bill | 12/3/2018 | $1,688.04 | $1,688.04 |
| 123 | 522696748 | Bill | 11/26/2018 | $1,837.68 | $0.00 |
| 124 | 516142908 | Bill | 11/26/2018 | $851.33 | $851.33 |
| 125 | 516142908 | Bill | 11/26/2018 | $56.34 | $56.34 |
| 126 | 518435789 | Bill | 11/5/2018 | $2,639.65 | $2,145.77 |
| 127 | 518435789 | Bill | 11/5/2018 | $1,275.54 | $0.00 |
| 128 | 516395737 | Bill | 11/5/2018 | $1,738.20 | $0.00 |
| 129 | 515862068 | Bill | 11/5/2018 | $1,672.33 | $0.00 |
| 130 | 508741501 | Bill | 11/1/2018 | $1,275.54 | $1,275.54 |
| 131 | 510548365 | Bill | 10/29/2018 | $901.45 | $0.00 |
| 132 | 509968086 | Bill | 10/29/2018 | $828.31 | $828.31 |
| 133 | 509968086 | Bill | 10/29/2018 | $850.17 | $850.17 |
| 134 | 510548365 | Bill | 10/29/2018 | $1,672.33 | $0.00 |
| 135 | 509968086 | Bill | 10/29/2018 | $850.17 | $850.17 |
| 136 | 511833295 | Bill | 10/25/2018 | $1,275.54 | $1,275.54 |
| 137 | 511833295 | Bill | 10/25/2018 | $414.19 | $414.19 |
| 138 | 515862068 | Bill | 10/22/2018 | $1,837.68 | $0.00 |
| | | | TOTAL: | $193,423.97 | $62,933.36 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALLSTATE INSURANCE COMPANY, ALLSTATE
FIRE AND CASUALTY INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY,
ALLSTATE NORTHBROOK INDEMNITY
COMPANY, ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY, and
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY,

Civil Action No.:
20-cv-01108-VEC

                                        Plaintiffs,

          -against-

MEDAID RADIOLOGY, LLC,
COLUMBUS IMAGING CENTER, LLC,
REUVEN ALON-ALYOFF a/k/a ROB ALON,

                                        Defendants.
------------------------------------------------------------------X

## <u>CERTIFICATE OF SERVICE</u>

STATE OF NEW YORK     )
                      )ss.:
COUNTY OF SUFFOLK     )

          MELISSA MENDOZA, being duly sworn, deposes and says:

          I am not a party to the action, am over 18 years of age and reside in Suffolk
County, New York.

          That on March 5, 2020, I served a true copy of the Notice of Motion to Remand,
Memorandum of Law in Support of Plaintiffs' Motion to Remand to State Court and Declaration
of Vincent F. Gerbino to the addresses shown, by depositing a true copy of same, enclosed in a
postpaid properly addressed wrapper, in a post office or official depository of the United States
Postal Service within the State of New York via First Class Mail addressed to the last known
address of the addressees as indicated below:

The Russell Friedman Law Group LLP
3000 Marcus Avenue, Suite 2E03
Lake Success, New York 11042

MELISSA MENDOZA

Personally subscribed and sworn to before me on this 5th day of March 2020, by **Melissa Mendoza** personally known to me or proved to me on the basis of satisfactory evidence to be the individual described in and who executed the foregoing affidavit, and acknowledged that (s)he executed the same.

NOTARY PUBLIC

KIMBERLY A. SCHEER
Notary Public, State of New York
No. 01SC6118627
Qualified in Suffolk County
Commission Expires Dec 22, 2020