

**MEMO ENDORSED**

445 Broad Hollow Road
Suite 420
Melville, New York 11747
P: 631.390.0010
F: 631.393.5497

www.bgslaw-ny.com

VINCENT F. GERBINO
MANAGING PARTNER

VGERBINO@BGSLAW-NY.COM
EXT. 106
ADMITTED IN NY AND NJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/12/2020

March 12, 2020

*Via ECF*
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**   *Allstate Insurance Company, et al. v. Medaid Radiology, PC, et al.*
            **Docket No: 20-cv-01108 (VEC)**

Dear Magistrate Judge Caproni:

    We are writing to you with consent of all parties. We represent the interest of Allstate Insurance Company and we had a conversation today with counsel for Medaid Radiology, P.C.

    Pursuant to your Order of February 10, 2020, a joint letter regarding the above-referenced matter is due to Your Honor today on March 12, 2020.

    Following conversation with counsel and in light of the fact that there is a motion pending to remand the matter back to State Court, we would like to ask on consent that the Court provide us with an adjournment of the joint letter until after the remand motion is resolved.

    Thank you for your attention herein and please feel free to contact the undersigned should there be any further inquiry or questions regarding this matter.

                          Respectfully submitted,
                          Bruno, Gerbino, Soriano & Aitken, LLP

                          /S/

                          Vincent F. Gerbino

VFG/ks
2485135
cc:    *Via ECF*
       All Parties

Application GRANTED. The initial pretrial conference scheduled for March 20, 2020 is adjourned to **April 10, 2020 at 10:00 a.m.** The parties' joint letter is due **April 2, 2020**.

SO ORDERED.

*Valerie Caproni* 3/12/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE