```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ALLSTATE INSURANCE COMPANY,                    :
ALLSTATE FIRE AND CASUALTY                     :
INSURANCE COMPANY, ALLSTATE                    :
INDEMNITY COMPANY, ALLSTATE                    :
NORTHBROOK INDEMNITY COMPANY,                  :    20-CV-1108 (VEC)
ALLSTATE PROPERTY AND CASUALTY                 :
INSURANCE COMPANY, and ALLSTATE                :    ORDER
VEHICLE AND PROPERTY INSURANCE                 :
COMPANY,                                       :
                                               :
                              Plaintiffs,      :
                                               :
           -against-                           :
                                               :
                                               :
MEDAID RADIOLOGY, LLC, COLUMBUS                :
IMAGING CENTER, LLC, REUVEN ALON-              :
ALYOFF a/k/a ROB ALON,                         :
                                               :
                              Defendants.      :
-------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2020
```

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial pretrial conference in this matter is scheduled for **April 10, 2020 at 10:00 a.m.**;

IT IS HEREBY ORDERED THAT: Due to ongoing concerns regarding the COVID-19 pandemic, the conference scheduled for April 10, 2020 is adjourned to **April 24, 2020 at 10:00 a.m**. The parties' joint submissions are due by **April 16, 2020**.

**SO ORDERED.**

**Date: March 13, 2020**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**